Written correspondences between Plaintiff and Defendant COB

**Manzano, EXHIBIT -A**

Jacqueline Manzano                                                        December 4, 2024
401 Paradise Heights Drive
Berryville, AR 72616

Robert DeJong, CEO
Credit one Bank
6801 Cimarron Rd.
Las Vegas, NV 89113

**RE: Account ending in # 2393**
**Billing Error, inaccurate accounting**

## NOTICE OF BILLING ERROR

Robert DeJong,

I am the holder of the credit Card account ending in #2393. I firmly believe the accounting you have reported on my consumer credit reports is seriously inaccurate. I am aware this account is an asset to Credit One Bank. Accordingly, the balance you are stating is owed on the account cannot be accurate, and I don't believe you funded the account with of your own money.

I have a right to know about the benefits you have taken on this account, **#2393** from its inception. Therefore, I request you provide the following information;

1. I am requesting a specific set of accounting: Please provide me with the original ledgers, where you issued money to the account.
2. Please provide all books of accounting, on the private side and the public side.
3. Provide me with the ledger where you paid the merchants.
4. Please provide the law that authorizes you to take out default insurance without my knowledge and consent?
5. Please provide the dollar amount of default insurance you have on this account, which is known as a credit default swap.
6. Please provide me with the name of the Insurance company that issued your surety bond, and policy number.
7. Who will swear to your statements of this account under penalty of perjury?
8. I also want the accounting for the securities, and any back end securities that were generated to the account. This is so the number on the account is accurate.

If you fail to verify the accuracy of this account I want the account deleted from any and all consumer credit reporting agencies immediately, including all inquiries. I also want a refund of every payment I have paid to Credit One Bank on the account ending in **#2393**.

**Billing Error Dispute**

Consequently, I am aware this credit card account is a taxable event and reportable to the IRS. Should you find I am remiss, please feel free to state your position. However, if you fail to address this matter as requested, then this matter may need to be resolved with litigation. Hence, the reason for this communication is my good faith attempt to resolve this serious billing error and inaccurate accounting amicably, and mitigate the damages without court intervention. Until then, you must cease and desist reporting, and you may not sell or transfer the account to a debt buyer.

Please know that I appreciate your service, your time and cooperation in this serious matter. I look forward to a timely response from you within 30 days of receipt of this notice.

**Notice shall be complete upon receipt.**

Respectfully,

Jacqueline Manzano,


**CC: File**

# USPS Tracking®

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications
on your packages
**Learn More**

**Remove**
Tracking Number:
70223330000177922648

Copy Add to Informed Delivery
Latest Update
Your item was delivered to the front desk, reception area, or mail room at
11:44 am on December 11, 2024 in LAS VEGAS, NV 89113.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

Delivered
Delivered, Front Desk/Reception/Mail Room
LAS VEGAS, NV 89113
December 11, 2024, 11:44 am
**See All Tracking History**
**What Do USPS Tracking Statuses Mean?**



7022 3330 0001 7792 2648



PL42XG00100002 - 980621

ЦІ·····ЦІ·Ц·Ц·Ц·ЦІЦ|ІІ·І·Ц·Ц|Іп·ЦІІп·Ц|п·І·Ц·ЦІІ|ЦЦ|ІпІІ

JACQUELINE MANZANO
401 PARADISE HEIGHTS DR
BERRYVILLE, AR 72616-8836

12/18/2024



RE: Account Number Ending in 2393
Case Number 20241213017

Dear Jacqueline Manzano,

Credit One Bank received your communication on December 11, 2024.

In validation of the debt, on or about February 6, 2024, we sent Jacqueline Manzano a written solicitation for a pre-approved credit card ("Offer") with the reservation number RL36LD22ZQWZ. The Offer was fulfilled through Credit One Bank's website, using the above-referenced reservation number. The completed application included the following information:

| | |
|---|---|
| Name: | Jacqueline Manzano |
| Date of Birth: | ▆▆▆, 1950 |
| SSN Last 4: | ▆▆▆ |
| Email Address: | jmdesigns21@gmail.com |
| Phone Number: | 702-788-0599 |
| Address: | 401 Paradise Heights Dr, Berryville, AR 72616 |

The account was opened on February 18, 2024, with a credit limit of $2,500.00. The most recent activity on the account includes a payment of $150.00, which was processed on November 8, 2024, from the routing number ending in 0779 and checking account ending in 8278. Our records reflect multiple payments were made using this banking information.

Based on the above information, we believe this account was established and utilized by you.

Copies of your billing statements with closure dates of March 1, 2024, through December 1, 2024, are enclosed. The statements detail the activity on the account.

When the account was opened and activated, you agreed to the terms and conditions within the Card Agreement. The Card Agreement contains language detailing your

responsibilities regarding payments. A copy of the Card Agreement is enclosed for your review.

We are required by the Fair Credit Reporting Act to report accurate information to the consumer reporting agencies. Our investigation into your request has determined that the above-referenced account is being reported accurately. As of the date of this letter, the account is current with a balance of $2,445.21.

Without a detailed description of the information reported to the consumer reporting agencies you claim to be inaccurate, we deem the account information to be correct. We have thoroughly researched this claim and have no additional information that we are able to provide you at this time.

Your request for the removal of Credit One Bank's tradeline and inquiry from your credit history, as well as for a refund of all payments, has been respectfully declined.

On December 11, 2024, we were notified of your intent to retain or your retention of legal representation. Please provide us with the name, phone number, and mailing address of your attorney and we will address your inquiries with them. If you are not represented by counsel any longer or believe that this notification was received in error, please notify us in writing at the address below.

If you have any additional questions, please call Customer Service at 877-825-3242, Monday through Friday between 5:00 a.m. and 9:00 p.m., or Saturday and Sunday between 6:30 a.m. and 5:00 p.m. (Pacific Time).

Sincerely,

Credit One Bank, N.A.

Credit One
12-18-202...

## SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $0.00 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $224.72 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | $95.00 |
| Interest Charged | + | $0.00 |
| **New Balance** | | **$319.72** |
| Credit Limit | | $2,500.00 |
| Available Credit | | $2,155.00 |
| Statement Closing Date | | 03/01/24 |
| Days in Billing Cycle | | 30 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card      1-877-825-3242
Outside the U.S. Call             1-702-405-2042

039    KIXPABS 72616

**Certified Mail 7022 3330 0001 7792 4536**

Jacqueline Manzano                                    January 2, 2025
401 paradise heights drive
Berryville, AR 72616

Robert DeJong, CEO
Credit one Bank
6801 Cimarron Rd.
Las Vegas, NV 89113

**RE: Account ending in # 2393**
**Billing Error, inaccurate accounting**

## NOTICE OF FAULT AND OPPORTUNITY TO CURE

**Mr. Robert DeJong,**

I am in receipt of your communication dated 12/18/2024, and notice is hereby given that your statements of account are not responsive to my **"Notice of Billing Error and inaccurate accounting."**Accordingly, you have failed to honor my requests, as I have not been supplied proof of your claim per the doctrine of estoppel by silence. Engelhardt V. Gravens (MO) 281 SW 715,719, and you leave me no choice but to presume no evidence of the alleged debt therefore exists."

This notice of fault and opportunity to cure is my good faith attempt to mitigate and resolve this matter without court intervention. However, if you cannot provide me with evidence of movement of funds, that you loaned me money, and have suffered financial injury, then you agree by your default per the **"doctrine of estoppel by silence,"** and you owe me triple damages for your violations of the Truth in Lending Act, the FCRA and the FDCPA.

I am extending you **fifteen (15) days** from receipt of this notice to provide me the verified and authenticated evidence I asked for. Should this ongoing litigation end up in Federal Court, you will be required to produce evidence of your claim through discovery, and the last thing I desire to do is file a federal lawsuit against you, and subpoena CEO, Robert DeJong to testify under oath. Due to the fact this ongoing dispute is presently in litigation, I suggest you discontinue your collection activity, and delete your tradeline and inquiries from any and all of my consumer credit reports, until this ongoing billing error and inaccurate accounting is resolved and peace is put between the parties herein.

I appreciate your time and cooperation. I look forward to your timely response.
This notice is complete upon receipt.

Kind Regards,
Jacqueline Manzano

# USPS Tracking®

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages
**Learn More**

Remove
Tracking Number:
70223330000177924536

Copy Add to Informed Delivery
Latest Update
Your item was delivered to the front desk, reception area, or mail room at 10:27 am on January 13, 2025 in LAS VEGAS, NV 89113.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

Delivered, Front Desk/Reception/Mail Room
LAS VEGAS, NV 89113
January 13, 2025, 10:27 am
**See All Tracking History**
**What Do USPS Tracking Statuses Mean?**





**Office of the President**

PL9D9K00100002 - 152852
լիկիկիկիկիկիկիկիլիսիլիսիլիկիկիկիսիլի
JACQUELINE MANZANO
401 PARADISE HEIGHTS DR
BERRYVILLE, AR 72616-8836

01/18/2025



RE: Account Number Ending in 2393
Case Number 20250113039

Dear Jacqueline Manzano,

Credit One Bank received your communication on January 13, 2025.

Per your request, no further phone calls will be made with regard to the collection of your account.

Your billing statement, which closed on December 1, 2024, reflected a minimum payment of $123.00 due by December 26, 2024. Your billing statement, which closed on January 1, 2025, did not reflect the minimum payment was received by the due date; therefore, your account was considered delinquent and our representatives attempted to contact you regarding your payment.

In validation of the debt, on or about February 6, 2024, we sent Jacqueline Manzano a written solicitation for a pre-approved credit card ("Offer") with the reservation number RL36LD22ZQWZ. The Offer was fulfilled through Credit One Bank's website, using the above-referenced reservation number. The completed application included the following information:

| | |
|---|---|
| Name: | Jacqueline Manzano |
| Date of Birth: | 1950 |
| SSN Last 4: | |
| Email Address: | jmdesigns21@gmail.com |
| Phone Number: | 702-788-0599 |
| Address: | 401 Paradise Heights Dr, Berryville, AR 72616 |

The account was opened on February 18, 2024, with a credit limit of $2,500.00. The most recent activity on the account includes a payment of $150.00, which was processed on November 8, 2024, from the routing number ending in 0779 and checking account ending in 8278. Our records reflect multiple payments were made using this banking information.

PR026/A276457661

P.O. Box 98873, Las Vegas, NV 89193-8873  P 877-825-3242

Based on the above information, we believe this account was established and utilized by you.

Copies of your billing statements with closure dates of March 1, 2024, through January 1, 2025, are enclosed. The statements detail the activity on the account.

When the account was opened and activated, you agreed to the terms and conditions within the Card Agreement. The Card Agreement contains language detailing your responsibilities regarding payments.

We are required by the Fair Credit Reporting Act to report accurate information to the consumer reporting agencies. Our investigation into your request has determined that the above-referenced account is being reported accurately. As of the date of this letter, the account is 21 day(s) delinquent with a balance of $2,531.69.

Without a detailed description of the information reported to the consumer reporting agencies you claim to be inaccurate, we deem the account information to be correct. We have thoroughly researched this claim and have no additional information that we are able to provide you at this time.

Your request for compensation and to remove Credit One Bank's tradeline and inquiry from your credit history is respectfully denied.

As disclosed, if you think there is an error on your statement, write to us at the Billing Inquiries address on the statement. You must contact us within 60 days after the error appeared on your statement and notify us of any potential errors in writing. You may call us, but if you do, we are not required to investigate any potential error and you may have to pay the amount in question.

On January 13, 2025, we were notified of your intent to retain or your retention of legal representation. Please provide us with the name, phone number, and mailing address of your attorney and we will address your inquiries with them. If you are not represented by counsel any longer or believe that this notification was received in error, please notify us in writing at the address below.

If you have any additional questions, please call Customer Service at 877-825-3242, Monday through Friday between 5:00 a.m. and 9:00 p.m., or Saturday and Sunday between 6:30 a.m. and 5:00 p.m. (Pacific Time).

Sincerely,

Credit One Bank, N.A.

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

PR026/A276457661

039 LIXPABS 72616

Jacqueline Manzano                                          January 30, 2025
401 Paradise Heights Drive
Berryville, AR 72616

CEO, Robert DeJong
Credit One Bank
6801 Cimarron Rd.
Las Vegas, NV 89113

**RE: Credit One Account ending in #2393**
## IRREVOCABLE ESTOPPEL BY SILENCE
### AND **NOTICE OF PENDING LITIGATION**

CEO, Robert DeJong,

I have not been supplied proof per doctrine of estoppel by silence. **Engelhardt V. Gravens (mo) 281 SW 715,719.** I presume no evidence of the alleged debt therefore exists." Accordingly, in the law of estoppel, "silence" implies knowledge and an opportunity to act upon it.

This irrevocable estoppel by silence shall forever remain an un-rebuttable fact unless there is a preponderance of authenticated evidence to the contrary. Credit One Bank and its CEO, Robert DeJong has waived any right to challenge this matter in perpetuity.

My trust in Credit One Bank was destroyed when I discovered it was owed by a Debt Buyer, Sherman Financial Group LLC, and I felt further harm may result from Credit One's unfair billing and credit card practices. I am shocked and appalled at the level of corruption that could result from Credit One Bank's relationship with Sherman Financial Group, LLC, which is one of the largest and most egregious Debt Buyers in the United States. I am also aware that "Sherman" being the owner of Credit One Bank, N.A. is a direct conflict of interest.

I now realize that Credit One has tremendous incentive to deflect from any inquiry into its own conduct. To that end and for the purpose of clarity, "That which can be asserted without evidence can be dismissed without evidence." *Evidence of absence* is *evidence* of any kind that suggests something is missing or that it does *not* exist. Therefore any and all of your counter-arguments will be defeated, should this matter end up in the US District Court, and become a public record.

At this juncture you are in a disadvantaged position. I gave you several opportunities to resolve this ongoing billing error and inaccurate accounting issue, yet you failed to engage in mitigation and resolve this serious billing error issue and correct the inaccuracies on my consumer credit reports. This is your final opportunity to do so.

The consequence of your silence implies you have knowledge and have chosen to accept the alleged indebtedness as paid in full. Therefore, you owe me compensation for each and every payment I made to this account, and damages for your violations of my civil rights, Credit One Bank's Breach of the Contract/Agreement, violations TILA 15 JUSC §1666, and §1605, the FDCPA 15 USC §1692 et seq., violations of the FCRA 15 USC §1681 et seq, violations of the

**Notice of pending Litigation and Irrevocable Estoppel By Silence**

ECOA 15 USC §1691, for retailing and taking adverse action against me, including defamation of character.

If CEO, Robert DeJong chooses not to settle and resolve this matter on or before 02/12/2025, I will make the conclusion that Estoppel by his silence will arise and be understood as dishonest dealings, trickery and subterfuge. I will file a complaint in the US District Court of Arkansas, and seek redress to the fullest extent of the law. I will also subpoena Robert DeJong to testify under oath to the truth and accuracy of the account in its entirety from its inception.

If you wish to prevent the pending litigation, you can choose to agree to settle this matter amicably in the private. I can be contacted at jmdesigns88@proton.me, for settlement purposes only, absolutely no phone calls please, as they will not be responded to. This email address is strictly private and not to be shared with others.

For the purpose of transparency, I would like to inform you that I was invited to join a class action lawsuit against Credit One Bank, however, I have not yet made that decision.

Please do not make the mistake of ignoring this notice, because if I do not hear from you by **February 12, 2025,** you will be sued, the litigation will be quite long and costly for Credit One Bank, and I will seek damages far greater than a reasonable and amicable settlement at this stage. FYI, Mr. Alton Grisham as well as Mr. Pete Torrez have both decided to join the federal Lawsuit as Co- Plaintiffs, or in the alternative the Class Action suit, if Credit One fails to settle with them. **(see draft Complaint, 1ˢᵗ page attached hereto)**

Until then, the ball is in your court. Govern yourself accordingly. Thank you for your time and consideration.

Respectfully,
Jacqueline Manzano

**ATTACHMENTS: first page Copy of Federal Complaint,**

**CC: File**

**Notice of pending Litigation and Irrevocable Estoppel By Silence**

**Certified mail 7022 3330 0001 7792 2624**

Jacqueline Manzano                                              January 30, 2025
401 Paradise Heights Drive
Berryville, AR 72616

CEO, Robert DeJong
Credit One Bank
6801 Cimarron Rd.
Las Vegas, NV 89113

**RE:** Account number ending in #2393
The Consumer Credit Transaction between Jacqueline Manzano and Credit One Bank, NA, dated
February 18, 2024, involving a credit card

## NOTICE OF RESCISSION
## NOTICE TO AGENT IS NOTICE TO PRINCIPAL
## NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Attention, CEO, Robert DeJong,

This will serve as my formal Notice of rescission pursuant to 15 U.S.C. §1635, and Regulation Z, 12
C.F.R. §1026.23, of the transaction and credit card Agreement, **excluding the finance charge.** This
rescission is effective as to all aspects of the transaction and Agreement, including the Arbitration clause
and all documents signed in connection therewith, and automatically and immediately places the parties in
the status quo ante, i.e., in their pre-contractual positions, before the transaction was entered into.

I have a present right to rescind the consumer credit transaction for at least the following reasons:
**1.** Credit One bank, N. A. failed to provide me with the adequate clear and conspicuous required
disclosures under the Truth in Lending Act (TILA), and has therefore Breached the Agreement.
**2.** Credit One Bank, N.A. failed to provide me with a reasonable response to my billing error notice
and inaccurate accounting, and failed to make appropriate corrections in the account.
**3.** Credit one Bank, N. A. failed to conduct a reasonable investigation as required under the Fair
Credit Reporting Act (FCRA) 15 USC §1681s -2 (B) (ii), when the account was clearly inaccurate,
and you continued reporting it as accurate.

Please delete your tradeline including all inquiries from any and all of my consumer credit reports
immediately, and please send me written confirmation that you have done so.


Sincerely,
Jacqueline Manzano

# USPS Tracking®

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications
on your packages
**Learn More**

Remove
Tracking Number:
70223330000177922624

Copy Add to Informed Delivery
Latest Update
Your item was delivered to the front desk, reception area, or mail room at
12:13 pm on February 4, 2025 in LAS VEGAS, NV 89113.

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**

Delivered, Front Desk/Reception/Mail Room
LAS VEGAS, NV 89113
February 4, 2025, 12:13 pm
**See All Tracking History**
**What Do USPS Tracking Statuses Mean?**



 **Gmail**                          **jacqueline manzano <jmdesigns21@gmail.com>**

---

## RE: Notice of Sale of Your Credit Card Account
1 message

---

**Credit One Bank** <NoReply@emails.creditonebank.com>                    Tue, Aug 26, 2025 at 1:53 AM
Reply-To: Credit One <reply-feb915767c600d74-26_HTML-46429389-515004217-159163@emails.creditonebank.com>
To: JMDESIGNS21@gmail.com

Sign In

**Security Zone**
Jacqueline Manzano | Visa ••••2393

**This message is intended for Jacqueline Manzano. If you are not the intended recipient, please disregard and delete.**



August 26, 2025
Re: Notice of Sale of Your Credit Card Account

Jacqueline Manzano,

Credit One Bank is notifying you that your credit card account ending in **2393** ("Account") with a balance in the amount of **$3,232.88** was recently sold, and we understand has since been assigned to the new Account owner referenced below. **This letter is not an attempt to collect a debt and is for Account information purposes only.**

> LVNV Funding, LLC
> c/o Resurgent Capital Services, LP
> P.O. Box 10497
> Greenville, SC 29603

(877) 550-2459
https://www.resurgent.com/resolve

Unless otherwise notified by the new Account owner, all future inquiries regarding this Account should be directed to Resurgent Capital Services, LP. For more information, please go to https://www.resurgent.com/resolve

Credit One Bank has requested that the major consumer reporting agencies either change Credit One Bank's tradeline, with respect to this Account, to reflect the status as charged-off and sold or delete Credit One Bank's tradeline. This status may take up to 60 days to be reflected in your credit report. Please also note that this relates only to Credit One Bank's tradeline and does not impact any tradeline that a future owner of the charged off Account may report.

  

Trouble Viewing This Email? View in Browser

Please do not reply to this email; this is an unattended email box and is not monitored. If you have any questions regarding your account, please contact Customer Service.

**Important Information from Credit One Bank**
You are receiving this email because you are a Credit One Bank cardmember.

Your account information is included above to verify that Credit One Bank is the sender of this email. We will never ask for sensitive information such as your password, Social Security number, or account number in an email. Click here to read more about account security and fraud prevention.

Credit One Bank is committed to providing meaningful privacy protection for our cardmembers. For information on our Privacy Policy or how to contact us, please visit our website at CreditOneBank.com.

©2025 Credit One Bank, N.A. All rights reserved.
Credit One®, Credit One Bank® and corresponding logos are federally registered trademarks. All other product names, trademarks, logos and brands appearing herein are the property of their respective owners.
P.O. Box 98873, Las Vegas, NV 89193-8873

Written correspondences between Plaintiff and Defendant RCS

# Manzano, EXHIBIT −B

**Certified mail 7022 3330 0001 7792 6318**

Jacqueline Manzano
401 Paradise Heights Drive
Berryville, AR 72616

August 29, 2025

**General Disputes/ Correspondence:**
**Resurgent Capital Services/LVNV Funding**
PO Box 10497
Greenville, SC 29603

**RE: Account Number:** Ending in 2393
**Original Creditor:** Credit One Bank, N.A.
**Current Owner:** LVNV Funding LLC
**Resurgent ID:** 818377826
**Current Balance:** $3232.88

Dear Michele,

I am in receipt of your email messages, and your demand for payment in the amount of $3232.88 allegedly owed to Resurgent Capital Services and LVNV Funding, LLC. However, to insure the accuracy of the amount you claim is owed, I request you provide the following information and documentation.

1. Provide me with your Bill of Sale from Credit One Bank, N.A..
2. Provide me with a copy of your license to collect debt in the state of Arkansas.
3. Provide me with a copy of your insurance Bond, including the name of the insurance company who issued your Bond?
4. Who will testify to your claim of $3232.88 owed to you, under the penalty of perjury?

I am willing to resolve this matter with you, once you provide the proof I requested. Should you fail to respond, you agree by your default, and you agree to owe me triple damages for any and all violations of federal law. You have **ten (10) days** from receipt of this communication to respond, or you are estopped from taking any further collection action against me pursuant to the doctrine estoppel by silence.

Please refrain from sending me phone calls, text messages, voice mails or emails as you DO NOT have my consent. You may only contact me in writing via USPS certified mail.

Thank you for your time and cooperation. Notice is complete upon receipt.

Respectfully,

Jacqueline Manzano

# USPS Tracking®



Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages
Learn More

Remove
Tracking Number:
70223330000177926318
Copy Add to Informed Delivery
Latest Update
Your item was picked up at the post office at 5:33 am on September 3, 2025 in GREENVILLE, SC 29603.

Get More Out of USPS Tracking:
USPS Tracking Plus®

Delivered
Delivered, Individual Picked Up at Post Office
GREENVILLE, SC 29603
September 3, 2025, 5:33 am
See All Tracking History
What Do USPS Tracking Statuses Mean?



**Certified mail 7022 3330 0001 7792 6295**

Jacqueline Manzano                                    September 16, 2025
Pete Torrez
401 Paradise Heights Drive
Berryville, AR 72616

**Legal Department**
**Resurgent Capital Services/LVNV Funding**
PO Box 10497
Greenville, SC 29603

**RE: Account Numbers:** ending in 2393, and #7755
**Original Creditor:** Credit One Bank, N.A.
**Current Owner:** LVNV Funding LLC
  1. **Manzano, Resurgent ID:** 818377826, **Current Balance:** $3,232.88
  2. **Torrez, Resurgent ID:** 817015325, **Current Balance:** $655.42

**NOTICE OF INTENT TO SUE**
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

Attention, Resurgent Capital Services, LLC,

      A federal complaint is being filed against your organizations, on or about October 1, 2025. in the US District Court Western District of Arkansas, for violations of the FDCPA, FCRA and defamation of Character.

Please be advised, that this formal NOTICE is my **"good faith attempt"** to resolve this serious matter prior to filing a complaint against you for your violations of the FCRA, and FDCPA, as you have caused deliberate damage to our personal and financial reputations.

Should you desire to avoid litigation, you are welcome to settle this matter privately under FRCP 408. I am willing to discuss a reasonable and amicable resolution. You may contact me via email at, jmdesigns88@proton.me to discuss settlement, by the close of the business day on Wednesday September 30, 2025. For convenience purposes, this proton email can be used to reach both Plaintiffs for settlement negotiations, ongoing litigation and discovery.

      Thank you for your time and cooperation. Notice is complete upon receipt.

Respectfully,

Jacqueline Manzano, and Pete Torrez

**Certified mail 7022 3330 0001 7792 6295**

Jacqueline Manzano
401 Paradise Heights Drive
Berryville, AR 72616

September 16, 2025

**Resurgent Capital Services/LVNV Funding**
PO Box 10497
Greenville, SC 29603

**RE: Account Numbers:** ending in 2393
**Original Creditor:** Credit One Bank, N.A.
**Current Owner:** LVNV Funding LLC
**Resurgent ID:** 818377826, **Current Balance:** $3,232.88

Dear Resurgent Capital Services, LLC/Michelle,

### NOTICE OF IRREVOCABLE ESTOPPEL BY ACQUIESCENCE

Your silence is your default. "You have failed to respond to my request for information dated August 29, 2025. *I have not been provided proof per the doctrine of estoppel by silence. Therefore, I presume no evidence of the alleged debt exists.*"

You have failed to respond and demonstrate that you extended any credit to me or that I entered into an agreement with you, and this absence of evidence amounts to a lack of a contractual relationship. You must cease all further collection activity, and delete my personal information from your records immediately. If you have reported negative information to any of the credit reporting agencies, you must delete your trade line and inquiries from my consumer credit reports immediately.

Thank you for your time, your attention and cooperation to this matter.

Notice is complete upon receipt.

Regards,

Jacqueline Manzano

# USPS Tracking®

Tracking FAQs

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications
on your packages
**Learn More**

Remove
Tracking Number:
70223330000177926295

Copy Add to Informed Delivery
Latest Update
Your item was picked up at the post office at 6:40 am on September 23,
2025 in GREENVILLE, SC 29603.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

Delivered
Delivered, Individual Picked Up at Post Office
GREENVILLE, SC 29603
September 23, 2025, 6:40 am
**See All Tracking History**
**What Do USPS Tracking Statuses Mean?**

7022 3330 0001 7792 6295

U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Greenville SC 29603

Certified Mail Fee $5.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $0.00

Postage $0.78

Total Postage and Fees $6.08

Postmark
Here
09/16/2025

0216
02

≡   **M** Gmail          Q  in:trash                                    ✕   ≣

(99+)      Compose              Delete forever    |    ✉

**Mail**
           **Inbox**        142      Jacqueline, Please Review Your Account Information        Trash ×

Chat       Starred                Michele <ContactCS@mail.ecollect2.resurgent.com>
           Snoozed                to me

Meet       Important              You unsubscribed from ContactCS@mail.ecollect2.resurgent.com
           Sent

           **Drafts**        29

           Categories

           **Social**       200                                             ⓘ Unsubscribe if you don't want to receive

           Forums

           **Promotions**   138                                             ⓦ This important message is for Jacquelir
                                                                            respond letting us know.
           Less

           Scheduled                                                               ⎝⎠re
           All Mail                                                                    capit

           **Spam**           3

           **Trash**
           **Updates**      157                                            Fear of Commitment? We Unde

           Manage subscriptions                                           We created the Resurgent Customer Portal
           Manage labels                                                  their account. No pressure, no commitment.

           Create new label                                               You can explore details about your account
                                                                          without the pressure of someone on the oth

**Labels**                                                                                                       Sho

                                                                          Please review your account details below:

                                                                          **Account Number:** Ending in 2393
    ⓘ  Upgrade          →                                                 **Original Creditor:** Credit One Bank, N.A.
                                                                          **Current Owner:** LVNV Funding LLC
                                                                          **Resurgent ID:** 818377826
                                                                          **Current Balance:** $3232.88

PO Box 510090
Livonia MI 48151-6090





PMEJ2B00J01965

րիիկիկՈրրկութրիկիկիկիրությերերերերերերի

JACQUELINE MANZANO
401 PARADISE HEIGHTS DR
BERRYVILLE, AR 72616-8836

Account Number: \*\*\*\*\*\*\*\*\*\*\*\*2393
Original Creditor: Credit One Bank, N.A.
Current Owner: LVNV Funding LLC
Reference ID: 818377826
Balance: $3,232.88
Account Holder Name: Jacqueline Manzano

September 09, 2025

Dear Jacqueline Manzano,

Resurgent Capital Services L.P. manages the above referenced account for LVNV Funding LLC and has initiated a review of the inquiry recently received.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-866-464-1187.

Sincerely,

Resurgent Capital Services L.P.

**Please read the following important notices as they may affect your rights.**
This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.











*Hours of Operation*
8:00AM-9:00PM EST
Monday - Thursday
8:00AM-7:00PM EST
Friday
9:00AM-5:00PM EST
Saturday - Sunday

*General Disputes/Correspondence*
PO Box 10497
Greenville, SC 29603-0497
*Credit Bureau Disputes*
PO Box 1269
Greenville, SC 29602

*Contact Number*
Toll Free Phone
1-866-464-1187

*Customer Portal*
Resurgent.com

PMEJ2B00J01965019850010150400                         68127212-INITIAL-CS

First-Class Mail
Presorted
U.S. Postage Paid
RIS

PO Box 510090
Livonia MI 48151-6090





PMHNK800R00023

JACQUELINE MANZANO
401 PARADISE HEIGHTS DR
BERRYVILLE, AR 72616-8836

Account Number: ***********2393
Original Creditor: Credit One Bank, N.A.
Current Owner: LVNV Funding LLC
Reference ID: 818377826
Balance: $3,232.88
Account Holder Name: Jacqueline Manzano

September 26, 2025

Dear Jacqueline Manzano,

We have received a recent inquiry regarding the above-referenced account and have enclosed the account summary which provides verification of debt.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-866-464-1187.

Sincerely,

Resurgent Capital Services L.P.

Enclosure

**Please read the following important notices as they may affect your rights.**
This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

                  



*Hours of Operation*
8:00AM-9:00PM EST
Monday - Thursday
8:00AM-7:00PM EST
Friday
9:00AM-5:00PM EST
Saturday - Sunday

*General Disputes/Correspondence*
PO Box 10497
Greenville, SC 29603-0497
*Credit Bureau Disputes*
PO Box 1269
Greenville, SC 29602

*Contact Number*
Toll Free Phone
1-866-464-1187

*Customer Portal*
Resurgent.com

**List of email messages sent to Manzano' gmail, from Michelle at Resurgent Capital Services, LP**

1. Email message received on or about August 23, 2025 states in part; Fear of Commitment? Original Creditor: Credit One Bank, N.A., acct # 2392, Current owner: LVNV Funding LLC.
2. Six (6) page email message received on August 24, 2025 states in part; *This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.*

**List of Text messages received on Manzano's cellular phone # 0599,**
**from Resurgent Capital Services, LP**

1. Friday, August 22, 2025 @ 2:56 pm, *"This is an attempt to collect a debt and any information obtained will be used for the purpose."*
2. Wednesday, August 27, 2025 @ 2:56 pm, *"This is an attempt to collect a debt and any information obtained will be used for the purpose."*
3. Friday, August 28, 2025 @ 7:16 pm, *"This is an attempt to collect a debt and any information obtained will be used for the purpose."*
4. Tuesday, September 2, 2025 @ 5:22 pm, *"This is an attempt to collect a debt and any information obtained will be used for the purpose."*
5. Thursday, September 4, 2025, @ 7:31 pm, *"This is an attempt to collect a debt and any information obtained will be used for the purpose."*

Plaintiffs credit report showing COB tradeline

# Manzano, EXHIBIT –C

JACQUELINE MANZANO

| Account | CREDIT ONE BANK NA | CREDITONEBNK | CREDIT ONE BANK |
|---|---|---|---|
| Account Holder | 470793XXXXXXXXXX | 470793XXXXXX | 470793XXXXXXXXXX |
| Account Type | Revolving | Revolving | Revolving |
| Account Condition | Open | Open | Open |
| Date Opened | 2/18/2024 | 2/18/2024 | 2/18/2024 |
| High Balance | $2,628.00 | $2,628.00 | $2,628.00 |
| Monthly Payment | $132.00 | $132.00 | $132.00 |
| Account Balance | $2,628.00 | $2,628.00 | $2,628.00 |
| Last Reported | 2/2/2025 | 2/1/2025 | 2/2/2025 |
| Amount Past Due | $250.00 | $250.00 | $250.00 |
| Limit | $2,500.00 | $2,500.00 | $2,500.00 |
| Remarks | Account Previously In Dispute — Now Resolved — Reported By Subscriber Account Previously In Dispute — Now Resolved, Reported By Data Furnisher (To Be Used For Fcra Or Fcba Disputes) | Dispute Resolved Reported By Grantor | |
| Responsibility | Individual | Individual Account | Individual Account |
| Past Due - 30 Days | 1 | 0 | 0 |
| Past Due - 60 Days | 0 | 0 | 0 |
| Past Due - 90 Days | 0 | 0 | 0 |

| Past 24 months | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F |
| Experian | | | | | | | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 |
| Transunion | | | | | | | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | |
| Equifax | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | |

OK Current    30 30 Days Late    60 60 Days Late    90 90 Days Late    120 120 Days Late    150 150 Days Late
180 180 Days Late    PP Payment Plan    RF Reposession Foreclosure    CO Collection Charge Off    NG Negative    NA Not Available

| Account 6 | e | tu | EQ |
|---|---|---|---|
| Account | ~~REDACTED~~ | ~~REDACTED~~ | ~~REDACTED~~ |
| Account Holder | ~~REDACTED~~ | ~~REDACTED~~ | ~~REDACTED~~ |
| Account Type | Revolving | Revolving | Revolving |
| Account Condition | Closed | Closed | Closed |
| Date Opened | ~~REDACTED~~ | ~~REDACTED~~ | ~~REDACTED~~ |

JACQUELINE MANZANO



| | OK Current | 30 30 Days Late | 60 60 Days Late | 90 90 Days Late | 120 120 Days Late | 150 150 Days Late |
|---|---|---|---|---|---|---|
| | 180 180 Days Late | PP Payment Plan | RF Reposession Foreclosure | CO Collection Charge Off | NG Negative | NA Not Available |

| Account 5 | e | tu | EQ |
|---|---|---|---|
| Account | CREDIT ONE BANK NA | CREDITONEBNK | CREDIT ONE BANK |
| Account Holder | 470793XXXXXXXXXX | 470793XXXXXX | 470793XXXXXXXXXX |
| Account Type | Revolving | Revolving | Revolving |
| Account Condition | Closed | Closed | Closed |
| Date Opened | 2/18/2024 | 2/18/2024 | 2/18/2024 |
| High Balance | $0.00 | $3,232.00 | $0.00 |
| Monthly Payment | $0.00 | $0.00 | $0.00 |
| Account Balance | $3,232.00 | $3,232.00 | $3,232.00 |
| Last Reported | 7/2/2025 | 7/2/2025 | 7/2/2025 |
| Amount Past Due | $3,232.00 | $3,232.00 | $3,232.00 |
| Limit | $2,500.00 | $2,500.00 | $2,500.00 |
| Remarks | Account Previously In Dispute – Now Resolved – Reported By Subscriber Account Previously In Dispute — Now Resolved, Reported By Data Furnisher (To Be Used For Fcra Or Fcba Disputes) | Dispute Resolved Reported By Grantor | Charged Off Account |
| Responsibility | Individual | Individual Account | Individual Account |
| Past Due - 30 Days | 1 | 0 | 1 |
| Past Due - 60 Days | 1 | 0 | 1 |
| Past Due - 90 Days | 3 | 0 | 4 |

| Past 24 months | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J |
| Experian | | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | 120 | 120 | NA |
| Transunion | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | NA | NA | NA | NA | NA | NA | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | 120 | 120 | 120 | | |

| | OK Current | 30 30 Days Late | 60 60 Days Late | 90 90 Days Late | 120 120 Days Late | 150 150 Days Late |
|---|---|---|---|---|---|---|
| | 180 180 Days Late | PP Payment Plan | RF Reposession Foreclosure | CO Collection Charge Off | NG Negative | NA Not Available |

| Account 6 | e | tu | EQ |
|---|---|---|---|
| Account | TBOM/CONTFIN | TBOM/CONTFIN | THE BANK OF MISSOURI |

Plaintiffs credit denials

# Manzano, EXHIBIT –D

| | | | |
|---|---|---|---|
| Closed | 0 | 0 | 0 |
| Deferred/Unknown | 0 | 0 | 0 |

## Personal Information

| Personal Information | ⠿e | ⓣⓤ | EQ |
|---|---|---|---|
| Name | Jacqueline Manzano | Jacquelin Manzano | Jacqueline Manzano |
| Date of Birth | 1950 | 1950 | 1950 |
| Address | 401 Paradise Heights Dr Berryville AR 72616-8836 | 401 Paradise Heights Dr Berryville AR 72616 | 401 Paradise Heights Dr Berryville AR 72616 |
| Date Address Reported | 9/7/2021 | 4/30/2023 | 8/23/2025 |

| Previous Addresses | ⠿e | ⓣⓤ | EQ |
|---|---|---|---|
| Address 1 | 401 Paradise Heights Dr Berryville AR 72616-8836 | 401 Paradise Heights Dr Berryville AR 72616 | 401 Paradise Heights Dr Berryville AR 72616 |
| Address 2 | 1951 Corvette St Las Vegas NV 89142-1707 | 1951 Corvette St Las Vegas NV 89142 | 1951 Corvette St Las Vegas NV 89142 |
| Address 3 | Las Vegas Nv Las Vegas NV 89142 | 5042 Village Dr Las Vegas NV 89142 | 5042 Village Dr Las Vegas NV 89142 |

| Employment Details | ⠿e | ⓣⓤ | EQ |
|---|---|---|---|
| Employer 1 | Retired | Burboun St Casino | Maximhotel |

## Consumer Statement

No Consumer Statements Available.

## Credit Inquiries

| Inquiry 1 | ⠿e | ⓣⓤ | EQ |
|---|---|---|---|
| Inquiry Date | - | - | 1/2/2025 |
| Creditor Name | - | - | WELLS FARGO CARD SER |



Wells Fargo Bank, N.A.
PO Box 14579
Des Moines, IA 50306-3579

January 2, 2025

XNCCLTDTH7 005659 SP 01

JACQUELINE MANZANO
401 PARADISE HEIGHTS DR
BERRYVILLE, AR 72616

**Decision about your credit card account application # 20250029511520**

Dear JACQUELINE MANZANO:

We're writing to let you know we are unable to approve your credit card account application for the following reasons:

- Proportion of balances to credit limits on revolving accounts too high
- Serious delinquency
- Time since delinquency is too recent or unknown
- Lack of recent installment loan information

**About our credit decision and your consumer report**

Our decision was based in whole or in part on information in a consumer report (often called a credit report) from the consumer reporting agency below. This agency was not involved in our decision and cannot provide you with specific reasons about our decision.

However, we want to make sure you're aware of your right under the Fair Credit Reporting Act to know the information in your credit file and to receive a free copy of your consumer report from the agency if you request it within 60 days after you receive this notice. If you find that any information in the report is inaccurate or incomplete, you have the right to dispute it with the reporting agency. To obtain a free copy of your report, please contact:

Equifax
P.O. Box 740241
Atlanta, GA 30374
866-349-5191
equifax.com



PO BOX 6761
Sioux Falls, SD 57117

January 3, 2025

ⓘ UPDATE

00001524 1    57501822 DTF 00001524

||···||·····||···||·|··|·|·|·|·||·|·||·||·|·|·|·|||·····||·||

JACQUELINE MANZANO          **N0023286
401 PARADISE HEIGHTS DR
BERRYVILLE AR 72616-8836

Jacqueline Manzano
Application ID 250102916010510



# ⓘ We're unable to approve your application

Hi, Jacqueline. Thank you for your interest in the Citi® Double Cash Mastercard®
account. We're unable to approve your application because:

- A delinquent credit obligation(s), either paid **or** unpaid, was recorded on your
  credit bureau report.

- A delinquent credit obligation(s), either paid **or** unpaid, was recorded on your
  credit bureau report.

Please note, our decision was based in whole or in part on information in a report from
the following consumer reporting agency:

TransUnion LLC
PO Box 1000
Chester, PA 19016
1-800-888-4213
www.transunion.com

Even though the reporting agency provided the information, it had no part in our decision
and will not be able to provide specific reasons why we denied your request.

Under the Fair Credit Reporting Act, you have the right to know the information
contained in your credit file at the consumer reporting agency. You also have the right to
a free copy of your credit report if you request it from the consumer reporting agency no
later than 60 days after you receive this letter.





0.L0CD6501001.I202501030000B453.142.H.ZZ.SY.8000.SYSTEMB7654329937682514.Y.Y

Written correspondences between Plaintiff and Defendant COB

**Grisham, EXHIBIT –E**



**Certified mail 7022 3330 0001 7792 2655**

Alton Grisham                                                         December 4, 2024
401 Paradise Heights Drive
Berryville, AR 72616

Credit one Bank
6801 Cimarron Rd.
Las Vegas, NV 89113

**RE: Account ending in # 0181**
**Billing error, inaccurate accounting**

### REQUEST FOR VERIFICATION AND VALIDATION OF
### BILLING ERROR AND INACCURATE ACCOUNTING

Credit One Bank, or to Whom it may Concern,

 This communication will serve as my formal notice of a Billing error, and the inaccuracy of
the account #0181. You are violating my rights by reporting inaccurate financial information on
my consumer credit reports. I believe you made false and misleading statements and the
accounting is not accurate.

 Due to your adverse action, I request that you provide the following documentation;

1. Provide me with each and every benefit you have taken on this account from its
   inception?
2. I am requesting a specific set of accounting:  Please provide me with the original ledgers,
   where you issued money to the account #0181.
3. Please include all books of accounting, on the private side and the public side.
4. Provide me with the ledger which shows you paid the merchants.
5. Please provide the dollar amount of default insurance you have on this account.
6. Provide me with the name and title of the natural person who will swear to Credit one
   Bank' statements of account under penalty of perjury?
7. Provide the law that authorizes you to share my social security number with other
   financial institutions?
8. I also want the accounting for the securities, and any back end securities that were
   generated to the account, from its inception. This is to prove whether your numbers are
   accurate or inaccurate.

**Certified mail 7022 3330 0001 7792 2655**

If you fail to verify the accuracy of this account I want the account deleted from any and all consumer credit reporting agencies immediately, including all inquiries. And I want written confirmation that you have done so.

This communication is being sent to you in good faith. I am hopeful we are able to resolve this billing error and correct the inaccurate accounting amicably, and mitigate the damages.

Thank you for your time and cooperation. I look forward to your response within 30 days of receipt of this notice.

**Notice is complete upon receipt.**

Best regards,

Alton Grisham

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages
**Learn More**

## Remove
Tracking Number:
70223330000177922655

Copy Add to Informed Delivery
Latest Update
Your item was delivered to the front desk, reception area, or mail room at 11:44 am on December 11, 2024 in LAS VEGAS, NV 89113.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®
Delivered

Delivered, Front Desk/Reception/Mail Room
LAS VEGAS, NV 89113
December 11, 2024, 11:44 am
**See All Tracking History**
**What Do USPS Tracking Statuses Mean?**



7022 3330 0001 7792 2655

Credit One Bank
PO Box 98873
Las Vegas NV 89193



4312
0111

ALTON GRISHAM
401 PARADISE HEIGHTS DR
BERRYVILLE AR 72616-8836

 սիիվիլիաիվիվիիիիիիիիիիիիիիիիիիիիի

12/12/2024

RE: Account Number Ending in 0181

Dear Alton Grisham,

Thank you for contacting Credit One Bank. Per your request, we have enclosed a copy of the Card Agreement for the above-referenced account.

Sincerely,

Credit One Bank, N.A.



# B A N K

## Card Agreement

### *The Agreement*
This Agreement, together with the Pricing Summary, is your contract with us.

**Accepting this Agreement:** You accept this Agreement when you use the Account. You may still reject this Agreement if you have not yet used the Card, used the Account, or paid a fee after receiving a billing statement. To reject the Agreement, call us at 866-515-5721 or write us at Bank Card Center, P.O. Box 95516, Las Vegas, NV 89193-5516. If you reject the Agreement, you are not responsible for any fees or charges.

**Arbitration:** This Agreement includes an Arbitration Provision with class action and jury trial waivers. You can reject the Arbitration Provision. See "How to REJECT this agreement to arbitrate" in the Arbitration section. If you do not, it will be part of this Agreement.

**Promise to Pay:** You agree to pay us for all amounts due on your Account, including credit for Purchases, Balance Transfers, and Cash Advances, as well as interest charges and fees. This includes charges made by Additional Cardholders and other Authorized Users.

### *Definitions*
**Account** means the Credit One Bank card account under this Agreement.

**Authorized User** means any person you allow to use your Account or Card, including Additional Cardholders. If the Authorized User has been issued a Card and you want to terminate the Authorized User, you must notify us by telephone or in writing.

1



**FIRST CLASS MAIL**

RETURN SERVICE REQUESTED

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
Credit One

**Certified Mail 7022 3330 0001 7792 4529**

December 27, 2024

Alton Grisham
401 Paradise Heights Drive
Berryville, AR 72616

Credit one Bank
6801 Cimarron Rd.
Las Vegas, NV 89113

**RE: Account ending in # 0181**
**Billing error, inaccurate accounting**

**NOTICE OF FAULT AND OPPORTUNITY TO CURE**

Credit One Bank, or to whom it may concern,

I am in receipt of your communication dated 12/12/2024, and it is unresponsive to my Billing error and request for information regarding the inaccurate accounting, dated 12/04/2024. I have not been supplied proof per the doctrine of estoppel by silence. Engelhardt V. Gravens (MO) 281 SW 715,719. Therefore, I presume no evidence of the alleged indebtedness exists.

Please be advised, that this notice of fault and opportunity to cure is my good faith attempt to settle and resolve this matter without litigation. However, if you cannot provide me with evidence of movement of funds or that you loaned me money, then you agree by your default per the **"doctrine of estoppel by silence,"** and you owe me triple damages for your violations of the Truth in Lending Act, and the FDCPA.

Good faith is an honest belief, the absence of malice and the absence of design to defraud or seek an unconscionable advantage... and generally means being faithful to one's duty or obligation." Bad faith is the opposite of good faith.

You have **ten (10) days** from receipt of this notice to send me the verified and authenticated evidence I asked for. Please do not ignore this notice, because if this matter ends up in litigation, you will be required to produce evidence of your claim through discovery. Additionally, I will subpoena your CFO to testify under oath to the authenticity of this account ending in 0181. Don't you think it would be wise to discharge and delete this account from your records, rather than it being exposed on public record? I believe you owe me a refund of all previous payments as well. In fact, I am willing to file a claim against your surety Bond, if you continue collection activity, and do not delete your tradeline from my consumer credit reports immediately.

Please refrain from contacting me by email, text message or voicemails, as I prefer to keep this matter in written form for my personal records. Therefore, you may only communicate with me in writing through the US Mail.

Thank you for your time and cooperation. I look forward to your timely response. **Notice is complete upon receipt.**

Regards,

Alton Grisham,

Tracking Number:
70223330000177924529
Copy Add to Informed Delivery
Latest Update
Your item was delivered to the front desk, reception area, or mail room at
10:53 am on January 2, 2025 in LAS VEGAS, NV 89113.

Get More Out of USPS Tracking:
USPS Tracking Plus®

Delivered
Delivered, Front Desk/Reception/Mail Room
LAS VEGAS, NV 89113
January 2, 2025, 10:53 am
**See All Tracking History**
**What Do USPS Tracking Statuses Mean?**



Credit One Bank
PO Box 98873
Las Vegas NV 89193



4103
0111

ALTON GRISHAM
401 PARADISE HEIGHTS DR
BERRYVILLE AR 72616-8836

|ılıılı·ıllllı·ıllılıllllılıgıllllı·ıllı·ıllılılılı·llılıl

01/08/2025

RE: Account Number Ending in 0181

Dear Alton Grisham,

Thank you for contacting Credit One Bank. We are unable to process your request because it is unclear. Please send a detailed explanation of your request or call the number listed below for further assistance.

If you have additional questions, please call Customer Service at 877-825-3242 between 5:00 a.m. and 9:00 p.m. Monday through Friday, or between 6:30 a.m. and 5:00 p.m. on Saturday and Sunday (Pacific Time).

Sincerely,

Credit One Bank, N.A.

Alton Grisham                                                    January 18, 2025
401 Paradise Heights Drive
Berryville, AR 72616

Credit one Bank
6801 Cimarron Rd.
Las Vegas, NV 89113

**RE: Account ending in # 0181**
**Billing error, inaccurate accounting**

## IRREVOCABLE ESTOPPEL BY SILENCE
## NOTICE TO AGENT IS NOTICE TO PRINCIPAL
## NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Credit One Bank, or to whom it may concern,

   I have not been supplied authenticated proof per the doctrine of estoppel by silence.
**Engelhardt V. Gravens (mo) 281 SW 715,719.** Consequently, I presume no evidence of the
alleged debt therefore exists".

   This irrevocable estoppel by silence shall and will forever remain an un-rebuttable fact unless
there is a preponderance of authenticated evidence sworn under oath to the contrary. Credit One
Bank N. A., its CEO, his employees and its affiliates have waived any and all rights to challenge
this matter in perpetuity.

   I had a right to full disclosure of all information, and the movement of funds regarding this
Credit One account, including the accounting and full disclosure of all monies received and/or
expended as a result of this ongoing billing error and inaccurate accounting. You must delete this
account **#0181** from any and all of my consumer credit reports immediately. Additionally, my
personal information and account information is private, and you **DO NOT** have my permission
to share it with any third party. Any collection activity related to this account is forever estopped
in perpetuity.
   This Credit One account **#0181** is unquestionably an inaccurate Billing Error. Therefore, I
hereby rescind this entire Credit One bank transaction from its inception, excluding the finance
charge, due to your breach of Agreement. I prohibit you from falsely and inaccurately claiming
amounts due on the account, pursuant to the FDCPA 15 USC 1692, 15 USC §1605 (a) of The
Truth in Lending Act, and the FCRA 15 USC §1681.

   Thank you for your time and cooperation.

Regards, Alton Grisham

Alton Grisham                                          January 18, 2025
401 Paradise Heights Drive
Berryville, AR 72616

CEO, Robert DeJong
Credit One Bank
6801 Cimarron Rd.
Las Vegas, NV 89113

**RE:** Account number ending in **#0181**
The Consumer Credit Transaction between Alton Grisham and Credit One Bank, NA, involving an
American Express credit card

## NOTICE OF RESCISSION
## NOTICE TO AGENT IS NOTICE TO PRINCIPAL
## NOTICE TO PRINCIPAL IS NOTICE TO AGENT

**Attention,** Robert DeJong,

This will serve as my formal Notice of rescission pursuant to 15 U.S.C. §1635, and Regulation Z, 12
C.F.R. §1026.23, of the transaction and credit card Agreement, **excluding the finance charge.** This
rescission is effective as to all aspects of the transaction and Agreement, including the Arbitration clause
and all documents signed in connection therewith, and automatically and immediately places the parties in
the status quo ante, i.e., in their pre-contractual positions, before the transaction was entered into.

I have a present right to rescind the consumer credit transaction for at least the following reasons:
**1.** Credit One bank, N. A. failed to provide me with the adequate clear and conspicuous required
disclosures under the Truth in Lending Act (TILA), and has therefore Breached the Agreement.
**2.** Credit One Bank, N.A. failed to provide me with a reasonable response to my billing error notice
and inaccurate accounting, and failed to make appropriate corrections in the account.
**3.** Credit one Bank, N. A. failed to conduct a reasonable investigation as required under the Fair
Credit Reporting Act (FCRA) 15 USC §1681s -2 (B) (ii), when the account was clearly inaccurate,
and you continued reporting it as accurate.

Please delete your tradeline including all inquiries from any and all of my consumer credit reports
immediately, and please send me written confirmation that you have done so. This rescission shall
take effect upon receipt.

Regards,
Alton Grisham

# USPS Tracking®

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages
**Learn More**

Remove
Tracking Number:
70223330000177924499

Copy Add to Informed Delivery
Latest Update
Your item was delivered to the front desk, reception area, or mail room at 10:07 am on January 24, 2025 in LAS VEGAS, NV 89113.

Get More Out of USPS Tracking:
USPS Tracking Plus®

Delivered
Delivered, Front Desk/Reception/Mail Room
LAS VEGAS, NV 89113
January 24, 2025, 10:07 am
**See All Tracking History**
**What Do USPS Tracking Statuses Mean?**



Alton Grisham                                                                              January 29, 2025
401 Paradise Heights Drive
Berryville, AR 72616

CEO, Robert DeJong
Credit One Bank
6801 Cimarron Rd.
Las Vegas, NV 89

**RE: Account ending in #**

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIAPL IS NOTICE TO AGENT**
**NOTICE OF INTENT TO SUE**

Dear Robert DeJong,

  This is being sent prior to filing suit an opportunity to amicably settle and resolve Credit One Bank's violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. § 1681et seq., the Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692 et seq. and defamation of character. I sent you notice that there are billing errors and inaccurate accounting related to this account, and pursuant to 15 USC 1666 you must stop collection action until you have provided me with authenticated evidence I asked for. However, you instead chose to take adverse action and retaliate against me by continuing to furnish negative information on my consumer credit reports, causing me personal and financial damage.

 At this time, I am willing to settle these matters amicably without having to file suit against you. My offer to settle this matter is as follows;

1. Send me a check in the amount of $2,000 in compensation for your violations of my civil rights and your violations of federal law.
2. I am willing to sign a private settlement agreement with you, which will include, deleting your tradeline and inquiries from my consumer credit reports in perpetuity.
3. Delete the account in its entirety from your records.

 I am giving you ten **(10)** days from receipt of this letter to take the opportunity to do so. If Credit One Bank chooses not to settle the matters at hand, then I will file suit and seek my remedy in US District Court, including filing a complaint against you with the OCC. I can be reached directly via email at jmdesigns21@gmail.com.

Kind Regards,

Alton Grisham

# USPS Tracking®

**Track Packages**
**Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages
**Learn More**

Remove
Tracking Number:
70223330000177924482

Copy Add to Informed Delivery
Latest Update
Your item was delivered to the front desk, reception area, or mail room at 12:56 pm on February 3, 2025 in LAS VEGAS, NV 89113.

Get More Out of USPS Tracking:
**USPS Tracking Plus®**
Delivered

Delivered, Front Desk/Reception/Mail Room
LAS VEGAS, NV 89113
February 3, 2025, 12:56 pm
**See All Tracking History**
**What Do USPS Tracking Statuses Mean?**



Written correspondences between Plaintiff and Defendant RCS $\underset{i}{\overset{}{\not\Subset}} \angle \vee \mathbb{N} \vee$

**Grisham, EXHIBIT –F**

**Certified mail 7022 3330 0001 7792 6264**

Alton Grisham, et al.
401 Paradise Heights Drive
Berryville, AR 72616                                    September 16, 2025

**LVNV Funding, LLC**
355 S Main Street, Suite 300-D
Greenville, SC 29601

**RE: Account Numbers:** ending in 2393, #0181, and #7755
**Original Creditor:** Credit One Bank, N.A.
**Current Owner:** LVNV Funding LLC
1. **Jacqueline Manzano, Resurgent Capital Svcs. ID:** 818377826, **Current Balance:** $3,232.88
2. **Alton Grisham, LVNV Funding tradeline on Experian, Equifax and Transunion: FCRA 15 USC §1681b** no permissible purpose, **Current Balance:** $1,111.00
3. **PeteTorrez, Resurgent Capital Svcs. ID:** 817015325, **Current Balance:** $655.42

**NOTICE OF INTENT TO SUE**
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

Attention, LVNV Funding,

A federal complaint is being filed against your organization, on or about October 1, 2025 in the US District Court Western District of Arkansas, for violations of the FDCPA, FCRA and defamation of Character.

Please be advised, this formal NOTICE is my **"good faith attempt"** to resolve this serious matter prior to filing a complaint against you for your violations of the FCRA, and FDCPA, as you have caused deliberate and severe damage to our personal and financial reputations. Apparently you have hired/assigned Resurgent Capital Services, LLC to pursue Jacqueline Manzano and Pete Torrez to collect a nonexistent debt, and you have labeled yourself as the Current Creditor which is quite confusing, because you are a debt buyer, so there is a bit of ambiguity there.

If you desire to avoid the pending litigation, you are welcome to settle this matter privately under FRCP 408. I am willing to discuss a reasonable and amicable resolution that will benefit all parties involved. You may contact me via email at, jmdesigns88@proton.me to discuss settlement. You have until the close of the business day September 30th, 2025 to contact me. For your convenience, this proton mail can be used for settlement negotiations, ongoing litigation and discovery. The choice is yours as to how you choose to move forward.

Thank you for your time and cooperation. Notice is complete upon receipt.

Regards, Alton Grisham

**Certified mail 7022 3330 0001 7792 6264**

Alton Grisham, et al
401 Paradise Heights Drive
Berryville, AR 72616

September 16, 2025

**LVNV Funding, LLC**
355 S Main Street, Suite 300-D
Greenville, SC 29601

**RE: Account Number:** ending in 0181
**Original Creditor:** Credit One Bank, N.A.
**Current Owner:** LVNV Funding LLC
**Subject:** violation FCRA §1681b no permissible purpose

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

Attention, LVNV Funding,

A recent review of my Experian, Equifax and Transunion credit reports shows you have furnished your tradeline as a collection account without a permissible purpose and without my consent. I do not recall entering into an agreement to become indebted to you, and for that reason my concern is the legitimacy and accuracy of your claim in the amount of $1,111.00. Further, I do not believe you loaned me any money or extended me any credit, so I am requesting that you provide the following information;

1. Provide me with your Bill of Sale from Credit One Bank, N.A..
2. Provide me with a copy of your license to collect debt in the state of Arkansas.
3. Provide me with a copy of your insurance Bond, including the name of the insurance company who issued your Bond.
4. Who will testify to your claim of $1,111.00 owed to you, under the penalty of perjury?

I am willing to resolve this matter with you, once you provide the proof I requested. Should you fail to respond with the required documentation and information I have requested, you agree by your default, and you agree to owe me triple damages for any and all violations of federal law. You have **ten (10) days** from receipt of this communication to respond, or you are estopped from taking any further collection action against me pursuant to the doctrine estoppel by silence. That includes, deleting your tradeline from any and all of my consumer credit reports.

Please refrain from phone calls, text messages, voice mails or emails as you DO NOT have my consent. You may only contact me in writing via USPS certified mail only.

Thank you for your time and cooperation. Notice is complete upon receipt.

Regards, Alton Grisham

# USPS Tracking®

**Tracking FAQs**

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications
on your packages
**Learn More**

Remove
Tracking Number:
70223330000177926264

Copy Add to Informed Delivery
Latest Update
Your item was delivered to the front desk, reception area, or mail room at
12:09 pm on September 23, 2025 in GREENVILLE, SC 29601.

Get More Out of USPS Tracking:
USPS Tracking Plus®
Delivered
Delivered, Front Desk/Reception/Mail Room
GREENVILLE, SC 29601
September 23, 2025, 12:09 pm
**See All Tracking History**
**What Do USPS Tracking Statuses Mean?**

7022 3330 0001 7792 6264

U.S. Postal Service®
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Greenville, SC 29601

Certified Mail Fee $5.30 0216
02

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $_____
☐ Return Receipt (electronic) $_____
☐ Certified Mail Restricted Delivery $_____
☐ Adult Signature Required $_____
☐ Adult Signature Restricted Delivery $_____

Postage $0.78

Total Postage and Fees $6.08

Postmark
Here
09/16/2025

Sent To MAIL (INTENT TO SUE)
Street and Apt. No., or PO Box No. 355 S MAIN, 300-D
City, State, ZIP+4® Greenville, SC 29601

Plaintiff, Alton Grisham **cellular phone ending in #3185**

# List of voicemails from Resurgent Capital Services, LP +1(866)559-6648

1. August 9, 2025, @ 4:38 pm 00:41 seconds; *This is an attempt to collect a debt and any information obtained will be used for that purpose.*
2. August 15, 2025, @ 2:21 pm 00:36 seconds; *This is an attempt to collect a debt and any information obtained will be used for that purpose.*
3. August 30, 2025, @ 3:57 pm 00:32 seconds; *This is an attempt to collect a debt and any information obtained will be used for that purpose.*

*Alton Grisham*



8:23

< +1 (866) 559-6648 >

PYACSPT
Hi there this is resurgent capital services a debt collection company we've been trying to reach you regarding your accounts available offers this message is a courtesy alert to let you know your account status requires attention reach out to us at . . . or visit . . . for more information thanks this is an attempt to collect a debt and any information obtained will be used for that purpose

Favorites   Recents   Contacts   Keypad   Voicemail

*Voice mail TRANSCRIPT*
*AUGUST 9, 2025*
*@ 4:38 P/M  41 SECONDS*



VOICEMAIL TRANSCRIPT

August 15, 2025

@ 2:21 P/M 36 seconds

Welcome to resurging capital services a debt collection company we're here to assist you with your account and provide valuable information to help you find a resolution we offer many of our services online including viewing account information and customizing payment plans just visit [unclear] if you would prefer to talk to a member of our customer care team give us a call at [unclear] we look forward to assisting you this is an attempt to collect a debt and any information obtained will be used for that purpose

# voicemails

From: Alton Grisham (agrisham21@gmail.com)

To: elegantrepairs@aol.com

Date: Wednesday, September 24, 2025 at 08:42 PM CDT

**as of 9/24/25**



Voicemail Transcript
August 30, 2025
@ 3:57 P/M 32 Seconds

Plaintiff A. Grisham

**Unsolicited, unauthorized and unwanted**
**Email messages from Michelle, at Resurgent Capital Services, LP**

1. **Tuesday, July 1, 2025 at 9:56 am.** *This is an attempt to collect a debt and any information obtained will be used for that purpose.*
2. **Wednesday, September 3, 2025 at 11:54 am.** *This is an attempt to collect a debt and any information obtained will be used for that purpose.*
3. **Wednesday, September 4, 2025 at 9:32 am.** *This is an attempt to collect a debt and any information obtained will be used for that purpose.*
4. **Saturday, September 6, 2025 at 2:48 pm.** *This is an attempt to collect a debt and any information obtained will be used for that purpose.*
5. **Wednesday, September 10, 2025 at 11:59 am.** *This is an attempt to collect a debt and any information obtained will be used for that purpose.*
6. **Wednesday, September 4, 2025 at 9:32 am.** *This is an attempt to collect a debt and any information obtained will be used for that purpose.*
7. **Friday, September 26, 2025 at 9:44 am.** *This is an attempt to collect a debt and any information obtained will be used for that purpose.*
8. **Sunday, September 28, 2025 at 9:45 am.** *This is an attempt to collect a debt and any information obtained will be used for that purpose.*
9. **Friday, October 2, 2025 at 10:02 am.** *This is an attempt to collect a debt and any information obtained will be used for that purpose.*
10. **Monday, October 6, 2025 at 9:56 am.** *This is an attempt to collect a debt and any information obtained will be used for that purpose.*
11. **Wednesday, October 8, 2025 at 10:08 am.** *This is an attempt to collect a debt and any information obtained will be used for that purpose.*
12. **Sunday, October 12, 2025 at 10:02 am.** *This is an attempt to collect a debt and any information obtained will be used for that purpose.*
13. **Tuesday, October 14, 2025 at 10:10 am.** *This is an attempt to collect a debt and any information obtained will be used for that purpose.*
14. **Tuesday, October 14, 2025 at 4:19 pm.** *This is an attempt to collect a debt and any information obtained will be used for that purpose.*

Plaintiff's credit report showing Defendants COB and LVNV tradelines

**Grisham, EXHIBIT –G**

| Closed | 0 | 0 | 0 |
| Deferred/Unknown | 0 | 0 | 0 |

## Personal Information

| Personal Information | ⊖e | ⓣⓤ | EQ |
|---|---|---|---|
| Name | Alton Grisham | Alton V Grisham | Alton V Grisham |
| Date of Birth | 1984 | 1984 | 1984 |
| Address | 401 Paradise Heights Dr Berryville AR 72616-8836 | 401 Paradise Heights Dr Berryville AR 72616 | 401 Paradise Heights Dr Berryville AR 72616 |
| Date Address Reported | 7/11/2017 | 9/30/2019 | 8/22/2025 |

| Previous Addresses | ⊖e | ⓣⓤ | EQ |
|---|---|---|---|
| Address 1 | 401 Paradise Heights Dr Berryville AR 72616-8836 | 401 Paradise Heights Dr Berryville AR 72616 | 401 Paradise Heights Dr Berryville AR 72616 |
| Address 2 | 4351 Corvette St Las Vegas NV 89142-4701 | 4351 Corvette St Las Vegas NV 89142 | 9977 Leonardo St Las Vegas NV 89178 |
| Address 3 | 9977 Lanzarote St Las Vegas NV 89178-1515 | 4995 Cleveland Las Vegas NV 89109 | 3451 E Harmon Ave Apt 244 Las Vegas NV 89122 |
| Address 4 | - | - | 4995 Cleveland Ave Las Vegas NV 89109 |
| Address 5 | - | - | 5042 Village Las Vegas NV 89142 |
| Address 6 | - | - | 4351 Corvette St Las Vegas NV 89142 |

| Employment Details | ⊖e | ⓣⓤ | EQ |
|---|---|---|---|
| Employer 1 | Fry S | Clean Image Mobile Detailing | - |
| Employer 2 | Clean Image Mobile Deta | - | - |

## Consumer Statement

No Consumer Statements Available.

_ALTON GRISHAM_

| | | | |
|---|---|---|---|
| Limit | $0.00 | - | $0.00 |
| Remarks | Account Information Disputed By Consumer Under The Fair Credit Reporting Act | - | Collection Account |
| Responsibility | Individual | - | Individual Account |
| Past Due - 30 Days | 0 | - | 0 |
| Past Due - 60 Days | 0 | - | 0 |
| Past Due - 90 Days | 0 | - | 1 |

| Past 24 months | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A |
| Experian | | | | | | | | | | | | | | | | | | | | | | | NA | NA |
| Transunion | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | OK | OK | OK | NA | |

| | | | |
|---|---|---|---|
| OK Current | 30 30 Days Late | 60 60 Days Late | 90 90 Days Late |
| 120 120 Days Late | 150 150 Days Late | 180 180 Days Late | PP Payment Plan |
| RF Reposession Foreclosure | CO Collection Charge Off | NG Negative | NA Not Available |

| Account 3 | e | tu | EQ |
|---|---|---|---|
| Account | LVNV FUNDING LLC | - | LVNV FUNDING LLC |
| Account Holder | 379363XXXXXXXXX | - | 379363XXXXXXXXX |
| Account Type | Collection | - | Collection |
| Account Condition | Collection | - | Collection |
| Date Opened | 6/17/2025 | - | 6/17/2025 |
| High Balance | $0.00 | - | $1,315.00 |
| Monthly Payment | $0.00 | - | $0.00 |
| Account Balance | $1,315.00 | - | $1,315.00 |
| Last Reported | 8/5/2025 | - | 8/5/2025 |
| Amount Past Due | $1,315.00 | - | $1,315.00 |
| Limit | $0.00 | - | $0.00 |
| Remarks | - | - | Collection Account |
| Responsibility | Individual | - | Individual Account |
| Past Due - 30 Days | 0 | - | 0 |
| Past Due - 60 Days | 0 | - | 0 |
| Past Due - 90 Days | 0 | - | 0 |

| Past 24 months |
|---|

| | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian | | | | | | | | | | | | | | | | | | | | | | | | NA |
| Transunion | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | | | |
|---|---|---|---|
| OK Current | 30 30 Days Late | 60 60 Days Late | 90 90 Days Late |
| 120 120 Days Late | 150 150 Days Late | | |
| 180 180 Days Late | PP Payment Plan | RF Repossession Foreclosure | CO Collection Charge Off |
| NG Negative | NA Not Available | | |

| Account 4 | *e* (Experian) | (tu) Transunion | EQ Equifax |
|---|---|---|---|
| Account | CREDIT ONE BANK NA | - | - |
| Account Number | 379363XXXXXXXXX | - | - |
| Account Type | Revolving | - | - |
| Account Condition | Closed | - | - |
| Date Opened | 3/12/2024 | - | - |
| High Balance | $0.00 | - | - |
| Monthly Payment | $0.00 | - | - |
| Account Balance | $1,315.00 | - | - |
| Last Reported | 5/25/2025 | - | - |
| Amount Past Due | $1,315.00 | - | - |
| Limit | $1,150.00 | - | - |
| Remarks | Account Previously In Dispute – Now Resolved – Reported By Subscriber Account Previously In Dispute — Now Resolved, Reported By Data Furnisher (To Be Used For Fcra Or Fcba Disputes) | - | - |
| Responsibility | Individual | - | - |
| Past Due - 30 Days | 1 | - | - |
| Past Due - 60 Days | 1 | - | - |
| Past Due - 90 Days | 3 | - | - |

| Past 24 months | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A |
| Experian | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | 120 | 120 | NA | | | |
| Transunion | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |

*ALTON GRISHAM*

A new potentially negative – major derogatory alert has appeared on your credit report. Please review the details of the alert for information that may indicate identity theft.

**Additional Info:**
Please review the alert. If you feel you are a victim of identity theft, follow the steps below to ensure your personal information stays secure.

**Source:**
Experian

**Alert Date:**
08/14/2025

**Balance Amount:**
$1,315.00

**Is Collection:**
Yes

**Open Date:**
08/05/2025

**P
a
y
m
e
n
t

S
t
a
t
u
s
:**

Grid Code G (Collections)

08/05/2025

LVNV FUNDING LLC

(866) 464-1183

Plaintiffs credit denials

# Grisham, EXHIBIT –H



🔒 THIS IS A SECURE SITE



# Your Pre-qualification Results Are...

## Reference #: 434137603



**Thank you for your interest in Surge® Mastercard®, issued by Celtic Bank and serviced by Continental Finance Company. At this time, a credit offer is not available for the following reason(s):**

> After a thorough review of your request for credit, we are unable to approve your application at this time. We will notify you within 30 days at the address you provided with the reasons for our decision.

**Please check your email for a message from norepIy@yoursurgecard.com. You may need to review your junk e-mail for this message.**

## There is another option available

## Optional Credit Offers:

Based on your application and credit profile there maybe be other credit offer available to you. If you would like to review and consider these offers please click the button below and you will be automatically redirected to a third party website.

**Are you interested in reviewing these credit options today?**

SHOW OFFERS ➔

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income is derived from a public assistance program; or because the applicant has in good faith exercised his/her right under the Consumer Credit Protection Act. The federal agency that administers the compliance with this law concerning this creditor is the Division of Depositor and Consumer Protection, National Center for Consumer and Depositor Assistance, Federal Deposit Insurance Corporation, 1100 Walnut Street, Box #11, Kansas City, MO 64106.

Privacy | FAQ

Have a Question? Call Customer Service at 1-866-449-4514

Monday - Friday: 7am - 12am
Saturday - Sunday: 8am - 8pm
Eastern Standard Time

Surge® is issued by Celtic Bank, pursuant to a license from Mastercard International.

Continental Finance provides services for your Account, but is not a bank. The bank issuing your card will be identified on the back of your Mastercard® and in your Cardholder Agreement, which governs your use of the Account.

All trademarks not belonging to Continental Finance are the property of their respective owners.

THIS IS A CREDIT SOLICITATION ONLY. CONTINENTAL FINANCE COMPANY, LLC IS NOT THE LENDER. INFORMATION RECEIVED WILL BE SHARED WITH ONE OR MORE THIRD PARTIES IN CONNECTION WITH YOUR CREDIT INQUIRY.

Obtaining Your Card: The USA PATRIOT Act is a federal law that requires all financial institutions to obtain, verify and record information that identifies each person who opens a Card Account. What this means for you: When you open a Card Account, we will ask for your name, address, date of birth and other information that will allow us to reasonably identify you. We may also ask to see your driver's license or other identifying documents at any time.

©2025 Continental Finance LLC All rights reserved.

Written correspondences between Plaintiff and Defendant COB

**Torrez, EXHIBIT –I**

**Certified mail 7022 3330 0001 7792 3935**

Pete Torrez                                                    December 4, 2024
401 Paradise Heights Drive
Berryville, AR 72616

Credit One Bank
6801 Cimarron Rd.
Las Vegas, NV 89

**RE: Account ending in # 7755**
**SUBJECT: inaccurate accounting and incorrect amount owed, billing error**
**NOTICE OF DISPUTE, BILLING ERROR,**

Dear Sir or madam,

I believe you are reporting inaccurate financial information on my consumer credit reports, because I do not believe you loaned me any of your own money or credit. I also believe you made false and misleading statements to the Credit Reporting Agencies, which has caused me much . Due to the inaccuracy of this account, I respectfully request you provide the following information;

1. I want to know about the all of benefits you have taken from the inception of this account, ending in **#7755.**
2. Please provide me with the original ledgers, where you issued money to the account.
3. Please provide all your books of accounting, both on the public and the private side.
4. Provide me with the ledger where you paid the merchants.
5. Please provide the actual amount of default insurance you have on this account against any loss.
6. Who will swear to your statements of this account under penalty of perjury?
7. Please provide the name of the insurance Company that issued your surety Bond, and the policy number.
8. I also want the accounting for the securities, and any back end securities that were generated to the account. This is so the number on the account is accurate.

If you fail to verify the accuracy of this account I want the account deleted from any and all consumer credit reporting agencies immediately, including all inquiries.

Please know that I appreciate your time and cooperation in this serious matter. I look forward to a timely response from you. This Notice is complete upon receipt.

Kind regards,

Pete Torrez

# USPS Tracking®

**Tracking FAQs**

**Track Packages**
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages
**Learn More**

## Remove
Tracking Number:
70223330000177923935
Copy Add to Informed Delivery
Latest Update
Your item was delivered to the front desk, reception area, or mail room at 11:44 am on December 11, 2024 in LAS VEGAS, NV 89113.

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**

**Delivered**
Delivered, Front Desk/Reception/Mail Room
LAS VEGAS, NV 89113
December 11, 2024, 11:44 am
**See All Tracking History**
**What Do USPS Tracking Statuses Mean?**



Credit One Bank
PO Box 98873
Las Vegas NV 89193

**5584**
**0111**

PETE TORREZ
401 PARADISE HEIGHTS DR
BERRYVILLE AR 72616-8836

ͰͰͰͰͰͰͰͰͰͰͰͰͰͰͰͰͰͰͰͰͰͰͰͰͰͰͰ

12/17/2024

RE: Account Number Ending in 7755

Dear Pete Torrez,

Thank you for contacting Credit One Bank. Per your request, we have enclosed a copy of the Card Agreement for the above-referenced account.

Sincerely,

Credit One Bank, N.A.

**Credit One**
B A N K

PL42XE00102394-983112

Ա||ʰ⊔ʰ||ᵐ|ᵖ|ᵖ||ᵖ|⊔ᵖ||ᵖ||ᵖ||ᵖ||ᵖᵖ⊔||||ʰᵖᵖ|||ᵐ||ᵖ|

PETE TORREZ
401 PARADISE HEIGHTS DR
BERRYVILLE, AR 72616-8836

12/18/2024

RE: Account Number Ending in 7755

Dear Pete Torrez,

Credit One Bank received your request for validation of the debt associated with the above-referenced account.

In validation of the debt, on or about March 1, 2024, we sent Pete Torrez a written solicitation for a pre-approved credit card ("Offer") with the reservation number WX703SM96B79. The Offer was fulfilled through Credit One Bank's website, using the above-referenced reservation number. The completed application included the following information:

| | |
|---|---|
| Name: | Pete Torrez |
| Date of Birth: | ████, 1954 |
| SSN Last 4: | ████ |
| Email Address: | elegantrepairs@aol.com |
| Phone Number: | ███-788-0637 |
| Address: | 401 Paradise Heights Dr, Berryville, Ar 72616 |

The account was opened on March 26, 2024, with an initial credit line of $300.00. The most recent activity on the account includes a payment of $16.24 processed on July 3, 2024. Billing statements have been provided monthly. The statements show the calculation of the listed minimum amount claimed as due and owing; the calculation, application, and inclusion of any and all finance charges or late fees, if any, that were applied; and the calculation and determination of the current new and outstanding balance.

Based on the above information, we believe this account was established and utilized by you.

When the account was opened and activated, you agreed to the terms and conditions within the Card Agreement. The Card Agreement contains language detailing your

DV010/A272771071

P.O. Box 98873, Las Vegas, NV 89193-8873   P 877-825-3242

**Certified mail 7022 3330 0001 7792 4543**

Pete Torrez                                    December 27, 2024
401 Paradise Heights Drive
Berryville, AR 72616

Credit One Bank
6801 Cimarron Rd.
Las Vegas, NV 89113

**RE: Account ending in # 7755**
**SUBJECT: inaccurate accounting and serious billing error**

### NOTICE OF DEFAULT AND OPPORTUNITY TO CURE

Dear Sir or madam,

You have failed to respond to my request for pertinent information regarding the movement of funds on this account #7755. Therefore, I have not yet been supplied proof per the doctrine of estoppels by silence, Engelhardt V. Gravens (MO) 281 SW 715,719. I presume no evidence of late payments or the alleged debt exists.

Your communication dated 12/17/2024, fails to address my billing error and inaccurate accounting dispute, which you received on 12/11/2024, according to USPS certified mail tracking .

This communication is my good faith attempt to give you the opportunity to respond to my initial request and provide me with the authenticated evidence I asked for. Should this become a matter before the court, then you will be required to produce evidence of your claim in discovery. Don't you think it would be beneficial to you to resolve this matter with me in the private rather than involve the US District Court? I am giving you ten **(10)** days from receipt of this notice to send me the information I asked for.

In the meantime, I urge you to communicate with me in writing by mail only, no emails, phone calls, text messages or voicemails, as they will not be responded to. I am willing to file a claim against your surety Bond, if you continue collection activity, and do not delete your tradeline from my consumer credit reports immediately.

I appreciate your time and full cooperation, and I look forward to your timely response. This Notice shall be complete upon receipt.

Sincerely,

Pete Torrez

## Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages
**Learn More**

Remove
Tracking Number:
70223330000177924543

Copy Add to Informed Delivery
Latest Update
Your item was delivered to the front desk, reception area, or mail room at 10:53 am on January 2, 2025 in LAS VEGAS, NV 89113.

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**

Delivered
Delivered, Front Desk/Reception/Mail Room
LAS VEGAS, NV 89113
January 2, 2025, 10:53 am
**See All Tracking History**
**What Do USPS Tracking Statuses Mean?**



7022 3330 0001 7792 4543

*Credit*One®
B A N K

PL7ZJN00100050 - 104114
ililiililllluuilinyliliilinilialiliilliulillluilililiilililliu
PETE TORREZ
401 PARADISE HEIGHTS DR
BERRYVILLE, AR 72616-8836

01/10/2025

RE: Account Number Ending in 7755

Dear Pete Torrez,

Thank you for contacting Credit One Bank.

We have verified that no delinquency was reported to the consumer reporting agencies pertaining to this matter.

If you have additional questions, please call Customer Service at 877-825-3242 between 5:00 a.m. and 9:00 p.m. Monday through Friday, or between 6:30 a.m. and 5:00 p.m. on Saturday and Sunday (Pacific Time).

Sincerely,

Credit One Bank, N.A.

NOTICE: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Office of the Comptroller of the Currency, Customer Assistance Group, P.O. Box 53570, Houston, TX 77052.

CS002/A275422851

## Account Suspended

From:  Credit One Bank (noreply@emails.creditonebank.com)

To:     elegantrepairs@aol.com

Date:  Saturday, January 11, 2025 at 02:01 PM CST

 **Security Zone**
Pete Torrez | Amex ••••7755

This message is intended for Pete Torrez. If you are not the intended recipient, please disregard and delete.



# Make A **Payment Now**

( Make A Payment › )

## Days Past Due: **38**

## Account Ending In: **7755**

**Your card has been suspended from use.** To regain the use of your card, your account must be brought current and your total balance cannot be greater than your credit limit.

Make A Payment ›

If you are not able to make this payment today, please call us at **1-888-729-6274** so we can discuss your options.

If you have already made a payment, please disregard this email.

      

Trouble Viewing This Email?    View in Browser

---

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

American Express® is a federally registered service mark of American Express. This credit card program is issued and administered by Credit One Bank, N.A., pursuant to a license from American Express.

**Important Information from Credit One Bank**
You are receiving this email because you are a Credit One Bank cardmember. If you do not wish to receive this particular email notification in the future, please click here.

Your account information is included above to verify that Credit One Bank is the sender of this email. We will never ask for sensitive information such as your password, Social Security number, or account number in an email. Click here to read more about account security and fraud prevention.

Credit One Bank is committed to providing meaningful privacy protection for our cardmembers. For information on our Privacy Policy or how to contact us, please visit our website at CreditOneBank.com.

©2025 Credit One Bank, N.A. All rights reserved.
Credit One®, Credit One Bank® and corresponding logos are federally registered trademarks. All other product names, trademarks, logos and brands appearing herein are the property of their respective owners.
P.O. Box 98873, Las Vegas, NV 89193-8873

$C$

Pete Torrez                                                         January 15, 2025
401 Paradise Heights Drive
Berryville, AR 72616

Credit One Bank
6801 Cimarron Rd.
Las Vegas, NV 89113

**RE: Account ending in # 7755**

### IRREVOCABLE ESTOPPEL BY SILENCE
### NOTICE TO AGENT IS NOTICE TO PRINCIPAL
### NOTICE TO PRINCIAPL ID NOTICE TO AGENT

Dear Sir or Madam,

   Your recent communications to me are unresponsive to my request for your billing error,
inaccurate accounting, and my notice of opportunity to cure your default. Therefore, I have not
been supplied proof per doctrine of estoppel by silence. **Engelhardt V. Gravens (mo) 281 SW
715,719**. I presume no evidence of the alleged indebtedness therefore exists".

   This notice of **irrevocable estoppel by silence** shall forever remain an un-rebuttable fact
unless there is a preponderance of authenticated evidence to the contrary. Credit one bank and its
President have waived any and all rights to challenge this matter in perpetuity.

   I had a right to full disclosure of all information, and movement of funds regarding this
account # 7755, including the accounting and full disclosure of all monies received and/or
expended as a result of this ongoing billing error and inaccurate accounting. Therefore, you are
barred from any and all further collection attempts by this irrevocable estoppel by silence. You
must delete this account #775 from any and all of my consumer credit reports immediately.
Additionally, you **DO NOT** have my permission to share this account and any of my personal
information with any third parties.

   I am giving you **five (5) days** from receipt of this notice to delete this account and your
tradeline from any and all of consumer credit reports, including all inquiries, and I require
written confirmation that you have done so. The last thing I want to do is involve the court in this
matter, and hold you accountable for your violations of 15 USC §1605 (a) of The Truth in
Lending Act, the FDCPA 15 USC §1692 and the FCRA 15 USC §1681. This Notice shall be
complete upon receipt.

 Sincerely,

Pete Torrez

Pete Torrez                                                          January 15, 2025
401 Paradise Heights Drive
Berryville, AR 72616

CEO, Robert DeJong
Credit One Bank
6801 Cimarron Rd.
Las Vegas, NV 89113

**RE:** Account number ending in **#7755**
The Consumer Credit Transaction between Pete Torrez and Credit One Bank, NA, dated March 26, 2024, involving a credit card

### NOTICE OF RESCISSION
### NOTICE TO AGENT IS NOTICE TO PRINCIPAL
### NOTICE TO PRINCIPAL IS NOTICE TO AGENT

**Attention,** Robert DeJong,

This will serve as my formal Notice of rescission pursuant to 15 U.S.C. §1635, and Regulation Z, 12 C.F.R. §1026.23, of the transaction and credit card Agreement, **excluding the finance charge.** This rescission is effective as to all aspects of the transaction and Agreement, including the Arbitration clause and all documents signed in connection therewith, and automatically and immediately places the parties in the status quo ante, i.e., in their pre-contractual positions, before the transaction was entered into.

I have a present right to rescind the consumer credit transaction for at least the following reasons:
**1.** Credit One bank, N. A. failed to provide me with the adequate clear and conspicuous required disclosures under the Truth in Lending Act (TILA), and has therefore Breached the Agreement.
**2.** Credit One Bank, N.A. failed to provide me with a reasonable response to my billing error notice and inaccurate accounting, and failed to make appropriate corrections in the account.
**3.** Credit one Bank, N. A. failed to conduct a reasonable investigation as required under the Fair Credit Reporting Act (FCRA) 15 USC §1681s -2 (B) (ii), when the account was clearly inaccurate, and you continued reporting it as accurate.

Please delete your tradeline including all inquiries from any and all of my consumer credit reports immediately, and please send me written confirmation that you have done so. This rescission shall take effect upon receipt.

Regards,
Pete Torrez

# USPS Tracking®

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages
**Learn More**

Remove
Tracking Number:
70223330000177924451

Copy Add to Informed Delivery
Latest Update
Your item was delivered to the front desk, reception area, or mail room at 10:07 am on January 24, 2025 in LAS VEGAS, NV 89113.

Get More Out of USPS Tracking:
USPS Tracking Plus®
Delivered
Delivered, Front Desk/Reception/Mail Room
LAS VEGAS, NV 89113
January 24, 2025, 10:07 am
**See All Tracking History**
**What Do USPS Tracking Statuses Mean?**





$\mathcal{C}$

PLDATA00100004 - 268550

PETE TORREZ
**02/08/2025**
401 PARADISE HEIGHTS DR
BERRYVILLE, AR 72616-8836

RE: Account Number Ending in 7755
Case Number 20250204030

Dear Pete Torrez,

Credit One Bank received your communication on February 3, 2025.

As requested, your account has been placed in a no-contact status on February 7, 2025. You will not receive any further communication regarding this account except as required by law.

We are required by the Fair Credit Reporting Act to report accurate information to the consumer reporting agencies. As of the date of this letter, our records reflect that this account is 65 day(s) delinquent with a balance of $420.83. Upon review of the account, we determined that the account is being reported accurately.

We have enclosed copies of your billing statements with closure dates of April 8, 2024, through February 8, 2025. The statements detail the activity on the account.

A copy of the Card Agreement is enclosed.

As disclosed, if you think there is an error on your statement, write to us at the Billing Inquiries address on the statement. You must contact us within 60 days after the error appeared on your statement and notify us of any potential errors in writing. You may call us, but if you do, we are not required to investigate any potential error and you may have to pay the amount in question.

---

NOTICE: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Office of the Comptroller of the Currency, Customer Assistance Group, P.O. Box 53570, Houston, TX 77052.

PR018/A279689666

Credit One Bank, N.A. values your privacy. We processed your privacy opt-out request on February 7, 2025. Please note that it may take up to three (3) business days to take effect. For more information regarding our privacy practices and your rights, please view our privacy policy at www.CreditOneBank.com/legal/privacy.

On February 3, 2025, we were notified of your intent to retain or your retention of legal representation. Please provide us with the name, phone number, and mailing address of your attorney and we will address your inquiries with them. If you are not represented by counsel any longer or believe that this notification was received in error, please notify us in writing at the address below.

Credit One Bank, N.A. is a national bank chartered by the Office of the Comptroller of the Currency (OCC). As a national bank, Credit One Bank is subject to all applicable federal laws and regulations in regard to its banking practices.

Your request for compensation and to remove the tradeline is respectfully denied.

If you have any additional questions, please call Customer Service at 877-825-3242, Monday through Friday between 5:00 a.m. and 9:00 p.m., or Saturday and Sunday between 6:30 a.m. and 5:00 p.m. (Pacific Time).

Sincerely,

Credit One Bank, N.A.

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

NOTICE: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Office of the Comptroller of the Currency, Customer Assistance Group, P.O. Box 53570, Houston, TX 77052.

PR018/A279689666

**Certified mail 7022 3330 0001 7792 4482**

Pete Torrez                                                January 29, 2025
401 Paradise Heights Drive
Berryville, AR 72616

CEO, Robert DeJong
Credit One Bank
6801 Cimarron Rd.
Las Vegas, NV 89

**RE: Account ending in # 7755**
**SUBJECT: Unfair and deceptive credit card practices**

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIAPL ID NOTICE TO AGENT**
**NOTICE OF INTENT TO SUE OR ALTERNATIVE**
**OFFER TO SETTLE AND RESOVE**

Robert DeJong,

I am writing you this notice, to give you one last opportunity to settle this matter amicably. My offer to you is as follows;

I will not take legal action against you if you delete your tradeline and all inquiries from any and all of my consumer credit reports, and send me a check in the amount of One Thousand Dollars, ($1000) to the address listed above. I require we both sign a legal and binding non disclosure agreement, to reflect that all records of this credit card account be deleted from the Credit reporting Agencies and your own records in perpetuity. If you decide to accept my offer to settle, you may contact me by email at elegantrepairs@aol.com.

If you choose not to accept my reasonable offer to mitigate the damages you have caused me, I will follow through and join the co Plaintiffs in a lawsuit against you personally and Credit One Bank, which your represent. The cost for you to defend yourself against the lawsuit will be much more than $1,000.

Just to give you heads up; I am going to CC a complete file of all written communications between me and Credit One Bank, N.A. to the Office of the Comptroller of Currency today for their review, as they regulate your credit card and Banking practices.

You have **ten (10) days** from receipt of this notice to contact me and settle this matter. I will await an email message from you, or I will see you in Court. The choice is yours.

Thank you for your time and attention and cooperation.

Pete Torrez

# USPS Tracking®

**Track Packages**
**Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications
on your packages
**Learn More**

**Remove**
Tracking Number:
70223330000177924482

Copy Add to Informed Delivery
Latest Update
Your item was delivered to the front desk, reception area, or mail room at
12:56 pm on February 3, 2025 in LAS VEGAS, NV 89113.

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**

Delivered

Delivered, Front Desk/Reception/Mail Room
LAS VEGAS, NV 89113
February 3, 2025, 12:56 pm
**See All Tracking History**
**What Do USPS Tracking Statuses Mean?**



CREDIT ONE BANK
6801 CIMARRON Rd
LAS VEGAS, NV 89113

7022 3330 0001 7792 4482

U.S. Postal Service
CERTIFIED MAIL RECEIPT
Domestic Mail Only

OFFICIAL USE

Las Vegas NV 89113
Certified Mail Fee $4.85
$0.00
Postage
Total Postage and Fees

## RE: Notice of Sale of Your Credit Card Account

From: Credit One Bank (noreply@emails.creditonebank.com)

To:    elegantrepairs@aol.com

Date:   Monday, July 28, 2025 at 10:11 PM CDT

Sign in

 **Security Zone**
Pete Torrez | Amex ••••7755

**This message is intended for Pete Torrez. If you are not the intended recipient, please disregard and delete.**

July 28, 2025
Re: Notice of Sale of Your Credit Card Account

Pete Torrez,

Credit One Bank is notifying you that your credit card account ending in 7755 ("Account") with a balance in the amount of **$655.45** was recently sold, and we understand has since been assigned to the new Account owner referenced below. **This letter is not an attempt to collect a debt and is for Account information purposes only.**

> LVNV Funding, LLC
> c/o Resurgent Capital Services, LP
> P.O. Box 10497
> Greenville, SC 29603

(877) 550-2459

https://www.resurgent.com/resolve

**Unless otherwise notified by the new Account owner, all future inquiries regarding this Account should be directed to Resurgent Capital Services, LP. For more information, please go to https://www.resurgent.com/resolve**

**Credit One Bank has requested that the major consumer reporting agencies either change Credit One Bank's tradeline, with respect to this Account, to reflect the status as charged-off and sold or delete Credit One Bank's tradeline. This status may take up to 60 days to be reflected in your credit report. Please also note that this relates only to Credit One Bank's tradeline and does not impact any tradeline that a future owner of the charged off Account may report.**

   



Trouble Viewing This Email?      View in Browser

Please do not reply to this email; this is an unattended email box and is not monitored. If you have any questions regarding your account, please contact Customer Service.

**Important Information from Credit One Bank**
You are receiving this email because you are a Credit One Bank cardmember.

Your account information is included above to verify that Credit One Bank is the sender of this email. We will never ask for sensitive information such as your password, Social Security number, or account number in an email. Click here to read more about account security and fraud prevention.

Credit One Bank is committed to providing meaningful privacy protection for our cardmembers. For information on our Privacy Policy or how to contact us, please visit our website at CreditOneBank.com.

©2025 Credit One Bank, N.A. All rights reserved.
Credit One®, Credit One Bank® and corresponding logos are federally registered trademarks. All other product names, trademarks, logos and brands appearing herein are the property of their respective owners.
P.O. Box 98873, Las Vegas, NV 89193-8873

Written correspondences between Plaintiff and Defendant RCS

**Torrez, EXHIBIT –J**

55 Beattie Place
Suite 110 MS 576
Greenville SC 29602



Account Number: XXXXXXXXXXX7755
Original Creditor: Credit One Bank, N.A.
Current Owner: LVNV Funding LLC
Reference ID: 817015325
Balance: $655.45
Account Holder Name: Pete Torrez

MDG2025 0001779301

Pete Torrez
401 Paradise Heights Dr
Berryville, AR 72616-8836

July 29, 2025

Welcome Pete Torrez!

Your account has a new home with Resurgent Capital Services L.P.

We're reaching out today to provide an important update on your account's status. Your above-referenced account was sold on 07/20/2025 and the new owner is LVNV Funding LLC. Effective 07/23/2025, LVNV Funding LLC placed your account with Resurgent Capital Services L.P. for servicing.

Resurgent Capital Services L.P. is an industry leader with 20+ years of experience helping millions of customers like you resolve past-due obligations regardless of their current financial situation.

We know people need flexibility, so we're pleased to offer you multiple ways to communicate. No matter which way you choose, you can review account information and customize payment options.

- Our online portal is available 24/7 at Resurgent.com
- Our friendly and professional customer care team would be pleased to discuss your options at 1-866-559-6647

You can expect to hear from us over the coming weeks via email. Scan the QR code below for more information.



For further assistance, please contact one of our professional account managers toll free at 1-866-559-6647.

**Continued on next page**



*Hours of Operation*
8:00AM-9:00PM EST
Monday - Thursday
8:00AM-7:00PM EST
Friday
9:00AM-5:00PM EST
Saturday



*General Disputes/Correspondence*
PO Box 10497
Greenville, SC 29603-0497
*Credit Bureau Disputes*
PO Box 1269
Greenville, SC 29602



*Contact Number*
Toll Free Phone
1-866-559-6647



*Customer Portal*
Resurgent.com



Sincerely,

Resurgent Capital Services L.P.

Enclosure

**Please read the following important notices, including the enclosed validation notice, as they may affect your rights.**

Please note that a negative credit bureau report reflecting on your credit record may be submitted to a credit reporting agency by the current account owner if you fail to fulfill the terms of your credit obligations. This notice in no way affects any rights you may have.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

This communication is from a debt collector.

Pete Torrez
401 Paradise Heights Drive
Berryville, AR 72616

August 14, 2025

Resurgent Capital Services
P O BOX 10497
Greenville, SC 29603-0497

## NOTICE PER THE DOCTRINE OF ESTOPPEL BY SILENCE

### Dear Resurgent Capital Services,

Thank you for your communication. I am concerned by your demand for payment in the amount of $655.45 allegedly owed to Resurgent Capital Services and/or LVNV Funding.

This is not a refusal to pay any financial obligation I may lawfully owe. This Notice is my good faith attempt to request information, as I do not believe your claim to be accurate or valid. Therefore, I request that you provide the following information;

1. Are you an employee of Credit One Bank, N A?
2. Do you have firsthand knowledge of the Credit card account #7755 from its inception?
3. Provide me with proof of your agency status with Credit One Ban, N.A..
4. Are you an injured party?
5. Did you manage the Credit One Bank credit card account ending in #7755?
6. Provide me with a copy of your license to collect debt in the state of Arkansas.
7. Provide me with a copy of your insurance Bond, including the name of the insurance company who issued your Bond?
8. Who will testify to your claim of **$655.45** owed to you, under the penalty of perjury?

Once you provide the proof I asked for, I will be glad to comply with your request, otherwise this matter is closed, because you agree by your default, and you agree to owe me triple damages for any and all violations of federal law. You have **ten (10) days** from receipt of this communication to respond, or you are estopped from taking any further collection action against me pursuant to the doctrine estoppel by silence. No phone calls, text messages, voice mails or emails as you DO NOT have my consent. You may only contact me in writing via US mail.

Thank you for your time and cooperation. Notice is complete upon receipt.

Sincerely,

Pete Torrez

# USPS Tracking®

**Track Packages**
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages
Learn More

Remove
**Tracking Number:**
**70223330000177926257**
Copy Add to Informed Delivery
Latest Update
Your item has been delivered to an agent. The item was picked up at
USPS at 7:30 am on August 21, 2025 in GREENVILLE, SC 29602.

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**
Delivered to Agent
Delivered to Agent, Picked up at USPS
GREENVILLE, SC 29602
August 21, 2025, 7:30 am
**See All Tracking History**
**What Do USPS Tracking Statuses Mean?**



7022 3330 0001 7792 6257

PO Box 510090
Livonia MI 48151-6090





PMC87K01103230

‖‖‧‖‧‧‧‖‖‧‖‖‖‧‧‖‧‧‧‖‧‧‧‧‧‧‖‧‖‖‧‖‧‧‖‧‖‖‧‧‖‧‧‖‧‖‧‖‧‧‧‧‖
PETE TORREZ
401 PARADISE HEIGHTS DR
BERRYVILLE, AR 72616-8836

Account Number: ***********7755
Original Creditor: Credit One Bank, N.A.
Current Owner: LVNV Funding LLC
Reference ID: 817015325
Balance: $655.45
Account Holder Name: Pete Torrez

August 27, 2025

Dear Pete Torrez,

Resurgent Capital Services L.P. manages the above referenced account for LVNV Funding LLC and has initiated a
review of the inquiry recently received.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-866-464-1187.

Sincerely,

Resurgent Capital Services L.P.

**Please read the following important notices as they may affect your rights.**
This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is
from a debt collector.



*Hours of Operation*
8:00AM-9:00PM EST
Monday - Thursday
8:00AM-7:00PM EST
Friday
9:00AM-5:00PM EST
Saturday - Sunday



*General Disputes/Correspondence*
PO Box 10497
Greenville, SC 29603-0497
*Credit Bureau Disputes*
PO Box 1269
Greenville, SC 29602



*Contact Number*
Toll Free Phone
1-866-464-1187



*Customer Portal*
Resurgent.com



Pete Torrez Cellular phone number ending in **0637**

**List of text messages received from Resurgent Capital Services, LP, attempting to collect a debt.**

1. **RCS text message, Tuesday August 5, 2025 @ 2:28 pm**
2. **RCS text message, Thursday August 7, 2025 @ 4:37 pm**
3. **RCS text message, Saturday August 9, 2025 @ 7:27 pm**
4. **RCS text message, Wednesday August 13, 2025 @ 6:27 pm**
5. **RCS text message, Friday August 15, 2025 @ 6:27 pm**
6. **RCS text message, Tuesday August 19, 2025 7:38 pm**
7. **RCS text message, Friday August 22, 2025 @4:35 pm**

**Certified mail 7022 3330 0001 7792 6295**

Jacqueline Manzano                                  September 16, 2025
401 Paradise Heights Drive
Berryville, AR 72616

**Resurgent Capital Services/LVNV Funding**
PO Box 10497
Greenville, SC 29603

**RE: Account Numbers:** ending in 2393
**Original Creditor:** Credit One Bank, N.A.
**Current Owner:** LVNV Funding LLC
**Resurgent ID:** 818377826, **Current Balance:** $3,232.88

Dear Resurgent Capital Services, LLC/Michelle,

### NOTICE OF IRREVOCABLE ESTOPPEL BY ACQUIESCENCE

Your silence is your default. "You have failed to respond to my request for information dated August 29, 2025. *I have not been provided proof per the doctrine of estoppel by silence. Therefore, I presume no evidence of the alleged debt exists.*"

You have failed to respond and demonstrate that you extended any credit to me or that I entered into an agreement with you, and this absence of evidence amounts to a lack of a contractual relationship. You must cease all further collection activity, and delete my personal information from your records immediately. If you have reported negative information to any of the credit reporting agencies, you must delete your trade line and inquiries from my consumer credit reports immediately.

Thank you for your time, your attention and cooperation to this matter.

Notice is complete upon receipt.

Regards,

Jacqueline Manzano

# USPS Tracking®

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages
**Learn More**

Remove
Tracking Number:
70223330000177926295

Copy Add to Informed Delivery
Latest Update
Your item was picked up at the post office at 6:40 am on September 23, 2025 in GREENVILLE, SC 29603.

Get More Out of USPS Tracking:
USPS Tracking Plus®

Delivered
Delivered, Individual Picked Up at Post Office
GREENVILLE, SC 29603
September 23, 2025, 6:40 am
**See All Tracking History**
**What Do USPS Tracking Statuses Mean?**

7022 3330 0001 7792 6295

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee $5.30    0216
Extra Services & Fees (check box, add fee as appropriate)    02
☐ Return Receipt (hardcopy)        $0.00
☐ Return Receipt (electronic)      $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required         $0.00
☐ Adult Signature Restricted Delivery $0.00
Postage $0.78
Total Postage and Fees $6.08

Sent To _PGS LLC_
Street and Apt. No., or PO Box No.
City, State, ZIP+4® _Greenville, SC_

Postmark Here    09/16/2025

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Pete Torrez                                            September 22, 2025
401 Paradise Heights Drive
Berryville, AR 72616

**Resurgent Capital Services, LP**
PO Box 10497
Greenville, SC 29603

**RE: Account Numbers:** ending in #7755
**Original Creditor:** Credit One Bank, N.A.
**Current Owner:** LVNV Funding LLC
**Resurgent ID:** 817015325, **Current Balance:** $655.42

Dear Resurgent Capital Services,

### NOTICE OF IRREVOCABLE ESTOPPEL BY ACQUIESCENCE
### AND NOTICE OF INTENT TO SUE

Your silence is your default. Your two (2) communications dated August 27, 2025 were unresponsive to my request for information and documentation dated August 14, 2025. *I have not been provided proof per the doctrine of estoppel by silence. Therefore, I presume no evidence of the alleged debt exists."*

You have failed to demonstrate that you extended any credit to me or that I entered into an agreement with you, and this absence of evidence amounts to a lack of a contractual relationship. Due to your default, you now owe me triple damages for violations of the FDCPA which governs your practices. Your claim in the amount of $655.45 is not only inaccurate, it's a billing error.

I am giving you until the close of the business day Tuesday, September 30, 2025 to resolve this matter in private and mitigate the damages. At this juncture don't you think it wise to avoid litigation? You may contact me at jmdesign88@proton.me. If I do not hear from you a lawsuit will be filed against your organization in the US District Court of AR on or about October 1, 2025.

Please do not make the mistake of ignoring this notice, as I fully intend to file suit against your organization if you ignore this notice.

Thank you for your time, your attention and cooperation to this matter.

Notice is complete upon receipt.

Regards,

Pete Torrez

# USPS Tracking®

Tracking FAQs

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages
Learn More

Remove
Tracking Number:
9589071052700755356299
Copy Add to Informed Delivery
Latest Update
Your item was picked up at the post office at 6:41 am on September 26,
2025 in GREENVILLE, SC 29603.

Get More Out of USPS Tracking:
USPS Tracking Plus®

Delivered
Delivered, Individual Picked Up at Post Office
GREENVILLE, SC 29603
September 26, 2025, 6:41 am
See All Tracking History
What Do USPS Tracking Statuses Mean?



PO Box 510090
Livonia MI 48151-6090





PMHNK800R00024

ꞁ|ꞁ·ꞁ|··ꞁ|ꞁ|ꞁ·ꞁꞁ|ꞁ·ꞁ|·ꞁ·ꞁ·ꞁ|ꞁ·ꞁ|ꞁ|ꞁꞁ|ꞁ|ꞁ·ꞁꞁ|ꞁꞁ|ꞁ·ꞁ|ꞁ·ꞁꞁ|ꞁ·ꞁ|
PETE TORREZ
401 PARADISE HEIGHTS DR
BERRYVILLE, AR 72616-8836

Account Number: ***********7755
Original Creditor: Credit One Bank, N.A.
Current Owner: LVNV Funding LLC
Reference ID: 817015325
Balance: $655.45
Account Holder Name: Pete Torrez

September 26, 2025

Dear Pete Torrez,

We have received a recent inquiry regarding the above-referenced account and have enclosed the account summary which provides verification of debt.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-866-464-1187.

Sincerely,

Resurgent Capital Services L.P.

Enclosure

**Please read the following important notices as they may affect your rights.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.











*Hours of Operation*
8:00AM-9:00PM EST
Monday - Thursday
8:00AM-7:00PM EST
Friday
9:00AM-5:00PM EST
Saturday - Sunday

*General Disputes/Correspondence*
PO Box 10497
Greenville, SC 29603-0497
*Credit Bureau Disputes*
PO Box 1269
Greenville, SC 29602

*Contact Number*
Toll Free Phone
1-866-464-1187

*Customer Portal*
Resurgent.com

PO Box 510090
Livonia MI 48151-6090





PMHNK800N03189

PETE TORREZ
401 PARADISE HEIGHTS DR
BERRYVILLE, AR 72616-8836

Account Number: ***********7755
Original Creditor: Credit One Bank, N.A.
Current Owner: LVNV Funding LLC
Reference ID: 817015325
Balance: $655.45
Account Holder Name: Pete Torrez

September 27, 2025

Dear Pete Torrez,

Resurgent Capital Services L.P. manages the above referenced account for LVNV Funding LLC and has initiated a review of the inquiry recently received.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-866-464-1187.

Sincerely,

Resurgent Capital Services L.P.

**Please read the following important notices as they may affect your rights.**
This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.



*Hours of Operation*
8:00AM-9:00PM EST
Monday - Thursday
8:00AM-7:00PM EST
Friday
9:00AM-5:00PM EST
Saturday - Sunday



*General Disputes/Correspondence*
PO Box 10497
Greenville, SC 29603-0497
*Credit Bureau Disputes*
PO Box 1269
Greenville, SC 29602



*Contact Number*
Toll Free Phone
1-866-464-1187



*Customer Portal*
Resurgent.com



PO Box 510090
Livonia MI 48151-6090





PMHQXJ00301643
ıılıılıılılı|ıl||ılıılıılılılıı|ılı||lı|ıl|ı|lıılı|ılıılılı|ıılı·····ılı

PETE TORREZ
401 PARADISE HEIGHTS DR
BERRYVILLE, AR 72616-8836

Account Number: ***********7755
Original Creditor: Credit One Bank, N.A.
Current Owner: LVNV Funding LLC
Reference ID: 817015325
Balance: $655.45
Account Holder Name: Pete Torrez

September 28, 2025

Dear Pete Torrez,

We have received a recent inquiry regarding the above-referenced account and have enclosed the account summary which provides verification of debt.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-866-464-1187.

Sincerely,

Resurgent Capital Services L.P.

Enclosure

**Please read the following important notices as they may affect your rights.**
This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.











*Hours of Operation*
8:00AM-9:00PM EST
Monday - Thursday
8:00AM-7:00PM EST
Friday
9:00AM-5:00PM EST
Saturday - Sunday

*General Disputes/Correspondence*
PO Box 10497
Greenville, SC 29603-0497
*Credit Bureau Disputes*
PO Box 1269
Greenville, SC 29602

*Contact Number*
Toll Free Phone
1-866-464-1187

*Customer Portal*
Resurgent.com

**Plaintiff's credit report showing Defendants COB ████████ tradeline**

# Torrez, EXHIBIT –K

| Open | 0 | 0 | 0 |
| Closed | 0 | 0 | 0 |
| Deferred/Unknown | 0 | 0 | 0 |

## Personal Information

| Personal Information | :e | (tu) | EQ |
|---|---|---|---|
| Name | Pete Torrez | Pete Torrez | Pete Torrez |
| Date of Birth | 1954 | 1954 | 1954 |
| Address | 401 Paradise Heights Dr Berryville AR 72616-8836 | 401 Paradise Heights Dr Berryville AR 72616 | 401 Paradise Heights Dr Berryville AR 72616 |
| Date Address Reported | 9/28/2020 | 4/19/2023 | 9/6/2025 |

| Previous Addresses | :e | (tu) | EQ |
|---|---|---|---|
| Address 1 | 401 Paradise Heights Dr Berryville AR 72616-8836 | 401 Paradise Heights Dr Berryville AR 72616 | 401 Paradise Heights Dr Berryville AR 72616 |
| Address 2 | - | 5024 Village Dr C Las Vegas NV 89142 | - |

| Employment Details | :e | (tu) | EQ |
|---|---|---|---|
| Employer 1 | Terrible Herbs | - | - |
| Employer 2 | Key Largo Hotel | - | - |

## Consumer Statement

No Consumer Statements Available.

## Credit Inquiries

| Inquiry 1 | :e | (tu) | EQ |
|---|---|---|---|
| Inquiry Date | 3/24/2024 | - | - |



| | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian | OK | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | 120 | 120 | 120 | NA | NA | NA | NA | |
| Transunion | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | OK | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | 120 | 120 | 120 | CO | CO | CO | | |

**Past 24 months**

Past Due - 30 Days: Experian 2, Transunion 0, Equifax 2
Past Due - 60 Days: Experian 1, Transunion 0, Equifax 1
Past Due - 90 Days: Experian 4, Transunion 0, Equifax 7

Legend:
- OK Current
- 30 30 Days Late
- 60 60 Days Late
- 90 90 Days Late
- 120 120 Days Late
- 150 150 Days Late
- 180 180 Days Late
- PP Payment Plan
- RF Repossession Foreclosure
- CO Collection Charge Off
- NG Negative
- NA Not Available

| Account 7 | e | ⓣⓤ | EQ |
|---|---|---|---|
| Account | CREDIT ONE BANK NA | - | - |
| Account Number | 370310XXXXXXXXX | - | - |
| Account Type | Revolving | - | - |
| Account Condition | Closed | - | - |
| Date Opened | 3/26/2024 | - | - |
| High Balance | $0.00 | - | - |
| Monthly Payment | $0.00 | - | - |
| Account Balance | $655.00 | - | - |
| Last Reported | 6/9/2025 | - | - |
| Amount Past Due | $655.00 | - | - |
| Limit | $300.00 | - | - |
| Remarks | Account Previously In Dispute — Now Resolved — Reported By Subscriber Account Previously In Dispute — Now Resolved, Reported By Data Furnisher (To Be Used For Fcra Or Fcba Disputes) | - | - |

| Responsibility | Individual | - | - |
|---|---|---|---|
| Past Due - 30 Days | 1 | - | - |
| Past Due - 60 Days | 1 | - | - |
| Past Due - 90 Days | 3 | - | - |

| Past 24 months | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S |
| Experian | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | 120 | 120 | NA | | | |
| Transunion | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |

OK Current    30 30 Days Late    60 60 Days Late    90 90 Days Late    120 120 Days Late    150 150 Days Late
180 180 Days Late    PP Payment Plan    RF Reposession Foreclosure    CO Collection Charge Off    NG Negative    NA Not Available

### Real Estate Credit Accounts

No Account Information Available.

### Installment Credit Accounts

No Account Information Available.

### Open Accounts

| Account 1 | ⠇e | ⓣⓤ | EQ |
|---|---|---|---|
| Account | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| Account Holder | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| Account Type | Revolving | ▓▓▓▓ | ▓▓▓▓ |
| Account Condition | ▓▓▓▓ | Open | Open |
| Date Opened | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| High Balance | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| Monthly Payment | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |

**Plaintiffs credit denials**

**Torrez, EXHIBIT -L**

## Notice of Adverse Action

From: Avant Support (support@avant.com)

To: elegantrepairs@aol.com

Date: Thursday, September 11, 2025 at 07:56 PM CDT

## AVANT

# We're Sorry...

2025-09-11

WebBank

Salt Lake City, Utah

Dear Pete,

Thank you for applying for a WebBank issued credit card through www.avant.com or another third party provider. Your application has been closed and we cannot issue you a card at this time.

Avant branded credit products are issued by WebBank, so you may see a new inquiry from these institutions on your credit report.

If you would like a statement of specific reasons why we were not able to issue a credit card to you, please contact the application review manager at the address or email shown below within 60 days of the date of this letter. We will provide you with the statement of reasons within 30 days after receiving your request.

# AVⱯNT˙

## Sorry to say this

Unfortunately, we cannot provide you with an Avant credit card at this time. Your credit score has not been impacted.

Thank you for considering Avant for your credit card needs. You will receive an email at **elegantrepairs@aol.com** shortly with more information.

# You may qualify with one of our partners.



MoneyLion helps you compare personalized loan offers from top providers, to find the one that's right for you! Form takes less than 60 seconds.

🔒            **Explore MoneyLion**            ❯

This site uses cookies and related technologies, as described in our General privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or cross-contextual behavioral advertising.

✕

Manage Cookies