Jacqueline Manzano
401 Paradise Heights Drive
Berryville, AR 72616
702-788-0599
Jmdesigns88@proton.me
Alton Grisham
AG-84proton.me@proton.me
Pete Torrez
ptorrez54@aol.com
*Joinder Plaintiffs, in proper person*

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS

Dec 5, 2025

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS

JACQUELINE MANZANO, *et al,*

          Plaintiff(s),

-vs-

CREDIT ONE BANK, N. A., *et al,*

          Defendant(s).

CASE NO. 3:25-cv-03072 TLB

MOTION TO STRIKE DEFENDANT LVNV FUNDING, LLC'S ANSWER TO COMPLAINT

### MOTION TO STRIKE DEFENDANT LVNV FUNDING, LLC'S ANSWER TO COMPLAINT

COMES NOW, The Plaintiffs, Jacqueline Manzano, Alton Grisham and Pete Torrez, in proper person, pursuant to Rule XIV, and Local Rule 83.5, hereby moves the court to strike Defendant LVNV Funding, LLC' **(hereinafter referred to as LVNV)** Answer to Complaint, and alleges as follows;

    **I.**    **INTRODUCTION**

1. Attorney Samuel Morris, of BURR & FORMAN LLP, Nashville TN, made an appearance and filed an Answer to the Complaint on behalf of LVNV, which was entered

onto the docket on 11/28/2025. **(Docket #6).**

2. Attorney Samuel Morris, of BURR & FORMAN LLP, from Nashville, TN filed a Corporate Disclosure Statement, on behalf of LVNV, on or about 11/28/2025 **(Docket #8).**
3. Plaintiffs filed their complaint, and it was entered onto the docket on **10/21/2025(Docket # 2).**
4. Plaintiffs filed their civil cover sheet, and it was entered onto the docket on **10/21/2025, (Docket # 1).**
5. The Summons Issued as to LVNV Funding LLC, was returned to plaintiffs for service, and was entered onto the docket 10/21/2025, **(Docket # 4).**
6. AFFIDAVIT of Service for Complaint was filed on 11/24/2025 by Jacqueline Manzano, Pete Torrez, Alton Grisham. LVNV Funding LLC was served on 11/7/2025, answer due 11/28/2025, **(Docket # 5).**

## II.  STATEMENT OF FACTS

7. On or about 11/28/2025, an out of State Attorney, Samuel Morris, of BURR & FORMAN LLP, its principal business located in Nashville TN, made an appearance and filed an Answer and Affirmative Defenses to the Complaint, on behalf of its client defendant LVNV.
8. Nowhere on the court docket has Attorney Samuel Morris filed for Practice by comity pro hac vice appearance, nor has he been granted leave by this court to practice pro hac vice.
9. Pursuant to Rule XIV and Local Rule 83-5 – *Pro Hac Vice* Admission is required for out of state attorneys to practice in the US District Courts in the State of Arkansas, and states the following;
10. According to **Rule XIV (b)** of the Rules Governing Admission to the Arkansas Bar, a non-resident attorney requesting permission to participate in proceedings in a court in this State shall pay a fee for each case in which the attorney is requesting to participate. Except as otherwise provided by Rule XIV, the non-resident attorney fee is a mandatory initial requirement.
11. **Authority to Represent Parties in a Case.** "An attorney who is not a member of the bar of the court may represent parties in a case if the nonmember has paid the required *pro hac vice* admission fee to the Bar of Arkansas, and been granted leave by the court to appear *pro hac vice* in the case.

12. **Non-Resident Attorney Information**. Provide the name, contact information, and a list of jurisdictions in which the non-resident attorney is licensed. If applicable, list bar numbers issued by the jurisdictions.

13. **Case Information for Which the Attorney Seeks Admission**. Provide the name of the county and district (for those counties with two county seats), or the appellate court in which the non-resident attorney is wishing to appear pro hac vice. If the docket number is not yet assigned or known during the completion of this form, enter "to be determined."

14. **Sponsoring Attorney Information**. Provide the name and Arkansas Bar ID number of the attorney licensed in Arkansas with whom the non-resident attorney will be associated in the Arkansas court proceedings.

15. **Non-Resident Attorney Compliance with Rule**. It is the responsibility of the non-resident attorney, Samuel Morris to read Rule XIV of the Rules Governing Admission to the Bar and adhere to it accordingly.

16. Based on belief and the discovery of the foregoing information, Attorney Samuel Morris has not filed for Practice by comity pro hac vice appearance, nor has he been granted leave by this court to litigate this case pro hac vice.

**WHEREFORE**, The Plaintiffs pray for the following relief, via the attached Court's ORDER.

1. Declaratory Judgment, as Attorney Samuel Morris lacks proper standing in this court to file an Answer and Affirmative Defenses for Defendant LVNV in this case.
2. For any other relief that the court deems just and fit.

Respectfully Submitted: Dated this 2Nd day of December, 2025

By: *[signature]*
Jacqueline Manzano, jmdesigns88@proton.me
401 Paradise Heights Drive
Berryville, AR 72616
702-788-0599
Alton Grisham, AG-84proton.me@proton.me
870-350-3185
Pete Torrez, Ptorrez54@aol.com
702-788-0637
*Joinder Plaintiffs in proper person*

# CERTIFICATE OF SERVICE

The undersigned certifies that on December 2, 2025, a copy of the foregoing, **Plaintiffs Motions To Strike LVNV' Answer and Affirmative Defenses** was sent to the attorney of record, addressed to Samuel A. Morris, Burr & Forman, LLP, 222 Second Avenue South, Suite 2000, Nashville, TN 3720, via USPS First Class Mail.

Respectfully submitted: dated this 2nd day of December, 2025

By: [signature]
Jacqueline Manzano
401 Paradise Heights Drive
Berryville, AR 72616
702-788-0599
Jmdesigns88@proton.me
*Plaintiff in proper person*

/s/ Alton Grisham
Alton Grisham
870-350-3185
AG-proton.me@proton.me
*Plaintiff in proper person*

/s/ Pete Torrez
Ptorrez54@aol.com
702-788-0637
*Plaintiff in proper person*

Jacqueline Manzano
401 Paradise Heights Dr.
Berryville, AR  72616

**CERTIFIED MAIL**

9589 0710 5270 0363 2153 60

Retail  

U.S. POSTAGE PAID
FCM LG ENV
BERRYVILLE, AR 72616
DEC 02, 2025

72701

**$7.47**

RDC 99

S2324M504145-06

Received WD/AR

DEC 0 5 2025

U.S. Clerk's Office

US District Court
District of Nevada
35 East Mountain St.,# 510
Fayetteville, AR 72701