# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS
# EL DORADO DIVISION

| | |
|---|---|
| JACQUELINE MANZANO, ALTON GRISHAM, and PETE TORREZ, <br><br> Plaintiffs, <br><br> v. <br><br> CREDIT ONE BANK, N.A, RESURGENT CAPITAL SERVICES, LP, and LVNV FUNDING, <br><br> Defendants. | CIVIL ACTION NO. 3:25-cv-03072 |

## **CREDIT ONE BANK, N.A.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Credit One Bank, N.A. makes the following disclosure:

Credit One Bank, N.A. is a national banking association that is headquartered in Nevada. Credit One Financial wholly owns Credit One Bank, N.A. No publicly-traded corporation owns 10% or more of Credit One Bank. N.A.'s stock.

Respectfully submitted this 5th day of December, 2025.

*/s/ Samuel A. Morris*
Samuel A. Morris, Esq. (AR No. 2021089)
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3258
Facsimile: (615) 724-3358
Email: smorris@burr.com

Attorney for Defendant
CREDIT ONE BANK, N.A.

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document has been electronically filed with the Clerk of the Court using CM/ECF and has been served on the following by U.S. First Class Mail on the 5th day of December, 2025:

Jacqueline Manzano
Alton Grisham
Pete Torrez
401 Paradise Heights Drive
Berryville, AR 72616
*Pro se Plaintiffs*

                                                         */s/ Samuel A. Morris*
                                                         Samuel A. Morris