# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
### EL DORADO DIVISION

|  |  |  |
|---|---|---|
| JACQUELINE MANZANO, ALTON GRISHAM, and PETE TORREZ, | ⟩⟩⟩⟩⟩ | |
| **Plaintiffs,** | ⟩⟩⟩ | |
| v. | ⟩⟩⟩ | **CIVIL ACTION NO. 3:25-cv-03072** |
| CREDIT ONE BANK, N.A, RESURGENT CAPITAL SERVICES, LP, and LVNV FUNDING, | ⟩⟩⟩⟩⟩⟩⟩ | |
| **Defendants.** | ⟩⟩ | |

## <u>DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY</u>

Defendants Credit One Bank, N.A. ("COB"), Resurgent Capital Services L.P. ("Resurgent"), and LVNV Funding LLC ("LVNV") (collectively, "Defendants"), by and through their undersigned counsel, and pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1 *et seq*., hereby move the Court to compel the claims of Plaintiffs Jacqueline Manzano ("Manzano"), Alton Grisham ("Grisham"), and Pete Torrez ("Torrez") (collectively, "Plaintiffs") to arbitration and to stay these proceedings.

In support of this motion, Defendants rely upon the memorandum of points and authorities and exhibits submitted contemporaneously herewith. As outlined therein, each Plaintiff entered into a valid and enforceable arbitration agreement

whereby they agreed to arbitrate any claims arising from or relating in any way to their accounts, any interest, charges, or fees assessed on their accounts, and any collection of debt related to their accounts, as well as disputes regarding the arbitration agreement's validity, enforceability, coverage, meaning, scope, or the arbitrability of their claims. As such, the FAA and established precedent require arbitration of this matter.

WHEREFORE, Defendants respectfully request that this Court enter an order compelling Plaintiffs to arbitrate their claims and staying these proceedings.

Respectfully submitted this 4th day of February, 2026.

> */s/ Samuel A. Morris*
> Samuel A. Morris, Esq. (AR No. 2021089)
> BURR & FORMAN LLP
> 222 Second Avenue South, Suite 2000
> Nashville, TN 37201
> Telephone:  (615) 724-3258
> Facsimile:  (615) 724-3358
> Email: smorris@burr.com
>
> Attorney for Defendants
> CREDIT ONE BANK, N.A., LVNV FUNDING LLC, AND RESURGENT CAPITAL SERVICES L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been electronically

filed with the Clerk of the Court using CM/ECF and has been served on the following

by U.S. First Class Mail on the 4th day of February, 2026:

Jacqueline Manzano
Alton Grisham
Pete Torrez
401 Paradise Heights Drive
Berryville, AR 72616
*Pro se Plaintiffs*

*/s/ Samuel A. Morris*
Samuel A. Morris

64044344 v1                                    3