# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JACQUELINE MANZANO,　　　　　　)
ALTON GRISHAM, and　　　　　　　)
PETE TORREZ,　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiffs,　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)　CIVIL ACTION NO. 3:25-cv-03072
CREDIT ONE BANK, N.A,　　　　　　)
RESURGENT CAPITAL　　　　　　　)
SERVICES, LP, and　　　　　　　　)
LVNV FUNDING,　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　Defendants.　　　　　)

## DECLARATION OF E. Paige Hale

Pursuant to 28 U.S.C. § 1746, I, E. Paige Hale, declare as follows:

1.　　　I am over twenty-one years of age, I am competent to make this Declaration, and I am authorized to make this Declaration on behalf of LVNV Funding LLC ("LVNV"). I am currently employed as a Paralegal at Resurgent Capital Services, LP ("Resurgent"). Resurgent is the servicer and authorized agent for LVNV and manages the accounts currently at issue. In my job capacity, I am a designated Authorized Representative for LVNV. I am responsible for the team of records custodians maintaining the business records of LVNV. I make this Declaration from my own personal knowledge of the matters set forth herein or from personal knowledge gained from my review of the business records of LVNV, which

64995562 v1

were made by, or from information transmitted by, a person with knowledge of the events described therein, at or near the time of the event described, and which are kept in the ordinary course of the regularly conducted business activity of such person and LVNV, and for which it is the regular practice of that business activity to make such records.

2.    I am familiar with LVNV's record keeping systems and practices, including the business procedures and policies of LVNV with respect to credit card accounts purchased in LVNV's name and the records maintained by Resurgent on behalf of LVNV in association with the same. LVNV regularly relies upon records of this type for their accuracy. In particular, I have personally reviewed those records pertaining to the accounts of Jacqueline Manzano ("Manzano"), Alton Grisham ("Grisham"), and Pete Torrez ("Torrez"). If called as a witness, I could and would testify competently to the matters set forth in this Declaration.

3.    Some of the business records I reviewed, including some of the business records attached hereto, were created by businesses other than LVNV. On information and belief, all of these records, including the records attached hereto, were made by, or from information transmitted by, a person with knowledge of the events described therein, at or near the time of the event described, were kept in the ordinary course of the regularly conducted business activity of such persons, and it is the regular practice of those business activities to make and rely upon such records.

64995562 v1                                    2

These records have been incorporated into the business records of LVNV and are routinely relied upon by LVNV in conducting its business.

4.    All of the documents attached hereto are business records of LVNV that are maintained on LVNV's behalf by Resurgent and were kept and maintained in the course of LVNV's regularly conducted business activity.

**The Manzano Account**

5.    Pursuant to a Declaration of Account Transfer dated August 21, 2025, Resurgent Acquisitions LLC ("RALLC") sold, assigned, and conveyed to LVNV all rights, title, and interests of RALLC to a pool of accounts.  The entire list of the assigned accounts is too voluminous to list herein.   A true and correct copy of the Declaration of Account Transfer is attached hereto as **Exhibit 1**.

6.    After assignment by RALLC, LVNV currently owns all rights, title, and interest in the assigned accounts, including the account of Manzano that originated with Credit One Bank, N.A. ("Credit One") and was identified by Credit One as account number XXXX XXXX XXXX 2393 (the "Manzano Account").

7.    As part of the sale of the pool of accounts to LVNV, RALLC transferred electronic records and other records of the pool of accounts to LVNV. The electronic records included a data file identifying all of the assigned accounts. The file contains data pertaining to thousands of accounts and is not in a format that can be feasibly provided to the Court.

8.    I personally accessed and reviewed the electronic data containing the accounts assigned by RALLC to LVNV pursuant to the Declaration of Account Transfer in order to locate information for the Manzano Account and to ensure that the Manzano Account was in fact among those assigned as part of the pool of assigned accounts.  Attached hereto as **Exhibit 2** is true and correct copy of the data pertaining to the Manzano Account taken from the original data file received from the sale of the Manzano Account. The data shows that the Manzano Account had an account number ending in -2393 and that it was opened on February 18, 2024. *See* Ex. 2 at 1, 3.

9.    As part of the assignment of the Manzano Account to LVNV, LVNV was provided with (a) the ownership chain of the Manzano Account which noted previous sales (attached hereto as **Exhibit 3**); (b) billing statements and a transaction history for the Manzano Account (attached hereto as **Exhibit 4**); and (c) the Credit One Card Agreement governing the Manzano Account (attached hereto as **Exhibit 5**).

10.    The pool of accounts assigned by RALLC to LVNV on August 21, 2025, contained accounts originated by Credit One. *See* Ex. 3 at 1.  Those accounts, including the Manzano Account, were all originated by Credit One, and were assigned to MHC Receivables, LLC on July 31, 2025. *See id.*  Credit One was the

servicer of all of the accounts transferred to LVNV from their origination until July 31, 2025. *See id.*

11.   RALLC obtained ownership of the pool of accounts that it assigned to LVNV by being assigned them from Credit Asset Sales LLC on August 21, 2025. *See* Ex. 3 at 11. Credit Asset Sales LLC was assigned ownership of the pool of accounts, including the Manzano Account, from MHC Receivables, LLC on August 21, 2025. *See* Ex. 3 at 9. MHC Receivables LLC was assigned ownership of the pool of accounts, including the Manzano Account, from Credit One on July 31, 2025. *See* Ex. 3 at 1.

12.   Likewise, RALLC obtained ownership of the pool of receivables that it assigned to LVNV by being assigned them from Credit Asset Sales LLC on August 21, 2025. *See* Ex. 3 at 11. Credit Asset Sales LLC was assigned ownership of the pool of receivables, including those associated with the Manzano Account, from FNBM, LLC on August 21, 2025. *See* Ex. 3 at 7. FNBM, LLC was assigned ownership of the pool of receivables, including those associated with the Manzano Account, from MHC Receivables, LLC on August 21, 2025. *See* Ex. 3 at 5. MHC Receivables, LLC was assigned ownership of the pool of receivables, including those associated with the Manzano Account, from Credit One on July 31, 2025. *See* Ex. 3 at 3.

64995562 v1                                                5

13.    As reflected in the electronic records transferred by RALLC, Manzano used the Manzano Account by making purchases on the Manzano Account after it was opened. *See* Ex. 4.

14.    The records transferred by RALLC upon assignment of the Manzano Account to LVNV included the Credit One Card Agreement that governed the Manzano Account (the "Manzano Card Agreement") at the time of the Manzano Account's origination and at the time it was assigned to LVNV. *See* Ex. 5. The Manzano Card Agreement includes an Arbitration Agreement. *See id*. at 6-8.

**The Grisham Account**

15.    Pursuant to a Declaration of Account Transfer dated June 17, 2025, RALLC sold, assigned, and conveyed to LVNV all rights, title, and interests of RALLC to a pool of accounts. The entire list of the assigned accounts is too voluminous to list herein. A true and correct copy of the Declaration of Account Transfer is attached hereto as **Exhibit 6**.

16.    After assignment by RALLC, LVNV currently owns all rights, title, and interest in the assigned accounts, including the account of Grisham that originated with Credit One and was identified by Credit One as account number XXXX XXXX XXXX 0181 (the "Grisham Account").

17.    As part of the sale of the pool of accounts to LVNV, RALLC transferred electronic records and other records of the pool of accounts to LVNV.

64995562 v1                                6

The electronic records included a data file identifying all of the assigned accounts. The file contains data pertaining to thousands of accounts and is not in a format that can be feasibly provided to the Court.

18.    I personally accessed and reviewed the electronic data containing the accounts assigned by RALLC to LVNV pursuant to the Declaration of Account Transfer in order to locate information for the Grisham Account and to ensure that the Grisham Account was in fact among those assigned as part of the pool of assigned accounts.  Attached hereto as **Exhibit 7** is true and correct copy of the data pertaining to the Grisham Account taken from the original data file received from the sale of the Grisham Account. The data shows that the Grisham Account had an account number ending in -0181 and that it was opened on March 12, 2024. *See* Ex. 7 at 1, 3.

19.    As part of the assignment of the Grisham Account to LVNV, LVNV was provided with (a) the ownership chain of the Grisham Account which noted previous sales (attached hereto as **Exhibit 8**); (b) billing statements and a transaction history for the Grisham Account (attached hereto as **Exhibit 9**); and (c) the Credit One Card Agreement governing the Grisham Account (attached hereto as **Exhibit 10**).

20.    The pool of accounts assigned by RALLC to LVNV on June 17, 2025, contained accounts originated by Credit One. *See* Ex. 8 at 1.  Those accounts,

64995562 v1                                                    7

including the Grisham Account, were all originated by Credit One, and were assigned to MHC Receivables, LLC on May 31, 2025. *See id.* Credit One was the servicer of all of the accounts transferred to LVNV from their origination until May 31, 2025. *See id.*

21.    RALLC obtained ownership of the pool of accounts that it assigned to LVNV by being assigned them from Credit Asset Sales LLC on June 17, 2025. *See* Ex. 8 at 11. Credit Asset Sales LLC was assigned ownership of the pool of accounts, including the Grisham Account, from MHC Receivables, LLC on June 17, 2025. *See* Ex. 8 at 9. MHC Receivables LLC was assigned ownership of the pool of accounts, including the Grisham Account, from Credit One on May 31, 2025. *See* Ex. 8 at 1.

22.    Likewise, RALLC obtained ownership of the pool of receivables that it assigned to LVNV by being assigned them from Credit Asset Sales LLC on June 17, 2025. *See* Ex. 8 at 11. Credit Asset Sales LLC was assigned ownership of the pool of receivables, including those associated with the Grisham Account, from FNBM, LLC on June 17, 2025. *See* Ex. 8 at 7. FNBM, LLC was assigned ownership of the pool of receivables, including those associated with the Grisham Account, from MHC Receivables, LLC on June 17, 2025. *See* Ex. 8 at 5. MHC Receivables, LLC was assigned ownership of the pool of receivables, including those associated with the Grisham Account, from Credit One on May 31, 2025. *See* Ex. 8 at 3.

64995562 v1                                                          8

23.    As reflected in the electronic records transferred by RALLC, Grisham used the Grisham Account by making purchases on the Grisham Account after it was opened. *See* Ex. 9.

24.    The records transferred by RALLC upon assignment of the Grisham Account to LVNV included the Credit One Card Agreement that governed the Grisham Account (the "Grisham Card Agreement") at the time of the Grisham Account's origination and at the time it was assigned to LVNV. *See* Ex. 10. The Grisham Card Agreement includes an Arbitration Agreement. *See id.* at 6-8.

**The Torrez Account**

25.    Pursuant to a Declaration of Account Transfer, RALLC sold, assigned, and conveyed to LVNV all rights, title, and interests of RALLC to a pool of accounts. The entire list of the assigned accounts is too voluminous to list herein. A true and correct copy of the Declaration of Account Transfer is attached hereto as **Exhibit 11**.

26.    After assignment by RALLC, LVNV currently owns all rights, title, and interest in the assigned accounts, including the account of Torrez that originated with Credit One and was identified by Credit One as account number XXXX XXXX XXXX 7755 (the "Torrez Account").

27.    As part of the sale of the pool of accounts to LVNV, RALLC transferred electronic records and other records of the pool of accounts to LVNV.

64995562 v1                                    9

The electronic records included a data file identifying all of the assigned accounts. The file contains data pertaining to thousands of accounts and is not in a format that can be feasibly provided to the Court.

28.    I personally accessed and reviewed the electronic data containing the accounts assigned by RALLC to LVNV pursuant to the Declaration of Account Transfer in order to locate information for the Torrez Account and to ensure that the Torrez Account was in fact among those assigned as part of the pool of assigned accounts.  Attached hereto as **Exhibit 12** is true and correct copy of the data pertaining to the Torrez Account taken from the original data file received from the sale of the Torrez Account. The data shows that the Torrez Account had an account number ending in -7755 and that it was opened on March 26, 2024. *See* Ex. 12 at 1, 3.

29.    As part of the assignment of the Torrez Account to LVNV, LVNV was provided with (a) the ownership chain of the Torrez Account which noted previous sales (attached hereto as **Exhibit 13**); (b) billing statements and a transaction history for the Torrez Account (attached hereto as **Exhibit 14**); and (c) the Credit One Card Agreement governing the Torrez Account (attached hereto as **Exhibit 15**).

30.    The pool of accounts assigned by RALLC to LVNV contained accounts originated by Credit One. *See* Ex. 13 at 1.  Those accounts, including the Torrez Account, were all originated by Credit One, and were assigned to MHC Receivables,

LLC on June 30, 2025. *See id.* Credit One was the servicer of all of the accounts transferred to LVNV from their origination until June 30, 2025. *See id.*

31.    RALLC obtained ownership of the pool of accounts that it assigned to LVNV by being assigned them from Credit Asset Sales LLC on July 21, 2025. *See* Ex. 13 at 11. Credit Asset Sales LLC was assigned ownership of the pool of accounts, including the Torrez Account, from MHC Receivables, LLC on July 21, 2025. *See* Ex. 13 at 9. MHC Receivables LLC was assigned ownership of the pool of accounts, including the Torrez Account, from Credit One on June 30, 2025. *See* Ex. 13 at 1.

32.    Likewise, RALLC obtained ownership of the pool of receivables that it assigned to LVNV by being assigned them from Credit Asset Sales LLC on July 21, 2025. *See* Ex. 13 at 11. Credit Asset Sales LLC was assigned ownership of the pool of receivables, including those associated with the Torrez Account, from FNBM, LLC on July 21, 2025. *See* Ex. 13 at 7. FNBM, LLC was assigned ownership of the pool of receivables, including those associated with the Torrez Account, from MHC Receivables, LLC on July 21, 2025. *See* Ex. 13 at 5. MHC Receivables, LLC was assigned ownership of the pool of receivables, including those associated with the Torrez Account, from Credit One on June 30, 2025. *See* Ex. 13 at 3.

33.    As reflected in the electronic records transferred by RALLC, Torrez used the Torrez Account by making purchases on the Torrez Account after it was opened. *See* Ex. 14.

34.    The records transferred by RALLC upon assignment of the Torrez Account to LVNV included the Credit One Card Agreement that governed the Torrez Account (the "Torrez Card Agreement") at the time of the Torrez Account's origination and at the time it was assigned to LVNV. *See* Ex. 15. The Torrez Card Agreement includes an Arbitration Agreement. *See id.* at 6-8.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February ____, 2026.

_____
E. Paige Hale

# EXHIBIT 1

**Transfer and Assignment**

Resurgent Acquisitions LLC ("RALLC"), without recourse, to the extent permitted by applicable law, hereby transfers, sells, assigns, conveys, grants and delivers to LVNV Funding LLC ("LVNV") all of its right, title and interest in and to the receivables and other assets (the "Assets") identified on Exhibit A, in the Receivable File dated August 04, 2025 delivered by Credit Asset Sales LLC on August 21, 2025 for purchase by RALLC on August 21, 2025.  The transfer of the Assets included electronically stored business records.

Dated: **August 21, 2025**

Resurgent Acquisitions LLC
a Delaware Limited Liability Company

By:_____
  Name: Jackson Walker
  Title:   Authorized Representative

Dated: **August 21, 2025**

LVNV Funding LLC
a Delaware Limited Liability Company

By:_____
  Name: Dan Picciano
  Title:   Authorized Representative

**Exhibit A**

# Receivables File

**08.21.25 08-2025 C&D Sale File**

| Transfer Group | Portfolio | Transfer Batch |
|---|---|---|
| 1177028 | 46137 | N/A |

# EXHIBIT 2

| FileName | LineNumber | LastPurchaseDate | LastPurchaseAmount | ACCOUNTNUMBER | CHNAME | CHSOCIAL |
|---|---|---|---|---|---|---|
| 08-2025 C&D Sale File | 31258 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 08-2025 C&D Sale File | 31259 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 08-2025 C&D Sale File | 31260 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 08-2025 C&D Sale File | 31261 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 08-2025 C&D Sale File | 31262 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 08-2025 C&D Sale File | 31263 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 08-2025 C&D Sale File | 31264 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 08-2025 C&D Sale File | 31265 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 08-2025 C&D Sale File | 31266 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 08-2025 C&D Sale File | 31267 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 08-2025 C&D Sale File | 31268 | 26NOV2024 | 111.30 | 2393 | MANZANO,JACQUELINE | 4180 |
| 08-2025 C&D Sale File | 31269 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 08-2025 C&D Sale File | 31270 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 08-2025 C&D Sale File | 31271 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 08-2025 C&D Sale File | 31272 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 08-2025 C&D Sale File | 31273 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 08-2025 C&D Sale File | 31274 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 08-2025 C&D Sale File | 31275 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 08-2025 C&D Sale File | 31276 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 08-2025 C&D Sale File | 31277 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 08-2025 C&D Sale File | 31278 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |

| ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | HMPHONE | BUPHONE | BALANCE | CODT | LPAYDT | LPAYAMT |
|---|---|---|---|---|---|---|---|---|---|---|
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | | BERRYVILLE | AR | 72616-8836 | 1000000000 | | 3232.88 | 7/2/2025 | 11/8/2024 | 150.00 |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |

| ORIGDATE | _1STDTOFDELIQUENCY | PRINBAL | DOB | HIGHBALANCE | COAMOUNT | INTBAL | COAPPNAME | COAPPSOCIAL | COAPPADDRESS |
|---|---|---|---|---|---|---|---|---|---|
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 2/18/2024 | 1/1/2025 | 2400.21 | ████1950 | 3232.88 | 3232.88 | 832.67 | | | |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |

| COAPPADDRESS2 | COAPPCITY | COAPPST | COAPZIP | COAPPHMPH | COAPPBUPHONE | COAPPDOB | DATEID | ACCOUNT_ID | PRODUCT | PRIC_STRAT |
|---|---|---|---|---|---|---|---|---|---|---|
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
|  |  |  |  |  |  |  |  | ███7843 | OTHER | A376 |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |

| C_ANN_MERCH | C_ANN_CASH | PHONE1 | PHONE2 | PHONE3 | PHONE4 | PHONE5 | LSTPAYTYPE | EMAILADDRESS | FEES |
|---|---|---|---|---|---|---|---|---|---|
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 28.74 | No Statement Found | ▮0599 | | | | | ACH | ▮@GMAIL.COM | 358 |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |

| INTEREST | CARD_NUM | CUR_BAL | LastPreCOPayment_Date | LastPreCO_Payment | Total_Interest | TotalPostCOFees | TotalPostCOPayments |
|---|---|---|---|---|---|---|---|
| [Redacted] | [Redacted]4799 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]6636 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]7672 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]9610 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]0733 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]2523 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]2903 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]4146 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]7089 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]4028 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 474.67 | ████████2393 | 3232.8800 | 08-NOV-2024 | 150.00 | 0.00 | 0.00 | 0.00 |
| [Redacted] | [Redacted]8612 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]4825 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]1057 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]2939 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]8910 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]2910 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]5537 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]6246 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]6303 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]7962 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |

| TotalMerchPostCOCharges | TotalPostCOCredits | LanguageDescription | OriginalCreditBureauScore | COL1 | COL2 | COL3 | COL4 |
|---|---|---|---|---|---|---|---|
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 0.00 | 0.00 | English | 642 | | | | |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |

| COL5 | COL6 | COL7 | COL8 | COL9 | COL10 | COL11 | COL12 | COL13 | COL14 | COL15 | COL16 |
|------|------|------|------|------|-------|-------|-------|-------|-------|-------|-------|
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
|  |  |  |  |  |  |  |  |  |  |  |  |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |

| COL17 | COL18 | COL19 | COL20 |
|---|---|---|---|
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
|  |  |  |  |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |

# EXHIBIT 3

## BILL OF SALE AND ASSIGNMENT OF ACCOUNTS
## FROM CREDIT ONE BANK, N.A. TO MHC RECEIVABLES, LLC

As of **July 31, 2025**, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Credit One Bank, N.A. ("Assignor") has transferred, has sold, has assigned, has conveyed, has granted and has otherwise delivered to MHC Receivables, LLC ("Assignee"), all of Assignor's right, title and interest in and to (i) the charged-off credit card accounts identified on an account level basis in the data file named **08-2025 C&D Sale File** (the "Computer File"), a copy of which is attached hereto and incorporated herein by reference as "Exhibit A"; and, (ii) certain related account level media or electronic copies thereof (including, but not limited to applications, statements, terms and condition), and (iii) all claims or rights arising out of or relating to each account referenced on the Computer File (collectively hereinafter, the "Accounts") including, but not limited to, all claims and rights afforded each Account by virtue of that Account's corresponding terms and conditions.

The Accounts transferred under the terms of this Bill of Sale and Assignment of Accounts were each transferred to Assignee immediately following charge off for each applicable Account, as shown in the Computer File.

With respect to information for the Accounts, Assignor represents and warrants to Assignee that the business records conveyed to Assignee relating to: (i) the Accounts issued by Assignor; and (ii) the sale and assignment of Accounts by Assignor (collectively, the "Business Records"), are kept by Assignor in the regular course of its business. It is in the regular course of business of Assignor for an employee or an authorized representative with personal knowledge of the act, event, condition, or opinion (collectively "Event") to be recorded, to make the appropriate memorandum or recording of the Event at or reasonably near the time of the Event. Furthermore, Assignor represents and warrants to Assignee that the Business Records are materially complete and accurate, and thoroughly embody the information in Assignor's custody and control for the Accounts from their creation until the time of transfer to Assignee. These representations and warranties are intended to augment any other representations and warranties the parties may have in place and not supplant any other existing warranties and representations.

This Bill of Sale and Assignment of Accounts shall serve as evidence of ownership for the Accounts conveyed hereby and shall serve as an acknowledgment, as ratification, and as evidence of the intent of the parties to transfer the Accounts.

**CREDIT ONE BANK, N.A.**

Michael Wiese
Vice President

## **EXHIBIT A**

ACCOUNT SCHEDULE

The Accounts that are specifically identified in the electronic file named **08-2025 C&D Sale File** with such electronic file incorporated herein by reference.

## BILL OF SALE AND ASSIGNMENT OF RECEIVABLES
## FROM CREDIT ONE BANK, N.A. TO MHC RECEIVABLES, LLC

As of **July 31, 2025,** for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Credit One Bank, N.A. ("Assignor") has transferred, has sold, has assigned, has conveyed, has granted and has otherwise delivered to MHC Receivables, LLC ("Assignee"), all of Assignor's right, title and interest in and to (i) the receivables associated with each and every account referenced in the data file named **08-2025 C&D Sale File** (the "Computer File"), a copy of which is attached hereto and incorporated herein by reference as "Exhibit A"; and, (ii) all claims or rights arising out of or relating to each of those Receivables (hereinafter, the "Receivables").

The Receivables transferred under the terms of this Bill of Sale and Assignment of Receivables were each transferred to Assignee prior to the charge off of the associated accounts, as shown in the Computer File. This Bill of Sale and Assignment of Receivables evidences the intent between the parties for the transfer of the Receivables, acts as an acknowledgement of those transfers, and, to the extent necessary, ratification of the transfers.

With respect to information for the Receivables, Assignor represents and warrants to Assignee that the business records conveyed to Assignee relating to the Receivables (the "Business Records"), are kept by Assignor in the regular course of its business. It is in the regular course of business of Assignor for an employee or an authorized representative with personal knowledge of the act, event, condition, or opinion (collectively "Event") to be recorded, to make the appropriate memorandum or recording of the Event at or reasonably near the time of the Event. Furthermore, Assignor represents and warrants to Assignee that the Business Records are materially complete and accurate, and thoroughly embody the information in Assignor's custody and control for the Receivables from their creation until the time of transfer to Assignee. These representations and warranties are intended to augment any other representations and warranties the parties may have in place and not supplant any other existing warranties and representations.

This Bill of Sale and Assignment of Receivables shall serve as evidence of ownership for the Receivables conveyed hereby and shall serve as an acknowledgment, as ratification, and as evidence of the intent of the parties to transfer the Receivables.

**CREDIT ONE BANK, N.A.**

Michael Wiese
Vice President

## EXHIBIT A

ACCOUNT SCHEDULE

The Accounts that are specifically identified in the electronic file named **08-2025 C&D Sale File** with such electronic file incorporated herein by reference.

## BILL OF SALE AND ASSIGNMENT OF RECEIVABLES
## FROM MHC RECEIVABLES, LLC, TO FNBM, LLC

As of **August 21, 2025**, MHC Receivables, LLC ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, has periodically transferred, has sold, has assigned, has conveyed, has granted and has otherwise delivered to FNBM, LLC,  ("Assignee") all of its rights, title and interest in and to (i) the receivables identified and specifically referenced for each of the accounts on an account level basis on the data file titled **08-2025 C&D Sale File** attached hereto and incorporated by reference as "Exhibit A" ; and (ii) all claims or rights arising out of or relating to the account level receivables (hereinafter the "Receivables").

With respect to information for the Receivables, Assignor represents and warrants to Assignee that the business records conveyed to Assignee relating to the Receivables (the "Business Records"), are kept by Assignor in the regular course of its business. It is in the regular course of business of Assignor for an employee or an authorized representative with personal knowledge of the act, event, condition, or opinion (collectively "Event") to be recorded, to make the appropriate memorandum or recording of the Event at or reasonably near the time of the Event. Furthermore, Assignor represents and warrants to Assignee that the Business Records are materially complete and accurate, and thoroughly embody the information in Assignor's custody and control for the Receivables from their creation until the time of transfer to Assignee.  These representations and warranties are intended to augment any other representations and warranties the parties may have in place and not supplant any other existing warranties and representations.

This Bill of Sale and Assignment of Receivables shall serve as an acknowledgment, as ratification, and as evidence of the intent of the parties to transfer the Released Receivables referenced herein.

**MHC Receivables, LLC**

Steven Dasch, Authorized Representative

**EXHIBIT A**

ACCOUNT SCHEDULE

The Accounts that are specifically identified in the electronic file named **08-2025 C&D Sale File,** with such electronic file incorporated herein by reference.

## BILL OF SALE AND ASSIGNMENT OF RECEIVABLES
## FROM FNBM, LLC, TO CREDIT ASSET SALES LLC

On **August 21, 2025**, FNBM, LLC ("Assignor"), for good and valuable consideration, the receipt of which is hereby acknowledged,  hereby transfers, sells, assigns, conveys, grants and delivers to Credit Asset Sales LLC ("Assignee"), all of its rights, title and interest in and to (i) the receivables identified and specifically referenced for each of the accounts on an account level basis on the data file titled **08-2025 C&D Sale File** attached hereto and incorporated by reference as "Exhibit A"; and (ii) all claims or rights arising out of or relating to the receivables (hereinafter the "Receivables").

This Bill of Sale and Assignment of Receivables shall serve as evidence of ownership for any of the Receivables conveyed hereby.

FNBM, LLC

Julie Allen, Authorized Representative

With respect to information for the Receivables, MHC Receivables, LLC ("MHC") represents and warrants to Assignee that the business records conveyed to Assignee relating to the Receivables (the "Business Records"), are kept by MHC in the regular course of its business. It is in the regular course of business of MHC for an employee or an authorized representative with personal knowledge of the act, event, condition, or opinion (collectively "Event") to be recorded, to make the appropriate memorandum or recording of the Event at or reasonably near the time of the Event. Furthermore, Assignor represents and warrants to Assignee that the Business Records are materially complete and accurate, and thoroughly embody the information in Assignor's custody and control for the Receivables from their creation until the time of transfer to Assignee.  These representations and warranties are intended to augment any other representations and warranties the parties may have in place and not supplant any other existing warranties and representations.

MHC Receivables, LLC

Steven Dasch, Authorized Representative

**EXHIBIT A**
ACCOUNT SCHEDULE

The Accounts that are specifically identified in the electronic file name **08-2025 C&D Sale File**, with such electronic file incorporated herein by reference.

## BILL OF SALE AND ASSIGNMENT OF ACCOUNTS
## FROM MHC RECEIVABLES, LLC TO CREDIT ASSET SALES LLC

On **August 21, 2025,** for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, MHC Receivables, LLC ("Assignor"), hereby transfers, sells, assigns, conveys, grants and otherwise delivers to Credit Asset Sales  LLC ("Assignee"), all of Assignor's, rights title and interest in and to (i) the charged-off accounts identified on an account level basis in the data file named **08-2025 C&D Sale File** (the "Computer File"), a copy of which is attached hereto and incorporated herein by reference as "Exhibit A"; and, (ii) certain related account level media or electronic copies thereof (including, but not limited to applications, statements, terms and condition), and (iii) all claims or rights arising out of or relating to each referenced account (collectively hereinafter the "Accounts") including, but not limited to, all claims and rights afforded each account by virtue of that account's corresponding terms and conditions.

With respect to information for the Accounts described in the related Computer File, Assignor represents and warrants to Assignee that the business records relating to: (i) the Accounts owned by Assignor; and (ii) the sale and assignment of Accounts by Assignor (collectively, the "Business Records"), are kept by Assignor in the regular course of its business. It is in the regular course of business of Assignor for an employee or an authorized representative with personal knowledge of the act, event, condition, or opinion (collectively "Event") to be recorded, to make the appropriate memorandum or recording at or reasonably near the time of the Event.  Furthermore, Assignor represents and warrants to Assignee that the Business Records are materially complete and accurate and thoroughly embody the information in Assignor's custody and control for the Accounts listed in the Computer File from Assignor's receipt of those Accounts until the time of transfer to Assignee. These representations and warranties are intended to augment any other representations and warranties the parties may have in place and not supplant any other existing warranties and representations.

This Bill of Sale and Assignment of Accounts shall serve as evidence of ownership for any of the Accounts conveyed hereby.

MHC Receivables, LLC

_____
Steven Dasch, Authorized Representative

**EXHIBIT A**
ACCOUNT SCHEDULE

The Accounts that are specifically identified in the electronic file name **08-2025 C&D Sale File**, with such electronic file incorporated herein by reference.

## BILL OF SALE AND ASSIGNMENT OF ACCOUNTS AND RECEIVABLES
## FROM CREDIT ASSET SALES LLC TO RESURGENT ACQUISITIONS LLC

Credit Asset Sales LLC ("Seller"), the owner of certain accounts and associated receivables (hereinafter referred to collectively as "Purchased Accounts"), for value received and in accordance with the terms of the Purchase and Sale Agreement, by and between Seller and Resurgent Acquisitions LLC. ("Buyer"), dated as of **August 1, 2025** ("Agreement"), does hereby sell, assign and transfer to Buyer, its successors and assigns, all right, title and interest in and to the Purchased Accounts as described on the computer file named **08-2025 C&D Sale File** (the "Computer File"), a copy of which is attached hereto and incorporated herein by reference as "Exhibit A".

This Bill of Sale and Assignment of Accounts and Receivables is subject to the terms of the Agreement and is made without representations and warranties of any kind or character except as expressly stated in the Agreement, or as expressly stated below.

With respect to information for the Purchased Accounts described in the related Computer File, to the best of Seller's knowledge, Seller represents and warrants to Buyer that such information (i) is materially complete and accurate; (ii) constitutes Seller's own business records that pertain to the Purchased Accounts and accurately reflects in all material respects the information in Seller's database; (iii) was kept in the regular course of Seller's business; (iv) was made, entered or compiled in the regular course of business; (v) was recorded at or near the time the underlying activity occurred, by a person with knowledge of the data recorded; (vi) has been accurately maintained in Seller's database since it was recorded there; and (vii) it is the regular practice of Seller's business to maintain and compile such data.

This Bill of Sale and Assignment of Accounts and Receivables may be entered as evidence of ownership for any of the Purchased Accounts conveyed hereby.

**Closing date: August 21, 2025**


**Credit Asset Sales LLC**


Michael Wiese, Authorized Representative

**EXHIBIT A**
ACCOUNT SCHEDULE

The Accounts that are specifically identified in the electronic file name **08-2025 C&D Sale File**, with such electronic file incorporated herein by reference.

# EXHIBIT 4

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number: 23xx
May 02, 2024 to June 01, 2024

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $1,081.23 |
| Payments | - | $0.00 |
| Other Credits | - | $21.96 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$29.00** |
| **Interest Charged** | + | **$26.26** |
| New Balance | | $1,114.53 |
| Credit Limit | | $2,500.00 |
| Available Credit | | $1,385.00 |
| Statement Closing Date | | 06/01/24 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**

Call Customer Service or Report
a Lost or Stolen Credit Card    1-877-825-3242
Outside the U.S. Call    1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $1,114.53 |
| Past Due Amount | $55.00 |
| Amount Due This Period | $85.00 |
| **Minimum Payment Due** | **$140.00** |
| **Payment Due Date** | **06/26/24** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 4 years | $1,795.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| **Payments, Credits, and Adjustments** | | | | |
| F322700GE000FR126 | 05/05 | 05/05 | CREDIT ONE REWARD CREDIT    CREDIT | -21.96 |
| **Fees** | | | | |
| | 06/01 | 06/01 | LATE FEE | 29.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **29.00** |
| **Interest Charged** | | | | |
| | 06/01 | 06/01 | Interest Charge on Purchases | 26.26 |
| | 06/01 | 06/01 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **26.26** |

| 2024 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2024 | $124.00 |
| Total interest charged in 2024 | $45.48 |

MISSING A PAYMENT CAN HAPPEN BUT GETTING ON
TRACK IS EASY PLEASE PAY ONLINE, ON THE MOBILE
APP, BY MAIL, OR CALL (888) 729-6274 SET UP
ALERTS TO REMIND YOU ABOUT PAYMENTS ONLINE OR
ON OUR MOBILE APP

| INTEREST CHARGE CALCULATION | | | |
|---|---|---|---|

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 29.74%(v) | $1,059.53 | $26.26 |
| Cash Advances | 29.74%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 29.74%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385    JBH    001    7    1    240602    0    D PAGE 1 of 1    2 0    3227    3050    A376    O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.



P.O. BOX 98873
LAS VEGAS, NV 89193-8873

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 2393 |
| New Balance: | $1,114.53 |
| Minimum Payment Due: | $140.00 |
| Payment Due Date: | 06/26/24 |

**AMOUNT ENCLOSED:**  $          .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

JACQUELINE MANZANO
BERRYVILLE AR 72616-8836

0000000  0111453  0011100    2393  8

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number: XXXX
February 18, 2024 to March 01, 2024

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $0.00 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $224.72 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$95.00** |
| **Interest Charged** | + | **$0.00** |
| New Balance | | $319.72 |
| Credit Limit | | $2,500.00 |
| Available Credit | | $2,158.00 |
| Statement Closing Date | | 03/01/24 |
| Days in Billing Cycle | | 30 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card          1-877-825-3242
Outside the U.S. Call                      1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $319.72 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $30.00 |
| **Minimum Payment Due** | **$30.00** |
| **Payment Due Date** | **03/26/24** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 13 month(s) | $375.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| 2427539EBS66GWXFD | 02/28 | 02/28 | MAIN STREET MERCHANDISE HARRISON  AR | 78.65 |
| 2442733EQLM8WZDWT | 02/28 | 02/28 | ALDI 46045 HARRISON  AR | 70.35 |
| 2445501EB43A46Z8A | 02/28 | 02/28 | WAL-MART #0076 BERRYVILLE  AR | 75.72 |
| | | | **Payments, Credits, and Adjustments** | |
| | | | **Fees** | |
| F322700ED000CYLAC | 03/01 | 03/01 | ANNUAL FEE    04/24 THROUGH 03/25 | 95.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **95.00** |
| | | | **Interest Charged** | |
| | 03/01 | 03/01 | Interest Charge on Purchases | 0.00 |
| | 03/01 | 03/01 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **0.00** |

| 2024 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2024 | $95.00 |
| Total interest charged in 2024 | $0.00 |

**INTEREST CHARGE CALCULATION**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 29.74%(v) | $0.00 | $0.00 |
| Cash Advances | 29.74%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 29.74%(v) | $0.00 | $0.00 |

(v) = Variable Rate

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.



P.O. BOX 98873
LAS VEGAS, NV 89193-8873

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | ████████ 2393 |
| New Balance: | $319.72 |
| Minimum Payment Due: | $30.00 |
| Payment Due Date: | 03/26/24 |

**AMOUNT ENCLOSED:**   $ _____ . ____

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

JACQUELINE MANZANO
████████
BERRYVILLE AR 72616-8836

0000000  0031972  0003000  ████████  2393  2

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number:
March 02, 2024 to April 01, 2024

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $319.72 |
| Payments | - | $350.00 |
| Other Credits | - | $1.55 |
| Purchases | + | $401.57 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$0.00** |
| **Interest Charged** | **+** | **$0.00** |
| New Balance | | $369.74 |
| Credit Limit | | $2,500.00 |
| Available Credit | | $2,088.00 |
| Statement Closing Date | | 04/01/24 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card      1-877-825-3242
Outside the U.S. Call             1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $369.74 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $30.00 |
| **Minimum Payment Due** | **$30.00** |
| **Payment Due Date** | **04/26/24** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 15 month(s) | $446.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| 2433065EDS66EV6XG | 02/28 | 03/02 | BEEFAROO HARRISON AR HARRISON AR | 22.94 |
| 2405524ERRBGS62S5 | 03/12 | 03/12 | SONIC DRIVE IN #1015 BERRYVILLE AR | 10.85 |
| 2405524ETRBGS657E | 03/13 | 03/13 | SONIC DRIVE IN #1015 BERRYVILLE AR | 10.85 |
| 2444500ES00XX5W80 | 03/13 | 03/13 | DOLLAR TREE BERRYVILLE AR | 6.41 |
| 2444500EWBLP7DG7V | 03/15 | 03/15 | WM SUPERCENTER #76 BERRYVILLE AR | 11.21 |
| 2463923EXS66G11YK | 03/15 | 03/15 | POWELL HOME AND RANCH BERRYVILLE AR | 27.79 |
| 2475542EW85FQFMZ1 | 03/15 | 03/15 | THE HORSESHOE GRILL BERRYVILLE AR | 10.90 |
| 2442733EYLYRQE2SR | 03/18 | 03/18 | HARTER HOUSE BERRYVILLE AR | 8.71 |
| 2444500EZBLNYK137 | 03/18 | 03/18 | WM SUPERCENTER #76 BERRYVILLE AR | 28.74 |
| 2432300F02M7WMFF6 | 03/19 | 03/19 | DANNYS TIRE & FULL SERVI BERRYVILLE AR | 37.26 |
| 2464563EZS66HNE96 | 03/19 | 03/19 | VAPOR MAVEN - BERRYVILLE BERRYVILLE AR | 7.62 |
| 2442733F0LYRDXFBP | 03/20 | 03/20 | HARTER HOUSE BERRYVILLE AR | 3.07 |
| 2445501F043A473QM | 03/20 | 03/20 | WAL-MART #0076 BERRYVILLE AR | 8.95 |
| 2445501F143A476LS | 03/21 | 03/21 | WAL-MART #0076 BERRYVILLE AR | 4.84 |
| 2442733F5LYRQFJ5M | 03/25 | 03/25 | HARTER HOUSE BERRYVILLE AR | 33.76 |
| 2444500F6BLNZ5YJ5 | 03/25 | 03/25 | WM SUPERCENTER #76 BERRYVILLE AR | 37.21 |
| 2444500F7BLNX2TV9 | 03/26 | 03/26 | WM SUPERCENTER #76 BERRYVILLE AR | 6.36 |
| 2401339F8033AL0SD | 03/27 | 03/27 | LIVES UNDER CONSTRUCTION LAMPE MO | 46.00 |
| 2432300F72M9VKLF6 | 03/27 | 03/27 | DANNYS TIRE & FULL SERVI BERRYVILLE AR | 9.32 |
| 2444500F9BLPJM6N4 | 03/28 | 03/28 | WM SUPERCENTER #76 BERRYVILLE AR | 7.97 |
| 2463923FBS66H33FN | 03/29 | 03/29 | POWELL HOME AND RANCH BERRYVILLE AR | 6.28 |
| 2476725FA0000B553 | 03/29 | 03/29 | KENJI JAPANESE EXPRESS BERRYVILLE AR | 15.29 |
| 2444500FQ00K487T0 | 03/31 | 03/31 | DOLLAR TREE BERRYVILLE AR | 6.41 |
| **Payments, Credits, and Adjustments** | | | | |
| F322700EF000FR063 | 03/03 | 03/03 | CREDIT ONE REWARD CREDIT      CREDIT | -1.55 |
| 2444500ETBLNPMNKJ | 03/12 | 03/12 | WM SUPERCENTER #76 BERRYVILLE AR | 25.36 |
| 2444500EWHEZPSNM0 | 03/15 | 03/15 | DOLLAR-GENERAL #2029 BERRYVILLE AR | 7.47 |
| 7470793EX00XTMJLV | 03/16 | 03/16 | INTERNET PAYMENT      LAS VEGAS   NV | -300.00 |
| 7470793F400XTMJLW | 03/23 | 03/23 | INTERNET PAYMENT      LAS VEGAS   NV | -50.00 |
| **Fees** | | | | |
| | | | **TOTAL FEES FOR THIS PERIOD** | **0.00** |
| **Interest Charged** | | | | |
| | 04/01 | 04/01 | Interest Charge on Purchases | 0.00 |
| | 04/01 | 04/01 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **0.00** |

5385      JBH      001   7  1   240401   0      PAGE 1 of 2      2 0  3227   3050   A376   O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK.*



P.O. BOX 98873
LAS VEGAS, NV 89193-8873

For address, telephone and email changes, please complete the reverse side. Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 2393 |
| New Balance: | $369.74 |
| Minimum Payment Due: | $30.00 |
| Payment Due Date: | 04/26/24 |

**AMOUNT ENCLOSED:** $         .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

JACQUELINE MANZANO
BERRYVILLE AR 72616-8836

0005000  0036974  0003000          2393  4

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number
March 02, 2024 to April 01, 2024

| TRANSACTIONS (Continued) | | | | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |

| 2024 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2024 | $95.00 |
| Total interest charged in 2024 | $0.00 |

**INTEREST CHARGE CALCULATION**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 29.74%(v) | $0.00 | $0.00 |
| Cash Advances | 29.74%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 29.74%(v) | $0.00 | $0.00 |

(v) = Variable Rate

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number
April 02, 2024 to May 01, 2024

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $369.74 |
| Payments | - | $260.00 |
| Other Credits | - | $11.07 |
| Purchases | + | $963.34 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$0.00** |
| **Interest Charged** | **+** | **$19.22** |
| New Balance | | $1,081.23 |
| Credit Limit | | $2,500.00 |
| Available Credit | | $1,418.00 |
| Statement Closing Date | | 05/01/24 |
| Days in Billing Cycle | | 30 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card          1-877-825-3242
Outside the U.S. Call                 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $1,081.23 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $55.00 |
| **Minimum Payment Due** | **$55.00** |
| **Payment Due Date** | **05/26/24** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 4 years | $1,782.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| 2422638FD2LR3GY0D | 04/01 | 04/02 | WAL-MART #0076 BERRYVILLE  AR | 36.06 |
| 2444500FD00W6080N | 04/01 | 04/02 | DOLLAR TREE BERRYVILLE  AR | 6.58 |
| 2444500FFBLNRJDHE | 04/03 | 04/03 | WM SUPERCENTER #76 BERRYVILLE  AR | 8.65 |
| 2444500FFBLNRJDL2 | 04/03 | 04/03 | WM SUPERCENTER #76 BERRYVILLE  AR | 4.62 |
| 2442733FFLYREPAQ0 | 04/04 | 04/04 | HARTER HOUSE BERRYVILLE  AR | 13.94 |
| 2401339FJ00R0WHET | 04/07 | 04/07 | BLUE EYE TOBACCO OUTLET BLUE EYE  MO | 147.20 |
| 2445501FK43A46TE7 | 04/08 | 04/08 | WAL-MART #0076 BERRYVILLE  AR | 3.40 |
| 2413746FM01D2W1BQ | 04/09 | 04/09 | USPS PO 0407920216 BERRYVILLE  AR | 9.21 |
| 2422638FM2LR1KF4W | 04/09 | 04/09 | WAL-MART #0076 BERRYVILLE  AR | 6.14 |
| 2413746FN01E2WS70 | 04/10 | 04/10 | USPS PO 0407920216 BERRYVILLE  AR | 9.68 |
| 2494300FNRQEF5E5B | 04/10 | 04/10 | TACO BELL 039531 BERRYVILLE  AR | 31.68 |
| 2432300FP2M7WMFB5 | 04/11 | 04/11 | DANNYS TIRE & FULL SERVI BERRYVILLE  AR | 204.41 |
| 2422638FR2LR4JJS2 | 04/12 | 04/12 | WAL-MART #0076 BERRYVILLE  AR | 90.75 |
| 2482901FPS66DJ3GS | 04/12 | 04/12 | THE TRADING POST SHELL KNOB  MO | 11.90 |
| 2442733FRLYRFHEYD | 04/13 | 04/13 | HARTER HOUSE BERRYVILLE  AR | 50.91 |
| 2444500FTBLR0SX2J | 04/13 | 04/13 | WM SUPERCENTER #76 BERRYVILLE  AR | 72.66 |
| 2422638FS2LR13LZ7 | 04/14 | 04/14 | WAL-MART #0076 BERRYVILLE  AR | 20.14 |
| 2445501FT43A47E4M | 04/14 | 04/14 | WAL-MART #0076 BERRYVILLE  AR | 73.89 |
| 2420429FX00TWJZGF | 04/18 | 04/18 | eBay O*05-11462-51924 San Jose  CA | 119.53 |
| **Payments, Credits, and Adjustments** | | | | |
| 2432300FE2M9PTJ82 | 04/03 | 04/03 | DANNYS TIRE & FULL SERVI BERRYVILLE  AR | 35.19 |
| 7470793FG00XTMJLR | 04/05 | 04/05 | INTERNET PAYMENT        LAS VEGAS   NV | -160.00 |
| F322700FG000FR096 | 04/05 | 04/05 | CREDIT ONE REWARD CREDIT        CREDIT | -11.07 |
| 2444500FNBLNPW0JJ | 04/10 | 04/10 | WM SUPERCENTER #76 BERRYVILLE  AR | 6.80 |
| 7470793FS00XTMJLN | 04/15 | 04/15 | INTERNET PAYMENT        LAS VEGAS   NV | -100.00 |
| **Fees** | | | | |
| | | | TOTAL FEES FOR THIS PERIOD | **0.00** |
| **Interest Charged** | | | | |
| | 05/01 | 05/01 | Interest Charge on Purchases | 19.22 |
| | 05/01 | 05/01 | Interest Charge on Cash Advances | 0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | **19.22** |

| 2024 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2024 | $95.00 |
| Total interest charged in 2024 | $19.22 |

5385        JBH      001    7   1      240501     0            PAGE 1 of 2          2 0   3227    3050    A376    O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.



CreditOne® BANK
P.O. BOX 98873
LAS VEGAS, NV 89193-8873

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| Account Number: | 2393 |
|---|---|
| New Balance: | $1,081.23 |
| Minimum Payment Due: | $55.00 |
| Payment Due Date: | 05/26/24 |

**AMOUNT ENCLOSED:** $          .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

JACQUELINE MANZANO

BERRYVILLE AR 72616-8836

0010000  0108123  0005500          2393  1

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 2-2          263
April 02, 2024 to May 01, 2024

| INTEREST CHARGE CALCULATION | | | |
|---|---|---|---|
| Your Annual Percentage Rate (APR) is the annual interest rate on your account. | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Purchases | 29.74%(v) | $775.61 | $19.22 |
| Cash Advances | 29.74%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 29.74%(v) | $0.00 | $0.00 |
| (v) = Variable Rate | | | |

5385        JBH         001    7   1    240501   0        PAGE 2 of 2        2  0   3227    3050    A376    O1GQ5385

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number
June 02, 2024 to July 01, 2024

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $1,114.53 |
| Payments | - | $111.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$0.00** |
| **Interest Charged** | + | **$25.22** |
| New Balance | | $1,028.75 |
| Credit Limit | | $2,500.00 |
| Available Credit | | $1,471.00 |
| Statement Closing Date | | 07/01/24 |
| Days in Billing Cycle | | 30 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card      1-877-825-3242
Outside the U.S. Call               1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $1,028.75 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $52.00 |
| **Minimum Payment Due** | **$52.00** |
| **Payment Due Date** | **07/26/24** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 4 years | $1,679.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| | | | **Payments, Credits, and Adjustments** | |
| 7470793HF00XTMJLW | 06/07 | 06/07 | INTERNET PAYMENT      LAS VEGAS    NV | -111.00 |
| | | | **Fees** | |
| | | | **TOTAL FEES FOR THIS PERIOD** | **0.00** |
| | | | **Interest Charged** | |
| | 07/01 | 07/01 | Interest Charge on Purchases | 25.22 |
| | 07/01 | 07/01 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **25.22** |

| 2024 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2024 | $124.00 |
| Total interest charged in 2024 | $70.70 |

**INTEREST CHARGE CALCULATION**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 29.74%(v) | $1,017.65 | $25.22 |
| Cash Advances | 29.74%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 29.74%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385          JBH          001      7    1      240701      0          PAGE 1 of 1          2 0   3227    3050    A376    O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.



P.O. BOX 98873
LAS VEGAS, NV 89193-8873

For address, telephone and email changes, please complete the reverse side. Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| Account Number: | 2393 |
|---|---|
| New Balance: | $1,028.75 |
| Minimum Payment Due: | $52.00 |
| Payment Due Date: | 07/26/24 |

**AMOUNT ENCLOSED:**   $          .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

JACQUELINE MANZANO
BERRYVILLE AR 72616-8836

0011100  0102875  0005200          2393  8

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number:
July 02, 2024 to August 01, 2024

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $1,028.75 |
| Payments | - | $52.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$0.00** |
| **Interest Charged** | **+** | **$24.27** |
| New Balance | | $1,001.02 |
| Credit Limit | | $2,500.00 |
| Available Credit | | $1,498.00 |
| Statement Closing Date | | 08/01/24 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card          1-877-825-3242
Outside the U.S. Call                 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $1,001.02 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $51.00 |
| **Minimum Payment Due** | **$51.00** |
| **Payment Due Date** | **08/26/24** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 4 years | $1,624.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| **Payments, Credits, and Adjustments** | | | | |
| 7470793JB00XTMJLR | 07/05 | 07/05 | INTERNET PAYMENT          LAS VEGAS    NV | -52.00 |
| **Fees** | | | | |
| | | | **TOTAL FEES FOR THIS PERIOD** | **0.00** |
| **Interest Charged** | | | | |
| | 08/01 | 08/01 | Interest Charge on Purchases | 24.27 |
| | 08/01 | 08/01 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **24.27** |

| 2024 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2024 | $124.00 |
| Total interest charged in 2024 | $94.97 |

| INTEREST CHARGE CALCULATION | | | |
|---|---|---|---|

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 29.74%(v) | $979.34 | $24.27 |
| Cash Advances | 29.74%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 29.74%(v) | $0.00 | $0.00 |

(v) = Variable Rate

---

5385          JBH          001      7    1    240801    0          PAGE 1 of 1          2 0   3227    3050    A376    O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.



P.O. BOX 98873
LAS VEGAS, NV 89193-8873

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 2393 |
| New Balance: | $1,001.02 |
| Minimum Payment Due: | $51.00 |
| Payment Due Date: | 08/26/24 |

**AMOUNT ENCLOSED:**  $          .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

JACQUELINE MANZANO

BERRYVILLE AR 72616-8836

0005200  0100102  0005100          2393  5

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number:            2393
August 02, 2024 to September 01, 2024

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $1,001.02 |
| Payments | - | $51.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$0.00** |
| **Interest Charged** | **+** | **$23.54** |
| New Balance | | $973.56 |
| Credit Limit | | $2,500.00 |
| Available Credit | | $1,526.00 |
| Statement Closing Date | | 09/01/24 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card          1-877-825-3242
Outside the U.S. Call                 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $973.56 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $49.00 |
| **Minimum Payment Due** | **$49.00** |
| **Payment Due Date** | **09/26/24** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 4 years | $1,571.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| **Payments, Credits, and Adjustments** | | | | |
| 7470793K700XTMJLY | 08/02 | 08/02 | INTERNET PAYMENT     LAS VEGAS   NV | -51.00 |
| **Fees** | | | | |
| | | | **TOTAL FEES FOR THIS PERIOD** | **0.00** |
| **Interest Charged** | | | | |
| | 09/01 | 09/01 | Interest Charge on Purchases | 23.54 |
| | 09/01 | 09/01 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **23.54** |

| 2024 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2024 | $124.00 |
| Total interest charged in 2024 | $118.51 |

| INTEREST CHARGE CALCULATION | | | |
|---|---|---|---|
| Your Annual Percentage Rate (APR) is the annual interest rate on your account. | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Purchases | 29.74%(v) | $950.02 | $23.54 |
| Cash Advances | 29.74%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 29.74%(v) | $0.00 | $0.00 |
| (v) = Variable Rate | | | |

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.



P.O. BOX 98873
LAS VEGAS, NV 89193-8873

For address, telephone and email changes, please complete the reverse side. Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| Account Number: | 2393 |
|---|---|
| New Balance: | $973.56 |
| Minimum Payment Due: | $49.00 |
| Payment Due Date: | 09/26/24 |

**AMOUNT ENCLOSED:**  $          .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

JACQUELINE MANZANO
BERRYVILLE AR 72616-8836

0005100  0097356  0004900            2393  2

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number: XXXX-XXXX-XXXX-2393
September 02, 2024 to October 01, 2024

## SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $973.56 |
| Payments | - | $99.00 |
| Other Credits | - | $7.35 |
| Purchases | + | $434.23 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$0.00** |
| **Interest Charged** | **+** | **$24.84** |
| New Balance | | $1,326.28 |
| Credit Limit | | $2,500.00 |
| Available Credit | | $1,093.00 |
| Statement Closing Date | | 10/01/24 |
| Days in Billing Cycle | | 30 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card       1-877-825-3242
Outside the U.S. Call              1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $1,326.28 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $67.00 |
| **Minimum Payment Due** | **$67.00** |
| **Payment Due Date** | **10/26/24** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 5 years | $2,232.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 2413746L901FBE9H0 | 09/04 | 09/04 | USPS PO 0407920216 BERRYVILLE  AR | 5.58 |
| 2413746LQ01QQF5N2 | 09/07 | 09/07 | USPS PO 0407920216 BERRYVILLE  AR | 16.74 |
| 2413746LQ01QQF5RQ | 09/07 | 09/07 | USPS PO 0407920216 BERRYVILLE  AR | 5.58 |
| 2444500LQBLR3ZYL5 | 09/07 | 09/07 | WM SUPERCENTER #76 BERRYVILLE  AR | 9.05 |
| 2444500LDBLPH1Y6V | 09/08 | 09/08 | WM SUPERCENTER #76 BERRYVILLE  AR | 8.33 |
| 2413746LE01EMGSGT | 09/09 | 09/09 | USPS PO 0407920216 BERRYVILLE  AR | 15.26 |
| 2432300LE12QS761F | 09/09 | 09/09 | DANNYS TIRE & FULL SERVI BERRYVILLE  AR | 30.02 |
| 2442733LYLYRG8N6D | 09/26 | 09/26 | HARTER HOUSE BERRYVILLE  AR | 32.14 |
| 2445501LY43A47AH3 | 09/26 | 09/26 | WAL-MART #0076 BERRYVILLE  AR | 74.55 |
| 2401134LZ002W6F79 | 09/27 | 09/27 | LS THE BARGAIN CORNER  187-07544300 AR | 33.92 |
| 2432300M019TR046M | 09/27 | 09/27 | DANNYS TIRE & FULL SERVI BERRYVILLE  AR | 26.91 |
| 2444500M000YF7QAV | 09/27 | 09/27 | DOLLAR TREE BERRYVILLE  AR | 19.80 |
| 2490641LZ63NN4SH2 | 09/27 | 09/27 | AUTOBKS*Jim E Sanchez-Fue870-6547358  AR | 70.00 |
| 2413746M1019WY6QG | 09/28 | 09/28 | USPS PO 0407920216 BERRYVILLE  AR | 5.58 |
| 2444500M100V8PAZZ | 09/28 | 09/28 | DOLLAR-GENERAL #2029 BERRYVILLE  AR | 14.61 |
| 2444500M2BLP1Z5ZL | 09/29 | 09/29 | WM SUPERCENTER #76 BERRYVILLE  AR | 7.88 |
| 2413746M301E535ES | 09/30 | 09/30 | USPS PO 0407920216 BERRYVILLE  AR | 17.40 |
| 2413746M301E535QH | 09/30 | 09/30 | USPS PO 0407920216 BERRYVILLE  AR | 34.62 |
| 2445501M243A486YK | 09/30 | 09/30 | WAL-MART #0076 BERRYVILLE  AR | 6.26 |
| **Payments, Credits, and Adjustments** | | | | |
| 7470793L800XTMJLZ | 09/04 | 09/04 | INTERNET PAYMENT       LAS VEGAS    NV | -49.00 |
| 7470793LG00XTMJLY | 09/12 | 09/12 | INTERNET PAYMENT       LAS VEGAS    NV | -50.00 |
| F572700M3000FR | 10/01 | 10/01 | CREDIT ONE REWARD CREDIT        CREDIT | -7.35 |
| **Fees** | | | | |
| | | | **TOTAL FEES FOR THIS PERIOD** | **0.00** |
| **Interest Charged** | | | | |
| | 10/01 | 10/01 | Interest Charge on Purchases | 24.84 |
| | 10/01 | 10/01 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **24.84** |

| 2024 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2024 | $124.00 |
| Total interest charged in 2024 | $143.35 |

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.



P.O. BOX 98873
LAS VEGAS, NV 89193-8873

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | XXXXXXXX2393 |
| New Balance: | $1,326.28 |
| Minimum Payment Due: | $67.00 |
| Payment Due Date: | 10/26/24 |

For address, telephone and email changes, please complete the reverse side. Or, update your contact information online at www.CreditOneBank.com.

**AMOUNT ENCLOSED:** $ _____ . ____

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

JACQUELINE MANZANO
BERRYVILLE AR 72616-8836

0005000  0132628  0006700  XXXXXXXXXX2393  3

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number: XXXXXXXXXXXX2383
September 02, 2024 to October 01, 2024

| INTEREST CHARGE CALCULATION | | | |
|---|---|---|---|
| Your Annual Percentage Rate (APR) is the annual interest rate on your account. | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Purchases | 29.24%(v) | $1,019.20 | $24.84 |
| Cash Advances | 29.24%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 29.24%(v) | $0.00 | $0.00 |
| (v) = Variable Rate | | | |

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 2393
October 02, 2024 to November 01, 2024

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $1,326.28 |
| Payments | - | $100.00 |
| Other Credits | - | $11.75 |
| Purchases | + | $745.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$0.00** |
| **Interest Charged** | **+** | **$42.10** |
| New Balance | | $2,001.63 |
| Credit Limit | | $2,500.00 |
| Available Credit | | $368.00 |
| Statement Closing Date | | 11/01/24 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card       1-877-825-3242
Outside the U.S. Call              1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $2,001.63 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $101.00 |
| **Minimum Payment Due** | **$101.00** |
| **Payment Due Date** | **11/26/24** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 6 years | $3,544.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| 2469216M33337QX3H | 10/01 | 10/02 | Amazon.com*UH1ZJ61H3 Amzn.com/bill WA | 6.51 |
| 2480197M332KBDY6F | 10/01 | 10/02 | HARRISON BENT N DENT GRO HARRISON  AR | 52.26 |
| 2401134M40023MGPV | 10/02 | 10/02 | AMAZON RETA* G24K75IK3 WWW.AMAZON.CO WA | 8.70 |
| 2444500M7BLN89S3J | 10/04 | 10/04 | WM SUPERCENTER #76 BERRYVILLE  AR | 10.02 |
| 2403454M8015FX126 | 10/06 | 10/06 | CONOCO - WHITE OAK STA 29 BERRYVILLE  AR | 27.80 |
| 2403982M9S66MVKL1 | 10/06 | 10/06 | BLUE EYE TOBACCO BLUE EYE  MO | 152.70 |
| 2413746MB01EQH7SK | 10/08 | 10/08 | USPS PO 0407920216 BERRYVILLE  AR | 40.84 |
| 2476501MA39QHR1LG | 10/08 | 10/08 | RAG BARN. ALPENA  AR | 112.18 |
| 2413746MQ01Q2XSK5 | 10/09 | 10/09 | USPS PO 0407920216 BERRYVILLE  AR | 11.16 |
| 2442733MQLYT2YPDT | 10/10 | 10/10 | MCDONALD'S F13114 BERRYVILLE  AR | 8.79 |
| 2444500MDBLPYLKR6 | 10/10 | 10/10 | WM SUPERCENTER #76 BERRYVILLE  AR | 15.56 |
| 2413746ME01HVG19G | 10/11 | 10/11 | USPS PO 0407920216 BERRYVILLE  AR | 11.16 |
| 2405523MJ3GDBLY90 | 10/15 | 10/15 | 5270 HARRISON HARRISON  AR | 12.97 |
| 2427539MHS66GNSXK | 10/15 | 10/15 | MAIN STREET MERCHANDISE HARRISON  AR | 43.47 |
| 2469216MJ35H9P1Q0 | 10/15 | 10/15 | SQ *CAUSE FOR PAWS THRIFT Harrison  AR | 17.50 |
| 2437735MM0001VWN1 | 10/18 | 10/18 | BERRYVILLE DISCOUNT OUTLE BERRYVILLE  AR | 20.35 |
| 2445501ML43A4840E | 10/18 | 10/18 | WAL-MART #0076 BERRYVILLE  AR | 50.25 |
| 2413746MZ01DSAD0W | 10/28 | 10/28 | USPS PO 0407920216 BERRYVILLE  AR | 22.32 |
| 2427539MZS66DQ17E | 10/29 | 10/29 | MAIN STREET MERCHANDISE HARRISON  AR | 107.77 |
| **Payments, Credits, and Adjustments** | | | | |
| 2401339M3004PLZ31 | 10/01 | 10/02 | FLWRSBAKRY0588 HARRISON  AR | 12.69 |
| 7470793M500XTMJLT | 10/03 | 10/03 | INTERNET PAYMENT        LAS VEGAS    NV | -100.00 |
| F572700N2000FR | 11/01 | 11/01 | CREDIT ONE REWARD CREDIT         CREDIT | -11.75 |
| **Fees** | | | | |
| | | | **TOTAL FEES FOR THIS PERIOD** | **0.00** |
| **Interest Charged** | | | | |
| | 11/01 | 11/01 | Interest Charge on Purchases | 42.10 |
| | 11/01 | 11/01 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **42.10** |

| 2024 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2024 | $124.00 |
| Total interest charged in 2024 | $185.45 |

5385          JBH          001    7   1    241101    0          PAGE 1 of 2          2 0  3227    3050    A376    O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK.*



P.O. BOX 98873
LAS VEGAS, NV 89193-8873

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**
Account Number:                    2393
New Balance:            $2,001.63
Minimum Payment Due:  $101.00
Payment Due Date:       11/26/24

**AMOUNT ENCLOSED:** $           .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

JACQUELINE MANZANO

BERRYVILLE AR 72616-8836

0010000  0200163  0010100          2393  9

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number: XXXX
October 02, 2024 to November 01, 2024

| INTEREST CHARGE CALCULATION | | | |
|---|---|---|---|
| Your Annual Percentage Rate (APR) is the annual interest rate on your account. | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Purchases | 29.24%(v) | $1,727.69 | $42.10 |
| Cash Advances | 29.24%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 29.24%(v) | $0.00 | $0.00 |
| (v) = Variable Rate | | | |

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number: ▓▓▓▓▓▓
November 02, 2024 to December 01, 2024

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $2,001.63 |
| Payments | - | $150.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $548.58 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$0.00** |
| **Interest Charged** | **+** | **$53.52** |
| New Balance | | $2,453.73 |
| Credit Limit | | $2,500.00 |
| Available Credit | | $46.00 |
| Statement Closing Date | | 12/01/24 |
| Days in Billing Cycle | | 30 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card        1-877-825-3242
Outside the U.S. Call               1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $2,453.73 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $123.00 |
| **Minimum Payment Due** | **$123.00** |
| **Payment Due Date** | **12/26/24** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 7 years | $4,389.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| 2432300N21R1SL7J5 | 11/01 | 11/02 | DANNYS TIRE & FULL SERVI BERRYVILLE  AR | 33.12 |
| 2476501N240E74SPZ | 11/01 | 11/02 | RAG BARN. ALPENA  AR | 96.92 |
| 2413746NE01Q7TTGT | 11/12 | 11/12 | USPS PO 0407920216 BERRYVILLE  AR | 38.35 |
| 2427539NDS66EGLNV | 11/12 | 11/12 | MAIN STREET MERCHANDISE HARRISON  AR | 58.62 |
| 2469216ND2XLJJB5D | 11/12 | 11/12 | SQ *THE RAG BARN Alpena  AR | 105.88 |
| 2444500NFBLN6RKSB | 11/13 | 11/13 | WM SUPERCENTER #76 BERRYVILLE  AR | 61.59 |
| 2480197NN4KBL37M1 | 11/21 | 11/21 | HARRISON BENT N DENT GRO HARRISON  AR | 42.80 |
| 2475542NW4R3B3HAE | 11/26 | 11/26 | MDC*CARROLL ECC AR       870-4232161  AR | 111.30 |
| **Payments, Credits, and Adjustments** | | | | |
| 7470793N900XTMJLZ | 11/08 | 11/08 | INTERNET PAYMENT       LAS VEGAS    NV | -150.00 |
| **Fees** | | | | |
| | | | TOTAL FEES FOR THIS PERIOD | 0.00 |
| **Interest Charged** | | | | |
| | 12/01 | 12/01 | Interest Charge on Purchases | 53.52 |
| | 12/01 | 12/01 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **53.52** |

| 2024 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2024 | $124.00 |
| Total interest charged in 2024 | $238.97 |

**NOTICE REGARDING THE MORE CASH BACK REWARDS PROGRAM**
The More Cash Back Rewards Program ("More Program") will be discontinued on March 31, 2025. Purchases made after this date will not earn cash back rewards under the More Program. This does not affect any other rewards you earn on purchases made under the terms of your Rewards Program Supplement.

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.



P.O. BOX 98873
LAS VEGAS, NV 89193-8873

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | ▓▓▓▓ 2393 |
| New Balance: | $2,453.73 |
| Minimum Payment Due: | $123.00 |
| Payment Due Date: | 12/26/24 |

For address, telephone and email changes, please complete the reverse side. Or, update your contact information online at www.CreditOneBank.com.

**AMOUNT ENCLOSED:**  $          .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

JACQUELINE MANZANO
▓▓▓▓▓▓▓▓▓▓
BERRYVILLE AR 72616-8836

0015000  0245373  0012300  ▓▓▓▓▓▓▓  2393  9

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number: XXXX
November 02, 2024 to December 01, 2024

| | INTEREST CHARGE CALCULATION | | |
|---|---|---|---|
| Your Annual Percentage Rate (APR) is the annual interest rate on your account. | | | |
| **Type of Balance** | **Annual Percentage Rate (APR)** | **Balance Subject to Interest Rate** | **Interest Charge** |
| Purchases | 28.99%(v) | $2,215.44 | $53.52 |
| Cash Advances | 28.99%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 28.99%(v) | $0.00 | $0.00 |
| (v) = Variable Rate | | | |

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number: ████████████63
December 02, 2024 to January 01, 2025

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $2,453.73 |
| Payments | - | $0.00 |
| Other Credits | - | $8.52 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$29.00** |
| **Interest Charged** | **+** | **$57.48** |
| New Balance | | $2,531.69 |
| Credit Limit | | $2,500.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 01/01/25 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card      1-877-825-3242
Outside the U.S. Call               1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $2,531.69 |
| Past Due Amount | $123.00 |
| Amount Due This Period | $156.00 |
| **Minimum Payment Due** | **$279.00** |
| **Payment Due Date** | **01/26/25** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 7 years | $4,395.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| **Payments, Credits, and Adjustments** | | | | |
| F572700P1000FR | 12/02 | 12/02 | CREDIT ONE REWARD CREDIT          CREDIT | -8.52 |
| **Fees** | | | | |
| | 01/01 | 01/01 | LATE FEE | 29.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **29.00** |
| **Interest Charged** | | | | |
| | 01/01 | 01/01 | Interest Charge on Purchases | 57.48 |
| | 01/01 | 01/01 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **57.48** |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $29.00 |
| Total interest charged in 2025 | $57.48 |

MISSING A PAYMENT CAN HAPPEN BUT GETTING ON TRACK IS EASY PLEASE PAY ONLINE, ON THE MOBILE APP, BY MAIL, OR CALL (888) 729-6274 SET UP ALERTS TO REMIND YOU ABOUT PAYMENTS ONLINE OR ON OUR MOBILE APP

| INTEREST CHARGE CALCULATION | | | |
|---|---|---|---|

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 28.74%(v) | $2,400.21 | $57.48 |
| Cash Advances | 28.74%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 28.74%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385        JBH        001    7   1    250101    0        X PAGE 1 of 1        2 0  3227    3050    A376    O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.



P.O. BOX 98873
LAS VEGAS, NV 89193-8873

For address, telephone and email changes, please complete the reverse side. Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | ████████2393 |
| New Balance: | $2,531.69 |
| Minimum Payment Due: | $279.00 |
| Payment Due Date: | 01/26/25 |

**AMOUNT ENCLOSED:**  $          .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

JACQUELINE MANZANO
████████████
BERRYVILLE AR 72616-8836

0000000  0253169  0025000  ██████████2393  9

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number: _____
January 02, 2025 to February 01, 2025

## SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $2,531.69 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$39.00** |
| **Interest Charged** | + | **$58.18** |
| New Balance | | $2,628.87 |
| Credit Limit | | $2,500.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 02/01/25 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card     1-877-825-3242
Outside the U.S. Call     1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $2,628.87 |
| Past Due Amount | $250.00 |
| Amount Due This Period | $171.00 |
| **Minimum Payment Due** | **$421.00** |
| **Payment Due Date** | **02/26/25** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 7 years | $4,468.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | **Payments, Credits, and Adjustments** | |
| | | | **Fees** | |
| | 02/01 | 02/01 | LATE FEE | 39.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **39.00** |
| | | | **Interest Charged** | |
| | 02/01 | 02/01 | Interest Charge on Purchases | 58.18 |
| | 02/01 | 02/01 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **58.18** |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $68.00 |
| Total interest charged in 2025 | $115.66 |

ANNUAL FEE NOTICE:  YOUR ACCOUNT IS BEING ASSESSED AN ANNUAL
FEE ON YOUR NEXT STATEMENT IN THE AMOUNT OF   $95.00 SEE
THE ANNUAL FEE NOTICE AND OTHER IMPORTANT INFORMATION
ON THE REVERSE.

YOUR ACCOUNT IS SUSPENDED AND PAST DUE BUT
THERE IS STILL TIME TO GET CAUGHT UP. PLEASE
MAKE A PAYMENT ONLINE, WITH THE MOBILE APP, BY
MAIL, OR CALL US AT (888) 729-6274 TO DISCUSS
YOUR OPTIONS.

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 28.74%(v) | $2,429.21 | $58.18 |
| Cash Advances | 28.74%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 28.74%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385     JBH     001   7   1     250202   0        X PAGE 1 of 1        2 0   3227   3050   A376   O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.



P.O. BOX 98873
LAS VEGAS, NV 89193-8873

For address, telephone and email changes,
please complete the reverse side.
Or, update your contact information online
at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | ████ 2393 |
| New Balance: | $2,628.87 |
| Minimum Payment Due: | $421.00 |
| Payment Due Date: | 02/26/25 |

**AMOUNT ENCLOSED:**  $ _____ . ____

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

JACQUELINE MANZANO
████████████
BERRYVILLE AR 72616-8836

0000000  0262887  0038200  ████████  2393  2

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number:
February 02, 2025 to March 01, 2025

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $2,628.87 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$134.00** |
| **Interest Charged** | + | **$59.11** |
| New Balance | | $2,821.98 |
| Credit Limit | | $2,500.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 03/01/25 |
| Days in Billing Cycle | | 28 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card       1-877-825-3242
Outside the U.S. Call               1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $2,821.98 |
| Past Due Amount | $382.00 |
| Amount Due This Period | $181.00 |
| **Minimum Payment Due** | **$563.00** |
| **Payment Due Date** | **03/26/25** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 7 years | $4,713.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| | | | **Payments, Credits, and Adjustments** | |
| | | | **Fees** | |
| F3227001X000CYLAC | 03/01 | 03/01 | ANNUAL FEE     04/25 THROUGH 03/26 | 95.00 |
| | 03/01 | 03/01 | LATE FEE | 39.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **134.00** |
| | | | **Interest Charged** | |
| | 03/01 | 03/01 | Interest Charge on Purchases | 59.11 |
| | 03/01 | 03/01 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **59.11** |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $202.00 |
| Total interest charged in 2025 | $174.77 |

| INTEREST CHARGE CALCULATION | | | |
|---|---|---|---|
| Your Annual Percentage Rate (APR) is the annual interest rate on your account. | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Purchases | 28.74%(v) | $2,468.21 | $59.11 |
| Cash Advances | 28.74%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 28.74%(v) | $0.00 | $0.00 |
| (v) = Variable Rate | | | |

5385        JBH        001    7   1    250302    0        X PAGE 1 of 1        2 0   3227    3050    A376    O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.



P.O. BOX 98873
LAS VEGAS, NV 89193-8873

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 2393 |
| New Balance: | $2,821.98 |
| Minimum Payment Due: | $563.00 |
| Payment Due Date: | 03/26/25 |

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**AMOUNT ENCLOSED:**   $              .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

JACQUELINE MANZANO
BERRYVILLE AR 72616-8836

0000000  0282198  0052400          2393  1

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number:
March 02, 2025 to April 01, 2025

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $2,821.98 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$39.00** |
| **Interest Charged** | **+** | **$62.32** |
| New Balance | | $2,923.30 |
| Credit Limit | | $2,500.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 04/01/25 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card        1-877-825-3242
Outside the U.S. Call        1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $2,923.30 |
| Past Due Amount | $524.00 |
| Amount Due This Period | $186.00 |
| **Minimum Payment Due** | **$710.00** |
| **Payment Due Date** | **04/26/25** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 7 years | $4,780.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| | | | **Payments, Credits, and Adjustments** | |
| | | | **Fees** | |
| | 04/01 | 04/01 | LATE FEE | 39.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **39.00** |
| | | | **Interest Charged** | |
| | 04/01 | 04/01 | Interest Charge on Purchases | 62.32 |
| | 04/01 | 04/01 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **62.32** |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $241.00 |
| Total interest charged in 2025 | $237.09 |

Your account is currently closed.

| INTEREST CHARGE CALCULATION | | | |
|---|---|---|---|

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 28.74%(v) | $2,602.21 | $62.32 |
| Cash Advances | 28.74%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 28.74%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385        JBH        001    7    1    250401    0        C X PAGE 1 of 1        2 0  3227    3050    A376    O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.



P.O. BOX 98873
LAS VEGAS, NV 89193-8873

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| Account Number: | ████ 2393 |
|---|---|
| New Balance: | $2,923.30 |
| Minimum Payment Due: | $710.00 |
| Payment Due Date: | 04/26/25 |

**AMOUNT ENCLOSED:**     $          .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

JACQUELINE MANZANO

BERRYVILLE AR 72616-8836

0000000  0292330  0067100  ████████ 2393  8

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 2393
April 02, 2025 to May 01, 2025

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $2,923.30 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$39.00** |
| **Interest Charged** | + | **$63.26** |
| New Balance | | $3,025.56 |
| Credit Limit | | $2,500.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 05/01/25 |
| Days in Billing Cycle | | 30 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card       1-877-825-3242
Outside the U.S. Call               1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $3,025.56 |
| Past Due Amount | $671.00 |
| Amount Due This Period | $191.00 |
| **Minimum Payment Due** | **$862.00** |
| **Payment Due Date** | **05/26/25** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 7 years | $4,841.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| | | | **Payments, Credits, and Adjustments** | |
| | | | **Fees** | |
| | 05/01 | 05/01 | LATE FEE | 39.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **39.00** |
| | | | **Interest Charged** | |
| | 05/01 | 05/01 | Interest Charge on Purchases | 63.26 |
| | 05/01 | 05/01 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **63.26** |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $280.00 |
| Total interest charged in 2025 | $300.35 |

Your account is currently closed.

| INTEREST CHARGE CALCULATION | | | |
|---|---|---|---|
| Your Annual Percentage Rate (APR) is the annual interest rate on your account. | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Purchases | 28.74%(v) | $2,641.21 | $63.26 |
| Cash Advances | 28.74%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 28.74%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385        JBH        001    7   1    250501   0       C X PAGE 1 of 1        2 0  3227   3050   A376   O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.


P.O. BOX 98873
LAS VEGAS, NV 89193-8873

For address, telephone and email changes, please complete the reverse side. Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**
| | |
|---|---|
| Account Number: | 2393 |
| New Balance: | $3,025.56 |
| Minimum Payment Due: | $862.00 |
| Payment Due Date: | 05/26/25 |

**AMOUNT ENCLOSED:** $ _____ .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

JACQUELINE MANZANO
BERRYVILLE AR 72616-8836

0000000  0302556  0082300  2393 9

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number: xxxx-xxxx-xxxx-2393
May 02, 2025 to June 01, 2025

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $3,025.56 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$39.00** |
| **Interest Charged** | **+** | **$64.19** |
| New Balance | | $3,128.75 |
| Credit Limit | | $2,500.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 06/01/25 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card        1-877-825-3242
Outside the U.S. Call                    1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $3,128.75 |
| Past Due Amount | $823.00 |
| Amount Due This Period | $196.00 |
| **Minimum Payment Due** | **$1,019.00** |
| **Payment Due Date** | **06/26/25** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 7 years | $4,898.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| | | | **Payments, Credits, and Adjustments** | |
| | | | **Fees** | |
| | 06/01 | 06/01 | LATE FEE | 39.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **39.00** |
| | | | **Interest Charged** | |
| | 06/01 | 06/01 | Interest Charge on Purchases | 64.19 |
| | 06/01 | 06/01 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **64.19** |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $319.00 |
| Total interest charged in 2025 | $364.54 |

Your account is currently closed.

| INTEREST CHARGE CALCULATION | | | |
|---|---|---|---|

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 28.74%(v) | $2,680.21 | $64.19 |
| Cash Advances | 28.74%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 28.74%(v) | $0.00 | $0.00 |

(v) = Variable Rate

---

5385        JBH        001    7   1    250602    0        C X PAGE 1 of 1        2 0  3227    3050    A376    O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.



P.O. BOX 98873
LAS VEGAS, NV 89193-8873

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | ████ 2393 |
| New Balance: | $3,128.75 |
| Minimum Payment Due: | $1,019.00 |
| Payment Due Date: | 06/26/25 |

For address, telephone and email changes,
please complete the reverse side.
Or, update your contact information online
at www.CreditOneBank.com.

**AMOUNT ENCLOSED:** $ _____ . ____

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

JACQUELINE MANZANO
████████
BERRYVILLE AR 72616-8836

0000000  0312875  0098000  ████████ 2393 0

# EXHIBIT 5



**D369**

## CARD AGREEMENT

### *Pricing Summary*

| Interest Rates and Interest Charges | |
|---|---|
| **ANNUAL PERCENTAGE RATE (APR) for Purchases** | **28.74%**<br>This APR will vary with the market based on the Prime Rate. |
| **ANNUAL PERCENTAGE RATE (APR) for Balance Transfers** | **28.74%**<br>This APR will vary with the market based on the Prime Rate. |
| **ANNUAL PERCENTAGE RATE (APR) for Cash Advances** | **28.74%**<br>This APR will vary with the market based on the Prime Rate. |
| **Paying Interest** | Your due date is at least 24 days after the close of each billing cycle. We will not charge you any interest on Purchases if you pay your entire balance by the due date each month. We will begin charging interest on Cash Advances and Balance Transfers from the posting date. |
| **Minimum Interest Charge** | If you are charged interest, the charge will be no less than $1.00. |
| **For Credit Card Tips from the Consumer Financial Protection Bureau** | To learn more about factors to consider when applying for or using a credit card, visit the website of the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/learnmore. |
| **Fees** | |
| **Annual Fee** | $95 |
| **Transaction Fees**<br>• Balance Transfer<br><br>• Cash Advance<br><br>• Foreign Transaction | Either **$10** or **5%** of the amount of each Balance Transfer, whichever is greater.<br><br>Either **$10** or **5%** of the amount of each Cash Advance, whichever is greater.<br><br>Either **$1** or **3%** of the amount of each purchase in U.S. dollars, whichever is greater. |
| **Penalty Fees**<br>• Late Payment<br><br>• Returned Payment | Up to **$39***<br><br>Up to **$39**** |

**How We Will Calculate Your Balance:** We use a method called "average daily balance (including new Purchases)." See your Card Agreement for more details.

**Billing Rights:** Information on your rights to dispute transactions and how to exercise those rights is provided in your Card Agreement.

***Late Payment Fee:** We will charge the maximum safe harbor amount, which is set annually in accordance with 12 C.F.R 1026.52(b)(1)(ii)(D). Currently the fee is $29, unless you incurred a Late Payment Fee during the prior six billing cycles. If you did, the fee is currently $39. This fee will not exceed the related Minimum Payment that was due. We charge a Late Payment Fee to your Account if at least the Amount Due This Period (less any Late

Payment Fee for the current billing cycle) plus any Past Due Amount is not received by 5:00 p.m. PT on the Payment Due Date shown on your statement.

**\*\*Returned Payment Fee:** We will charge the maximum safe harbor amount, which is set annually in accordance with 12 C.F.R 1026.52(b)(1)(ii)(D). If a payment is not honored upon first presentment, even if the payment is later honored, a Returned Payment Fee will be charged to your Account. Currently, the fee is $29, unless you incurred a Returned Payment Fee in the prior six billing cycles. If you did, the fee is currently $39. This fee will not exceed the related Minimum Payment that was due.

**Additional Rate Information:** The Purchase, Balance Transfer and Cash Advance APR equals the Prime Rate plus a margin of 21.24%. This corresponds to a monthly periodic rate of 2.39500%.

**Minimum Payments:** You may pay the entire New Balance shown on your billing statement at any time. Each billing period you must pay at least the Minimum Payment Due by the Payment Due Date shown on your billing statement. The Minimum Payment Due will be the sum of:
- 5% of your outstanding balance, rounded up to the next whole dollar, or $30, whichever is greater;
- any Late Payment Fee for the current billing cycle;
- and any Past Due Amount (excluding any past due Late Payment Fees).

## *The Agreement*

This Agreement, together with the Pricing Summary, is your contract with us.

**Accepting this Agreement:** You accept this Agreement when you use the Account. You may still reject this Agreement if you have not yet used the Card, used the Account, or paid a fee after receiving a billing statement. To reject the Agreement, call us at 866-515-5721 or write us at Bank Card Center, P.O. Box 95516, Las Vegas, NV 89193-5516. If you reject the Agreement, you are not responsible for any fees or charges.

**Arbitration:** This Agreement includes an Arbitration Provision with class action and jury trial waivers. You can reject the Arbitration Provision. See "How to REJECT this agreement to arbitrate" in the Arbitration section. If you do not, it will be part of this Agreement.

**Promise to Pay:** You agree to pay us for all amounts due on your Account, including credit for Purchases, Balance Transfers, and Cash Advances, as well as interest charges and fees. This includes charges made by Additional Cardholders and other Authorized Users.

## *Definitions*

**Account** means the Credit One Bank card account under this Agreement.

**Authorized User** means any person you allow to use your Account or Card, including Additional Cardholders. If the Authorized User has been issued a Card and you want to terminate the Authorized User, you must notify us by telephone or in writing.

**Balance Transfer** means a transaction we designate that allows you to use your Account to pay another creditor or yourself. Balance Transfers cannot be used to pay us or our affiliates. A Balance Transfer will be subject to the terms of the Balance Transfer offer and this Agreement.

**Card** refers to one or more cards or access devices, including your Account number, that we give you or someone else with your authorization to get credit under this Agreement.

**Cardholder** refers to each person with a card issued in their name.

**Cash Advance** means the use of your Account to obtain funds at a financial institution or the use of a Convenience Check.

**Convenience Check** means a check we issue to you to take a Cash Advance. You may not use these checks to pay us or our affiliates.

**Purchase** means the use of the Account to obtain goods or services.

**Prime Rate** means the highest U.S. Prime Rate in the Money Rates section of The Wall Street Journal on the 25th day of the month, or the next day if that day is not a publication day. If The Wall Street Journal does not publish the U.S. Prime Rate, we may substitute another index.

**we**, **us**, **our**, and **Credit One Bank** refer to Credit One Bank, N.A., the issuer of your Card.

**you**, and **your** refer to each person who has applied for the Account and where appropriate, the Authorized User.

2

## *Features and Use of Your Account*

**Using Your Card:** You may make Purchases wherever the Card is accepted. You may use the Account to obtain Cash Advances, but you may not make more than two Cash Advance transactions per day which may not exceed the lower of your available credit for cash or $200. You may use the Account only for personal, family, or household purposes, and if your Account is used for any other purpose you are still responsible for such use. You may not use the Account for business or commercial purposes. The Account may not be used for online or internet gambling or illegal purposes.

**Your Credit Limit:** We will tell you your credit limit. Keep your Account balance below your credit limit. If you do not, you must still pay us. We may designate part of your credit limit as a Cash Advance limit and part as a Balance Transfer limit. We may change your credit limit(s) at any time, without notice. You may use a portion of your credit limit for Cash Advances and Balance Transfers. Each Purchase, Cash Advance, and Balance Transfer obtained will reduce the amount of available credit under your credit limit until it is repaid. We may delay increasing your available credit by the amount of any payment that we receive for up to 12 calendar days.

**Credit Limit Increase:** To request a credit limit increase contact the Customer Service number on your statement. We may impose a fee for processing the request.

**Credit Authorizations:** We may decline to authorize a transaction for any reason. We will not be liable to you if we decline a transaction or if anyone refuses any use of your Card.

**Automatic Billing:** You may set up automatic billing with a merchant. You authorize us to provide an updated Account number or Card expiration date to any merchant at our discretion. Contact the merchant to stop automatic billing.

**Joint Accounts:** If this is a joint account, each of you is responsible individually and together for all amounts owed. Each of you is responsible even if the Account is used by only one of you. You will continue to be liable for the entire balance of the Account, even if your co-applicant is ordered by a court to pay us. You will remain liable to us if your co-applicant fails to pay as ordered by the court. Your Account status will continue to be reported to the credit reporting agencies under each of your names. The delivery of notices or billing statements to either of you serves as delivery to each of you. We may rely on instructions given by either of you. We are not liable to either of you for relying upon such instructions.

**Electronic Access:** Applications (apps) on electronic devices (such as mobile wallets) can store your Card and can be used to get credit under this Agreement. Such transactions are covered by this Agreement. Apps may have separate terms of use. We are not responsible if you violate those terms or for any consequences from violating those terms.

**Additional Cardholder:** At your request, we may, at our discretion, issue, in the name of another person, an additional Card on your Account. That person is an Additional Cardholder, as well as an Authorized User. An Additional Cardholder has access to certain Account information including balance, available credit and payment information. If you advise us that the Additional Cardholder is your spouse, information regarding the Account will be provided to consumer reporting agencies in your name as well as in the name of the Additional Cardholder. By requesting that we add an Additional Cardholder to your Account, you represent that you (1) have the consent of the Additional Cardholder to be added to the Account, (2) have provided a copy of this Agreement to the Additional Cardholder, and (3) if the Additional Cardholder is your spouse, you have told the Additional Cardholder that Credit One Bank will furnish credit information about them to the credit reporting agencies in connection with the Account. The Additional Cardholder may report the Card lost or stolen and may remove him or herself from the Account.

## *Interest Rates and Interest Changes*

**Annual Percentage Rates (APRs):** See the Pricing Summary for your APRs. The APR for Balance Transfers will be the same as the APR for standard Purchases, unless a promotional rate applies.

**Variable Rates:** Your Pricing Summary indicates whether you have any variable APRs. Variable APRs are determined by adding to the Prime Rate the number of percentage points ("margin") specified in the Pricing Summary. Variable APRs will increase or decrease when the Prime Rate changes. The APR change will take effect beginning with billing cycles that end on or after the first day of the month after the month in which the Prime Rate changes. An increase in the APR will increase your interest charges and may increase your Minimum Payment Due.

**Average Daily Balance Method (including new transactions):** We calculate interest each billing cycle by first figuring the "average daily balance" for each type of balance. Standard Purchases, standard Cash Advances, standard Balance Transfers, and each promotional offer, are all types of balances.

For each type of balance, for each billing cycle, we start with the balance on the last day of your previous billing cycle. We subtract any unpaid interest. This is the beginning balance each day. Each day of the billing cycle we subtract any new payments and credits applied to that type of balance. We add any new transactions and fees for that type of balance. We add Purchases, Cash Advances, and Balance Transfers on the post date. We add

3

transaction fees on promotional rate and non-promotional rate Balance Transfers to the same type of balance as the transaction. We add all other fees to the standard Purchase balance. This gives us the daily balance for that type of balance, except that if the daily balance is negative, we treat it as zero. We then add up all of the daily balances and divide by the number of days in the billing cycle. This gives us the "average daily balance" for that type of balance. We multiply the average daily balance by the applicable monthly periodic rate (the APR divided by 12). This gives us the interest charged for that type of balance for that billing cycle. This interest is included in the Account balance on the last day of the billing cycle. The results for all types of balances are then added together to determine the total interest charged that billing cycle.

**When Interest Begins:** We begin to impose interest on a transaction or fee from the day we add it to the daily balance. We continue to impose interest until you pay the total amount you owe us. You can avoid paying interest on Purchases as described below. However, you cannot avoid paying interest on Balance Transfers or Cash Advances.

**How to Avoid Paying Interest on Purchases ("Grace Period"):** If you pay the New Balance on your billing statement by the Payment Due Date shown on that billing statement, we will not impose interest on new Purchases paid by the Payment Due Date on your current billing statement. The Payment Due Date will be at least 24 days after the close of the billing cycle. If you have been paying your Account balance in full and thereby avoiding interest on Purchases, but then do not pay the next New Statement Balance in full by the Payment Due Date, in that billing cycle we will start charging interest on the unpaid portion of your balance.

## *Fees*
See the Pricing Summary for additional Fee information.

**Annual Fee:** If your Account is subject to an Annual Fee, the amount and when it is billed is shown on the Pricing Summary. The Annual Fee is billed to the Account until the Account is closed and the outstanding balance is paid in full. The Annual Fee is refundable as long as you cancel your Account and have not used your card for any Purchases, Cash Advances, or Balance Transfers and you have not made a payment.

**Credit Limit Increase Fee:** If a fee is imposed for processing a Credit Limit increase request, we will tell you the amount of the fee at the time of your request and before you agree to it.

**Foreign Transaction Fee:** We add this fee, unless "None" is stated in the Pricing Summary table, for each purchase made outside the U.S. (A purchase is made outside the U.S. unless it is made with a U.S. merchant, processed completely in the U.S., and in U.S. dollars.) The fee is a percentage of the U.S. dollar amount of the purchase.

**Optional Express Payment Service Fee:** If a representative of ours helps expedite your payment, we may impose an Express Payment fee. You will be informed of the amount of the fee before you complete the transaction.

**Duplicate Statement Fee:** If you request a duplicate copy of a monthly statement, for any purpose other than to assert a billing error, you will be charged a fee of up to $10 for each statement copy requested.

**Sales Slip Request Fee:** If you request a copy of a sales slip, for any purpose other than to resolve a dispute about the charges on your Account, you will be charged a fee of $6 for each sales slip copy requested.

**Replacement Card Fee:** If you request a replacement card, a Replacement Card Fee of up to $25 may be charged to your Account.

## *Payments*

**Minimum Payment Due:** See the Pricing Summary for the minimum payment requirements.

**Small Balances:** As it is uneconomical for both you and us to process payments or maintain credits that are $1 or less in amount, you agree as follows: (1) In any billing cycle in which you have had no transactions and your New Balance on the billing date is $1 or less, the balance will be rounded to zero and you will not receive a bill for this amount. (2) In the event that you have a credit balance of $1 or less for two consecutive billing cycles, the balance will be rounded to zero and you will not receive a refund of this amount.

**Payment Instructions:** You must pay us in U.S. dollars, in funds on deposit in the U.S. We credit your payments in accordance with the terms contained on your billing statement. If you mail your payment to an address other than the address designated on your billing statement, there may be a delay in processing and crediting the payment to your Account.

**Irregular Payments:** Any payment submitted in offer of settlement of a disputed debt, including any item containing a notation such as "paid in full," and any other item with a restrictive endorsement, must be sent to: Credit One Bank, P.O. Box 95516, Las Vegas, NV 89193-5516. We can accept

late payments, partial payments, and checks or other items with restrictive endorsements at any other address without losing any of our rights under this Agreement.

**Postdated Checks:** You agree that we need not examine any payment check to confirm that it is not postdated and that we may deposit any postdated check on the day we receive it.

**Payment Allocation:** We apply payments up to the Minimum Payment Due and credits at our discretion, which may result in balances at lower APRs being paid first and higher interest charges. Payments over the Minimum Payment Due will be applied to balances with higher APRs first.

## *Collecting, Sharing, and Updating Information*

**Customer Privacy:** We send you our Privacy Policy when you open your Account and thereafter in accordance with applicable law. It summarizes the personal information we collect; how we safeguard its confidentiality and security; when it may be shared with others; and how you can limit our sharing of this information. You accept the terms of our Privacy Policy when you use the Account. Contact us or visit CreditOne.com if you would like a copy.

**Information About You:** You authorize us to obtain and/or use information about you from third parties and credit reporting agencies to: (1) verify your identity and/or conduct investigative inquiries; (2) determine your income and credit eligibility; (3) review your Account and provide renewal of credit; (4) verify your current credit standing in order to present future credit limit increases or decreases; (5) qualify you for and present additional lines of credit or other offers; and (6) collect amounts owing on your Account. Upon request, we will tell you the name and address of any credit reporting agency that provided us with information concerning you.

**Furnishing Information:** We may furnish information concerning your Account or credit file to consumer reporting agencies and others who may properly receive that information. If you believe that information we furnished is inaccurate or incomplete, please write us at Credit One Bank, P. O. Box 98873, Las Vegas, NV 89193-8873. Please include your name, address, home phone number and Account number.

**Telephone Calls, Text Messages and Emails Regarding Your Account:** You are providing express written permission and consent authorizing Credit One Bank and our agents, servicers, contractors, subsidiaries, affiliates, officers, and other partners and employees to contact you at any phone number (including mobile, cellular/wireless, or similar devices) or email address you provide at any time, for any lawful purpose. The ways in which we may contact you include live operator, dialing system, automatic telephone dialing systems (auto-dialer), prerecorded and artificial voice message, text/SMS message or email. Phone numbers and email addresses you provide include those you give to us, those from which you, or someone acting on your behalf, contact us or which we obtain through other means. If you provide a phone number for which you are not the owner, you confirm you are authorized to provide that number. Such lawful purposes include, but are not limited to: obtaining information; activation of the card for verification and identification purposes; account transactions or servicing related matters; suspected fraud or identity theft; collection on the Account; and providing information about special products and services. You agree to pay any fee(s) or charge(s) that you may incur for incoming communications from us or outgoing communications to us, to or from any such number or email address, without reimbursement from us.

**Communication Revocation:** You may revoke your authorization for most communications. However, you cannot revoke authorization for fraud related communications or legally required communications. To change your communication preferences or to revoke consent you must write us. Please:
- include your name, mailing address, and the last four digits of your Account number;
- specify whether you are changing your preferences regarding mail, telephone calls, emails, and/or text or SMS messages;
- provide the specific phone number(s) and/or email address for which you are requesting communications to cease;
- send this written notice to: Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873.

Certain communication preferences can be changed on-line. Please log in to your Account to see if that option is available.

**Telephone Monitoring:** You agree that we (and our servicers, agents and contractors) may monitor and record any calls between you and us.

**Updating Your Phone Number:** Notify us immediately if you change mobile or cell phone numbers or plan to give your phone to someone else. It is your responsibility to provide us with a true, accurate and complete mobile number and to maintain and update promptly any changes in this information. You can update your mobile number by calling us at the phone number on the back of your Card.

**Indemnification:** If you provide telephone number(s) for which you are not the subscriber, or fail to notify us when you cease to be the subscriber for a telephone number you previously gave us, you agree to indemnify us, our subsidiaries, affiliates, officers, agents, servicers, contractors, and other partners and employees for any costs and expenses, including reasonable attorneys' fees, incurred as a result of us contacting or attempting to contact you at the number(s). Your obligation under this paragraph shall survive termination of the Agreement.

5

### *Account Closure*

**Default:** You are in default under this Agreement if (1) bankruptcy or another insolvency proceeding is filed by or against you; (2) we reasonably believe you are unable or unwilling to repay us; (3) you die or are legally incompetent or incapacitated; (4) you fail to comply with the terms of this Agreement, including failing to make a required payment when due, exceeding your credit limit or using your Card or Account for an illegal transaction; (5) you give us misleading, false, incomplete or incorrect information or fail to give us any information we deem necessary; or (6) if you no longer permanently reside in one of the 50 states or the District of Columbia. If you are in default, we may declare the entire Account balance immediately due and payable without advance notice.

**Collection Costs:** If we use an attorney to collect your Account, we may charge you our legal costs as permitted by law. These include reasonable attorneys' fees, court or other collection costs, and fees and costs of any appeal.

**Closing Your Account:** You may close your Account at any time. You will remain responsible for any amount you owe us under this Agreement. Any joint Cardholder may cancel a joint Account. However, both of you will remain responsible for paying all amounts owed. If your Account is subject to an Annual Fee, the fee will continue to be charged until you pay your outstanding balance in full.

We may cancel, suspend or not renew your Card, Account, or access to the credit line at any time and for any reason without notice. If your Account is closed by us, the Annual Fee will continue to be charged until you pay your outstanding balance in full.

However, when your Account is closed, if there is: (1) a debit balance of $1 or less, that balance will be rounded to zero and you will not be required to pay this amount; or (2) a credit balance of $1 or less, that balance will be rounded to zero and this amount will not be refunded to you. The rounding to zero may occur after your closing statement cycles, and you may not receive a statement reflecting the rounding.

### *Arbitration Agreement*

**PLEASE READ CAREFULLY—IMPORTANT—AFFECTS YOUR LEGAL RIGHTS**

This agreement to arbitrate provides that you or we can require controversies or disputes between us to be resolved by BINDING ARBITRATION. You have the right to REJECT this agreement to arbitrate by using the procedure explained below.

If you do not reject this agreement to arbitrate, you GIVE UP YOUR RIGHT TO GO TO COURT and controversies or disputes between us will be resolved by a NEUTRAL ARBITRATOR INSTEAD OF A JUDGE OR JURY, using rules that are simpler and more limited than in a court. Arbitrator decisions are subject to VERY LIMITED REVIEW BY A COURT. Arbitration will proceed INDIVIDUALLY— CLASS ACTIONS AND SIMILAR PROCEDURES WILL NOT BE AVAILABLE TO YOU.

**Agreement to Arbitrate:** You and we agree that either you or we may, without the other's consent, require that controversies or disputes between you and us (all of which are called "Claims"), be submitted to mandatory, binding arbitration. This agreement to arbitrate is made pursuant to a transaction involving interstate commerce, and shall be governed by, and enforceable under, the Federal Arbitration Act (the "FAA"), 9 U.S.C. §1 et seq., and (to the extent State law is applicable), the laws of the State of Nevada.

For purposes of this agreement to arbitrate, "you" includes you, any co-applicant, any Authorized User (including Additional Cardholders), or anyone else connected with you or claiming through you; and "we" or "us" includes Credit One Bank, N.A., all of its parents, subsidiaries, affiliates, successors, predecessors, employees, and related persons or entities, and all third parties who are regarded as agents or representatives of us in connection with the subject matter of the claim or dispute at issue.

**Covered Claims:** Claims subject to arbitration include, but are not limited to, any controversies or disputes arising from or relating in any way to your Account; any transactions involving your Account; any disclosures made to you concerning your Account; any interest, charges, or fees assessed on your Account; any service(s) or programs related to your Account; and, if permitted by the rules of the arbitration forum, any collection of debt related to your Account. Claims also include controversies or disputes arising from or relating in any way to advertising, solicitations, or any application for, approval of, or establishment of your Account. Claims subject to arbitration include any controversies or disputes based on any theory of law, whether contract, tort, statute, regulation, common law, or equity, or whether they seek legal or equitable remedies. All Claims are subject to arbitration whether they arose in the past, may currently exist, or may arise in the future. Arbitration will apply even if your Account is closed, you pay us in full any outstanding debt you owe, or you file for bankruptcy. Also, controversies or disputes about the validity, enforceability, coverage, meaning, or scope of this agreement to arbitrate or any part thereof are subject to arbitration and are for the arbitrator to decide. Any questions about what Claims are subject to arbitration shall be resolved by interpreting this agreement to arbitrate in the broadest way the law will allow it to be enforced.

**Claims Not Covered:** Claims (whether brought initially or by counter or cross-claim) are not subject to arbitration if they are filed by you or us in a small claims court, so long as the case remains in such court and only individual claims for relief are advanced in the case.

**No Class Arbitration or Consolidation or Joinder of Parties:** Class actions and other similar procedures in which individuals seek to represent similarly situated individuals or seek relief on behalf of the general public, and consolidation or joinder of Claims (except for claimants on the same account), are NOT available under this agreement to arbitrate. Claims in arbitration will proceed on an INDIVIDUAL basis only:

> UNLESS YOU REJECT THIS AGREEMENT TO ARBITRATE, YOU AND WE WAIVE THE RIGHT TO ASSERT OR PARTICIPATE IN A CLASS ACTION OR ANY REPRESENTATIVE OR CONSOLIDATED PROCEEDING IN COURT OR IN ARBITRATION.

The arbitrator shall have no authority to entertain any Claim as a class action or private attorney general action or on any other similar representative basis, nor shall the arbitrator have any authority to consolidate or join Claims brought by separate claimants (except for claimants on the same account). This also means that the arbitrator shall have no authority to make any award for the benefit of, or against, any person other than the individual who is the named party.†

**†Notice to California Account Holders:** This agreement to arbitrate shall not be construed to prevent you from seeking in the arbitration the remedy of public injunctive relief if (a) you reside in California, (b) you resided in California at the time you entered into this agreement to arbitrate, or (iii) the billing address for your Account is a California address (hereafter, "California Account Holder").

**Initiation of Arbitration:** The arbitration shall be administered by the American Arbitration Association ("AAA") before a single arbitrator under the AAA's Consumer Arbitration Rules, or by a mutually agreeable administrator, before a single arbitrator, as modified by this arbitration provision. Information about the arbitration process for AAA can be obtained from the AAA at www.adr.org. The arbitrator shall be selected from the AAA (or mutually agreeable administrator) panel of neutrals then active on the roster maintained by the AAA (or mutually agreeable administrator) office located in the city of or nearest to your billing address and, unless otherwise mutually agreed, the arbitrator shall be a retired federal judge, a retired state appellate judge, a retired state trial judge, or a lawyer with at least 15 years of experience in that order of preference.

In the event that the AAA or mutually agreeable administrator is unable or unwilling to handle the Claim for any reason, then the matter shall be arbitrated instead by a neutral arbitrator selected by agreement of the parties (or, if the parties cannot agree, selected by a court in accordance with the FAA).

**Arbitration Procedures and Applicable Law; Offer of Settlement:** Unlike a lawsuit in state or federal court, arbitration is conducted by a private organization that specializes in alternative dispute resolution. Disputes in arbitration are decided by a neutral arbitrator instead of a judge or jury. You may represent yourself in arbitration, or you may be represented by a lawyer.

Under this agreement to arbitrate, a single arbitrator designated by the arbitration administrator will decide the Claim under applicable law. The arbitrator is bound by the terms of this agreement to arbitrate. The AAA or mutually agreeable administrator will apply its code of procedures in effect at the time the arbitration claim is filed. If there is a conflict between that code of procedures and this arbitration provision and/or any sections of this Card Agreement, this arbitration provision and/or this Card Agreement will control. The arbitrator will honor all claims of privilege recognized by law. Subject to the prohibition on class, representative, and consolidation procedures set forth above, the arbitrator will have the power to award to a party any damages or other relief (including relief in equity) provided for under applicable law. That is, a party will be entitled to recover in arbitration any damages or other relief that it could recover if it prevailed in a court proceeding. An arbitrator's award shall consist of a written statement setting forth the disposition of each Claim. At the request of any party, the arbitrator shall also set forth a written explanation of the essential findings and conclusions on which the award is based. An arbitration award shall decide the rights and obligations only of the parties named in the arbitration, and shall not have any bearing on another person or dispute.

If your Claim is for $10,000 or less, you may choose whether the arbitration will be conducted solely on the basis of documents, in a telephonic hearing, or in an in-person hearing.

Any in-person hearing will take place in the federal judicial district that includes your billing address at the time the Claim is filed, unless the parties agree to a different place.

**The Arbitrator's Decision:** The arbitrator's decision will be final and binding on the parties. A party can file a written appeal to the arbitration administrator within thirty (30) days after an award is issued. The appeal will proceed before a panel of three neutral arbitrators designated by the same arbitration administrator. The panel will decide anew all factual and legal issues, following the same rules of procedure, by majority vote any aspect of the original decision objected to. The costs of such an appeal will be borne in accordance with the below paragraph entitled "Fees and Costs". Any review by a court shall be governed by the Federal Arbitration Act. Any final arbitration award will be binding on the named parties and enforceable by any court having jurisdiction.

**Fees and Costs:** We will pay any costs that are required to be paid by us under the arbitration administrator's rules of procedure. If you file the arbitration, you will pay your share of the initial filing fee, unless you seek and qualify for a fee waiver under the applicable rules of the arbitration

administrator. The party filing an appeal shall be responsible for all filing fees and costs of the appeal unless prohibited by administrator's rules of procedure. All parties are responsible for their own attorney's fees, expert fees and any other expenses, unless the arbitrator awards such fees or expenses to you or us if allowed by applicable law.

**Other Parties Subject to this Agreement to Arbitrate:** In addition to you and us, the rights and duties described in this agreement to arbitrate apply to: any third party co-defendant of a claim subject to this arbitration provision; all joint account holders, Additional Cardholders, and Authorized Users of your Account(s).

**How to REJECT this Agreement to Arbitrate:** You can reject this agreement to arbitrate but only if we receive from you a written notice of rejection within 45 days after it was first provided to you. To reject this agreement to arbitrate you must send the notice of rejection to: Credit One Bank, Attention: Arbitration Opt Out, P. O. Box 98873, Las Vegas, NV 89193-8873. Rejection notices sent to any other address will not be accepted or effective. If you decide to reject this agreement to arbitrate in writing, your notice must state that you reject this agreement to arbitrate and include your name, address, account number, and personal signature. Rejection of arbitration will not affect your other rights or responsibilities under this Card Agreement.

**Survival, Severability, and Amendment of Terms:**
*Survival.* This agreement to arbitrate shall survive changes in the Agreement and termination of the Account or the relationship between you and us, including the bankruptcy of any party and any transfer or sale of your Account, or amounts owed on your Account, to another person or entity.
*Severability.* If any part or parts of your agreement to arbitrate are declared unenforceable, then such specific part or parts shall be of no force or effect and shall be severed, but the remainder of this agreement to arbitrate shall continue in full force and effect. If, however, the entire agreement to arbitrate or your waiver of the right to bring or participate in a class or representative action or in consolidation procedures is unenforceable, then the agreement to arbitrate shall be of no force or effect. Notwithstanding the preceding sentence, with respect to California Account Holders, if arbitration is unenforceable, in whole or in part, you and we agree to resolve any Claim by a judicial reference proceeding as described above.
*Amendment in Writing Only.* This agreement to arbitrate may not be amended, severed, or waived, except as expressly provided in the Agreement or in a written agreement between you and us.

## Other Information

**Transactions in Foreign Currencies:** If you make a transaction at a merchant that settles in a currency other than U.S. dollars, Mastercard International Incorporated or Visa Incorporated will convert that charge into a U.S. Dollar amount. That conversion will be done at a rate selected by Mastercard or Visa from the range of rates available in wholesale currency markets for the applicable central processing date, which rate may vary from the rate Mastercard or Visa itself receives, or the government-mandated rate in effect for the applicable central processing date. The currency conversion rate used on the processing date may differ from the rate that would have been used on the purchase date or on the date the transaction is posted to your Account. You agree to pay the converted amount, including any charges for the conversion that may be imposed as described above.

**Changes to Your Agreement:** The rates, fees and terms of this Agreement may change and we may add or delete any term to this Agreement, consistent with applicable law. We will give you advance written notice of these changes and a right to reject the change, if required by law.

**Unauthorized Use:** Notify us immediately if your Card is lost or stolen or you suspect that someone is using your Card or Account without your permission.

**Assignment:** We may assign any or all of our rights and obligations under this Agreement. You may not assign any of your rights or obligations under this Agreement.

**No Waiver:** We will not lose our rights under this Agreement because we delay or do not enforce them.

**Governing Law:** This Agreement is governed by and interpreted in accordance with the laws applicable to national banks, and, where no such laws apply, by the laws of the State of Nevada, excluding the conflicts of law provisions thereof, regardless of your state of residence.

**Conformance with Law; Severability:** If any part of this Agreement conflicts with applicable law, that provision will be considered modified to conform to applicable law. If any part of this Agreement is invalid, the rest shall remain in effect, except as otherwise noted in the Arbitration Provision.

## Your Billing Rights: Keep this Document for Future Use
**This notice tells you about your rights and our responsibilities under the Fair Credit Billing Act.**

**What To Do If You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at the Billing Inquiries address on the statement.

8

In your letter, give us the following information:
- *Account information:* Your name and Account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 3 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

**What Will Happen After We Receive Your Letter**
When we receive your letter, we must do two things:
1. Within 30 days of receiving your letter, we must tell you that we received your letter. We will also tell you if we have already corrected the error.
2. Within 90 days of receiving your letter, we must either correct the error or explain to you why we believe the bill is correct.

**While we investigate whether or not there has been an error:**
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**After we finish our investigation, one of two things will happen:**
*If we made a mistake:* You will not have to pay the amount in question or any interest or other fees related to that amount.

*If we do not believe there was a mistake:* You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may then report you as delinquent if you do not pay the amount we think you owe.

If you receive our explanation but still believe your bill is wrong, you must write to us within 10 days telling us that you still refuse to pay. If you do so, we cannot report you as delinquent without also reporting that you are questioning your bill. We must tell you the name of anyone to whom we reported you as delinquent, and we must let those organizations know when the matter has been settled between us.

If we do not follow all of the rules above, you do not have to pay the first $50.00 of the amount you question even if your bill is correct.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50.00. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own or operate the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at the Billing Inquiries address shown on your statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you of our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

9

## *Rewards Program Supplement*

This Supplement describes the terms and conditions of the Credit One Bank Cash Back Rewards Program ("Program") and supplements the Card Agreement that governs your credit card account issued by Credit One Bank, N.A. (the "Account"). By using the Account, you agree to participate in the Program. Your participation is subject to the terms of the Card Agreement, including the arbitration provision, if applicable, and this Supplement. In the event of a conflict between the Card Agreement and this Supplement, with respect to matters relating to the Program, this Supplement controls.

**Earning Cash Back Rewards:** You earn cash back rewards for purchases using your Account minus returns, refunds, disputed charges and fraudulent transactions ("Net Eligible Purchases"), as follows:

- 5% cash back rewards on eligible gas, grocery, mobile phone service, and internet, cable and satellite TV service purchases for the first $5,000 per calendar year in eligible gas, grocery, mobile phone service, and internet, cable and satellite TV service purchases, and then 1% thereafter.

    ❖ Certain Non-Eligible Purchases. You will only earn 1% cash back rewards, not 5%, for:
      ◦ Any purchase at a warehouse club (including but not limited to Sam's Club and Costco);
      ◦ Groceries purchased at stores that sell groceries and other products like drugstores and convenience stores or at smaller stores like bakeries, candy, nut or confection stores;
      ◦ Purchases for oil or propane or at home heating companies; and
      ◦ Purchases made with PayPal or at a discount supercenter (including but not limited to Wal-Mart and Target).

- 1% cash back rewards on all other purchases, including, the non-eligible purchases listed above.

You do not earn cash back rewards on Cash Advances, Balance Transfers, unauthorized charges, items returned for credit, interest, fees, and other charges. If your Account is in default, as defined in your Card Agreement, at the time the cash back rewards are to be posted to your Account, you WILL NOT receive the applicable credit. Cash back rewards have no cash value; however, when redeemed in accordance with the Program have a redemption value. See "Redeeming Cash Back Rewards" below. Cash back rewards may not be transferred to any other person including through such events as inheritance, bankruptcy or divorce.

Earning and accruing cash back rewards is not limited as long as your Account is in good standing, and you may have a negative cash back rewards balance (because of returns and other post transaction action). If your Account has a negative cash back rewards balance, any newly earned cash back rewards will be used to offset such negative balance until such balance has been brought to zero. As long as your Account is in good standing, your cash back rewards do not expire. Cash back rewards are forfeited 90 days after your Account is closed by you or us. If we find evidence of misuse, fraud or the Account is in default, as defined in your Card Agreement, no redemptions of your cash back rewards, automatic or manual, will be permitted; provided that if your Account is closed because of nonpayment, you will have 90 days to redeem any cash back rewards from the date notice is sent to you. See "**Redeeming Cash Back Rewards**." Cash back rewards from separate accounts cannot be combined. Authorized Users earn cash back rewards on the Account, but only the primary Cardholder may redeem cash back rewards.

**Merchant Categories:** Merchants who accept credit cards are assigned a merchant code, which is determined by the merchant or its processor in accordance with the applicable credit card network's procedures based on the kinds of products and services they primarily sell. We have no control over merchant codes. Please note:
- We make every effort to include all relevant merchant codes in our cash back rewards categories. However, even though a merchant or some of the items that it sells may appear to fit within a cash back rewards category, the merchant may not have a merchant code in that category. When this occurs, purchases with that merchant won't qualify for cash back rewards on purchases in that category.
- Although a merchant or the items that it sells may appear to fit the cash back rewards categories, the merchant may not have or use an eligible merchant code. Purchases made without an eligible code WILL NOT qualify for cash back rewards. A merchant with more than one location may submit purchases using different codes, including codes that are not eligible under this Program. This means that purchases from the same merchant at a different location may result in no cash back rewards.
- Purchases submitted by you, an authorized user, or the merchant through third-party payment accounts, mobile or wireless card readers, online or mobile digital wallets, or similar technology will not qualify in a cash back rewards category if the technology is not set up to process the purchase in that cash back rewards category.

**Redeeming Cash Back Rewards:** Cash back rewards may be redeemed automatically ("Automatic Redemption") only for statement credits; or redeemed manually ("Manual Redemption"), for statement credits, gift cards, or other goods or services. You can switch between Automatic and Manual Redemption, but in order to do so, you must have an online Account that you can access via CreditOneBank.com or the Credit One Bank mobile app. All cash back rewards redemptions are subject to terms and conditions set forth in this Supplement and at http://www.creditonebank.com/RewardsRedemptionTerms.
- Automatic Redemption: Upon Account opening, your Account will be set to Automatic Redemption. We will post a statement credit to your Account within seven days after the end of the month based on the Net Eligible Purchases made with your Account from the first day to the last day of the current month. You will receive an automatic rewards credit on each statement that has at least one Net Eligible Purchase.

- Manual Redemption: Cash back rewards may be accrued and manually redeemed. To do so, you must change your redemption setting from Automatic Redemption to Manual Redemption. If you switch from Manual to Automatic Redemption, any cash back reward balance accrued while your Account has a Manual Redemption setting will be applied to your Account as a statement credit in any month your redemption setting is set to Automatic Redemption as of 3:00 p.m. Central Time on the first day of the month. Cash back rewards will post to your Account within seven days after a Net Eligible Purchase posts to your Account. The amount of cash back rewards you need to redeem for other consumer goods and services will be determined at redemption and may change without notice. The most up-to-date amount of cash back rewards you have available to redeem (which reflects any adjustments, transfers, or redemptions) is available online or by calling the customer service number, and may differ from the available cash back rewards shown on your last monthly billing statement.

**Feedback.** If you send or transmit any communications, comments, questions, suggestions, or related materials, whether by letter, e-mail, telephone, or otherwise (Feedback), suggesting or recommending changes to the Program or how cash back rewards are fulfilled, including, without limitation, new features or functionality, you grant us and any of our vendors a perpetual right to use the Feedback for our own and their own, respective internal business purposes. Further, we, our service providers, vendors and any subcontractors disclaim any liability to you for any such use of Feedback for our or their own, respective internal business purpose.

**Consumer Goods/Services Disclaimer.** BY PARTICIPATING IN THE PROGRAM, YOU ACKNOWLEDGE AND AGREE THAT CREDIT ONE BANK AND ITS VENDORS ARE ONLY PROVIDING THE PROGRAM TO EARN AND REDEEM CASH BACK REWARDS AND NOT PROVIDING CONSUMER GOODS OR SERVICES. CREDIT ONE BANK AND ITS VENDORS ARE NOT INVOLVED IN WARRANTING ANY CONSUMER GOODS OR SERVICES WHICH YOU MAY AQUIRE UTILIZING THE PROGRAM AND REDEMPTION SERVICES. CREDIT ONE BANK AND ITS VENDORS DO NOT MAKE, AND AFFIRMATIVELY DISCLAIM, ANY AND ALL WARRANTIES, EXPRESS OR Services Disclaimer. IMPLIED, WITH RESPECT TO SUCH CONSUMER GOODS OR SERVICES, INCLUDING WITHOUT LIMITATION, ANY WARRANTY OF MERCHANTABILITY, SUITABILITY FOR A PARTICULAR PURPOSE, OR AGAINST INFRINGEMENT. WARRANTIES FOR CONSUMER GOODS AND SERVICES ARE LIMITED TO THE APPLICABLE THIRD PARTY SUPPLIER'S WARRANTIES AND RETURN POLICIES. BY PARTICIPATING IN THE PROGRAM, YOU ACKNOWLEDGE AND AGREE TO LOOK SOLELY TO THE APPLICABLE MERCHANT PROVIDING THE CONSUMER GOODS AND/OR SERVICES REDEEMED OR PURCHASED BY YOU UTILIZING THE PROGRAM FOR ANY WARRANTY, REMEDY, OBLIGATION AND/OR LIABILITY WITH RESPECT TO SUCH CONSUMER PRODUCTS AND/OR SERVICES. BY PARTICIPATING IN THE PROGRAM, YOU RELEASE CREDIT ONE BANK AND ITS VENDORS FROM ANY AND ALL LIABILITY WITH RESPECT TO SUCH CONSUMER GOODS AND SERVICES.

**Information Disclaimer.** IN THE COURSE OF PROVIDING THE PROGRAM AND REDEMPTION SERVICE FOR CONSUMER GOODS AND/OR SERVICES, CREDIT ONE BANK AND OR ITS VENDORS MAY INTEGRATE WITH THIRD PARTY SUPPLIERS SELECTED OR CHANGED BY CREDIT ONE BANK AND/OR ITS VENDORS, IN THEIR SOLE DISCRETION, FOR THE FULFILLMENT OF SUCH CONSUMER GOODS AND/OR SERVICES REDEEMED OR PURCHASED UTILIZING THE PROGRAM. IN ORDER TO FACILITATE FULFILLMENT OF THE CONSUMER GOODS AND SERVICES WITH THE THIRD PARTY SUPPLIERS, CREDIT ONE BANK AND/OR ITS VENDORS MAY SEND YOUR REQUIRED PERSONAL AND OTHER INFORMATION (WHICH CAN INCLUDE, BUT IS NOT LIMITED TO FIRST NAME, LAST NAME, SHIPPING ADDRESS, PHONE NUMBER AND EMAIL ADDRESS) TO THIRD PARTY SUPPLIERS TO FACILITATE THE PURCHASE OR REDEMPTION. BY PARTICIPATING IN THE PROGRAM AND REDEEMING CASH BACK REWARDS FOR CONSUMER GOODS OR SERVICES, YOU THEREFORE AGREE THAT CREDIT ONE BANK AND ITS VENDORS WILL NOT BE HELD RESPONSIBLE AND YOU HEREBY RELEASE CREDIT ONE BANK AND ITS VENDORS FROM ANY LIABILITY FOR YOUR INFORMATION AFTER IT IS INPUT INTO THE REDEMPTION FULFILLMENT SERVICES, FOR THE EXCLUSIVE BENEFIT OF, AND USE BY, THE THIRD PARTY SUPPLIER, BY YOU AND CORRECTLY TRANSMITTED TO THE THIRD PARTY SUPPLIER FOR ORDER FULFILLMENT. AFTER YOUR INFORMATION IS PLACED INTO THE REDEMPTION FULFILLMENT SERVICE, YOUR INFORMATION SHALL BE SUBJECT TO THE PRIVACY POLICY AND TERMS OF SUCH THIRD PARTY SUPPLIER.

**Program Restrictions:** Cash back rewards posted as a statement credit will reduce the balance on your Account but will not count as payments. You will still be required to pay at least the Minimum Payment Due as shown on your billing statement each month. You WILL NOT earn cash back rewards for Purchases made while your Account is in default as defined within your Card Agreement. This Program excludes Accounts already enrolled in a different Credit One Bank cash back rewards program.

**Changes:** The Program may be changed (added to, modified or deleted) by us at any time, including without limitation amendments to the definition of eligible and non-eligible purchases. We will give you prior notice to the extent required by law. Any revisions may affect your ability to earn or redeem cash back or points rewards.

**Termination:** We may suspend or terminate the Program or your participation in the Program at any time and will give you prior notice to the extent required by law. If we suspend or terminate the Program or your participation in the Program, you will have 90 days to redeem any cash back rewards from the date notice is sent to you. See "**Redeeming Cash Back Rewards**."

**Limited Liability:** Unless otherwise required by law, this Program, or our Card Agreement with you, we will not be liable to you or anyone making a claim on your behalf, in connection with: (1) any change or termination of the Program; (2) any loss, damage, expense or inconvenience caused by any occurrence outside of our control; (3) any taxes that you incur as a result of receiving cash back rewards, payment of which taxes will be your

responsibility; (4) any merchandise or services you purchase, or for any direct, indirect or consequential damages with respect to the use of your Account. In any event, any liability that Credit One Bank may have to you in connection with the Program shall be limited to the amount of any cash back rewards you have earned in this Program. The Program and cash back rewards are void or limited where prohibited or restricted, respectively, by federal, state or local law.

© 2025 Credit One Bank, N.A. All rights reserved.
Credit One®, Credit One Bank®, and corresponding logos are federally registered trademarks.        12/24                **D369**

12

# EXHIBIT 6

## Declaration of Account Transfer

Resurgent Acquisitions LLC ("RALLC"), without recourse, to the extent permitted by applicable law, transferred, sold, assigned, conveyed, granted and delivered to LVNV Funding LLC ("LVNV") all of its right, title and interest in and to the receivables and other assets (the "Assets") identified on Exhibit A, in the Receivable File dated June 03, 2025 delivered by Credit Asset Sales LLC on June 17, 2025 for purchase by RALLC on June 17, 2025. The transfer of the Assets included electronically stored business records.

Resurgent Acquisitions LLC
a Delaware Limited Liability Company

By: _____
Name: Jackson Walker
Title:   Authorized Representative

LVNV Funding LLC
a Delaware Limited Liability Company

By: _____
Name: Dan Picciano
Title:   Authorized Representative

**Exhibit A**

# Receivables File

### 06.17.25 06-2025 C&D Sale File

| Transfer Group | Portfolio | Transfer Batch |
| --- | --- | --- |
| 1154843 | 45818 | N/A |

# EXHIBIT 7

| FileName | LineNumber | LastPurchaseDate | LastPurchaseAmount | ACCOUNTNUMBER | CHNAME | CHSOCIAL |
|---|---|---|---|---|---|---|
| 06-2025 C&D Sale File | 4112 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 06-2025 C&D Sale File | 4113 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 06-2025 C&D Sale File | 4114 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 06-2025 C&D Sale File | 4115 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 06-2025 C&D Sale File | 4116 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 06-2025 C&D Sale File | 4117 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 06-2025 C&D Sale File | 4118 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 06-2025 C&D Sale File | 4119 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 06-2025 C&D Sale File | 4120 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 06-2025 C&D Sale File | 4121 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 06-2025 C&D Sale File | 4122 | 22NOV2024 | 42.40 | █████1810 | GRISHAM,ALTON | █████7596 |
| 06-2025 C&D Sale File | 4123 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 06-2025 C&D Sale File | 4124 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 06-2025 C&D Sale File | 4125 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 06-2025 C&D Sale File | 4126 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 06-2025 C&D Sale File | 4127 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 06-2025 C&D Sale File | 4128 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 06-2025 C&D Sale File | 4129 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 06-2025 C&D Sale File | 4130 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 06-2025 C&D Sale File | 4131 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 06-2025 C&D Sale File | 4132 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |

| ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | HMPHONE | BUPHONE | BALANCE | CODT | LPAYDT | LPAYAMT |
|---|---|---|---|---|---|---|---|---|---|---|
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | | BERRYVILLE | AR | 72616-8836 | 1000000000 | | 1315.06 | 5/25/2025 | 10/11/2024 | 30.00 |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |

| ORIGDATE | _1STDTOFDELIQUENCY | PRINBAL | DOB | HIGHBALANCE | COAMOUNT | INTBAL | COAPPNAME | COAPPSOCIAL | COAPPADDRESS |
|---|---|---|---|---|---|---|---|---|---|
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 3/12/2024 | 11/23/2024 | 895.53 | ████1984 | 1315.06 | 1315.06 | 419.53 | | | |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |

| COAPPADDRESS2 | COAPPCITY | COAPPST | COAPZIP | COAPPHMPH | COAPPBUPHONE | COAPPDOB | DATEID | ACCOUNT_ID | PRODUCT | PRIC_STRAT |
|---|---|---|---|---|---|---|---|---|---|---|
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| | | | | | | | | ▮2716 | OTHER | N089 |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |

| C_ANN_MERCH | C_ANN_CASH | PHONE1 | PHONE2 | PHONE3 | PHONE4 | PHONE5 | LSTPAYTYPE | EMAILADDRESS | FEES |
|---|---|---|---|---|---|---|---|---|---|
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 28.24 | No Statement Found | ████ 3185 | | | | | Other | ████@GMAIL.COM | 263 |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |

| INTEREST | CARD_NUM | CUR_BAL | LastPreCOPayment_Date | LastPreCO_Payment | Total_Interest | TotalPostCOFees | TotalPostCOPayments |
|---|---|---|---|---|---|---|---|
| [Redacted] | [Redacted]2987 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]0816 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]4898 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]0331 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]3689 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]4635 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]2999 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]9678 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]1039 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]1292 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 156.53 | [Redacted]0181 | 1315.0600 | 11-OCT-2024 | 30.00 | 0.00 | 0.00 | 0.00 |
| [Redacted] | [Redacted]5285 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]5326 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]9368 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]4633 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]1744 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]8409 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]6865 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]7426 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]3218 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]6319 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |

| TotalMerchPostCOCharges | TotalPostCOCredits | LanguageDescription | OriginalCreditBureauScore | COL1 | COL2 | COL3 | COL4 |
|---|---|---|---|---|---|---|---|
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 0.00 | 0.00 | English | 720 | 0181 | | | |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |

| COL5 | COL6 | COL7 | COL8 | COL9 | COL10 | COL11 | COL12 | COL13 | COL14 | COL15 | COL16 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
|  |  |  |  |  |  |  |  |  |  |  |  |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |

| COL17 | COL18 | COL19 | COL20 |
|-------|-------|-------|-------|
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| | | | |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |

# EXHIBIT 8

## BILL OF SALE AND ASSIGNMENT OF ACCOUNTS
## FROM CREDIT ONE BANK, N.A. TO MHC RECEIVABLES, LLC

As of **May 31, 2025**, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Credit One Bank, N.A. ("Assignor") has transferred, has sold, has assigned, has conveyed, has granted and has otherwise delivered to MHC Receivables, LLC ("Assignee"), all of Assignor's right, title and interest in and to (i) the charged-off credit card accounts identified on an account level basis in the data file named **06-2025 C&D Sale File** (the "Computer File"), a copy of which is attached hereto and incorporated herein by reference as "Exhibit A"; and, (ii) certain related account level media or electronic copies thereof (including, but not limited to applications, statements, terms and condition), and (iii) all claims or rights arising out of or relating to each account referenced on the Computer File (collectively hereinafter, the "Accounts") including, but not limited to, all claims and rights afforded each Account by virtue of that Account's corresponding terms and conditions.

The Accounts transferred under the terms of this Bill of Sale and Assignment of Accounts were each transferred to Assignee immediately following charge off for each applicable Account, as shown in the Computer File.

With respect to information for the Accounts, Assignor represents and warrants to Assignee that the business records conveyed to Assignee relating to: (i) the Accounts issued by Assignor; and (ii) the sale and assignment of Accounts by Assignor (collectively, the "Business Records"), are kept by Assignor in the regular course of its business. It is in the regular course of business of Assignor for an employee or an authorized representative with personal knowledge of the act, event, condition, or opinion (collectively "Event") to be recorded, to make the appropriate memorandum or recording of the Event at or reasonably near the time of the Event. Furthermore, Assignor represents and warrants to Assignee that the Business Records are materially complete and accurate, and thoroughly embody the information in Assignor's custody and control for the Accounts from their creation until the time of transfer to Assignee. These representations and warranties are intended to augment any other representations and warranties the parties may have in place and not supplant any other existing warranties and representations.

This Bill of Sale and Assignment of Accounts shall serve as evidence of ownership for the Accounts conveyed hereby and shall serve as an acknowledgment, as ratification, and as evidence of the intent of the parties to transfer the Accounts.

**CREDIT ONE BANK, N.A.**

Michael Wiese
Vice President

## EXHIBIT A

ACCOUNT SCHEDULE

The Accounts that are specifically identified in the electronic file named **06-2025 C&D Sale File** with such electronic file incorporated herein by reference.

## BILL OF SALE AND ASSIGNMENT OF RECEIVABLES
## FROM CREDIT ONE BANK, N.A. TO MHC RECEIVABLES, LLC

As of **May 31, 2025,** for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Credit One Bank, N.A. ("Assignor") has transferred, has sold, has assigned, has conveyed, has granted and has otherwise delivered to MHC Receivables, LLC ("Assignee"), all of Assignor's right, title and interest in and to (i) the receivables associated with each and every account referenced in the data file named **06-2025 C&D Sale File** (the "Computer File"), a copy of which is attached hereto and incorporated herein by reference as "Exhibit A"; and, (ii) all claims or rights arising out of or relating to each of those Receivables (hereinafter, the "Receivables").

The Receivables transferred under the terms of this Bill of Sale and Assignment of Receivables were each transferred to Assignee prior to the charge off of the associated accounts, as shown in the Computer File. This Bill of Sale and Assignment of Receivables evidences the intent between the parties for the transfer of the Receivables, acts as an acknowledgement of those transfers, and, to the extent necessary, ratification of the transfers.

With respect to information for the Receivables, Assignor represents and warrants to Assignee that the business records conveyed to Assignee relating to the Receivables (the "Business Records"), are kept by Assignor in the regular course of its business. It is in the regular course of business of Assignor for an employee or an authorized representative with personal knowledge of the act, event, condition, or opinion (collectively "Event") to be recorded, to make the appropriate memorandum or recording of the Event at or reasonably near the time of the Event. Furthermore, Assignor represents and warrants to Assignee that the Business Records are materially complete and accurate, and thoroughly embody the information in Assignor's custody and control for the Receivables from their creation until the time of transfer to Assignee. These representations and warranties are intended to augment any other representations and warranties the parties may have in place and not supplant any other existing warranties and representations.

This Bill of Sale and Assignment of Receivables shall serve as evidence of ownership for the Receivables conveyed hereby and shall serve as an acknowledgment, as ratification, and as evidence of the intent of the parties to transfer the Receivables.

**CREDIT ONE BANK, N.A.**

Michael Wiese
Vice President

## EXHIBIT A

ACCOUNT SCHEDULE

The Accounts that are specifically identified in the electronic file named **06-2025 C&D Sale File** with such electronic file incorporated herein by reference.

## BILL OF SALE AND ASSIGNMENT OF RECEIVABLES
## FROM MHC RECEIVABLES, LLC, TO FNBM, LLC

As of **June 17, 2025**, MHC Receivables, LLC ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, has periodically transferred, has sold, has assigned, has conveyed, has granted and has otherwise delivered to FNBM, LLC,  ("Assignee") all of its rights, title and interest in and to (i) the receivables identified and specifically referenced for each of the accounts on an account level basis on the data file titled **06-2025 C&D Sale File** attached hereto and incorporated by reference as "Exhibit A" ; and (ii) all claims or rights arising out of or relating to the account level receivables (hereinafter the "Receivables").

With respect to information for the Receivables, Assignor represents and warrants to Assignee that the business records conveyed to Assignee relating to the Receivables (the "Business Records"), are kept by Assignor in the regular course of its business. It is in the regular course of business of Assignor for an employee or an authorized representative with personal knowledge of the act, event, condition, or opinion (collectively "Event") to be recorded, to make the appropriate memorandum or recording of the Event at or reasonably near the time of the Event. Furthermore, Assignor represents and warrants to Assignee that the Business Records are materially complete and accurate, and thoroughly embody the information in Assignor's custody and control for the Receivables from their creation until the time of transfer to Assignee.  These representations and warranties are intended to augment any other representations and warranties the parties may have in place and not supplant any other existing warranties and representations.

This Bill of Sale and Assignment of Receivables shall serve as an acknowledgment, as ratification, and as evidence of the intent of the parties to transfer the Released Receivables referenced herein.

MHC Receivables, LLC

Steven Dasch, Authorized Representative

**EXHIBIT A**

ACCOUNT SCHEDULE

The Accounts that are specifically identified in the electronic file named **06-2025 C&D Sale File,** with such electronic file incorporated herein by reference.

## BILL OF SALE AND ASSIGNMENT OF RECEIVABLES
## FROM FNBM, LLC, TO CREDIT ASSET SALES LLC

On **June 17, 2025**, FNBM, LLC ("Assignor"), for good and valuable consideration, the receipt of which is hereby acknowledged, hereby transfers, sells, assigns, conveys, grants and delivers to Credit Asset Sales LLC ("Assignee"), all of its rights, title and interest in and to (i) the receivables identified and specifically referenced for each of the accounts on an account level basis on the data file titled **06-2025 C&D Sale File** attached hereto and incorporated by reference as "Exhibit A"; and (ii) all claims or rights arising out of or relating to the receivables (hereinafter the "Receivables").

This Bill of Sale and Assignment of Receivables shall serve as evidence of ownership for any of the Receivables conveyed hereby.

**FNBM, LLC**

Jeremy Alcantar, Authorized Representative

With respect to information for the Receivables, MHC Receivables, LLC ("MHC") represents and warrants to Assignee that the business records conveyed to Assignee relating to the Receivables (the "Business Records"), are kept by MHC in the regular course of its business. It is in the regular course of business of MHC for an employee or an authorized representative with personal knowledge of the act, event, condition, or opinion (collectively "Event") to be recorded, to make the appropriate memorandum or recording of the Event at or reasonably near the time of the Event. Furthermore, Assignor represents and warrants to Assignee that the Business Records are materially complete and accurate, and thoroughly embody the information in Assignor's custody and control for the Receivables from their creation until the time of transfer to Assignee. These representations and warranties are intended to augment any other representations and warranties the parties may have in place and not supplant any other existing warranties and representations.

**MHC Receivables, LLC**

Steven Dasch, Authorized Representative

**EXHIBIT A**
ACCOUNT SCHEDULE

The Accounts that are specifically identified in the electronic file name **06-2025 C&D Sale File**, with such electronic file incorporated herein by reference.

## BILL OF SALE AND ASSIGNMENT OF ACCOUNTS
## FROM MHC RECEIVABLES, LLC TO CREDIT ASSET SALES LLC

On **June 17, 2025,** for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, MHC Receivables, LLC ("Assignor"), hereby transfers, sells, assigns, conveys, grants and otherwise delivers to Credit Asset Sales LLC ("Assignee"), all of Assignor's, rights title and interest in and to (i) the charged-off accounts identified on an account level basis in the data file named **06-2025 C&D Sale File** (the "Computer File"), a copy of which is attached hereto and incorporated herein by reference as "Exhibit A"; and, (ii) certain related account level media or electronic copies thereof (including, but not limited to applications, statements, terms and condition), and (iii) all claims or rights arising out of or relating to each referenced account (collectively hereinafter the "Accounts") including, but not limited to, all claims and rights afforded each account by virtue of that account's corresponding terms and conditions.

With respect to information for the Accounts described in the related Computer File, Assignor represents and warrants to Assignee that the business records relating to: (i) the Accounts owned by Assignor; and (ii) the sale and assignment of Accounts by Assignor (collectively, the "Business Records"), are kept by Assignor in the regular course of its business. It is in the regular course of business of Assignor for an employee or an authorized representative with personal knowledge of the act, event, condition, or opinion (collectively "Event") to be recorded, to make the appropriate memorandum or recording at or reasonably near the time of the Event. Furthermore, Assignor represents and warrants to Assignee that the Business Records are materially complete and accurate and thoroughly embody the information in Assignor's custody and control for the Accounts listed in the Computer File from Assignor's receipt of those Accounts until the time of transfer to Assignee. These representations and warranties are intended to augment any other representations and warranties the parties may have in place and not supplant any other existing warranties and representations.

This Bill of Sale and Assignment of Accounts shall serve as evidence of ownership for any of the Accounts conveyed hereby.

**MHC Receivables, LLC**

_____
Steven Dasch, Authorized Representative

## EXHIBIT A
ACCOUNT SCHEDULE

The Accounts that are specifically identified in the electronic file name **06-2025 C&D Sale File**, with such electronic file incorporated herein by reference.

## BILL OF SALE AND ASSIGNMENT OF ACCOUNTS AND RECEIVABLES
## FROM CREDIT ASSET SALES LLC TO RESURGENT ACQUISITIONS LLC

Credit Asset Sales LLC ("Seller"), the owner of certain accounts and associated receivables (hereinafter referred to collectively as "Purchased Accounts"), for value received and in accordance with the terms of the Purchase and Sale Agreement, by and between Seller and Resurgent Acquisitions LLC. ("Buyer"), dated as of **August 1, 2024** ("Agreement"), does hereby sell, assign and transfer to Buyer, its successors and assigns, all right, title and interest in and to the Purchased Accounts as described on the computer file named **06-2025 C&D Sale File** (the "Computer File"), a copy of which is attached hereto and incorporated herein by reference as "Exhibit A".

This Bill of Sale and Assignment of Accounts and Receivables is subject to the terms of the Agreement and is made without representations and warranties of any kind or character except as expressly stated in the Agreement, or as expressly stated below.

With respect to information for the Purchased Accounts described in the related Computer File, to the best of Seller's knowledge, Seller represents and warrants to Buyer that such information (i) is materially complete and accurate; (ii) constitutes Seller's own business records that pertain to the Purchased Accounts and accurately reflects in all material respects the information in Seller's database; (iii) was kept in the regular course of Seller's business; (iv) was made, entered or compiled in the regular course of business; (v) was recorded at or near the time the underlying activity occurred, by a person with knowledge of the data recorded; (vi) has been accurately maintained in Seller's database since it was recorded there; and (vii) it is the regular practice of Seller's business to maintain and compile such data.

This Bill of Sale and Assignment of Accounts and Receivables may be entered as evidence of ownership for any of the Purchased Accounts conveyed hereby.

**Closing date: June 17, 2025**

**Credit Asset Sales LLC**

Michael Wiese, Authorized Representative

**EXHIBIT A**
ACCOUNT SCHEDULE

The Accounts that are specifically identified in the electronic file name **06-2025 C&D Sale File**, with such electronic file incorporated herein by reference.

# EXHIBIT 9

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number
March 12, 2024 to April 23, 2024

| SUMMARY OF ACCOUNT ACTIVITY | | |
| --- | --- | --- |
| Previous Balance | | $0.00 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $215.26 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$0.00** |
| **Interest Charged** | **+** | **$0.00** |
| New Balance | | $215.26 |
| Credit Limit | | $1,000.00 |
| Available Credit | | $784.00 |
| Statement Closing Date | | 04/23/24 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card        1-877-825-3242
Outside the U.S. Call                     1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
| --- | --- |
| New Balance | $215.26 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $30.00 |
| **Minimum Payment Due** | **$30.00** |
| **Payment Due Date** | **05/19/24** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
| --- | --- | --- |
| Only the minimum payment | 8 month(s) | $239.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

| TRANSACTIONS | | | | |
| --- | --- | --- | --- | --- |
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| 73793JWPJX200YGJA | 04/19 | 04/19 | DOMINO'S 1687 000001687 HOLLISTER  MO | 27.07 |
| 73793JWPJX200YGJA | 04/19 | 04/19 | MENARDS HOLLISTER MO 0000 HOLLISTER  MO | 133.89 |
| 73793JWPJX200YGJA | 04/19 | 04/19 | DOLLARTREE 000007209 HOLLISTER  MO | 54.30 |
| **Payments, Credits, and Adjustments** | | | | |
| **Fees** | | | | |
| | | | **TOTAL FEES FOR THIS PERIOD** | **0.00** |
| **Interest Charged** | | | | |
| | 04/23 | 04/23 | Interest Charge on Purchases | 0.00 |
| | 04/23 | 04/23 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **0.00** |

| 2024 Totals Year-to-Date | |
| --- | --- |
| Total fees charged in 2024 | $0.00 |
| Total interest charged in 2024 | $0.00 |

| INTEREST CHARGE CALCULATION | | | |
| --- | --- | --- | --- |
| Your Annual Percentage Rate (APR) is the annual interest rate on your account. | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Purchases | 29.24%(v) | $0.00 | $0.00 |
| Cash Advances | 29.24%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 29.24%(v) | $0.00 | $0.00 |
| (v) = Variable Rate | | | |

5385        JBH        001    7   23    240423    0              PAGE 1 of 1              2 0   6388    6300    N089    O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.



P.O. BOX 98873
LAS VEGAS, NV 89193-8873

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| Account Number: | ██████████0181 |
| --- | --- |
| New Balance: | $215.26 |
| Minimum Payment Due: | $30.00 |
| Payment Due Date: | 05/19/24 |

**AMOUNT ENCLOSED:**    $              .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

ALTON GRISHAM
███████████████
BERRYVILLE AR 72616-8836

0000000  0021526  0003000  ██████████01810 8

**CREDIT ONE BANK CREDIT CARD STATEMENT**
Account Number:
April 24, 2024 to May 23, 2024

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $215.26 |
| Payments | − | $30.00 |
| Other Credits | − | $2.15 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$0.00** |
| **Interest Charged** | **+** | **$4.46** |
| New Balance | | $187.57 |
| Credit Limit | | $1,000.00 |
| Available Credit | | $812.00 |
| Statement Closing Date | | 05/23/24 |
| Days in Billing Cycle | | 30 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card      1-877-825-3242
Outside the U.S. Call               1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $187.57 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $30.00 |
| **Minimum Payment Due** | **$30.00** |
| **Payment Due Date** | **06/19/24** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 7 month(s) | $205.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| **Payments, Credits, and Adjustments** | | | | |
| F638800GC000FR124 | 05/03 | 05/03 | CREDIT ONE REWARD CREDIT          CREDIT | -2.15 |
| P638803Y81900004N | 05/16 | 05/16 | INTERNET PAYMENT          LAS VEGAS    NV | -30.00 |
| **Fees** | | | | |
| | | | **TOTAL FEES FOR THIS PERIOD** | **0.00** |
| **Interest Charged** | | | | |
| | 05/23 | 05/23 | Interest Charge on Purchases | 4.46 |
| | 05/23 | 05/23 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **4.46** |

| 2024 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2024 | $0.00 |
| Total interest charged in 2024 | $4.46 |

**INTEREST CHARGE CALCULATION**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 29.24%(v) | $183.11 | $4.46 |
| Cash Advances | 29.24%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 29.24%(v) | $0.00 | $0.00 |

(v) = Variable Rate

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.



P.O. BOX 98873
LAS VEGAS, NV 89193-8873

For address, telephone and email changes, please complete the reverse side. Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| Account Number: | ████████0181 |
|---|---|
| New Balance: | $187.57 |
| Minimum Payment Due: | $30.00 |
| Payment Due Date: | 06/19/24 |

**AMOUNT ENCLOSED:**   $              .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

ALTON GRISHAM

BERRYVILLE AR 72616-8836

0003000  0018757  0003000  ████████01810 1

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number:
May 24, 2024 to June 23, 2024

## SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $187.57 |
| Payments | - | $30.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$0.00** |
| **Interest Charged** | + | **$4.20** |
| New Balance | | $161.77 |
| Credit Limit | | $1,000.00 |
| Available Credit | | $838.00 |
| Statement Closing Date | | 06/23/24 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card    1-877-825-3242
Outside the U.S. Call    1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $161.77 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $30.00 |
| **Minimum Payment Due** | **$30.00** |
| **Payment Due Date** | **07/19/24** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 6 month(s) | $175.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | **Payments, Credits, and Adjustments** | |
| P638803Z1DT00008E | 06/11 | 06/11 | PAYMENT - MOBILE APP    LAS VEGAS    NV | -30.00 |
| | | | **Fees** | |
| | | | **TOTAL FEES FOR THIS PERIOD** | **0.00** |
| | | | **Interest Charged** | |
| | 06/23 | 06/23 | Interest Charge on Purchases | 4.20 |
| | 06/23 | 06/23 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **4.20** |

| 2024 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2024 | $0.00 |
| Total interest charged in 2024 | $8.66 |

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 29.24%(v) | $172.39 | $4.20 |
| Cash Advances | 29.24%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 29.24%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385    JBH    001    7   23    240623    0    PAGE 1 of 1    2 0   6388    6300    N089    O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK.*



| P.O. BOX 98873 |
|---|
| LAS VEGAS, NV 89193-8873 |

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| Account Number: | 0181 |
|---|---|
| New Balance: | $161.77 |
| Minimum Payment Due: | $30.00 |
| Payment Due Date: | 07/19/24 |

For address, telephone and email changes, please complete the reverse side. Or, update your contact information online at www.CreditOneBank.com.

**AMOUNT ENCLOSED:** $          .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

ALTON GRISHAM
BERRYVILLE AR 72616-8836

0003000  0016177  0003000          01810 7

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number:
June 24, 2024 to July 23, 2024

## SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $161.77 |
| Payments | - | $30.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$0.00** |
| **Interest Charged** | **+** | **$3.57** |
| New Balance | | $135.34 |
| Credit Limit | | $1,150.00 |
| Available Credit | | $1,014.00 |
| Statement Closing Date | | 07/23/24 |
| Days in Billing Cycle | | 30 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card      1-877-825-3242
Outside the U.S. Call      1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $135.34 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $30.00 |
| **Minimum Payment Due** | **$30.00** |
| **Payment Due Date** | **08/19/24** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 5 month(s) | $145.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| **Payments, Credits, and Adjustments** | | | | |
| P638803ZYP900008E | 07/11 | 07/11 | PAYMENT - MOBILE APP    LAS VEGAS    NV | -30.00 |
| **Fees** | | | | |
| | | | **TOTAL FEES FOR THIS PERIOD** | **0.00** |
| **Interest Charged** | | | | |
| | 07/23 | 07/23 | Interest Charge on Purchases | 3.57 |
| | 07/23 | 07/23 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **3.57** |

| 2024 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2024 | $0.00 |
| Total interest charged in 2024 | $12.23 |

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 29.24%(v) | $146.39 | $3.57 |
| Cash Advances | 29.24%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 29.24%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385      JBH      001      7   23   240723   0      PAGE 1 of 1      2 0   6388   6300   N089   O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK.*



P.O. BOX 98873
LAS VEGAS, NV 89193-8873

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 0181 |
| New Balance: | $135.34 |
| Minimum Payment Due: | $30.00 |
| Payment Due Date: | 08/19/24 |

**AMOUNT ENCLOSED:** $          .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

ALTON GRISHAM
BERRYVILLE AR 72616-8836

0003000  0013534  0003000            01810  2

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number:
July 24, 2024 to August 23, 2024

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $135.34 |
| Payments | - | $30.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$0.00** |
| **Interest Charged** | **+** | **$2.96** |
| New Balance | | $108.30 |
| Credit Limit | | $1,150.00 |
| Available Credit | | $1,041.00 |
| Statement Closing Date | | 08/23/24 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card        1-877-825-3242
Outside the U.S. Call               1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $108.30 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $30.00 |
| **Minimum Payment Due** | **$30.00** |
| **Payment Due Date** | **09/19/24** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 4 month(s) | $114.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| **Payments, Credits, and Adjustments** | | | | |
| P6388040XZ900008E | 08/12 | 08/12 | PAYMENT - MOBILE APP    LAS VEGAS    NV | -30.00 |
| **Fees** | | | | |
| | | | **TOTAL FEES FOR THIS PERIOD** | **0.00** |
| **Interest Charged** | | | | |
| | 08/23 | 08/23 | Interest Charge on Purchases | 2.96 |
| | 08/23 | 08/23 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **2.96** |

| 2024 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2024 | $0.00 |
| Total interest charged in 2024 | $15.19 |

### INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 29.24%(v) | $121.53 | $2.96 |
| Cash Advances | 29.24%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 29.24%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385        JBH        001     7   23    240823     0        PAGE 1 of 1        2 0   6388    6300    N089    O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK.*

**CreditOne** ® | P.O. BOX 98873
**B A N K**   | LAS VEGAS, NV 89193-8873

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | ████████0181 |
| New Balance: | $108.30 |
| Minimum Payment Due: | $30.00 |
| Payment Due Date: | 09/19/24 |

**AMOUNT ENCLOSED:**   $ _____ . ___

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

ALTON GRISHAM
████████████
BERRYVILLE AR 72616-8836

0003000  0010830  0003000  ████████01810  9

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number:
August 24, 2024 to September 23, 2024

## SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $108.30 |
| Payments | - | $30.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$0.00** |
| **Interest Charged** | **+** | **$2.29** |
| New Balance | | $80.59 |
| Credit Limit | | $1,150.00 |
| Available Credit | | $1,069.00 |
| Statement Closing Date | | 09/23/24 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card      1-877-825-3242
Outside the U.S. Call            1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $80.59 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $30.00 |
| **Minimum Payment Due** | **$30.00** |
| **Payment Due Date** | **10/19/24** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 3 month(s) | $84.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| **Payments, Credits, and Adjustments** | | | | |
| P6388041V8T00008E | 09/11 | 09/11 | PAYMENT - MOBILE APP    LAS VEGAS    NV | -30.00 |
| **Fees** | | | | |
| | | | **TOTAL FEES FOR THIS PERIOD** | **0.00** |
| **Interest Charged** | | | | |
| | 09/23 | 09/23 | Interest Charge on Purchases | 2.29 |
| | 09/23 | 09/23 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **2.29** |

### 2024 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2024 | $0.00 |
| Total interest charged in 2024 | $17.48 |

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 29.24%(v) | $94.00 | $2.29 |
| Cash Advances | 29.24%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 29.24%(v) | $0.00 | $0.00 |

(v) = Variable Rate

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK.*



P.O. BOX 98873
LAS VEGAS, NV 89193-8873

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | ████████0181 |
| New Balance: | $80.59 |
| Minimum Payment Due: | $30.00 |
| Payment Due Date: | 10/19/24 |

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**AMOUNT ENCLOSED:** $ _____ . ___

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

ALTON GRISHAM
████████████
BERRYVILLE AR 72616-8836

0003000  0008059  0003000  ███████████01810  7

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number:
September 24, 2024 to October 23, 2024

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $80.59 |
| Payments | - | $30.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$0.00** |
| **Interest Charged** | **+** | **$1.59** |
| New Balance | | $52.18 |
| Credit Limit | | $1,150.00 |
| Available Credit | | $1,097.00 |
| Statement Closing Date | | 10/23/24 |
| Days in Billing Cycle | | 30 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card       1-877-825-3242
Outside the U.S. Call              1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $52.18 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $30.00 |
| **Minimum Payment Due** | **$30.00** |
| **Payment Due Date** | **11/19/24** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 2 month(s) | $53.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| **Payments, Credits, and Adjustments** | | | | |
| P6388042RJ900008E | 10/11 | 10/11 | PAYMENT - MOBILE APP    LAS VEGAS    NV | -30.00 |
| **Fees** | | | | |
| | | | **TOTAL FEES FOR THIS PERIOD** | **0.00** |
| **Interest Charged** | | | | |
| | 10/23 | 10/23 | Interest Charge on Purchases | 1.59 |
| | 10/23 | 10/23 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **1.59** |

| 2024 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2024 | $0.00 |
| Total interest charged in 2024 | $19.07 |

| INTEREST CHARGE CALCULATION | | | |
|---|---|---|---|

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 28.74%(v) | $66.29 | $1.59 |
| Cash Advances | 28.74%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 28.74%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385        JBH        001    7   23   241023    0        PAGE 1 of 1        2 0  6388   6300   N089   O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.


P.O. BOX 98873
LAS VEGAS, NV 89193-8873

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 0181 |
| New Balance: | $52.18 |
| Minimum Payment Due: | $30.00 |
| Payment Due Date: | 11/19/24 |

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**AMOUNT ENCLOSED:** $          .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

ALTON GRISHAM
BERRYVILLE AR 72616-8836

0003000  0005218  0003000           01810  1

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number:
October 24, 2024 to November 23, 2024

## SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $52.18 |
| Payments | - | $0.00 |
| Other Credits | - | $0.97 |
| Purchases | + | $757.01 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$29.00** |
| **Interest Charged** | **+** | **$11.43** |
| New Balance | | $848.65 |
| Credit Limit | | $1,150.00 |
| Available Credit | | $214.00 |
| Statement Closing Date | | 11/23/24 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card    1-877-825-3242
Outside the U.S. Call    1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $848.65 |
| Past Due Amount | $30.00 |
| Amount Due This Period | $59.00 |
| **Minimum Payment Due** | **$89.00** |
| **Payment Due Date** | **12/19/24** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 4 years | $1,375.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 73793JWXED200YGJA | 10/29 | 10/29 | WALMART SUPERCENTER 2 000 HARRISON  AR | 58.01 |
| 73793JWXED200YGJA | 10/29 | 10/29 | HARRISON BENT N DENT GRO HARRISON  AR | 38.87 |
| 73793JWXK9A00YGJA | 11/03 | 11/03 | WAL-MART SUPERCENTER 76 0 BERRYVILLE  AR | 110.93 |
| 73793JWXL8J00YGJA | 11/03 | 11/03 | BLUE EYE TOBACCO 55463011 BLUE EYE  MO | 155.09 |
| 73793JWXM7S00YGJA | 11/04 | 11/04 | USPS PO 0407920216 001354 BERRYVILLE  AR | 22.32 |
| 73793JWXN7200YGJA | 11/05 | 11/05 | KFC C029016 0000 BERRYVILLE  AR | 21.80 |
| 73793JWXN7200YGJA | 11/06 | 11/06 | WAL-MART SUPERCENTER 76 0 BERRYVILLE  AR | 27.65 |
| 73793JWXT4S00YGJA | 11/07 | 11/07 | USPS PO 0407920216 001354 BERRYVILLE  AR | 5.58 |
| 73793JWXT4S00YGJA | 11/08 | 11/08 | DOLLAR-GENERAL #2029 0000 BERRYVILLE  AR | 29.31 |
| 73793JWXT4S00YGJA | 11/08 | 11/08 | THE TRADING POST 57293570 SHELL KNOB  MO | 25.10 |
| 73793JWXT4S00YGJA | 11/09 | 11/09 | LII CORNELL LAW 0772 ITHACA  NY | 10.00 |
| 73793JWXW2J00YGJA | 11/12 | 11/12 | HARRISON BENT N DENT GRO HARRISON  AR | 28.92 |
| 73793JWXX1S00YGJA | 11/12 | 11/12 | ALDI 46045 00000000091449 HARRISON  AR | 34.57 |
| 73793JWXY1200YGJA | 11/13 | 11/13 | USPS PO 0407920216 001354 BERRYVILLE  AR | 16.10 |
| 73793JWXY1200YGJA | 11/13 | 11/13 | USPS PO 0407920216 001354 BERRYVILLE  AR | 78.25 |
| 73793JWXY1200YGJA | 11/14 | 11/14 | DANNYS TIRE & FULL SERVI BERRYVILLE  AR | 28.98 |
| 73793JWXZZJ00YGJA | 11/15 | 11/15 | USPS PO 0407920216 001354 BERRYVILLE  AR | 32.56 |
| 73793JWY0YS00YGJA | 11/16 | 11/16 | HARP'S 103 00000000041662 GREEN FOREST  AR | 32.97 |
| | | | **Payments, Credits, and Adjustments** | |
| F572700N2000FR | 11/01 | 11/01 | CREDIT ONE REWARD CREDIT          CREDIT | -0.97 |
| | | | **Fees** | |
| | 11/23 | 11/23 | LATE FEE | 29.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **29.00** |
| | | | **Interest Charged** | |
| | 11/23 | 11/23 | Interest Charge on Purchases | 11.43 |
| | 11/23 | 11/23 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **11.43** |

### 2024 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2024 | $29.00 |
| Total interest charged in 2024 | $30.50 |

5385    JBH    001    7  23    241122    0    D PAGE 1 of 2    2 0  6388    6300    N089    O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK.*



P.O. BOX 98873
LAS VEGAS, NV 89193-8873

For address, telephone and email changes, please complete the reverse side. Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | ▮▮▮▮0181 |
| New Balance: | $848.65 |
| Minimum Payment Due: | $89.00 |
| Payment Due Date: | 12/19/24 |

**AMOUNT ENCLOSED:**  $ _____ . ____

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

ALTON GRISHAM
BERRYVILLE AR 72616-8836

0000000  0084865  0006000  ▮▮▮▮▮▮▮01810 2

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number
October 24, 2024 to November 23, 2024

MISSING A PAYMENT CAN HAPPEN BUT GETTING ON
TRACK IS EASY PLEASE PAY ONLINE, ON THE MOBILE
APP, BY MAIL, OR CALL (888) 729-6274 SET UP
ALERTS TO REMIND YOU ABOUT PAYMENTS ONLINE OR
ON OUR MOBILE APP

| INTEREST CHARGE CALCULATION | | | |
|---|---|---|---|
| Your Annual Percentage Rate (APR) is the annual interest rate on your account. | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Purchases | 28.74%(v) | $477.21 | $11.43 |
| Cash Advances | 28.74%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 28.74%(v) | $0.00 | $0.00 |
| (v) = Variable Rate | | | |

5385          JBH          001    7   23   241122   0          D PAGE 2 of 2          2 0   6388   6300   N089   O1GQ5385

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number ⬛⬛⬛⬛⬛⬛
November 24, 2024 to December 23, 2024

### SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $848.65 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $87.93 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$39.00** |
| **Interest Charged** | **+** | **$21.95** |
| New Balance | | $997.53 |
| Credit Limit | | $1,150.00 |
| Available Credit | | $152.00 |
| Statement Closing Date | | 12/23/24 |
| Days in Billing Cycle | | 30 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card        1-877-825-3242
Outside the U.S. Call               1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

### PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $997.53 |
| Past Due Amount | $60.00 |
| Amount Due This Period | $74.00 |
| **Minimum Payment Due** | **$134.00** |
| **Payment Due Date** | **01/19/25** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 5 years | $1,750.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

### TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 73793JWY6SA00YGJA | 11/21 | 11/24 | HARP'S 103 00000000041662 GREEN FOREST  AR | 26.90 |
| 73793JWY6SA00YGJA | 11/22 | 11/24 | DANNYS TIRE & FULL SERVI BERRYVILLE  AR | 18.63 |
| 73793JWY6SA00YGJA | 11/22 | 11/24 | HARTER HOUSE 000000000516 BERRYVILLE  AR | 42.40 |
| **Payments, Credits, and Adjustments** | | | | |
| **Fees** | | | | |
| | 12/23 | 12/23 | LATE FEE | 39.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **39.00** |
| **Interest Charged** | | | | |
| | 12/23 | 12/23 | Interest Charge on Purchases | 21.95 |
| | 12/23 | 12/23 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **21.95** |

| 2024 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2024 | $68.00 |
| Total interest charged in 2024 | $52.45 |

YOUR ACCOUNT IS SUSPENDED AND PAST DUE BUT
THERE IS STILL TIME TO GET CAUGHT UP. PLEASE
MAKE A PAYMENT ONLINE, WITH THE MOBILE APP, BY
MAIL, OR CALL US AT (888) 729-6274 TO DISCUSS
YOUR OPTIONS.

### INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 28.49%(v) | $924.53 | $21.95 |
| Cash Advances | 28.49%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 28.49%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385    JBH    001    7    23    241223    0    D PAGE 1 of 1    2 0    6388    6300    N089    O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK.*



P.O. BOX 98873
LAS VEGAS, NV 89193-8873

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | ⬛⬛⬛⬛0181 |
| New Balance: | $997.53 |
| Minimum Payment Due: | $134.00 |
| Payment Due Date: | 01/19/25 |

**AMOUNT ENCLOSED:**  $            .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

ALTON GRISHAM
⬛⬛⬛⬛⬛⬛
BERRYVILLE AR 72616-8836

0000000  0099753  0009500  ⬛⬛⬛⬛⬛01810 1

**CREDIT ONE BANK CREDIT CARD STATEMENT**
Account Number
December 24, 2024 to January 23, 2025

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $997.53 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$39.00** |
| **Interest Charged** | **+** | **$22.67** |
| New Balance | | $1,059.20 |
| Credit Limit | | $1,150.00 |
| Available Credit | | $90.00 |
| Statement Closing Date | | 01/23/25 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card      1-877-825-3242
Outside the U.S. Call             1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $1,059.20 |
| Past Due Amount | $95.00 |
| Amount Due This Period | $77.00 |
| **Minimum Payment Due** | **$172.00** |
| **Payment Due Date** | **02/19/25** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 5 years | $1,849.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| | | | **Payments, Credits, and Adjustments** | |
| | | | **Fees** | |
| | 01/23 | 01/23 | LATE FEE | 39.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **39.00** |
| | | | **Interest Charged** | |
| | 01/23 | 01/23 | Interest Charge on Purchases | 22.67 |
| | 01/23 | 01/23 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **22.67** |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $39.00 |
| Total interest charged in 2025 | $22.67 |

YOUR ACCOUNT IS PAST DUE AND HAS BEEN SUSPENDED
BUT WE WANT TO HELP.  GIVE US A CALL TO DISCUSS
YOUR PAYMENT OPTIONS AT (888) 729-6274 OR MAKE
YOUR MINIMUM PAYMENT ONLINE, ON THE MOBILE APP,
OR BY MAIL.

| INTEREST CHARGE CALCULATION | | | |
|---|---|---|---|
| Your Annual Percentage Rate (APR) is the annual interest rate on your account. | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Purchases | 28.24%(v) | $963.53 | $22.67 |
| Cash Advances | 28.24%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 28.24%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385        JBH        001      7    23    250123    0        D PAGE 1 of 1        2 0    6388    6300    N089    O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.



P.O. BOX 98873
LAS VEGAS, NV 89193-8873

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| Account Number: | 0181 |
|---|---|
| New Balance: | $1,059.20 |
| Minimum Payment Due: | $172.00 |
| Payment Due Date: | 02/19/25 |

**AMOUNT ENCLOSED:** $            .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

ALTON GRISHAM
BERRYVILLE AR 72616-8836

0000000  0105920  0013300            01810  3

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number: 22-2
January 24, 2025 to February 23, 2025

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $1,059.20 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$39.00** |
| **Interest Charged** | **+** | **$23.59** |
| New Balance | | $1,121.79 |
| Credit Limit | | $1,150.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 02/23/25 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card          1-877-825-3242
Outside the U.S. Call                 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $1,121.79 |
| Past Due Amount | $133.00 |
| Amount Due This Period | $79.00 |
| **Minimum Payment Due** | **$212.00** |
| **Payment Due Date** | **03/19/25** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 5 years | $1,960.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| | | | **Payments, Credits, and Adjustments** | |
| | | | **Fees** | |
| | 02/23 | 02/23 | LATE FEE | 39.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **39.00** |
| | | | **Interest Charged** | |
| | 02/23 | 02/23 | Interest Charge on Purchases | 23.59 |
| | 02/23 | 02/23 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **23.59** |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $78.00 |
| Total interest charged in 2025 | $46.26 |

Your account is currently closed.

| INTEREST CHARGE CALCULATION | | | |
|---|---|---|---|
| Your Annual Percentage Rate (APR) is the annual interest rate on your account. | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Purchases | 28.24%(v) | $1,002.53 | $23.59 |
| Cash Advances | 28.24%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 28.24%(v) | $0.00 | $0.00 |
| (v) = Variable Rate | | | |

5385          JBH          001    7  23    250223    0          C D PAGE 1 of 1          2 0    6388    6300    N089    O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK.*



**PAY YOUR BILL ONLINE at CreditOneBank.com**

P.O. BOX 98873
LAS VEGAS, NV 89193-8873

For address, telephone and email changes, please complete the reverse side. Or, update your contact information online at www.CreditOneBank.com.

| | |
|---|---|
| Account Number: | 0181 |
| New Balance: | $1,121.79 |
| Minimum Payment Due: | $212.00 |
| Payment Due Date: | 03/19/25 |

**AMOUNT ENCLOSED:** $          .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

ALTON GRISHAM

BERRYVILLE AR 72616-8836

0000000  0112179  0017300          01810 3

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number
February 24, 2025 to March 23, 2025

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $1,121.79 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$39.00** |
| **Interest Charged** | **+** | **$24.51** |
| New Balance | | $1,185.30 |
| Credit Limit | | $1,150.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 03/23/25 |
| Days in Billing Cycle | | 28 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card          1-877-825-3242
Outside the U.S. Call                      1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $1,185.30 |
| Past Due Amount | $173.00 |
| Amount Due This Period | $81.00 |
| **Minimum Payment Due** | **$254.00** |
| **Payment Due Date** | **04/19/25** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 5 years | $2,071.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| | | | **Payments, Credits, and Adjustments** | |
| | | | **Fees** | |
| | 03/23 | 03/23 | LATE FEE | 39.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **39.00** |
| | | | **Interest Charged** | |
| | 03/23 | 03/23 | Interest Charge on Purchases | 24.51 |
| | 03/23 | 03/23 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **24.51** |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $117.00 |
| Total interest charged in 2025 | $70.77 |

Your account is currently closed.

| INTEREST CHARGE CALCULATION | | | |
|---|---|---|---|
| Your Annual Percentage Rate (APR) is the annual interest rate on your account. | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Purchases | 28.24%(v) | $1,041.53 | $24.51 |
| Cash Advances | 28.24%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 28.24%(v) | $0.00 | $0.00 |
| (v) = Variable Rate | | | |

5385          JBH          001      7  23    250323    0          C X PAGE 1 of 1          2 0  6388    6300    N089    O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.



P.O. BOX 98873
LAS VEGAS, NV 89193-8873

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**
Account Number:                        0181
New Balance:            $1,185.30
Minimum Payment Due:  $254.00
Payment Due Date:        04/19/25

**AMOUNT ENCLOSED:**   $              .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

ALTON GRISHAM
BERRYVILLE AR 72616-8836

0000000  0118530  0021500          01810  3

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number:
March 24, 2025 to April 23, 2025

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $1,185.30 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$39.00** |
| **Interest Charged** | **+** | **$25.42** |
| New Balance | | $1,249.72 |
| Credit Limit | | $1,150.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 04/23/25 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card          1-877-825-3242
Outside the U.S. Call                 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $1,249.72 |
| Past Due Amount | $215.00 |
| Amount Due This Period | $83.00 |
| **Minimum Payment Due** | **$298.00** |
| **Payment Due Date** | **05/19/25** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 5 years | $2,178.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| | | | **Payments, Credits, and Adjustments** | |
| | | | **Fees** | |
| | 04/23 | 04/23 | LATE FEE | 39.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **39.00** |
| | | | **Interest Charged** | |
| | 04/23 | 04/23 | Interest Charge on Purchases | 25.42 |
| | 04/23 | 04/23 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **25.42** |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $156.00 |
| Total interest charged in 2025 | $96.19 |

Your account is currently closed.

| INTEREST CHARGE CALCULATION | | | |
|---|---|---|---|
| Your Annual Percentage Rate (APR) is the annual interest rate on your account. | | | |
| **Type of Balance** | **Annual Percentage Rate (APR)** | **Balance Subject to Interest Rate** | **Interest Charge** |
| Purchases | 28.24%(v) | $1,080.53 | $25.42 |
| Cash Advances | 28.24%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 28.24%(v) | $0.00 | $0.00 |
| (v) = Variable Rate | | | |

5385          JBH          001    7  23   250423   0          C X PAGE 1 of 1          2 0   6388   6300   N089   O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.



| P.O. BOX 98873 |
|---|
| LAS VEGAS, NV 89193-8873 |

For address, telephone and email changes, please complete the reverse side. Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| Account Number: | 0181 |
|---|---|
| New Balance: | $1,249.72 |
| Minimum Payment Due: | $298.00 |
| Payment Due Date: | 05/19/25 |

**AMOUNT ENCLOSED:** $           .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

ALTON GRISHAM
BERRYVILLE AR 72616-8836

0000000  0124972  0025900          01810  4

# EXHIBIT 10

**D308**    *CARD AGREEMENT*    CreditOne® BANK

## *Pricing Summary*

| Interest Rates and Interest Charges | |
|---|---|
| **ANNUAL PERCENTAGE RATE (APR) for Purchases** | **28.24%**<br>This APR will vary with the market based on the Prime Rate. |
| **ANNUAL PERCENTAGE RATE (APR) for Balance Transfers** | **28.24%**<br>This APR will vary with the market based on the Prime Rate. |
| **ANNUAL PERCENTAGE RATE (APR) for Cash Advances** | **28.24%**<br>This APR will vary with the market based on the Prime Rate. |
| **Paying Interest** | Your due date is at least 24 days after the close of each billing cycle. We will not charge you any interest on Purchases if you pay your entire balance by the due date each month. We will begin charging interest on Cash Advances and Balance Transfers from the posting date. |
| **Minimum Interest Charge** | If you are charged interest, the charge will be no less than $1.00. |
| **For Credit Card Tips from the Consumer Financial Protection Bureau** | To learn more about factors to consider when applying for or using a credit card, visit the website of the Consumer Financial Protection Bureau at http:// www.consumerfinance.gov/learnmore. |
| **Fees** | |
| **Annual Fee** | $0 |
| **Transaction Fees**<br>• Cash Advance<br><br>• Balance Transfer<br><br>• Foreign Transaction | <br>Either **$10** or **5%** of the amount of each Cash Advance, whichever is greater.<br><br>Either **$10** or **5%** of the amount of each Balance Transfer, whichever is greater.<br><br>Either **$1** or **3%** of the amount of each purchase in U.S. dollars, whichever is greater. |
| **Penalty Fees**<br>• Late Payment<br><br>• Returned Payment | <br>Up to **$39***<br><br>Up to **$39**** |

**How We Will Calculate Your Balance:** We use a method called "average daily balance (including new Purchases)." See your Card Agreement for more details.

**Billing Rights:** Information on your rights to dispute transactions and how to exercise those rights is provided in your Card Agreement.

***Late Payment Fee:** We will charge the maximum safe harbor amount, which is set annually in accordance with 12 C.F.R 1026.52(b)(1)(ii)(D). Currently the fee is $29, unless you incurred a Late Payment Fee during the prior six billing cycles. If you did, the fee is currently $39. This fee will not exceed

1

the related Minimum Payment that was due. We charge a Late Payment Fee to your Account if at least the Amount Due This Period (less any Late Payment Fee for the current billing cycle) plus any Past Due Amount is not received by 5:00 p.m. PT on the Payment Due Date shown on your statement.

**\*\*Returned Payment Fee:** We will charge the maximum safe harbor amount, which is set annually in accordance with 12 C.F.R 1026.52(b)(1)(ii)(D). If a payment is not honored upon first presentment, even if the payment is later honored, a Returned Payment Fee will be charged to your Account. Currently, the fee is $29, unless you incurred a Returned Payment Fee in the prior six billing cycles. If you did, the fee is currently $39. This fee will not exceed the related Minimum Payment that was due.

**Additional Rate Information:** The Purchase, Balance Transfer and Cash Advance APR equals the Prime Rate plus a margin of 20.74%. This corresponds to a monthly periodic rate of 2.35333%.

**Minimum Payments:** You may pay the entire New Balance shown on your billing statement at any time. Each billing period you must pay at least the Minimum Payment Due by the Payment Due Date shown on your billing statement. The Minimum Payment Due will be the sum of:
- 3.5% of your outstanding balance, rounded up to the next whole dollar, or $30, whichever is greater;
- any Late Payment Fee for the current billing cycle;
- and any Past Due Amount (excluding any past due Late Payment Fees).

## *The Agreement*
This Agreement, together with the Pricing Summary, is your contract with us.

**Accepting this Agreement:** You accept this Agreement when you use the Account. You may still reject this Agreement if you have not yet used the Card, used the Account, or paid a fee after receiving a billing statement. To reject the Agreement, call us at 866-515-5721 or write us at Bank Card Center, P.O. Box 95516, Las Vegas, NV 89193-5516. If you reject the Agreement, you are not responsible for any fees or charges.

**Arbitration:** This Agreement includes an Arbitration Provision with class action and jury trial waivers. You can reject the Arbitration Provision. See "How to REJECT this agreement to arbitrate" in the Arbitration section. If you do not, it will be part of this Agreement.

**Promise to Pay:** You agree to pay us for all amounts due on your Account, including credit for Purchases, Balance Transfers, and Cash Advances, as well as interest charges and fees. This includes charges made by Additional Cardholders and other Authorized Users.

## *Definitions*

**Account** means the Credit One Bank card account under this Agreement.

**Authorized User** means any person you allow to use your Account or Card, including Additional Cardholders. If the Authorized User has been issued a Card and you want to terminate the Authorized User, you must notify us by telephone or in writing.

**Balance Transfer** means a transaction we designate that allows you to use your Account to pay another creditor or yourself. Balance Transfers cannot be used to pay us or our affiliates. A Balance Transfer will be subject to the terms of the Balance Transfer offer and this Agreement.

**Card** refers to one or more cards or access devices, including your Account number, that we give you or someone else with your authorization to get credit under this Agreement.

**Cardholder** refers to each person with a card issued in their name.

**Cash Advance** means the use of your Account to obtain funds at a financial institution or the use of a Convenience Check.

**Convenience Check** means a check we issue to you to take a Cash Advance. You may not use these checks to pay us or our affiliates.

**Purchase** means the use of the Account to obtain goods or services.

**Prime Rate** means the highest U.S. Prime Rate in the Money Rates section of The Wall Street Journal on the 25th day of the month, or the next day if that day is not a publication day. If The Wall Street Journal does not publish the U.S. Prime Rate, we may substitute another index.

**we**, **us**, **our**, and **Credit One Bank** refer to Credit One Bank, N.A., the issuer of your Card.

2

**you**, and **your** refer to each person who has applied for the Account and where appropriate, the Authorized User.

## *Features and Use of Your Account*

**Using Your Card:** You may make Purchases wherever the Card is accepted. You may use the Account to obtain Cash Advances, but you may not make more than two Cash Advance transactions per day which may not exceed the lower of your available credit for cash or $200. You may use the Account for only personal, family, or household purposes, and if your Account is used for any other purpose you are still responsible for such use. You may not use the Account for business or commercial purposes. The Account may not be used for online or internet gambling or illegal purposes.

**Your Credit Limit:** We will tell you your credit limit. Keep your Account balance below your credit limit. If you do not, you must still pay us. We may designate part of your credit limit as a Cash Advance limit and part as a Balance Transfer limit. We may change your credit limit(s) at any time, without notice. You may use a portion of your credit limit for Cash Advances and Balance Transfers. Each Purchase, Cash Advance, and Balance Transfer obtained will reduce the amount of available credit under your credit limit until it is repaid. We may delay increasing your available credit by the amount of any payment that we receive for up to 12 calendar days.

**Credit Limit Increase:** To request a credit limit increase contact the Customer Service number on your statement. We may impose a fee for processing the request.

**Credit Authorizations:** We may decline to authorize a transaction for any reason. We will not be liable to you if we decline a transaction or if anyone refuses any use of your Card.

**Automatic Billing:** You may set up automatic billing with a merchant. You authorize us to provide an updated Account number or Card expiration date to any merchant at our discretion. Contact the merchant to stop automatic billing.

**Joint Accounts:** If this is a joint account, each of you is responsible individually and together for all amounts owed. Each of you is responsible even if the Account is used by only one of you. You will continue to be liable for the entire balance of the Account, even if your co-applicant is ordered by a court to pay us. You will remain liable to us if your co-applicant fails to pay as ordered by the court. Your Account status will continue to be reported to the credit reporting agencies under each of your names. The delivery of notices or billing statements to either of you serves as delivery to each of you. We may rely on instructions given by either of you. We are not liable to either of you for relying upon such instructions.

**Electronic Access:** Applications (apps) on electronic devices (such as mobile wallets) can store your Card and can be used to get credit under this Agreement. Such transactions are covered by this Agreement. Apps may have separate terms of use. We are not responsible if you violate those terms or for any consequences from violating those terms.

**Additional Cardholder:** At your request, we may, at our discretion, issue, in the name of another person, an additional Card on your Account. That person is an Additional Cardholder, as well as an Authorized User. An Additional Cardholder has access to certain Account information including balance, available credit and payment information. If you advise us that the Additional Cardholder is your spouse, information regarding the Account will be provided to consumer reporting agencies in your name as well as in the name of the Additional Cardholder. By requesting that we add an Additional Cardholder to your Account, you represent that you (1) have the consent of the Additional Cardholder to be added to the Account, (2) have provided a copy of this Agreement to the Additional Cardholder, and (3) if the Additional Cardholder is your spouse, you have told the Additional Cardholder that Credit One Bank will furnish credit information about them to the credit reporting agencies in connection with the Account. The Additional Cardholder may report the Card lost or stolen and may remove him or herself from the Account.

## *Interest Rates and Interest Changes*

**Annual Percentage Rates (APRs):** See the Pricing Summary for your APRs. The APR for Balance Transfers will be the same as the APR for standard Purchases, unless a promotional rate applies.

**Variable Rates:** Your Pricing Summary indicates whether you have any variable APRs. Variable APRs are determined by adding to the Prime Rate the number of percentage points ("margin") specified in the Pricing Summary. Variable APRs will increase or decrease when the Prime Rate changes. The APR change will take effect beginning with billing cycles that end on or after the first day of the month after the month in which the Prime Rate changes. An increase in the APR will increase your interest charges and may increase your Minimum Payment Due.

**Average Daily Balance Method (including new transactions):** We calculate interest each billing cycle by first figuring the "average daily balance" for each type of balance. Standard Purchases, standard Cash Advances, standard Balance Transfers, and each promotional offer, are all types of balances.

For each type of balance, for each billing cycle, we start with the balance on the last day of your previous billing cycle. We subtract any unpaid interest. This is the beginning balance each day. Each day of the billing cycle we subtract any new payments and credits applied to that type of balance. We add any new transactions and fees for that type of balance. We add Purchases, Cash Advances, and Balance Transfers on the post date. We add transaction fees on promotional rate and non-promotional rate Balance Transfers to the same type of balance as the transaction. We add all other fees to the standard Purchase balance. This gives us the daily balance for that type of balance, except that if the daily balance is negative, we treat it as zero. We then add up all of the daily balances and divide by the number of days in the billing cycle. This gives us the "average daily balance" for that type of balance. We multiply the average daily balance by the applicable monthly periodic rate (the APR divided by 12). This gives us the interest charged for that type of balance for that billing cycle. This interest is included in the Account balance on the last day of the billing cycle. The results for all types of balances are then added together to determine the total interest charged that billing cycle.

**When Interest Begins:** We begin to impose interest on a transaction or fee from the day we add it to the daily balance. We continue to impose interest until you pay the total amount you owe us. You can avoid paying interest on Purchases as described below. However, you cannot avoid paying interest on Balance Transfers or Cash Advances.

**How to Avoid Paying Interest on Purchases ("Grace Period"):** If you pay the New Balance on your billing statement by the Payment Due Date shown on that billing statement, we will not impose interest on new Purchases paid by the Payment Due Date on your current billing statement. The Payment Due Date will be at least 24 days after the close of the billing cycle. If you have been paying your Account balance in full and thereby avoiding interest on Purchases, but then do not pay the next New Statement Balance in full by the Payment Due Date, in that billing cycle we will start charging interest on the unpaid portion of your balance.

## _Fees_
See the Pricing Summary for additional Fee information.

**Annual Fee:** If your Account is subject to an Annual Fee, the amount and when it is billed is shown on the Pricing Summary. The Annual Fee is billed to the Account until the Account is closed and the outstanding balance is paid in full. The Annual Fee is refundable as long as you cancel your Account and have not used your card for any Purchases, Cash Advances, or Balance Transfers and you have not made a payment.

**Credit Limit Increase Fee:** If a fee is imposed for processing a Credit Limit increase request, we will tell you the amount of the fee at the time of your request and before you agree to it.

**Foreign Transaction Fee:** We add this fee, unless "None" is stated in the Pricing Summary table, for each purchase made outside the U.S. (A purchase is made outside the U.S. unless it is made with a U.S. merchant, processed completely in the U.S., and in U.S. dollars.) The fee is a percentage of the U.S. dollar amount of the purchase. American Express charges a foreign currency conversion fee of 1% of the amount of the transaction in U.S. dollars. This fee is included as part of the Foreign Transaction Fee listed in the Pricing Summary.

**Optional Express Payment Service Fee:** If a representative of ours helps expedite your payment, we may impose an Express Payment fee. You will be informed of the amount of the fee before you complete the transaction.

**Duplicate Statement Fee:** If you request a duplicate copy of a monthly statement, for any purpose other than to assert a billing error, you will be charged a fee of up to $10 for each statement copy requested.

**Sales Slip Request Fee:** If you request a copy of a sales slip, for any purpose other than to resolve a dispute about the charges on your Account, you will be charged a fee of $6 for each sales slip copy requested.

**Replacement Card Fee:** If you request a replacement card, a Replacement Card Fee of up to $25 may be charged to your Account.

## _Payments_

**Minimum Payment Due:** See the Pricing Summary for the minimum payment requirements.

**Small Balances:** As it is uneconomical for both you and us to process payments or maintain credits that are $1 or less in amount, you agree as follows: (1) In any billing cycle in which you have had no transactions and your New Balance on the billing date is $1 or less, the balance will be rounded to zero and you will not receive a bill for this amount. (2) In the event that you have a credit balance of $1 or less for two consecutive billing cycles, the balance will be rounded to zero and you will not receive a refund of this amount.

4

**Payment Instructions:** You must pay us in U.S. dollars, in funds on deposit in the U.S. We credit your payments in accordance with the terms contained on your billing statement. If you mail your payment to an address other than the address designated on your billing statement, there may be a delay in processing and crediting the payment to your Account.

**Irregular Payments:** Any payment submitted in offer of settlement of a disputed debt, including any item containing a notation such as "paid in full," and any other item with a restrictive endorsement, must be sent to: Credit One Bank, P.O. Box 95516, Las Vegas, NV 89193-5516. We can accept late payments, partial payments, and checks or other items with restrictive endorsements at any other address without losing any of our rights under this Agreement.

**Postdated Checks:** You agree that we need not examine any payment check to confirm that it is not postdated and that we may deposit any postdated check on the day we receive it.

**Payment Allocation:** We apply payments up to the Minimum Payment Due and credits at our discretion, which may result in balances at lower APRs being paid first and higher interest charges. Payments over the Minimum Payment Due will be applied to balances with higher APRs first.

## *Collecting, Sharing, and Updating Information*

**Customer Privacy:** We send you our Privacy Policy when you open your Account and thereafter in accordance with applicable law. It summarizes the personal information we collect; how we safeguard its confidentiality and security; when it may be shared with others; and how you can limit our sharing of this information. You accept the terms of our Privacy Policy when you use the Account. Contact us or visit CreditOne.com if you would like a copy.

**Information About You:** You authorize us to obtain and/or use information about you from third parties and credit reporting agencies to: (1) verify your identity and/or conduct investigative inquiries; (2) determine your income and credit eligibility; (3) review your Account and provide renewal of credit; (4) verify your current credit standing in order to present future credit limit increases or decreases; (5) qualify you for and present additional lines of credit or other offers; and (6) collect amounts owing on your Account. Upon request, we will tell you the name and address of any credit reporting agency that provided us with information concerning you.

**Furnishing Information:** We may furnish information concerning your Account or credit file to consumer reporting agencies and others who may properly receive that information. If you believe that information we furnished is inaccurate or incomplete, please write us at Credit One Bank, P. O. Box 98873, Las Vegas, NV 89193-8873. Please include your name, address, home phone number and Account number.

**Telephone Calls, Text Messages and Emails Regarding Your Account:** You are providing express written permission and consent authorizing Credit One Bank and our agents, servicers, contractors, subsidiaries, affiliates, officers, and other partners and employees to contact you at any phone number (including mobile, cellular/wireless, or similar devices) or email address you provide at any time, for any lawful purpose. The ways in which we may contact you include live operator, dialing system, automatic telephone dialing systems (auto-dialer), prerecorded and artificial voice message, text/SMS message or email. Phone numbers and email addresses you provide include those you give to us, those from which you, or someone acting on your behalf, contact us or which we obtain through other means. If you provide a phone number for which you are not the owner, you confirm you are authorized to provide that number. Such lawful purposes include, but are not limited to: obtaining information; activation of the card for verification and identification purposes; account transactions or servicing related matters; suspected fraud or identity theft; collection on the Account; and providing information about special products and services. You agree to pay any fee(s) or charge(s) that you may incur for incoming communications from us or outgoing communications to us, to or from any such number or email address, without reimbursement from us.

**Communication Revocation:** You may revoke your authorization for most communications. However, you cannot revoke authorization for fraud related communications or legally required communications. To change your communication preferences or to revoke consent you must write us. Please:
- ï    include your name, mailing address, and the last four digits of your Account number;
- ï    specify whether you are changing your preferences regarding mail, telephone calls, emails, and/or text or SMS messages;
- ï    provide the specific phone number(s) and/or email address for which you are requesting communications to cease;
- ï    send this written notice to: Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873.

Certain communication preferences can be changed on-line. Please log in to your Account to see if that option is available.

**Telephone Monitoring:** You agree that we (and our servicers, agents and contractors) may monitor and record any calls between you and us.

**Updating Your Phone Number:** Notify us immediately if you change mobile or cell phone numbers or plan to give your phone to someone else. It is your responsibility to provide us with a true, accurate and complete mobile number and to maintain and update promptly any changes in this information. You can update your mobile number by calling us at the phone number on the back of your Card.

**Indemnification:** If you provide telephone number(s) for which you are not the subscriber, or fail to notify us when you cease to be the subscriber for a telephone number you previously gave us, you agree to indemnify us, our subsidiaries, affiliates, officers, agents, servicers, contractors, and other partners and employees for any costs and expenses, including reasonable attorneys' fees, incurred as a result of us contacting or attempting to contact you at the number(s). Your obligation under this paragraph shall survive termination of the Agreement.

## *Account Closure*

**Default:** You are in default under this Agreement if (1) bankruptcy or another insolvency proceeding is filed by or against you; (2) we reasonably believe you are unable or unwilling to repay us; (3) you die or are legally incompetent or incapacitated; (4) you fail to comply with the terms of this Agreement, including failing to make a required payment when due, exceeding your credit limit or using your Card or Account for an illegal transaction; (5) you give us misleading, false, incomplete or incorrect information or fail to give us any information we deem necessary; or (6) if you no longer permanently reside in one of the 50 states or the District of Columbia. If you are in default, we may declare the entire Account balance immediately due and payable without advance notice.

**Collection Costs:** If we use an attorney to collect your Account, we may charge you our legal costs as permitted by law. These include reasonable attorneys' fees, court or other collection costs, and fees and costs of any appeal.

**Closing Your Account:** You may close your Account at any time. You will remain responsible for any amount you owe us under this Agreement. Any joint Cardholder may cancel a joint Account. However, both of you will remain responsible for paying all amounts owed. If your Account is subject to an Annual Fee, the fee will continue to be charged until you pay your outstanding balance in full.

We may cancel, suspend or not renew your Card, Account, or access to the credit line at any time and for any reason without notice. If your Account is closed by us, the Annual Fee will continue to be charged until you pay your outstanding balance in full.

However, when your Account is closed, if there is: (1) a debit balance of $1 or less, that balance will be rounded to zero and you will not be required to pay this amount; or (2) a credit balance of $1 or less, that balance will be rounded to zero and this amount will not be refunded to you. The rounding to zero may occur after your closing statement cycles, and you may not receive a statement reflecting the rounding.

## *Arbitration Agreement*

### PLEASE READ CAREFULLY—IMPORTANT—AFFECTS YOUR LEGAL RIGHTS

This agreement to arbitrate provides that you or we can require controversies or disputes between us to be resolved by BINDING ARBITRATION. You have the right to REJECT this agreement to arbitrate by using the procedure explained below.

If you do not reject this agreement to arbitrate, you GIVE UP YOUR RIGHT TO GO TO COURT and controversies or disputes between us will be resolved by a NEUTRAL ARBITRATOR INSTEAD OF A JUDGE OR JURY, using rules that are simpler and more limited than in a court. Arbitrator decisions are subject to VERY LIMITED REVIEW BY A COURT. Arbitration will proceed INDIVIDUALLY— CLASS ACTIONS AND SIMILAR PROCEDURES WILL NOT BE AVAILABLE TO YOU.

**Agreement to Arbitrate:** You and we agree that either you or we may, without the other's consent, require that controversies or disputes between you and us (all of which are called "Claims"), be submitted to mandatory, binding arbitration. This agreement to arbitrate is made pursuant to a transaction involving interstate commerce, and shall be governed by, and enforceable under, the Federal Arbitration Act (the "FAA"), 9 U.S.C. §1 et seq., and (to the extent State law is applicable), the laws of the State of Nevada.

For purposes of this agreement to arbitrate, "you" includes you, any co-applicant, any Authorized User (including Additional Cardholders), or anyone else connected with you or claiming through you; and "we" or "us" includes Credit One Bank, N.A., all of its parents, subsidiaries, affiliates, successors, predecessors, employees, and related persons or entities, and all third parties who are regarded as agents or representatives of us in connection with the subject matter of the claim or dispute at issue.

**Covered Claims:** Claims subject to arbitration include, but are not limited to, any controversies or disputes arising from or relating in any way to your Account; any transactions involving your Account; any disclosures made to you concerning your Account; any interest, charges, or fees assessed on your Account; any service(s) or programs related to your Account; and, if permitted by the rules of the arbitration forum, any collection of debt related

6

to your Account. Claims also include controversies or disputes arising from or relating in any way to advertising, solicitations, or any application for, approval of, or establishment of your Account. Claims subject to arbitration include any controversies or disputes based on any theory of law, whether contract, tort, statute, regulation, common law, or equity, or whether they seek legal or equitable remedies. All Claims are subject to arbitration whether they arose in the past, may currently exist, or may arise in the future. Arbitration will apply even if your Account is closed, you pay us in full any outstanding debt you owe, or you file for bankruptcy. Also, controversies or disputes about the validity, enforceability, coverage, meaning, or scope of this agreement to arbitrate or any part thereof are subject to arbitration and are for the arbitrator to decide. Any questions about what Claims are subject to arbitration shall be resolved by interpreting this agreement to arbitrate in the broadest way the law will allow it to be enforced.

**Claims Not Covered:** Claims (whether brought initially or by counter or cross-claim) are not subject to arbitration if they are filed by you or us in a small claims court, so long as the case remains in such court and only individual claims for relief are advanced in the case.

**No Class Arbitration or Consolidation or Joinder of Parties:** Class actions and other similar procedures in which individuals seek to represent similarly situated individuals or seek relief on behalf of the general public, and consolidation or joinder of Claims (except for claimants on the same account), are NOT available under this agreement to arbitrate. Claims in arbitration will proceed on an INDIVIDUAL basis only:

> UNLESS YOU REJECT THIS AGREEMENT TO ARBITRATE, YOU AND WE WAIVE THE RIGHT TO ASSERT OR PARTICIPATE IN A CLASS ACTION OR ANY REPRESENTATIVE OR CONSOLIDATED PROCEEDING IN COURT OR IN ARBITRATION.

The arbitrator shall have no authority to entertain any Claim as a class action or private attorney general action or on any other similar representative basis, nor shall the arbitrator have any authority to consolidate or join Claims brought by separate claimants (except for claimants on the same account). This also means that the arbitrator shall have no authority to make any award for the benefit of, or against, any person other than the individual who is the named party.†

**†Notice to California Account Holders:** This agreement to arbitrate shall not be construed to prevent you from seeking in the arbitration the remedy of public injunctive relief if (a) you reside in California, (b) you resided in California at the time you entered into this agreement to arbitrate, or (iii) the billing address for your Account is a California address (hereafter, "California Account Holder").

**Initiation of Arbitration:** The arbitration shall be administered by the American Arbitration Association ("AAA") before a single arbitrator under the AAA's Consumer Arbitration Rules, or by a mutually agreeable administrator, before a single arbitrator, as modified by this arbitration provision. Information about the arbitration process for AAA can be obtained from the AAA at www.adr.org. The arbitrator shall be selected from the AAA (or mutually agreeable administrator) panel of neutrals then active on the roster maintained by the AAA (or mutually agreeable administrator) office located in the city of or nearest to your billing address and, unless otherwise mutually agreed, the arbitrator shall be a retired federal judge, a retired state appellate judge, a retired state trial judge, or a lawyer with at least 15 years of experience in that order of preference.

In the event that the AAA or mutually agreeable administrator is unable or unwilling to handle the Claim for any reason, then the matter shall be arbitrated instead by a neutral arbitrator selected by agreement of the parties (or, if the parties cannot agree, selected by a court in accordance with the FAA).

**Arbitration Procedures and Applicable Law; Offer of Settlement:** Unlike a lawsuit in state or federal court, arbitration is conducted by a private organization that specializes in alternative dispute resolution. Disputes in arbitration are decided by a neutral arbitrator instead of a judge or jury. You may represent yourself in arbitration, or you may be represented by a lawyer.

Under this agreement to arbitrate, a single arbitrator designated by the arbitration administrator will decide the Claim under applicable law. The arbitrator is bound by the terms of this agreement to arbitrate. The AAA or mutually agreeable administrator will apply its code of procedures in effect at the time the arbitration claim is filed. If there is a conflict between that code of procedures and this arbitration provision and/or any sections of this Card Agreement, this arbitration provision and/or this Card Agreement will control. The arbitrator will honor all claims of privilege recognized by law. Subject to the prohibition on class, representative, and consolidation procedures set forth above, the arbitrator will have the power to award to a party any damages or other relief (including relief in equity) provided for under applicable law. That is, a party will be entitled to recover in arbitration any damages or other relief that it could recover if it prevailed in a court proceeding. An arbitrator's award shall consist of a written statement setting forth the disposition of each Claim. At the request of any party, the arbitrator shall also set forth a written explanation of the essential findings and conclusions on which the award is based. An arbitration award shall decide the rights and obligations only of the parties named in the arbitration, and shall not have any bearing on another person or dispute.

If your Claim is for $10,000 or less, you may choose whether the arbitration will be conducted solely on the basis of documents, in a telephonic hearing, or in an in-person hearing.

7

Any in-person hearing will take place in the federal judicial district that includes your billing address at the time the Claim is filed, unless the parties agree to a different place.

**The Arbitrator's Decision:** The arbitrator's decision will be final and binding on the parties. A party can file a written appeal to the arbitration administrator within thirty (30) days after an award is issued. The appeal will proceed before a panel of three neutral arbitrators designated by the same arbitration administrator. The panel will decide anew all factual and legal issues, following the same rules of procedure, by majority vote any aspect of the original decision objected to. The costs of such an appeal will be borne in accordance with the below paragraph entitled "Fees and Costs". Any review by a court shall be governed by the Federal Arbitration Act. Any final arbitration award will be binding on the named parties and enforceable by any court having jurisdiction.

**Fees and Costs:** We will pay any costs that are required to be paid by us under the arbitration administrator's rules of procedure. If you file the arbitration, you will pay your share of the initial filing fee, unless you seek and qualify for a fee waiver under the applicable rules of the arbitration administrator. The party filing an appeal shall be responsible for all filing fees and costs of the appeal unless prohibited by administrator's rules of procedure. All parties are responsible for their own attorney's fees, expert fees and any other expenses, unless the arbitrator awards such fees or expenses to you or us if allowed by applicable law.

**Other Parties Subject to this Agreement to Arbitrate:** In addition to you and us, the rights and duties described in this agreement to arbitrate apply to: any third party co-defendant of a claim subject to this arbitration provision; all joint account holders, Additional Cardholders, and Authorized Users of your Account(s).

**How to REJECT this Agreement to Arbitrate:** You can reject this agreement to arbitrate but only if we receive from you a written notice of rejection within 45 days after it was first provided to you. To reject this agreement to arbitrate you must send the notice of rejection to: Credit One Bank, Attention: Arbitration Opt Out, P. O. Box 98873, Las Vegas, NV 89193-8873. Rejection notices sent to any other address will not be accepted or effective. If you decide to reject this agreement to arbitrate in writing, your notice must state that you reject this agreement to arbitrate and include your name, address, account number, and personal signature. Rejection of arbitration will not affect your other rights or responsibilities under this Card Agreement.

**Survival, Severability, and Amendment of Terms:**
*Survival.* This agreement to arbitrate shall survive changes in the Agreement and termination of the Account or the relationship between you and us, including the bankruptcy of any party and any transfer or sale of your Account, or amounts owed on your Account, to another person or entity.
*Severability.* If any part or parts of your agreement to arbitrate are declared unenforceable, then such specific part or parts shall be of no force or effect and shall be severed, but the remainder of this agreement to arbitrate shall continue in full force and effect. If, however, the entire agreement to arbitrate or your waiver of the right to bring or participate in a class or representative action or in consolidation procedures is unenforceable, then the agreement to arbitrate shall be of no force or effect. Notwithstanding the preceding sentence, with respect to California Account Holders, if arbitration is unenforceable, in whole or in part, you and we agree to resolve any Claim by a judicial reference proceeding as described above.
*Amendment in Writing Only.* This agreement to arbitrate may not be amended, severed, or waived, except as expressly provided in the Agreement or in a written agreement between you and us.

## *Other Information*

**Transactions in Foreign Currencies:** If you make a transaction at a merchant that settles in a currency other than U.S. dollars, American Express will convert that charge into a U.S. Dollar amount. That conversion will be done at a rate selected by American Express from the range of rates available in wholesale currency markets for the applicable central processing date, which rate may vary from the rate American Express itself receives, or the government-mandated rate in effect for the applicable central processing date. The currency conversion rate used on the processing date may differ from the rate that would have been used on the purchase date or on the date the transaction is posted to your Account. You agree to pay the converted amount, including any charges for the conversion that may be imposed as described above.

**Changes to Your Agreement:** The rates, fees and terms of this Agreement may change and we may add or delete any term to this Agreement, consistent with applicable law. We will give you advance written notice of these changes and a right to reject the change, if required by law.

**Unauthorized Use:** Notify us immediately if your Card is lost or stolen or you suspect that someone is using your Card or Account without your permission.

**Assignment:** We may assign any or all of our rights and obligations under this Agreement. You may not assign any of your rights or obligations under this Agreement.

**No Waiver:** We will not lose our rights under this Agreement because we delay or do not enforce them.

**Governing Law:** This Agreement is governed by and interpreted in accordance with the laws applicable to national banks, and, where no such laws apply, by the laws of the State of Nevada, excluding the conflicts of law provisions thereof, regardless of your state of residence.

**Conformance with Law; Severability:** If any part of this Agreement conflicts with applicable law, that provision will be considered modified to conform to applicable law. If any part of this Agreement is invalid, the rest shall remain in effect, except as otherwise noted in the Arbitration Provision.

## *Your Billing Rights: Keep this Document for Future Use*
**This notice tells you about your rights and our responsibilities under the Fair Credit Billing Act.**
**What To Do If You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at the Billing Inquiries address on the statement.

In your letter, give us the following information:
- ï   *Account information:* Your name and Account number.
- ï   *Dollar amount:* The dollar amount of the suspected error.
- ï   *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us:
- ï   Within 60 days after the error appeared on your statement.
- ï   At least 3 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.

You must notify us of any potential errors <u>in writing</u>. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

**What Will Happen After We Receive Your Letter**
When we receive your letter, we must do two things:
1. Within 30 days of receiving your letter, we must tell you that we received your letter. We will also tell you if we have already corrected the error.
2. Within 90 days of receiving your letter, we must either correct the error or explain to you why we believe the bill is correct.

**While we investigate whether or not there has been an error:**
- ï   We cannot try to collect the amount in question, or report you as delinquent on that amount.
- ï   The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- ï   While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- ï   We can apply any unpaid amount against your credit limit.

**After we finish our investigation, one of two things will happen:**
<u>If we made a mistake:</u> You will not have to pay the amount in question or any interest or other fees related to that amount.

<u>If we do not believe there was a mistake:</u> You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may then report you as delinquent if you do not pay the amount we think you owe.

If you receive our explanation but still believe your bill is wrong, you must write to us within 10 days telling us that you still refuse to pay. If you do so, we cannot report you as delinquent without also reporting that you are questioning your bill. We must tell you the name of anyone to whom we reported you as delinquent, and we must let those organizations know when the matter has been settled between us.

If we do not follow all of the rules above, you do not have to pay the first $50.00 of the amount you question even if your bill is correct.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50.00. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own or operate the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

9

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at the Billing Inquiries address shown on your statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you of our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

## *Rewards Program Supplement*

This Supplement describes the terms and conditions of the Credit One Cash Back Rewards Program ("Program") and supplements the Card Agreement that governs your credit card account issued by Credit One Bank, N.A. (the "Account"). By using the Account, you agree to participate in the Program. Your participation is subject to the terms of the Card Agreement, including the arbitration provision, if applicable, and this Supplement. In the event of a conflict between the Card Agreement and this Supplement, with respect to matters relating to the Program, this Supplement controls.

**Earning Cash Back Rewards:** You earn cash back rewards in the form of an automatic statement credit equal to 1% of all Net Purchases made with your Account. You do not earn cash back rewards on Cash Advances, Balance Transfers, interest, fees, and other charges. We will post a statement credit to your Account within seven days after the end of the month based on the Net Purchases made with your Account from the first day to the last day of the current month. If your Account is in default, as defined in your Card Agreement, at the time the credit is to be posted, you WILL NOT receive the credit. Cash back rewards have no cash value.

**Net Purchases:** Net Purchases are Purchases minus any returns, disputed charges, unauthorized charges, illegal or fraudulent charges or other credits for such Purchases.

**Program Restrictions:** You will receive an automatic cash back rewards credit on each statement that has at least one Net Purchase. Automatic statement credits for cash back rewards will reduce the balance on your Account but will not count as payments. You will still be required to pay at least the Minimum Payment Due as shown on your billing statement each month. You WILL NOT earn cash back rewards for Purchases made while your Account is in default as defined within your Card Agreement. This Program excludes Accounts already enrolled in a different Credit One cash back rewards program.

**Changes:** The Program may be changed (added to, modified or deleted) by us at any time, including without limitation amendments to the definition of Eligible Purchases. We will give you prior notice to the extent required by law.   Any revisions may affect your ability to earn cash back rewards.

**Termination:** We may suspend or terminate the Program or your participation in the Program at any time without prior notice. In such event, we will evaluate your Account for any eligible cash back rewards as of the Program termination date. Provided that you meet all of the other Program Restrictions listed above at that time, you will receive a distribution of the cash back rewards earned during the current billing period in the form of a statement credit.

**Limited Liability:** Unless otherwise required by law, this Program, or our Card Agreement with you, we will not be liable to you or anyone making a claim on your behalf, in connection with: (1) any change or termination of the Program; (2) any loss, damage, expense or inconvenience caused by any occurrence outside of our control; (3) any taxes that you incur as a result of receiving cash back rewards, payment of which taxes will be your responsibility; (4) any merchandise or services you purchase, or for any direct, indirect or consequential damages with respect to the use of your Account. In any event, any liability that Credit One may have to you in connection with the Program shall be limited to the amount of any cash back rewards you have earned in this Program. The Program and cash back rewards are void or limited where prohibited or restricted, respectively, by federal, state or local law.

American Express is a federally registered service mark of American Express. This credit card program is issued and administered by Credit One Bank, N.A., pursuant to a license from American Express.

© 2025 Credit One Bank, N.A. All rights reserved.
Credit One®, Credit One Bank®, and corresponding logos are federally registered trademarks.          12/24                    **D308**

# EXHIBIT 11

**Declaration of Account Transfer**

Resurgent Acquisitions LLC ("RALLC"), without recourse, to the extent permitted by applicable law, transferred, sold, assigned, conveyed, granted and delivered to LVNV Funding LLC ("LVNV") all of its right, title and interest in and to the receivables and other assets (the "Assets") identified on Exhibit A, in the Receivable File dated July 07, 2025 delivered by Credit Asset Sales LLC on July 21, 2025 for purchase by RALLC on July 21, 2025. The transfer of the Assets included electronically stored business records.

Resurgent Acquisitions LLC
a Delaware Limited Liability Company

By: _____

Name: Jackson Walker
Title:   Authorized Representative


LVNV Funding LLC
a Delaware Limited Liability Company

By: _____

Name: Dan Picciano
Title:   Authorized Representative

**Exhibit A**

# Receivables File

**07.21.25 07-2025 C&D Sale File**

| Transfer Group | Portfolio | Transfer Batch |
|---|---|---|
| 1165773 | 45970 | N/A |

# EXHIBIT 12

| FileName | LineNumber | LastPurchaseDate | LastPurchaseAmount | ACCOUNTNUMBER | CHNAME | CHSOCIAL |
|---|---|---|---|---|---|---|
| 07-2025 C&D Sale File | 1820 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 07-2025 C&D Sale File | 1821 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 07-2025 C&D Sale File | 1822 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 07-2025 C&D Sale File | 1823 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 07-2025 C&D Sale File | 1824 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 07-2025 C&D Sale File | 1825 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 07-2025 C&D Sale File | 1826 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 07-2025 C&D Sale File | 1827 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 07-2025 C&D Sale File | 1828 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 07-2025 C&D Sale File | 1829 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 07-2025 C&D Sale File | 1830 | 13NOV2024 | 44.25 | ▮7550 | TORREZ,PETE | ▮2602 |
| 07-2025 C&D Sale File | 1831 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 07-2025 C&D Sale File | 1832 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 07-2025 C&D Sale File | 1833 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 07-2025 C&D Sale File | 1834 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 07-2025 C&D Sale File | 1835 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 07-2025 C&D Sale File | 1836 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 07-2025 C&D Sale File | 1837 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 07-2025 C&D Sale File | 1838 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 07-2025 C&D Sale File | 1839 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 07-2025 C&D Sale File | 1840 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |

| ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | HMPHONE | BUPHONE | BALANCE | CODT | LPAYDT | LPAYAMT |
|---|---|---|---|---|---|---|---|---|---|---|
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | | BERRYVILLE | AR | 72616-8836 | 1000000000 | | 655.45 | 6/9/2025 | 7/3/2024 | 16.24 |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |

| ORIGDATE | _1STDTOFDELIQUENCY | PRINBAL | DOB | HIGHBALANCE | COAMOUNT | INTBAL | COAPPNAME | COAPPSOCIAL | COAPPADDRESS |
|---|---|---|---|---|---|---|---|---|---|
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 3/26/2024 | 12/8/2024 | 298.04 | 5/4/1954 | 655.45 | 655.45 | 357.41 | | | |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |

| COAPPADDRESS2 | COAPPCITY | COAPPST | COAPZIP | COAPPHMPH | COAPPBUPHONE | COAPPDOB | DATEID | ACCOUNT_ID | PRODUCT | PRIC_STRAT |
|---|---|---|---|---|---|---|---|---|---|---|
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| | | | | | | | | ▮2220 | OTHER | M280 |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |

| C_ANN_MERCH | C_ANN_CASH | PHONE1 | PHONE2 | PHONE3 | PHONE4 | PHONE5 | LSTPAYTYPE | EMAILADDRESS | FEES |
|---|---|---|---|---|---|---|---|---|---|
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 28.74 | No Statement Found | 0637 | | | | | Other | @aol.com | 288.75 |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |

| INTEREST | CARD_NUM | CUR_BAL | LastPreCOPayment_Date | LastPreCO_Payment | Total_Interest | TotalPostCOFees | TotalPostCOPayments |
|---|---|---|---|---|---|---|---|
| [Redacted] | [Redacted]5971 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]7794 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]0516 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]1100 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]1571 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]9631 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]0175 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]3146 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]5299 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]1692 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 68.66 | [Redacted]7755 | 655.4500 | 03-JUL-2024 | 16.24 | 0.00 | 0.00 | 0.00 |
| [Redacted] | [Redacted]0700 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]6913 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]4097 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]7413 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]9054 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]0722 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]4112 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]3972 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]1611 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted]2205 | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |

| TotalMerchPostCOCharges | TotalPostCOCredits | LanguageDescription | OriginalCreditBureauScore | COL1 | COL2 | COL3 | COL4 |
|---|---|---|---|---|---|---|---|
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| 0.00 | 0.00 | English | 691 | ■■■■7755 | | | |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |

| COL5 | COL6 | COL7 | COL8 | COL9 | COL10 | COL11 | COL12 | COL13 | COL14 | COL15 | COL16 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
|  |  |  |  |  |  |  |  |  |  |  |  |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] | [Redacted] |

| COL17 | COL18 | COL19 | COL20 |
|---|---|---|---|
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| | | | |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |
| [Redacted] | [Redacted] | [Redacted] | [Redacted] |

# EXHIBIT 13

## BILL OF SALE AND ASSIGNMENT OF ACCOUNTS
## FROM CREDIT ONE BANK, N.A. TO MHC RECEIVABLES, LLC

As of **June 30, 2025**, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Credit One Bank, N.A. ("Assignor") has transferred, has sold, has assigned, has conveyed, has granted and has otherwise delivered to MHC Receivables, LLC ("Assignee"), all of Assignor's right, title and interest in and to (i) the charged-off credit card accounts identified on an account level basis in the data file named **07-2025 C&D Sale File** (the "Computer File"), a copy of which is attached hereto and incorporated herein by reference as "Exhibit A"; and, (ii) certain related account level media or electronic copies thereof (including, but not limited to applications, statements, terms and condition), and (iii) all claims or rights arising out of or relating to each account referenced on the Computer File (collectively hereinafter, the "Accounts") including, but not limited to, all claims and rights afforded each Account by virtue of that Account's corresponding terms and conditions.

The Accounts transferred under the terms of this Bill of Sale and Assignment of Accounts were each transferred to Assignee immediately following charge off for each applicable Account, as shown in the Computer File.

With respect to information for the Accounts, Assignor represents and warrants to Assignee that the business records conveyed to Assignee relating to: (i) the Accounts issued by Assignor; and (ii) the sale and assignment of Accounts by Assignor (collectively, the "Business Records"), are kept by Assignor in the regular course of its business. It is in the regular course of business of Assignor for an employee or an authorized representative with personal knowledge of the act, event, condition, or opinion (collectively "Event") to be recorded, to make the appropriate memorandum or recording of the Event at or reasonably near the time of the Event. Furthermore, Assignor represents and warrants to Assignee that the Business Records are materially complete and accurate, and thoroughly embody the information in Assignor's custody and control for the Accounts from their creation until the time of transfer to Assignee. These representations and warranties are intended to augment any other representations and warranties the parties may have in place and not supplant any other existing warranties and representations.

This Bill of Sale and Assignment of Accounts shall serve as evidence of ownership for the Accounts conveyed hereby and shall serve as an acknowledgment, as ratification, and as evidence of the intent of the parties to transfer the Accounts.

**CREDIT ONE BANK, N.A.**

Michael Wiese
Vice President

## **EXHIBIT A**

ACCOUNT SCHEDULE

The Accounts that are specifically identified in the electronic file named **07-2025 C&D Sale File** with such electronic file incorporated herein by reference.

## BILL OF SALE AND ASSIGNMENT OF RECEIVABLES
## FROM CREDIT ONE BANK, N.A. TO MHC RECEIVABLES, LLC

As of **June 30, 2025,** for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Credit One Bank, N.A. ("Assignor") has transferred, has sold, has assigned, has conveyed, has granted and has otherwise delivered to MHC Receivables, LLC ("Assignee"), all of Assignor's right, title and interest in and to (i) the receivables associated with each and every account referenced in the data file named **07-2025 C&D Sale File** (the "Computer File"), a copy of which is attached hereto and incorporated herein by reference as "Exhibit A"; and, (ii) all claims or rights arising out of or relating to each of those Receivables (hereinafter, the "Receivables").

The Receivables transferred under the terms of this Bill of Sale and Assignment of Receivables were each transferred to Assignee prior to the charge off of the associated accounts, as shown in the Computer File. This Bill of Sale and Assignment of Receivables evidences the intent between the parties for the transfer of the Receivables, acts as an acknowledgement of those transfers, and, to the extent necessary, ratification of the transfers.

With respect to information for the Receivables, Assignor represents and warrants to Assignee that the business records conveyed to Assignee relating to the Receivables (the "Business Records"), are kept by Assignor in the regular course of its business. It is in the regular course of business of Assignor for an employee or an authorized representative with personal knowledge of the act, event, condition, or opinion (collectively "Event") to be recorded, to make the appropriate memorandum or recording of the Event at or reasonably near the time of the Event. Furthermore, Assignor represents and warrants to Assignee that the Business Records are materially complete and accurate, and thoroughly embody the information in Assignor's custody and control for the Receivables from their creation until the time of transfer to Assignee. These representations and warranties are intended to augment any other representations and warranties the parties may have in place and not supplant any other existing warranties and representations.

This Bill of Sale and Assignment of Receivables shall serve as evidence of ownership for the Receivables conveyed hereby and shall serve as an acknowledgment, as ratification, and as evidence of the intent of the parties to transfer the Receivables.

**CREDIT ONE BANK, N.A.**

Michael Wiese
Vice President

## EXHIBIT A

ACCOUNT SCHEDULE

The Accounts that are specifically identified in the electronic file named **07-2025 C&D Sale File** with such electronic file incorporated herein by reference.

## BILL OF SALE AND ASSIGNMENT OF RECEIVABLES
## FROM MHC RECEIVABLES, LLC, TO FNBM, LLC

As of **July 21, 2025**, MHC Receivables, LLC ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, has periodically transferred, has sold, has assigned, has conveyed, has granted and has otherwise delivered to FNBM, LLC,  ("Assignee") all of its rights, title and interest in and to (i) the receivables identified and specifically referenced for each of the accounts on an account level basis on the data file titled **07-2025 C&D Sale File** attached hereto and incorporated by reference as "Exhibit A" ; and (ii) all claims or rights arising out of or relating to the account level receivables (hereinafter the "Receivables").

With respect to information for the Receivables, Assignor represents and warrants to Assignee that the business records conveyed to Assignee relating to the Receivables (the "Business Records"), are kept by Assignor in the regular course of its business. It is in the regular course of business of Assignor for an employee or an authorized representative with personal knowledge of the act, event, condition, or opinion (collectively "Event") to be recorded, to make the appropriate memorandum or recording of the Event at or reasonably near the time of the Event. Furthermore, Assignor represents and warrants to Assignee that the Business Records are materially complete and accurate, and thoroughly embody the information in Assignor's custody and control for the Receivables from their creation until the time of transfer to Assignee.  These representations and warranties are intended to augment any other representations and warranties the parties may have in place and not supplant any other existing warranties and representations.

This Bill of Sale and Assignment of Receivables shall serve as an acknowledgment, as ratification, and as evidence of the intent of the parties to transfer the Released Receivables referenced herein.

**MHC Receivables, LLC**

Steven Dasch, Authorized Representative

## EXHIBIT A

### ACCOUNT SCHEDULE

The Accounts that are specifically identified in the electronic file named **07-2025 C&D Sale File,** with such electronic file incorporated herein by reference.

## BILL OF SALE AND ASSIGNMENT OF RECEIVABLES
## FROM FNBM, LLC, TO CREDIT ASSET SALES LLC

On **July 21, 2025**, FNBM, LLC ("Assignor"), for good and valuable consideration, the receipt of which is hereby acknowledged, hereby transfers, sells, assigns, conveys, grants and delivers to Credit Asset Sales LLC ("Assignee"), all of its rights, title and interest in and to (i) the receivables identified and specifically referenced for each of the accounts on an account level basis on the data file titled **07-2025 C&D Sale File** attached hereto and incorporated by reference as "Exhibit A"; and (ii) all claims or rights arising out of or relating to the receivables (hereinafter the "Receivables").

This Bill of Sale and Assignment of Receivables shall serve as evidence of ownership for any of the Receivables conveyed hereby.

**FNBM, LLC**

Jeremy Alcantar, Authorized Representative

With respect to information for the Receivables, MHC Receivables, LLC ("MHC") represents and warrants to Assignee that the business records conveyed to Assignee relating to the Receivables (the "Business Records"), are kept by MHC in the regular course of its business. It is in the regular course of business of MHC for an employee or an authorized representative with personal knowledge of the act, event, condition, or opinion (collectively "Event") to be recorded, to make the appropriate memorandum or recording of the Event at or reasonably near the time of the Event. Furthermore, Assignor represents and warrants to Assignee that the Business Records are materially complete and accurate, and thoroughly embody the information in Assignor's custody and control for the Receivables from their creation until the time of transfer to Assignee. These representations and warranties are intended to augment any other representations and warranties the parties may have in place and not supplant any other existing warranties and representations.

**MHC Receivables, LLC**

Steven Dasch, Authorized Representative

**EXHIBIT A**
ACCOUNT SCHEDULE

The Accounts that are specifically identified in the electronic file name **07-2025 C&D Sale File**, with such
electronic file incorporated herein by reference.

## BILL OF SALE AND ASSIGNMENT OF ACCOUNTS
## FROM MHC RECEIVABLES, LLC TO CREDIT ASSET SALES LLC

On **July 21, 2025,** for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, MHC Receivables, LLC ("Assignor"), hereby transfers, sells, assigns, conveys, grants and otherwise delivers to Credit Asset Sales LLC ("Assignee"), all of Assignor's, rights title and interest in and to (i) the charged-off accounts identified on an account level basis in the data file named **07-2025 C&D Sale File** (the "Computer File"), a copy of which is attached hereto and incorporated herein by reference as "Exhibit A"; and, (ii) certain related account level media or electronic copies thereof (including, but not limited to applications, statements, terms and condition), and (iii) all claims or rights arising out of or relating to each referenced account (collectively hereinafter the "Accounts") including, but not limited to, all claims and rights afforded each account by virtue of that account's corresponding terms and conditions.

With respect to information for the Accounts described in the related Computer File, Assignor represents and warrants to Assignee that the business records relating to: (i) the Accounts owned by Assignor; and (ii) the sale and assignment of Accounts by Assignor (collectively, the "Business Records"), are kept by Assignor in the regular course of its business. It is in the regular course of business of Assignor for an employee or an authorized representative with personal knowledge of the act, event, condition, or opinion (collectively "Event") to be recorded, to make the appropriate memorandum or recording at or reasonably near the time of the Event. Furthermore, Assignor represents and warrants to Assignee that the Business Records are materially complete and accurate and thoroughly embody the information in Assignor's custody and control for the Accounts listed in the Computer File from Assignor's receipt of those Accounts until the time of transfer to Assignee. These representations and warranties are intended to augment any other representations and warranties the parties may have in place and not supplant any other existing warranties and representations.

This Bill of Sale and Assignment of Accounts shall serve as evidence of ownership for any of the Accounts conveyed hereby.

**MHC Receivables, LLC**

_____
Steven Dasch, Authorized Representative

**EXHIBIT A**
ACCOUNT SCHEDULE

The Accounts that are specifically identified in the electronic file name **07-2025 C&D Sale File**, with such electronic file incorporated herein by reference.

## BILL OF SALE AND ASSIGNMENT OF ACCOUNTS AND RECEIVABLES
## FROM CREDIT ASSET SALES LLC TO RESURGENT ACQUISITIONS LLC

Credit Asset Sales LLC ("Seller"), the owner of certain accounts and associated receivables (hereinafter referred to collectively as "Purchased Accounts"), for value received and in accordance with the terms of the Purchase and Sale Agreement, by and between Seller and Resurgent Acquisitions LLC. ("Buyer"), dated as of **August 1, 2024** ("Agreement"), does hereby sell, assign and transfer to Buyer, its successors and assigns, all right, title and interest in and to the Purchased Accounts as described on the computer file named **07-2025 C&D Sale File** (the "Computer File"), a copy of which is attached hereto and incorporated herein by reference as "Exhibit A".

This Bill of Sale and Assignment of Accounts and Receivables is subject to the terms of the Agreement and is made without representations and warranties of any kind or character except as expressly stated in the Agreement, or as expressly stated below.

With respect to information for the Purchased Accounts described in the related Computer File, to the best of Seller's knowledge, Seller represents and warrants to Buyer that such information (i) is materially complete and accurate; (ii) constitutes Seller's own business records that pertain to the Purchased Accounts and accurately reflects in all material respects the information in Seller's database; (iii) was kept in the regular course of Seller's business; (iv) was made, entered or compiled in the regular course of business; (v) was recorded at or near the time the underlying activity occurred, by a person with knowledge of the data recorded; (vi) has been accurately maintained in Seller's database since it was recorded there; and (vii) it is the regular practice of Seller's business to maintain and compile such data.

This Bill of Sale and Assignment of Accounts and Receivables may be entered as evidence of ownership for any of the Purchased Accounts conveyed hereby.

**Closing date: July 21, 2025**

**Credit Asset Sales LLC**

Michael Wiese, Authorized Representative

**EXHIBIT A**
ACCOUNT SCHEDULE

The Accounts that are specifically identified in the electronic file name **07-2025 C&D Sale File**, with such electronic file incorporated herein by reference.

# EXHIBIT 14

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number:
March 26, 2024 to April 08, 2024

## SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $0.00 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$75.00** |
| **Interest Charged** | **+** | **$0.00** |
| New Balance | | $75.00 |
| Credit Limit | | $300.00 |
| Available Credit | | $225.00 |
| Statement Closing Date | | 04/08/24 |
| Days in Billing Cycle | | 30 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card        1-877-825-3242
Outside the U.S. Call                   1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $75.00 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $30.00 |
| **Minimum Payment Due** | **$30.00** |
| **Payment Due Date** | **05/04/24** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 3 month(s) | $78.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | **Payments, Credits, and Adjustments** | |
| | | | **Fees** | |
| F638800FK000CYLAC | 04/08 | 04/08 | ANNUAL FEE    05/24 THROUGH 04/25 | 75.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **75.00** |
| | | | **Interest Charged** | |
| | 04/08 | 04/08 | Interest Charge on Purchases | 0.00 |
| | 04/08 | 04/08 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **0.00** |

| 2024 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2024 | $75.00 |
| Total interest charged in 2024 | $0.00 |

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 29.74%(v) | $0.00 | $0.00 |
| Cash Advances | 29.74%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 29.74%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385        JBH        001    7  8    240408    0        PAGE 1 of 1        2 0  6388    1000    A375    O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK.*



P.O. BOX 98873
LAS VEGAS, NV 89193-8873

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 7755 |
| New Balance: | $75.00 |
| Minimum Payment Due: | $30.00 |
| Payment Due Date: | 05/04/24 |

**AMOUNT ENCLOSED:**   $            .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

PETE TORREZ
BERRYVILLE AR 72616-8836

0000000  0007500  0003000            77550  7

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number
April 09, 2024 to May 08, 2024

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $75.00 |
| Payments | - | $30.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$0.00** |
| **Interest Charged** | **+** | **$1.12** |
| New Balance | | $46.12 |
| Credit Limit | | $300.00 |
| Available Credit | | $253.00 |
| Statement Closing Date | | 05/08/24 |
| Days in Billing Cycle | | 30 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card          1-877-825-3242
Outside the U.S. Call                      1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $46.12 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $30.00 |
| **Minimum Payment Due** | **$30.00** |
| **Payment Due Date** | **06/04/24** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 2 month(s) | $47.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| **Payments, Credits, and Adjustments** | | | | |
| P638803XSBT00004N | 05/02 | 05/02 | INTERNET PAYMENT          LAS VEGAS    NV | -30.00 |
| **Fees** | | | | |
| | | | **TOTAL FEES FOR THIS PERIOD** | **0.00** |
| **Interest Charged** | | | | |
| | 05/08 | 05/08 | Interest Charge on Purchases | 1.12 |
| | 05/08 | 05/08 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **1.12** |

| 2024 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2024 | $75.00 |
| Total interest charged in 2024 | $1.12 |

| INTEREST CHARGE CALCULATION | | | |
|---|---|---|---|

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 29.74%(v) | $45.00 | $1.12 |
| Cash Advances | 29.74%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 29.74%(v) | $0.00 | $0.00 |

(v) = Variable Rate

---

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.



P.O. BOX 98873
LAS VEGAS, NV 89193-8873

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 7755 |
| New Balance: | $46.12 |
| Minimum Payment Due: | $30.00 |
| Payment Due Date: | 06/04/24 |

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**AMOUNT ENCLOSED:** $         .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

PETE TORREZ
BERRYVILLE AR 72616-8836

0003000  0004612  0003000          77550  6

**CREDIT ONE BANK CREDIT CARD STATEMENT**
Account Number
May 09, 2024 to June 08, 2024

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $46.12 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$29.00** |
| **Interest Charged** | **+** | **$1.12** |
| New Balance | | $76.24 |
| Credit Limit | | $300.00 |
| Available Credit | | $223.00 |
| Statement Closing Date | | 06/08/24 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card        1-877-825-3242
Outside the U.S. Call              1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $76.24 |
| Past Due Amount | $30.00 |
| Amount Due This Period | $59.00 |
| **Minimum Payment Due** | **$76.24** |
| **Payment Due Date** | **07/04/24** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 2 month(s) | $78.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| | | | **Payments, Credits, and Adjustments** | |
| | | | **Fees** | |
| | 06/08 | 06/08 | LATE FEE | 29.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **29.00** |
| | | | **Interest Charged** | |
| | 06/08 | 06/08 | Interest Charge on Purchases | 1.12 |
| | 06/08 | 06/08 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **1.12** |

| 2024 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2024 | $104.00 |
| Total interest charged in 2024 | $2.24 |

MISSING A PAYMENT CAN HAPPEN BUT GETTING ON
TRACK IS EASY PLEASE PAY ONLINE, ON THE MOBILE
APP, BY MAIL, OR CALL (888) 729-6274 SET UP
ALERTS TO REMIND YOU ABOUT PAYMENTS ONLINE OR
ON OUR MOBILE APP

| INTEREST CHARGE CALCULATION | | | |
|---|---|---|---|

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 29.74%(v) | $45.00 | $1.12 |
| Cash Advances | 29.74%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 29.74%(v) | $0.00 | $0.00 |

(v) = Variable Rate

---

5385        JBH        001    7    8    240607    0        D PAGE 1 of 1        2 0    6388    1000    A375    O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.



P.O. BOX 98873
LAS VEGAS, NV 89193-8873

For address, telephone and email changes,
please complete the reverse side.
Or, update your contact information online
at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| Account Number: | 7755 |
|---|---|
| New Balance: | $76.24 |
| Minimum Payment Due: | $76.24 |
| Payment Due Date: | 07/04/24 |

**AMOUNT ENCLOSED:**   $          .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

PETE TORREZ
BERRYVILLE AR 72616-8836

0000000  0007624  0006000        77550 5

**CREDIT ONE BANK CREDIT CARD STATEMENT**
Account Number: XXXXXXXXXXX
June 09, 2024 to July 08, 2024

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $76.24 |
| Payments | - | $76.24 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$0.00** |
| **Interest Charged** | **+** | **$0.00** |
| New Balance | | $0.00 |
| Credit Limit | | $300.00 |
| Available Credit | | $300.00 |
| Statement Closing Date | | 07/08/24 |
| Days in Billing Cycle | | 30 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card    1-877-825-3242
Outside the U.S. Call    1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $0.00 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $0.00 |
| **Minimum Payment Due** | **$0.00** |
| **Payment Due Date** | **08/04/24** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 0 month(s) | $0.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| **Payments, Credits, and Adjustments** | | | | |
| P638803Z2D100004N | 06/11 | 06/11 | INTERNET PAYMENT      LAS VEGAS    NV | -60.00 |
| P638803ZNX900004N | 07/03 | 07/03 | INTERNET PAYMENT      LAS VEGAS    NV | -16.24 |
| **Fees** | | | | |
| | | | **TOTAL FEES FOR THIS PERIOD** | **0.00** |
| **Interest Charged** | | | | |
| | 07/08 | 07/08 | Interest Charge on Purchases | 0.00 |
| | 07/08 | 07/08 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **0.00** |

| 2024 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2024 | $104.00 |
| Total interest charged in 2024 | $2.24 |

| INTEREST CHARGE CALCULATION | | | |
|---|---|---|---|

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 29.74%(v) | $0.00 | $0.00 |
| Cash Advances | 29.74%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 29.74%(v) | $0.00 | $0.00 |

(v) = Variable Rate

---

5385       JBH       001    7    8    240708    0       PAGE 1 of 1       2 0  6388   1000   A375   O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.

**CreditOne® BANK**    P.O. BOX 98873
LAS VEGAS, NV 89193-8873

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | XXXXXXXX7755 |
| New Balance: | $0.00 |
| Minimum Payment Due: | $0.00 |
| Payment Due Date: | 08/04/24 |

**AMOUNT ENCLOSED:** $          .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

PETE TORREZ
BERRYVILLE AR 72616-8836

0001624  0000000  0000000  XXXXXXXXX7755O  6

**CREDIT ONE BANK CREDIT CARD STATEMENT**
Account number
July 09, 2024 to November 08, 2024

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $0.00 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $145.14 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$0.00** |
| **Interest Charged** | **+** | **$0.00** |
| New Balance | | $145.14 |
| Credit Limit | | $300.00 |
| Available Credit | | $104.00 |
| Statement Closing Date | | 11/08/24 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card     1-877-825-3242
Outside the U.S. Call            1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $145.14 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $30.00 |
| **Minimum Payment Due** | **$30.00** |
| **Payment Due Date** | **12/04/24** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 6 month(s) | $156.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| 7370333F86200YGJA | 11/01 | 11/01 | WAL-MART SUPERCENTER 76 0 BERRYVILLE  AR | 109.06 |
| 7370333F86200YGJA | 11/01 | 11/01 | DANNYS TIRE & FULL SERVI BERRYVILLE  AR | 22.77 |
| 7370333F95A00YGJA | 11/02 | 11/02 | DOLLAR TREE 000002369 BERRYVILLE  AR | 13.31 |
| **Payments, Credits, and Adjustments** | | | | |
| **Fees** | | | | |
| | | | **TOTAL FEES FOR THIS PERIOD** | **0.00** |
| **Interest Charged** | | | | |
| | 11/08 | 11/08 | Interest Charge on Purchases | 0.00 |
| | 11/08 | 11/08 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **0.00** |

| 2024 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2024 | $104.00 |
| Total interest charged in 2024 | $2.24 |

| INTEREST CHARGE CALCULATION | | | |
|---|---|---|---|

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 29.24%(v) | $0.00 | $0.00 |
| Cash Advances | 29.24%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 29.24%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385     JBH     001   7   8    241108   0        PAGE 1 of 1        2 0  6388   1000   A375   O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK.*



P.O. BOX 98873
LAS VEGAS, NV 89193-8873

For address, telephone and email changes, please complete the reverse side. Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 7755 |
| New Balance: | $145.14 |
| Minimum Payment Due: | $30.00 |
| Payment Due Date: | 12/04/24 |

**AMOUNT ENCLOSED:** $        .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

PETE TORREZ
BERRYVILLE AR 72616-8836

0000000  0014514  0003000          77550 7

**CREDIT ONE BANK CREDIT CARD STATEMENT**
Account Number: ██████
November 09, 2024 to December 08, 2024

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $145.14 |
| Payments | - | $0.00 |
| Other Credits | - | $0.23 |
| Purchases | + | $108.88 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $44.25 |
| **Fees Charged** | **+** | **$30.00** |
| **Interest Charged** | **+** | **$6.94** |
| New Balance | | $334.98 |
| Credit Limit | | $300.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 12/08/24 |
| Days in Billing Cycle | | 30 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card          1-877-825-3242
Outside the U.S. Call                     1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $334.98 |
| Past Due Amount | $30.00 |
| Amount Due This Period | $60.00 |
| **Minimum Payment Due** | **$90.00** |
| **Payment Due Date** | **01/04/25** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 12 month(s) | $384.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| 7370333FF0S00YGJA | 11/08 | 11/09 | WAL-MART SUPERCENTER 76 0 BERRYVILLE  AR | 50.10 |
| 7370333FF0S00YGJA | 11/09 | 11/09 | WAL-MART SUPERCENTER 76 0 BERRYVILLE  AR | 4.96 |
| 7370333FG0200YGJA | 11/09 | 11/09 | DOLLAR TREE 000002369 BERRYVILLE  AR | 7.70 |
| 7370333FJXS00YGJA | 11/12 | 11/12 | USPS PO 0407920216 001354 BERRYVILLE  AR | 22.32 |
| 7370333FJXS00YGJA | 11/12 | 11/12 | DOLLAR TREE 000002369 BERRYVILLE  AR | 7.70 |
| 7370333FJXS00YGJA | 11/13 | 11/13 | WAL-MART SUPERCENTER 76 0 BERRYVILLE  AR | 8.40 |
| 7370333FKX200YGJA | 11/13 | 11/13 | 1000 W TRIMBLE AVE        BERRYVILLE | 44.25 |
| 7370333FKX200YGJA | 11/13 | 11/13 | DOLLAR TREE 000002369 BERRYVILLE  AR | 7.70 |
| | | | **Payments, Credits, and Adjustments** | |
| F572700P1000FR | 12/02 | 12/02 | CREDIT ONE REWARD CREDIT          CREDIT | -0.23 |
| | | | **Fees** | |
| | 12/08 | 12/08 | LATE FEE | 30.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **30.00** |
| | | | **Interest Charged** | |
| | 12/08 | 12/08 | Interest Charge on Purchases | 6.01 |
| | 12/08 | 12/08 | Interest Charge on Cash Advances | 0.93 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **6.94** |

| 2024 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2024 | $134.00 |
| Total interest charged in 2024 | $9.18 |

MISSING A PAYMENT CAN HAPPEN BUT GETTING ON TRACK IS EASY PLEASE PAY ONLINE, ON THE MOBILE APP, BY MAIL, OR CALL (888) 729-6274 SET UP ALERTS TO REMIND YOU ABOUT PAYMENTS ONLINE OR ON OUR MOBILE APP

5385          JBH          001     7     8     241208     0          X PAGE 1 of 2          2 0   6388    1000    A375    O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK.*



P.O. BOX 98873
LAS VEGAS, NV 89193-8873

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | ████████7755 |
| New Balance: | $334.98 |
| Minimum Payment Due: | $90.00 |
| Payment Due Date: | 01/04/25 |

**AMOUNT ENCLOSED:**   $          .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

PETE TORREZ
████████
BERRYVILLE AR 72616-8836

0000000  0033498  0006000  ██████████7755O  4

| INTEREST CHARGE CALCULATION | | | |
|---|---|---|---|
| Your Annual Percentage Rate (APR) is the annual interest rate on your account. | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Purchases | 28.99%(v) | $248.87 | $6.01 |
| Cash Advances | 28.99%(v) | $38.29 | $0.93 |
| STANDARD BALANCE TRANSFER | 28.99%(v) | $0.00 | $0.00 |
| (v) = Variable Rate | | | |

5385        JBH        001    7   8     241208   0        X PAGE 2 of 2        2 0  6388   1000   A375   O1GQ5385

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number:
December 09, 2024 to January 08, 2025

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $334.98 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$39.00** |
| **Interest Charged** | **+** | **$7.85** |
| New Balance | | $381.83 |
| Credit Limit | | $300.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 01/08/25 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card          1-877-825-3242
Outside the U.S. Call                    1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $381.83 |
| Past Due Amount | $60.00 |
| Amount Due This Period | $69.00 |
| **Minimum Payment Due** | **$129.00** |
| **Payment Due Date** | **02/04/25** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 13 month(s) | $438.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| | | | **Payments, Credits, and Adjustments** | |
| | | | **Fees** | |
| | 01/08 | 01/08 | LATE FEE | 39.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **39.00** |
| | | | **Interest Charged** | |
| | 01/08 | 01/08 | Interest Charge on Purchases | 6.80 |
| | 01/08 | 01/08 | Interest Charge on Cash Advances | 1.05 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **7.85** |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $39.00 |
| Total interest charged in 2025 | $7.85 |

YOUR ACCOUNT IS SUSPENDED AND PAST DUE BUT
THERE IS STILL TIME TO GET CAUGHT UP. PLEASE
MAKE A PAYMENT ONLINE, WITH THE MOBILE APP, BY
MAIL, OR CALL US AT (888) 729-6274 TO DISCUSS
YOUR OPTIONS.

| INTEREST CHARGE CALCULATION | | | |
|---|---|---|---|
| Your Annual Percentage Rate (APR) is the annual interest rate on your account. | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Purchases | 28.74%(v) | $284.02 | $6.80 |
| Cash Advances | 28.74%(v) | $44.02 | $1.05 |
| STANDARD BALANCE TRANSFER | 28.74%(v) | $0.00 | $0.00 |

(v) = Variable Rate

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.



P.O. BOX 98873
LAS VEGAS, NV 89193-8873

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 7755 |
| New Balance: | $381.83 |
| Minimum Payment Due: | $129.00 |
| Payment Due Date: | 02/04/25 |

For address, telephone and email changes,
please complete the reverse side.
Or, update your contact information online
at www.CreditOneBank.com.

**AMOUNT ENCLOSED:**  $            .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

PETE TORREZ
BERRYVILLE AR 72616-8836

0000000  0038183  0009000          77550  0

**CREDIT ONE BANK CREDIT CARD STATEMENT**
Account Number: XXXX
January 09, 2025 to February 08, 2025

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $381.83 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$39.00** |
| **Interest Charged** | **+** | **$8.79** |
| New Balance | | $429.62 |
| Credit Limit | | $300.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 02/08/25 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card    1-877-825-3242
Outside the U.S. Call    1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $429.62 |
| Past Due Amount | $90.00 |
| Amount Due This Period | $69.00 |
| **Minimum Payment Due** | **$159.00** |
| **Payment Due Date** | **03/04/25** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 14 month(s) | $493.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

### TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | **Payments, Credits, and Adjustments** | |
| | | | **Fees** | |
| | 02/08 | 02/08 | LATE FEE | 39.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **39.00** |
| | | | **Interest Charged** | |
| | 02/08 | 02/08 | Interest Charge on Purchases | 7.74 |
| | 02/08 | 02/08 | Interest Charge on Cash Advances | 1.05 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **8.79** |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $78.00 |
| Total interest charged in 2025 | $16.64 |

### INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 28.74%(v) | $323.02 | $7.74 |
| Cash Advances | 28.74%(v) | $44.02 | $1.05 |
| STANDARD BALANCE TRANSFER | 28.74%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385    JBH    001   7   8   250207   0     X PAGE 1 of 1     2 0   6388   1000   M280   O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.



P.O. BOX 98873
LAS VEGAS, NV 89193-8873

For address, telephone and email changes, please complete the reverse side. Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 7755 |
| New Balance: | $429.62 |
| Minimum Payment Due: | $159.00 |
| Payment Due Date: | 03/04/25 |

**AMOUNT ENCLOSED:** $      .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

PETE TORREZ
BERRYVILLE AR 72616-8836

0000000 0042962 0012000      77550 4

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number
February 09, 2025 to March 08, 2025

## SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $429.62 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$39.00** |
| **Interest Charged** | **+** | **$9.72** |
| New Balance | | $478.34 |
| Credit Limit | | $300.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 03/08/25 |
| Days in Billing Cycle | | 28 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card        1-877-825-3242
Outside the U.S. Call                   1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $478.34 |
| Past Due Amount | $120.00 |
| Amount Due This Period | $69.00 |
| **Minimum Payment Due** | **$189.00** |
| **Payment Due Date** | **04/04/25** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 15 month(s) | $551.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | **Payments, Credits, and Adjustments** | |
| | | | **Fees** | |
| | 03/08 | 03/08 | LATE FEE | 39.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **39.00** |
| | | | **Interest Charged** | |
| | 03/08 | 03/08 | Interest Charge on Purchases | 8.67 |
| | 03/08 | 03/08 | Interest Charge on Cash Advances | 1.05 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **9.72** |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $117.00 |
| Total interest charged in 2025 | $26.36 |

Your account is currently closed.

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 28.74%(v) | $362.02 | $8.67 |
| Cash Advances | 28.74%(v) | $44.02 | $1.05 |
| STANDARD BALANCE TRANSFER | 28.74%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385        JBH        001    7    8    250307    0        C X PAGE 1 of 1        2 0    6388    1000    M280    O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK.*



P.O. BOX 98873
LAS VEGAS, NV 89193-8873

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 7755 |
| New Balance: | $478.34 |
| Minimum Payment Due: | $189.00 |
| Payment Due Date: | 04/04/25 |

**AMOUNT ENCLOSED:** $ .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

PETE TORREZ
BERRYVILLE AR 72616-8836

0000000  0047834  0015000        77550  6

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number
March 09, 2025 to April 08, 2025

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $478.34 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$47.25** |
| **Interest Charged** | + | **$10.65** |
| New Balance | | $536.24 |
| Credit Limit | | $300.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 04/08/25 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card           1-877-825-3242
Outside the U.S. Call                        1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $536.24 |
| Past Due Amount | $150.00 |
| Amount Due This Period | $69.00 |
| **Minimum Payment Due** | **$219.00** |
| **Payment Due Date** | **05/04/25** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 16 month(s) | $622.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| | | | **Payments, Credits, and Adjustments** | |
| | | | **Fees** | |
| F63880032000CYLAC | 04/08 | 04/08 | ANNUAL FEE     05/25 THROUGH 05/25 | 8.25 |
| | 04/08 | 04/08 | LATE FEE | 39.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **47.25** |
| | | | **Interest Charged** | |
| | 04/08 | 04/08 | Interest Charge on Purchases | 9.60 |
| | 04/08 | 04/08 | Interest Charge on Cash Advances | 1.05 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **10.65** |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $164.25 |
| Total interest charged in 2025 | $37.01 |

Your account is currently closed.

| INTEREST CHARGE CALCULATION | | | |
|---|---|---|---|
| Your Annual Percentage Rate (APR) is the annual interest rate on your account. | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Purchases | 28.74%(v) | $401.02 | $9.60 |
| Cash Advances | 28.74%(v) | $44.02 | $1.05 |
| STANDARD BALANCE TRANSFER | 28.74%(v) | $0.00 | $0.00 |
| (v) = Variable Rate | | | |

5385      JBH      001    7   8    250408    0        C X PAGE 1 of 1        2 0   6388    1000    M280    O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.



P.O. BOX 98873
LAS VEGAS, NV 89193-8873

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 7755 |
| New Balance: | $536.24 |
| Minimum Payment Due: | $219.00 |
| Payment Due Date: | 05/04/25 |

**AMOUNT ENCLOSED:** $              .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

PETE TORREZ
BERRYVILLE AR 72616-8836

0000000  0053624  0018000             77550  5

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 22-***
April 09, 2025 to May 08, 2025

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $536.24 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$47.25** |
| **Interest Charged** | **+** | **$11.79** |
| New Balance | | $595.28 |
| Credit Limit | | $300.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 05/08/25 |
| Days in Billing Cycle | | 30 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card          1-877-825-3242
Outside the U.S. Call                     1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $595.28 |
| Past Due Amount | $180.00 |
| Amount Due This Period | $69.00 |
| **Minimum Payment Due** | **$249.00** |
| **Payment Due Date** | **06/04/25** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 18 month(s) | $697.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| | | | **Payments, Credits, and Adjustments** | |
| | | | **Fees** | |
| F63880040000CYLAC | 05/08 | 05/08 | ANNUAL FEE    06/25 THROUGH 06/25 | 8.25 |
| | 05/08 | 05/08 | LATE FEE | 39.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **47.25** |
| | | | **Interest Charged** | |
| | 05/08 | 05/08 | Interest Charge on Purchases | 10.74 |
| | 05/08 | 05/08 | Interest Charge on Cash Advances | 1.05 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **11.79** |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $211.50 |
| Total interest charged in 2025 | $48.80 |

Your account is currently closed.

| INTEREST CHARGE CALCULATION | | | |
|---|---|---|---|
| Your Annual Percentage Rate (APR) is the annual interest rate on your account. | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| Purchases | 28.74%(v) | $448.27 | $10.74 |
| Cash Advances | 28.74%(v) | $44.02 | $1.05 |
| STANDARD BALANCE TRANSFER | 28.74%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385          JBH          001      7    8      250508    0          C X PAGE 1 of 1          2 0   6388    1000    M280    O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK.*



P.O. BOX 98873
LAS VEGAS, NV 89193-8873

**PAY YOUR BILL ONLINE at CreditOneBank.com**
Account Number:          ████████7755
New Balance:          $595.28
Minimum Payment Due:  $249.00
Payment Due Date:       06/04/25

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**AMOUNT ENCLOSED:**  $          .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

PETE TORREZ
████████████
BERRYVILLE AR 72616-8836

0000000  0059528  0021000  ████████████77550 4

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number:
May 09, 2025 to June 09, 2025

## SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $595.28 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$47.25** |
| **Interest Charged** | + | **$12.92** |
| New Balance | | $655.45 |
| Credit Limit | | $300.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 06/08/25 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card          1-877-825-3242
Outside the U.S. Call                 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $655.45 |
| Past Due Amount | $210.00 |
| Amount Due This Period | $484.45 |
| **Minimum Payment Due** | **$655.45** |
| **Payment Due Date** | **07/04/25** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 1 month(s) | $655.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | **Payments, Credits, and Adjustments** | |
| | | | **Fees** | |
| F6388004Z000CYLAC | 06/08 | 06/08 | ANNUAL FEE     07/25 THROUGH 07/25 | 8.25 |
| | 06/08 | 06/08 | LATE FEE | 39.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **47.25** |
| | | | **Interest Charged** | |
| | 06/08 | 06/08 | Interest Charge on Purchases | 11.87 |
| | 06/08 | 06/08 | Interest Charge on Cash Advances | 1.05 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **12.92** |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $258.75 |
| Total interest charged in 2025 | $61.72 |

Your account is currently closed.

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 28.74%(v) | $495.52 | $11.87 |
| Cash Advances | 28.74%(v) | $44.02 | $1.05 |
| STANDARD BALANCE TRANSFER | 28.74%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385          JBH          001     7    8     250608     0          C X PAGE 1 of 1          2 0   6388    1000    M280    O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.



P.O. BOX 98873
LAS VEGAS, NV 89193-8873

For address, telephone and email changes, please complete the reverse side. Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 7755 |
| New Balance: | $655.45 |
| Minimum Payment Due: | $655.45 |
| Payment Due Date: | 07/04/25 |

**AMOUNT ENCLOSED:** $          .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

PETE TORREZ
BERRYVILLE AR 72616-8836

0000000  0065545  0065545          77550 1

# EXHIBIT 15



## *CARD AGREEMENT*

**D368**

## *Pricing Summary*

| Interest Rates and Interest Charges | |
|---|---|
| **ANNUAL PERCENTAGE RATE (APR) for Purchases** | **28.74%**<br>This APR will vary with the market based on the Prime Rate. |
| **ANNUAL PERCENTAGE RATE (APR) for Balance Transfers** | **28.74%**<br>This APR will vary with the market based on the Prime Rate. |
| **ANNUAL PERCENTAGE RATE (APR) for Cash Advances** | **28.74%**<br>This APR will vary with the market based on the Prime Rate. |
| **Paying Interest** | Your due date is at least 24 days after the close of each billing cycle. We will not charge you any interest on Purchases if you pay your entire balance by the due date each month. We will begin charging interest on Cash Advances and Balance Transfers from the posting date. |
| **Minimum Interest Charge** | If you are charged interest, the charge will be no less than $1.00. |
| **For Credit Card Tips from the Consumer Financial Protection Bureau** | To learn more about factors to consider when applying for or using a credit card, visit the website of the Consumer Financial Protection Bureau at http:// www.consumerfinance.gov/learnmore. |
| Fees | |
| **Annual Fee** | **$75** for the first year.  After that **$99** annually ($8.25 per month). |
| **Transaction Fees**<br>• Cash Advance<br><br>• Balance Transfer<br><br>• Foreign Transaction | <br>Either **$5** or **8%** of the amount of each Cash Advance, whichever is greater.<br><br>Either **$5** or **8%** of the amount of each Balance Transfer, whichever is greater.<br><br>Either **$1** or **3%** of the amount of each purchase in U.S. dollars, whichever is greater. |
| **Penalty Fees**<br>• Late Payment<br><br>• Returned Payment | <br>Up to **$39***<br><br>Up to **$39**** |

**How We Will Calculate Your Balance:** We use a method called "average daily balance (including new Purchases)." See your Card Agreement for more details.

**Billing Rights:** Information on your rights to dispute transactions and how to exercise those rights is provided in your Card Agreement.

1

**Authorized User Card Fee:** If you request a card for an authorized user, we charge an Authorized User Card Fee of $19 annually. This fee will reduce the amount of your available credit.

**\*Late Payment Fee:** We will charge the maximum safe harbor amount, which is set annually in accordance with 12 C.F.R 1026.52(b)(1)(ii)(D). Currently the fee is $29, unless you incurred a Late Payment Fee during the prior six billing cycles. If you did, the fee is currently $39. This fee will not exceed the related Minimum Payment that was due. We charge a Late Payment Fee to your Account if at least the Amount Due This Period (less any Late Payment Fee for the current billing cycle) plus any Past Due Amount is not received by 5:00 p.m. PT on the Payment Due Date shown on your statement.

**\*\*Returned Payment Fee:** We will charge the maximum safe harbor amount, which is set annually in accordance with 12 C.F.R 1026.52(b)(1)(ii)(D). If a payment is not honored upon first presentment, even if the payment is later honored, a Returned Payment Fee will be charged to your Account. Currently, the fee is $29, unless you incurred a Returned Payment Fee in the prior six billing cycles. If you did, the fee is currently $39. This fee will not exceed the related Minimum Payment that was due.

**Additional Rate Information:** The Purchase, Balance Transfer and Cash Advance APR equals the Prime Rate plus a margin of 21.24%. This corresponds to a monthly periodic rate of 2.39500%.

**Minimum Payments:** You may pay the entire New Balance shown on your billing statement at any time. Each billing period you must pay at least the Minimum Payment Due by the Payment Due Date shown on your billing statement. The Minimum Payment Due will be the sum of:
- 5% of your outstanding balance, rounded up to the next whole dollar, or $30, whichever is greater;
- any Late Payment Fee for the current billing cycle;
- and any Past Due Amount (excluding any past due Late Payment Fees).

### *The Agreement*

This Agreement, together with the Pricing Summary, is your contract with us.

**Accepting this Agreement:** You accept this Agreement when you use the Account. You may still reject this Agreement if you have not yet used the Card, used the Account, or paid a fee after receiving a billing statement. To reject the Agreement, call us at 866-515-5721 or write us at Bank Card Center, P.O. Box 95516, Las Vegas, NV 89193-5516. If you reject the Agreement, you are not responsible for any fees or charges.

**Arbitration:** This Agreement includes an Arbitration Provision with class action and jury trial waivers. You can reject the Arbitration Provision. See "How to REJECT this agreement to arbitrate" in the Arbitration section. If you do not, it will be part of this Agreement.

**Promise to Pay:** You agree to pay us for all amounts due on your Account, including credit for Purchases, Balance Transfers, and Cash Advances, as well as interest charges and fees. This includes charges made by Additional Cardholders and other Authorized Users.

### *Definitions*

**Account** means the Credit One Bank card account under this Agreement.

**Authorized User** means any person you allow to use your Account or Card, including Additional Cardholders. If the Authorized User has been issued a Card and you want to terminate the Authorized User, you must notify us by telephone or in writing.

**Balance Transfer** means a transaction we designate that allows you to use your Account to pay another creditor or yourself. Balance Transfers cannot be used to pay us or our affiliates. A Balance Transfer will be subject to the terms of the Balance Transfer offer and this Agreement.

**Card** refers to one or more cards or access devices, including your Account number, that we give you or someone else with your authorization to get credit under this Agreement.

**Cardholder** refers to each person with a card issued in their name.

**Cash Advance** means the use of your Account to obtain funds at a financial institution or the use of a Convenience Check.

**Convenience Check** means a check we issue to you to take a Cash Advance. You may not use these checks to pay us or our affiliates.

**Purchase** means the use of the Account to obtain goods or services.

**Prime Rate** means the highest U.S. Prime Rate in the Money Rates section of The Wall Street Journal on the 25th day of the month, or the next day if that day is not a publication day. If The Wall Street Journal does not publish the U.S. Prime Rate, we may substitute another index.

**we**, **us**, **our**, and **Credit One Bank** refer to Credit One Bank, N.A., the issuer of your Card.

**you**, and **your** refer to each person who has applied for the Account and where appropriate, the Authorized User.

## *Features and Use of Your Account*

**Using Your Card:** You may make Purchases wherever the Card is accepted. You may use the Account to obtain Cash Advances, but you may not make more than two Cash Advance transactions per day which may not exceed the lower of your available credit for cash or $200. You may use the Account for only personal, family, or household purposes, and if your Account is used for any other purpose you are still responsible for such use. You may not use the Account for business or commercial purposes. The Account may not be used for online or internet gambling or illegal purposes.

**Your Credit Limit:** We will tell you your credit limit. Keep your Account balance below your credit limit. If you do not, you must still pay us. We may designate part of your credit limit as a Cash Advance limit and part as a Balance Transfer limit. We may change your credit limit(s) at any time, without notice. You may use a portion of your credit limit for Cash Advances and Balance Transfers. Each Purchase, Cash Advance, and Balance Transfer obtained will reduce the amount of available credit under your credit limit until it is repaid. We may delay increasing your available credit by the amount of any payment that we receive for up to 12 calendar days.

**Credit Limit Increase:** To request a credit limit increase contact the Customer Service number on your statement. We may impose a fee for processing the request.

**Credit Authorizations:** We may decline to authorize a transaction for any reason. We will not be liable to you if we decline a transaction or if anyone refuses any use of your Card.

**Automatic Billing:** You may set up automatic billing with a merchant. You authorize us to provide an updated Account number or Card expiration date to any merchant at our discretion. Contact the merchant to stop automatic billing.

**Joint Accounts:** If this is a joint account, each of you is responsible individually and together for all amounts owed. Each of you is responsible even if the Account is used by only one of you. You will continue to be liable for the entire balance of the Account, even if your co-applicant is ordered by a court to pay us. You will remain liable to us if your co-applicant fails to pay as ordered by the court. Your Account status will continue to be reported to the credit reporting agencies under each of your names. The delivery of notices or billing statements to either of you serves as delivery to each of you. We may rely on instructions given by either of you. We are not liable to either of you for relying upon such instructions.

**Electronic Access:** Applications (apps) on electronic devices (such as mobile wallets) can store your Card and can be used to get credit under this Agreement. Such transactions are covered by this Agreement. Apps may have separate terms of use. We are not responsible if you violate those terms or for any consequences from violating those terms.

**Additional Cardholder:** At your request, we may, at our discretion, issue, in the name of another person, an additional Card on your Account. That person is an Additional Cardholder, as well as an Authorized User. An Additional Cardholder has access to certain Account information including balance, available credit and payment information. If you advise us that the Additional Cardholder is your spouse, information regarding the Account will be provided to consumer reporting agencies in your name as well as in the name of the Additional Cardholder. By requesting that we add an Additional Cardholder to your Account, you represent that you (1) have the consent of the Additional Cardholder to be added to the Account, (2) have provided a copy of this Agreement to the Additional Cardholder, and (3) if the Additional Cardholder is your spouse, you have told the Additional Cardholder that Credit One Bank will furnish credit information about them to the credit reporting agencies in connection with the Account. The Additional Cardholder may report the Card lost or stolen and may remove him or herself from the Account.

## *Interest Rates and Interest Changes*

**Annual Percentage Rates (APRs):** See the Pricing Summary for your APRs. The APR for Balance Transfers will be the same as the APR for standard Purchases, unless a promotional rate applies.

**Variable Rates:** Your Pricing Summary indicates whether you have any variable APRs. Variable APRs are determined by adding to the Prime Rate the number of percentage points ("margin") specified in the Pricing Summary. Variable APRs will increase or decrease when the Prime Rate changes. The APR change will take effect beginning with billing cycles that end on or after the first day of the month after the month in which the Prime Rate changes. An increase in the APR will increase your interest charges and may increase your Minimum Payment Due.

3

**Average Daily Balance Method (including new transactions):** We calculate interest each billing cycle by first figuring the "average daily balance" for each type of balance. Standard Purchases, standard Cash Advances, standard Balance Transfers, and each promotional offer, are all types of balances.

For each type of balance, for each billing cycle, we start with the balance on the last day of your previous billing cycle. We subtract any unpaid interest. This is the beginning balance each day. Each day of the billing cycle we subtract any new payments and credits applied to that type of balance. We add any new transactions and fees for that type of balance. We add Purchases, Cash Advances, and Balance Transfers on the post date. We add transaction fees on promotional rate and non-promotional rate Balance Transfers to the same type of balance as the transaction. We add all other fees to the standard Purchase balance. This gives us the daily balance for that type of balance, except that if the daily balance is negative, we treat it as zero. We then add up all of the daily balances and divide by the number of days in the billing cycle. This gives us the "average daily balance" for that type of balance. We multiply the average daily balance by the applicable monthly periodic rate (the APR divided by 12). This gives us the interest charged for that type of balance for that billing cycle. This interest is included in the Account balance on the last day of the billing cycle. The results for all types of balances are then added together to determine the total interest charged that billing cycle.

**When Interest Begins:** We begin to impose interest on a transaction or fee from the day we add it to the daily balance. We continue to impose interest until you pay the total amount you owe us. You can avoid paying interest on Purchases as described below. However, you cannot avoid paying interest on Balance Transfers or Cash Advances.

**How to Avoid Paying Interest on Purchases ("Grace Period"):** If you pay the New Balance on your billing statement by the Payment Due Date shown on that billing statement, we will not impose interest on new Purchases paid by the Payment Due Date on your current billing statement. The Payment Due Date will be at least 24 days after the close of the billing cycle. If you have been paying your Account balance in full and thereby avoiding interest on Purchases, but then do not pay the next New Statement Balance in full by the Payment Due Date, in that billing cycle we will start charging interest on the unpaid portion of your balance.

## *Fees*

See the Pricing Summary for additional Fee information.

**Annual Fee:** If your Account is subject to an Annual Fee, the amount and when it is billed is shown on the Pricing Summary. The Annual Fee is billed to the Account until the Account is closed and the outstanding balance is paid in full. The Annual Fee is refundable as long as you cancel your Account and have not used your card for any Purchases, Cash Advances, or Balance Transfers and you have not made a payment.

**Credit Limit Increase Fee:** If a fee is imposed for processing a Credit Limit increase request, we will tell you the amount of the fee at the time of your request and before you agree to it.

**Foreign Transaction Fee:** We add this fee, unless "None" is stated in the Pricing Summary table, for each purchase made outside the U.S. (A purchase is made outside the U.S. unless it is made with a U.S. merchant, processed completely in the U.S., and in U.S. dollars.) The fee is a percentage of the U.S. dollar amount of the purchase. American Express charges a foreign currency conversion fee of 1% of the amount of the transaction in U.S. dollars. This fee is included as part of the Foreign Transaction Fee listed in the Pricing Summary.

**Optional Express Payment Service Fee:** If a representative of ours helps expedite your payment, we may impose an Express Payment fee. You will be informed of the amount of the fee before you complete the transaction.

**Duplicate Statement Fee:** If you request a duplicate copy of a monthly statement, for any purpose other than to assert a billing error, you will be charged a fee of up to $10 for each statement copy requested.

**Sales Slip Request Fee:** If you request a copy of a sales slip, for any purpose other than to resolve a dispute about the charges on your Account, you will be charged a fee of $6 for each sales slip copy requested.

**Replacement Card Fee:** If you request a replacement card, a Replacement Card Fee of up to $25 may be charged to your Account.

## *Payments*

**Minimum Payment Due:** See the Pricing Summary for the minimum payment requirements.

**Small Balances:** As it is uneconomical for both you and us to process payments or maintain credits that are $1 or less in amount, you agree as follows: (1) In any billing cycle in which you have had no transactions and your New Balance on the billing date is $1 or less, the balance will be rounded to

4

zero and you will not receive a bill for this amount. (2) In the event that you have a credit balance of $1 or less for two consecutive billing cycles, the balance will be rounded to zero and you will not receive a refund of this amount.

**Payment Instructions:** You must pay us in U.S. dollars, in funds on deposit in the U.S. We credit your payments in accordance with the terms contained on your billing statement. If you mail your payment to an address other than the address designated on your billing statement, there may be a delay in processing and crediting the payment to your Account.

**Irregular Payments:** Any payment submitted in offer of settlement of a disputed debt, including any item containing a notation such as "paid in full," and any other item with a restrictive endorsement, must be sent to: Credit One Bank, P.O. Box 95516, Las Vegas, NV 89193-5516. We can accept late payments, partial payments, and checks or other items with restrictive endorsements at any other address without losing any of our rights under this Agreement.

**Postdated Checks:** You agree that we need not examine any payment check to confirm that it is not postdated and that we may deposit any postdated check on the day we receive it.

**Payment Allocation:** We apply payments up to the Minimum Payment Due and credits at our discretion, which may result in balances at lower APRs being paid first and higher interest charges. Payments over the Minimum Payment Due will be applied to balances with higher APRs first.

## *Collecting, Sharing, and Updating Information*

**Customer Privacy:** We send you our Privacy Policy when you open your Account and thereafter in accordance with applicable law. It summarizes the personal information we collect; how we safeguard its confidentiality and security; when it may be shared with others; and how you can limit our sharing of this information. You accept the terms of our Privacy Policy when you use the Account. Contact us or visit CreditOne.com if you would like a copy.

**Information About You:** You authorize us to obtain and/or use information about you from third parties and credit reporting agencies to: (1) verify your identity and/or conduct investigative inquiries; (2) determine your income and credit eligibility; (3) review your Account and provide renewal of credit; (4) verify your current credit standing in order to present future credit limit increases or decreases; (5) qualify you for and present additional lines of credit or other offers; and (6) collect amounts owing on your Account. Upon request, we will tell you the name and address of any credit reporting agency that provided us with information concerning you.

**Furnishing Information:** We may furnish information concerning your Account or credit file to consumer reporting agencies and others who may properly receive that information. If you believe that information we furnished is inaccurate or incomplete, please write us at Credit One Bank, P. O. Box 98873, Las Vegas, NV 89193-8873. Please include your name, address, home phone number and Account number.

**Telephone Calls, Text Messages and Emails Regarding Your Account:** You are providing express written permission and consent authorizing Credit One Bank and our agents, servicers, contractors, subsidiaries, affiliates, officers, and other partners and employees to contact you at any phone number (including mobile, cellular/wireless, or similar devices) or email address you provide at any time, for any lawful purpose. The ways in which we may contact you include live operator, dialing system, automatic telephone dialing systems (auto-dialer), prerecorded and artificial voice message, text/SMS message or email. Phone numbers and email addresses you provide include those you give to us, those from which you, or someone acting on your behalf, contact us or which we obtain through other means. If you provide a phone number for which you are not the owner, you confirm you are authorized to provide that number. Such lawful purposes include, but are not limited to: obtaining information; activation of the card for verification and identification purposes; account transactions or servicing related matters; suspected fraud or identity theft; collection on the Account; and providing information about special products and services. You agree to pay any fee(s) or charge(s) that you may incur for incoming communications from us or outgoing communications to us, to or from any such number or email address, without reimbursement from us.

**Communication Revocation:** You may revoke your authorization for most communications. However, you cannot revoke authorization for fraud related communications or legally required communications. To change your communication preferences or to revoke consent you must write us. Please:
- include your name, mailing address, and the last four digits of your Account number;
- specify whether you are changing your preferences regarding mail, telephone calls, emails, and/or text or SMS messages;
- provide the specific phone number(s) and/or email address for which you are requesting communications to cease;
- send this written notice to: Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873.

Certain communication preferences can be changed on-line. Please log in to your Account to see if that option is available.

**Telephone Monitoring:** You agree that we (and our servicers, agents and contractors) may monitor and record any calls between you and us.

5

**Updating Your Phone Number:** Notify us immediately if you change mobile or cell phone numbers or plan to give your phone to someone else. It is your responsibility to provide us with a true, accurate and complete mobile number and to maintain and update promptly any changes in this information. You can update your mobile number by calling us at the phone number on the back of your Card.

**Indemnification:** If you provide telephone number(s) for which you are not the subscriber, or fail to notify us when you cease to be the subscriber for a telephone number you previously gave us, you agree to indemnify us, our subsidiaries, affiliates, officers, agents, servicers, contractors, and other partners and employees for any costs and expenses, including reasonable attorneys' fees, incurred as a result of us contacting or attempting to contact you at the number(s). Your obligation under this paragraph shall survive termination of the Agreement.

## *Account Closure*

**Default:** You are in default under this Agreement if (1) bankruptcy or another insolvency proceeding is filed by or against you; (2) we reasonably believe you are unable or unwilling to repay us; (3) you die or are legally incompetent or incapacitated; (4) you fail to comply with the terms of this Agreement, including failing to make a required payment when due, exceeding your credit limit or using your Card or Account for an illegal transaction; (5) you give us misleading, false, incomplete or incorrect information or fail to give us any information we deem necessary; or (6) if you no longer permanently reside in one of the 50 states or the District of Columbia. If you are in default, we may declare the entire Account balance immediately due and payable without advance notice.

**Collection Costs:** If we use an attorney to collect your Account, we may charge you our legal costs as permitted by law. These include reasonable attorneys' fees, court or other collection costs, and fees and costs of any appeal.

**Closing Your Account:** You may close your Account at any time. You will remain responsible for any amount you owe us under this Agreement. Any joint Cardholder may cancel a joint Account. However, both of you will remain responsible for paying all amounts owed. If your Account is subject to an Annual Fee, the fee will continue to be charged until you pay your outstanding balance in full.

We may cancel, suspend or not renew your Card, Account, or access to the credit line at any time and for any reason without notice. If your Account is closed by us, the Annual Fee will continue to be charged until you pay your outstanding balance in full.

However, when your Account is closed, if there is: (1) a debit balance of $1 or less, that balance will be rounded to zero and you will not be required to pay this amount; or (2) a credit balance of $1 or less, that balance will be rounded to zero and this amount will not be refunded to you. The rounding to zero may occur after your closing statement cycles, and you may not receive a statement reflecting the rounding.

## *Arbitration Agreement*

**PLEASE READ CAREFULLY—IMPORTANT—AFFECTS YOUR LEGAL RIGHTS**

This agreement to arbitrate provides that you or we can require controversies or disputes between us to be resolved by BINDING ARBITRATION. You have the right to REJECT this agreement to arbitrate by using the procedure explained below.

If you do not reject this agreement to arbitrate, you GIVE UP YOUR RIGHT TO GO TO COURT and controversies or disputes between us will be resolved by a NEUTRAL ARBITRATOR INSTEAD OF A JUDGE OR JURY, using rules that are simpler and more limited than in a court. Arbitrator decisions are subject to VERY LIMITED REVIEW BY A COURT. Arbitration will proceed INDIVIDUALLY— CLASS ACTIONS AND SIMILAR PROCEDURES WILL NOT BE AVAILABLE TO YOU.

**Agreement to Arbitrate:** You and we agree that either you or we may, without the other's consent, require that controversies or disputes between you and us (all of which are called "Claims"), be submitted to mandatory, binding arbitration. This agreement to arbitrate is made pursuant to a transaction involving interstate commerce, and shall be governed by, and enforceable under, the Federal Arbitration Act (the "FAA"), 9 U.S.C. §1 et seq., and (to the extent State law is applicable), the laws of the State of Nevada.

For purposes of this agreement to arbitrate, "you" includes you, any co-applicant, any Authorized User (including Additional Cardholders), or anyone else connected with you or claiming through you; and "we" or "us" includes Credit One Bank, N.A., all of its parents, subsidiaries, affiliates, successors, predecessors, employees, and related persons or entities, and all third parties who are regarded as agents or representatives of us in connection with the subject matter of the claim or dispute at issue.

**Covered Claims:** Claims subject to arbitration include, but are not limited to, any controversies or disputes arising from or relating in any way to your Account; any transactions involving your Account; any disclosures made to you concerning your Account; any interest, charges, or fees assessed on your Account; any service(s) or programs related to your Account; and, if permitted by the rules of the arbitration forum, any collection of debt related

6

to your Account. Claims also include controversies or disputes arising from or relating in any way to advertising, solicitations, or any application for, approval of, or establishment of your Account. Claims subject to arbitration include any controversies or disputes based on any theory of law, whether contract, tort, statute, regulation, common law, or equity, or whether they seek legal or equitable remedies. All Claims are subject to arbitration whether they arose in the past, may currently exist, or may arise in the future. Arbitration will apply even if your Account is closed, you pay us in full any outstanding debt you owe, or you file for bankruptcy. Also, controversies or disputes about the validity, enforceability, coverage, meaning, or scope of this agreement to arbitrate or any part thereof are subject to arbitration and are for the arbitrator to decide. Any questions about what Claims are subject to arbitration shall be resolved by interpreting this agreement to arbitrate in the broadest way the law will allow it to be enforced.

**Claims Not Covered:** Claims (whether brought initially or by counter or cross-claim) are not subject to arbitration if they are filed by you or us in a small claims court, so long as the case remains in such court and only individual claims for relief are advanced in the case.

**No Class Arbitration or Consolidation or Joinder of Parties:** Class actions and other similar procedures in which individuals seek to represent similarly situated individuals or seek relief on behalf of the general public, and consolidation or joinder of Claims (except for claimants on the same account), are NOT available under this agreement to arbitrate. Claims in arbitration will proceed on an INDIVIDUAL basis only:

> UNLESS YOU REJECT THIS AGREEMENT TO ARBITRATE, YOU AND WE WAIVE THE RIGHT TO ASSERT OR PARTICIPATE IN A CLASS ACTION OR ANY REPRESENTATIVE OR CONSOLIDATED PROCEEDING IN COURT OR IN ARBITRATION.

The arbitrator shall have no authority to entertain any Claim as a class action or private attorney general action or on any other similar representative basis, nor shall the arbitrator have any authority to consolidate or join Claims brought by separate claimants (except for claimants on the same account). This also means that the arbitrator shall have no authority to make any award for the benefit of, or against, any person other than the individual who is the named party.†

**†Notice to California Account Holders:** This agreement to arbitrate shall not be construed to prevent you from seeking in the arbitration the remedy of public injunctive relief if (a) you reside in California, (b) you resided in California at the time you entered into this agreement to arbitrate, or (iii) the billing address for your Account is a California address (hereafter, "California Account Holder").

**Initiation of Arbitration:** The arbitration shall be administered by the American Arbitration Association ("AAA") before a single arbitrator under the AAA's Consumer Arbitration Rules, or by a mutually agreeable administrator, before a single arbitrator, as modified by this arbitration provision. Information about the arbitration process for AAA can be obtained from the AAA at www.adr.org. The arbitrator shall be selected from the AAA (or mutually agreeable administrator) panel of neutrals then active on the roster maintained by the AAA (or mutually agreeable administrator) office located in the city of or nearest to your billing address and, unless otherwise mutually agreed, the arbitrator shall be a retired federal judge, a retired state appellate judge, a retired state trial judge, or a lawyer with at least 15 years of experience in that order of preference.

In the event that the AAA or mutually agreeable administrator is unable or unwilling to handle the Claim for any reason, then the matter shall be arbitrated instead by a neutral arbitrator selected by agreement of the parties (or, if the parties cannot agree, selected by a court in accordance with the FAA).

**Arbitration Procedures and Applicable Law; Offer of Settlement:** Unlike a lawsuit in state or federal court, arbitration is conducted by a private organization that specializes in alternative dispute resolution. Disputes in arbitration are decided by a neutral arbitrator instead of a judge or jury. You may represent yourself in arbitration, or you may be represented by a lawyer.

Under this agreement to arbitrate, a single arbitrator designated by the arbitration administrator will decide the Claim under applicable law. The arbitrator is bound by the terms of this agreement to arbitrate. The AAA or mutually agreeable administrator will apply its code of procedures in effect at the time the arbitration claim is filed. If there is a conflict between that code of procedures and this arbitration provision and/or any sections of this Card Agreement, this arbitration provision and/or this Card Agreement will control. The arbitrator will honor all claims of privilege recognized by law. Subject to the prohibition on class, representative, and consolidation procedures set forth above, the arbitrator will have the power to award to a party any damages or other relief (including relief in equity) provided for under applicable law. That is, a party will be entitled to recover in arbitration any damages or other relief that it could recover if it prevailed in a court proceeding. An arbitrator's award shall consist of a written statement setting forth the disposition of each Claim. At the request of any party, the arbitrator shall also set forth a written explanation of the essential findings and conclusions on which the award is based. An arbitration award shall decide the rights and obligations only of the parties named in the arbitration, and shall not have any bearing on another person or dispute.

If your Claim is for $10,000 or less, you may choose whether the arbitration will be conducted solely on the basis of documents, in a telephonic hearing, or in an in-person hearing.

7

Any in-person hearing will take place in the federal judicial district that includes your billing address at the time the Claim is filed, unless the parties agree to a different place.

**The Arbitrator's Decision:** The arbitrator's decision will be final and binding on the parties. A party can file a written appeal to the arbitration administrator within thirty (30) days after an award is issued. The appeal will proceed before a panel of three neutral arbitrators designated by the same arbitration administrator. The panel will decide anew all factual and legal issues, following the same rules of procedure, by majority vote any aspect of the original decision objected to. The costs of such an appeal will be borne in accordance with the below paragraph entitled "Fees and Costs". Any review by a court shall be governed by the Federal Arbitration Act. Any final arbitration award will be binding on the named parties and enforceable by any court having jurisdiction.

**Fees and Costs:** We will pay any costs that are required to be paid by us under the arbitration administrator's rules of procedure. If you file the arbitration, you will pay your share of the initial filing fee, unless you seek and qualify for a fee waiver under the applicable rules of the arbitration administrator. The party filing an appeal shall be responsible for all filing fees and costs of the appeal unless prohibited by administrator's rules of procedure. All parties are responsible for their own attorney's fees, expert fees and any other expenses, unless the arbitrator awards such fees or expenses to you or us if allowed by applicable law.

**Other Parties Subject to this Agreement to Arbitrate:** In addition to you and us, the rights and duties described in this agreement to arbitrate apply to: any third party co-defendant of a claim subject to this arbitration provision; all joint account holders, Additional Cardholders, and Authorized Users of your Account(s).

**How to REJECT this Agreement to Arbitrate:** You can reject this agreement to arbitrate but only if we receive from you a written notice of rejection within 45 days after it was first provided to you. To reject this agreement to arbitrate you must send the notice of rejection to: Credit One Bank, Attention: Arbitration Opt Out, P. O. Box 98873, Las Vegas, NV 89193-8873. Rejection notices sent to any other address will not be accepted or effective. If you decide to reject this agreement to arbitrate in writing, your notice must state that you reject this agreement to arbitrate and include your name, address, account number, and personal signature. Rejection of arbitration will not affect your other rights or responsibilities under this Card Agreement.

**Survival, Severability, and Amendment of Terms:**
_Survival._ This agreement to arbitrate shall survive changes in the Agreement and termination of the Account or the relationship between you and us, including the bankruptcy of any party and any transfer or sale of your Account, or amounts owed on your Account, to another person or entity.
_Severability._ If any part or parts of your agreement to arbitrate are declared unenforceable, then such specific part or parts shall be of no force or effect and shall be severed, but the remainder of this agreement to arbitrate shall continue in full force and effect. If, however, the entire agreement to arbitrate or your waiver of the right to bring or participate in a class or representative action or in consolidation procedures is unenforceable, then the agreement to arbitrate shall be of no force or effect. Notwithstanding the preceding sentence, with respect to California Account Holders, if arbitration is unenforceable, in whole or in part, you and we agree to resolve any Claim by a judicial reference proceeding as described above.
_Amendment in Writing Only._ This agreement to arbitrate may not be amended, severed, or waived, except as expressly provided in the Agreement or in a written agreement between you and us.

## _Other Information_

**Transactions in Foreign Currencies:** If you make a transaction at a merchant that settles in a currency other than U.S. dollars, American Express will convert that charge into a U.S. Dollar amount. That conversion will be done at a rate selected by American Express from the range of rates available in wholesale currency markets for the applicable central processing date, which rate may vary from the rate American Express itself receives, or the government-mandated rate in effect for the applicable central processing date. The currency conversion rate used on the processing date may differ from the rate that would have been used on the purchase date or on the date the transaction is posted to your Account. You agree to pay the converted amount, including any charges for the conversion that may be imposed as described above.

**Changes to Your Agreement:** The rates, fees and terms of this Agreement may change and we may add or delete any term to this Agreement, consistent with applicable law. We will give you advance written notice of these changes and a right to reject the change, if required by law.

**Unauthorized Use:** Notify us immediately if your Card is lost or stolen or you suspect that someone is using your Card or Account without your permission.

**Assignment:** We may assign any or all of our rights and obligations under this Agreement. You may not assign any of your rights or obligations under this Agreement.

**No Waiver:** We will not lose our rights under this Agreement because we delay or do not enforce them.

**Governing Law:** This Agreement is governed by and interpreted in accordance with the laws applicable to national banks, and, where no such laws apply, by the laws of the State of Nevada, excluding the conflicts of law provisions thereof, regardless of your state of residence.

**Conformance with Law; Severability:** If any part of this Agreement conflicts with applicable law, that provision will be considered modified to conform to applicable law. If any part of this Agreement is invalid, the rest shall remain in effect, except as otherwise noted in the Arbitration Provision.

## *Your Billing Rights: Keep this Document for Future Use*

**This notice tells you about your rights and our responsibilities under the Fair Credit Billing Act.**
**What To Do If You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at the Billing Inquiries address on the statement.

In your letter, give us the following information:
- *Account information:* Your name and Account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 3 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

**What Will Happen After We Receive Your Letter**
When we receive your letter, we must do two things:
1. Within 30 days of receiving your letter, we must tell you that we received your letter. We will also tell you if we have already corrected the error.
2. Within 90 days of receiving your letter, we must either correct the error or explain to you why we believe the bill is correct.

**While we investigate whether or not there has been an error:**
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**After we finish our investigation, one of two things will happen:**
*If we made a mistake:* You will not have to pay the amount in question or any interest or other fees related to that amount.

*If we do not believe there was a mistake:* You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may then report you as delinquent if you do not pay the amount we think you owe.

If you receive our explanation but still believe your bill is wrong, you must write to us within 10 days telling us that you still refuse to pay. If you do so, we cannot report you as delinquent without also reporting that you are questioning your bill. We must tell you the name of anyone to whom we reported you as delinquent, and we must let those organizations know when the matter has been settled between us.

If we do not follow all of the rules above, you do not have to pay the first $50.00 of the amount you question even if your bill is correct.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50.00. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own or operate the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at the Billing Inquiries address shown on your statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you of our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

## *Rewards Program Supplement*

This Supplement describes the terms and conditions of the Credit One Cash Back Rewards Program ("Program") and supplements the Card Agreement that governs your credit card account issued by Credit One Bank, N.A. (the "Account").   By using the Account, you agree to participate in the Program. Your participation is subject to the terms of the Card Agreement, including the arbitration provision, if applicable, and this Supplement.  In the event of a conflict between the Card Agreement and this Supplement, with respect to matters relating to the Program, this Supplement controls.

**Earning Cash Back Rewards**: You earn cash back rewards in the form of an automatic statement credit equal to 1% of Net Eligible Purchases (as defined below) made with your Account. You do not earn cash back rewards on Cash Advances, Balance Transfers, interest, fees, and other charges. We will post a statement credit to your Account within seven days after the end of the month based on the Net Eligible Purchases made with your Account from the first day to the last day of the current month. If your Account is in default, as defined in your Card Agreement, at the time the credit is to be posted, you WILL NOT receive the credit. Cash back rewards have no cash value.

**Merchant Categories**: Merchants who accept credit cards are assigned a merchant code, which is determined by the merchant or its processor in accordance with the applicable network's procedures based on the kinds of products and services they primarily sell. We group similar merchant codes into Eligible Purchase categories for purposes of making cash back rewards offers to you. Please note:
- We make every effort to include all relevant merchant codes in our cash back rewards categories. However, even though a merchant or some of the items that it sells may appear to fit within a cash back rewards category, the merchant may not have a merchant code in that category. When this occurs, Purchases with that merchant won't qualify for cash back rewards offers on Purchases in that category.
- Although a merchant or the items that it sells may appear to fit the reward categories, the merchant may not have or use an eligible Code. Purchases made without an eligible code WILL NOT qualify for cash back rewards. A merchant with more than one location may submit Purchases using different codes, including codes that are not eligible under this Program. This means that Purchases from the same merchant at a different location may result in no cash back rewards.
- Purchases submitted by you, an authorized user, or the merchant through third-party payment accounts, mobile or wireless card readers, online or mobile digital wallets, or similar technology will not qualify in a cash back rewards category if the technology is not set up to process the purchase in that cash back rewards category.

**Eligible Purchases**: Eligible Purchases are Purchases from merchants in the following categories:
- gasoline,
- grocery (grocery Purchases do not include Purchases at superstores, at stores that sell groceries and other products like drugstores and convenience stores; or at smaller stores like bakeries, candy, nut or confection stores),
- mobile phone service, and
- internet, cable and satellite TV service.

**Purchases That Are Not Eligible:** Purchases from the following types of merchants are not eligible for cash back rewards:
- oil, propane, home heating companies,
- PayPal,
- warehouse clubs (including but not limited to Sam's Club and Costco),
- discount supercenters (including but not limited to Wal-Mart and Target).

**Net Eligible Purchases**: Net Eligible Purchases are Eligible Purchases minus any returns, disputed charges, unauthorized charges, illegal or fraudulent charges or other credits for such Purchases.

**Program Restrictions**: You will receive an automatic cash back rewards credit on each statement that has at least one Net Eligible Purchase. Automatic statement credits for cash back rewards will reduce the balance on your Account but will not count as payments. You will still be required to pay at least the Minimum Payment Due as shown on your billing statement each month. You WILL NOT earn cash back rewards for Purchases made while your Account is in default as defined within your Card Agreement. This Program excludes Accounts already enrolled in a different Credit One cash back rewards program.

**Changes:** The Program may be changed (added to, modified or deleted) by us at any time, including without limitation amendments to the definition of Eligible Purchases.  We will give you prior notice to the extent required by law. Any revisions may affect your ability to earn cash back rewards.

**Termination**: We may suspend or terminate the Program or your participation in the Program at any time without prior notice. In such event, we will evaluate your Account for any eligible cash back rewards as of the Program termination date. Provided that you meet all of the other Program Restrictions listed above at that time, you will receive a distribution of the cash back rewards earned during the current billing period in the form of a statement credit.

**Limited Liability**: Unless otherwise required by law, this Program, or our Card Agreement with you, we will not be liable to you or anyone making a claim on your behalf, in connection with: (1) any change or termination of the Program; (2) any loss, damage, expense or inconvenience caused by any occurrence outside of our control; (3) any taxes that you incur as a result of receiving cash back rewards, payment of which taxes will be your responsibility; (4) any merchandise or services you purchase, or for any direct, indirect or consequential damages with respect to the use of your Account. In any event, any liability that Credit One may have to you in connection with the Program shall be limited to the amount of any cash back rewards you have earned in this Program. The Program and cash back rewards are void or limited where prohibited or restricted, respectively, by federal, state or local law.

American Express is a federally registered service mark of American Express. This credit card program is issued and administered by Credit One Bank, N.A., pursuant to a license from American Express.

© 2025 Credit One Bank, N.A. All rights reserved.
Credit One®, Credit One Bank®, and corresponding logos are federally registered trademarks.    12/24    **D368**