Jacqueline Manzano
401 Paradise Heights Drive
Berryville, AR  72616
702-788-0599
Jmdesigns88@proton.me
Alton Grisham
AG-84proton.me@proton.me
Pete Torrez
ptorrez54@aol.com
*Joinder Plaintiffs, in proper person*

US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

FEB 1 9 2026

Ronald E. Dowling
By_____
Deputy Clerk

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF ARKANSAS

JACQUELINE MANZANO, et al,

　　　　　　Plaintiff(s),

　　　　　-vs-

,CREDIT ONE BANK, N. A., *et al,*

　　　　　　Defendant(s).

CASE NO.3:25-CV-03072-TLB

PLAINTIFF' AFFIDAVIT

## AFFIDAVIT

## IN SUPPIRT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTIONS (Dkt. # 21 and #23)

Comes now Jacqueline Manzano, the Affiant, and does solemnly affirm that the statements herein are true and correct in substance and in fact, to wit:

1. Affiant is competent and qualified to testify as to the facts herein and that I have personal knowledge of each.

2. Fact, Affiant sent defendant Credit One Bank three separate notices requesting information as to the accuracy of the account, their financial

injury, and default insurance, and was met with silence. Out of frustration, Affiant used common law self-help rescission, and statutory rescission, and thereby rescinded the Credit One Bank's agreement including its arbitration clause, and all documents signed in connection therewith, due to Defendants breach, and violations of federal consumer protection laws, and proper notice was sent on January 31, 2025 and delivered to Defendant on February 4, 2025, and notice was complete upon receipt. ( **Communications EXHIBIT A)**

3. Affiant objected at all times post-rescission to any arbitration process undertaken by each of the Defendants against me. Affiant did not agree to participate in any arbitration process involving the Defendants. Emails communication with defense counsel **(See emails EXHIBIT B-1)**

4. **Fact,** There has never been any exchange of any money or item of value between Affiant and defendants LVNV and RCS, and Affiant has never entered into any contractual or debtor arrangements with LVNV or RCS. **(Communications EXHIBIT B)**

5. **OCC Public Disclosure** of January 31, 2022 reports that, "More than 95 percent of the banks receivables are sold daily without recourse."

6. The Affiant objects to the Declaration of "Michael Wiese" on the ground that it is not relevant and is inadmissible hearsay. Anyone can testify to the facts in that Declaration, Wiese has no personal knowledge as to whether or not the Affiant promised to pay under any certain terms, or that Credit One even lent anything to the Affiant.

7. The purported Agreement is not and does not represent any agreements Affiant may or may not have ever had with the Defendant COB. The agreement attached to Defendants Motion is a copy of an example, unsigned and does not even show a date of service or a date when it was written and agreed to.

8. The evidence attached to Defendants Motion does not identify any specific arbitration agreement bearing a date, including evidence of the Affiant's expression to agree to any terms involving arbitration. Knowing that creditors such as Credit One amend such agreements at least annually, including sell open accounts to SPV's, there is no indication by the record as to which version of the account agreement is evidenced or to which billing periods it would apply.

9. Affiant at no time entered into a binding contractual relationship or agreement to become indebted to LVNV or Resurgent. To the contrary, Affiant timely disputed the alleged debt and made some inquiries as to Defendants standing to collect the alleged debt they claimed was owed, including a description of their financial injury, and was met with silence.

10. Only now, after one year of silence, does Credit One join its affiliate defendants LVNV and RCS and files a Motion to Compel arbitration, despite the rescinded account and arbitration agreement, and even upon receipt of the Affiants rescission of the entire contract agreement, Defendants failed to reject, or respond to the rescission, and failed to raise arbitration, instead Credit One chose silence.

11. When Affiant sent three separate Notices regarding billing errors and inaccurate accounting, COB did not inform the Affiant that the Account ending in 2393 was securitized and traded away, thereby relinquishing any alleged claim COB may have against the Affiant, including arbitration.

12. Credit One Bank failed to inform Plaintiffs that the instrument of alleged indebtedness is actually recorded as an "asset" and as an "account payable" in their hidden "liability" ledger. Affiant has a right to request a copy of these records.

13. Affiant contends that even if an Agreement did exist in LVNV and RSC' electronic file, the Agreement was extinguished the moment COB sold the debt/account to an SPV days before the Affiant received the credit card in the US mail, which extinguished the agreement and enforcement rights, if any.

14. In this case, Affiant never undertook any obligation to LVNV or RCS—there is no promise, no assent, and no contract between Affiant and these debt buyers. Any alleged "obligation" to LVNV or RCS is based only on bills of sale between financial institutions, to which Affiant was not a party to. Under basic common-law principles, including assumpsit, a stranger to such arrangements cannot claim that a consumer, such as Affiant has promised to pay it or to arbitrate with it.

15. Affiant never reaffirmed any agreement to arbitrate, assumed any duty to LVNV or RCS, there is no basis in contract or in assumpsit to compel Affiant to arbitrate with these entities. "A contract requires mutual agreement between interested parties. Once Credit One sold accounts to SPV days after opening, the original relationship terminated. Legally binding modification requires all parties' consent via rider or new contract, and none exists.

16. Affiant promised Defendants LVNV and RCS nothing. Defendants lack arbitration enforcement power. Credit One surrendered rights to SPV before card delivery. No Affiant-LVNV, RCS contracts exist. Six 'WITHOUT RECOURSE' bills (Dkt. 21) confirm empty chain.

17. Affiant contends that Defendants cannot file motions to create jurisdiction they lack. LVNV and RSC holds no privity, no signed contracts from Affiant, and no arbitration standing. Defendants Motion to compel serves only to evade merits of Affiant's claims. Six without recourse Bills (Dkt. 21) prove debt buyers cannot bootstrap arbitration rights. No motion creates jurisdiction where none exists.

18. Affiant disputed the alleged debt with LVNV and RCS, and made inquiries, which were met with continued collection, negative reporting to the CRA's, and with silence. ( **Credit Reports EXHIBIT C**)

19. Affiant contends that Credit One' August 26, 2025 email proves SPV sale eliminated COB' arbitration rights before LVNV assignment of Affiant's account, resulting in no privity or right to enforce arbitration.

20. Affiant contends "Paige Hale's declaration fails FRE 602 personal knowledge requirement. As Resurgent paralegal, Hale testifies to LVNV/Resurgent records only— not Credit One's missing account origination or SPV sale Incompetent to authenticate non-existent COB to LVNV chain.

21. Fact, After Affiant agreed to withdraw Unilateral 26(f) Report (due Feb 4, 2026; stricken Feb 3), Defendants waited until Feb 4, 2026 to file MTC (Dkt. 21) and Joint 26(f) (filed Feb 9), Defendants exploited Affiant' 1.5-hour drive burden by filing MTC (Feb 4) and late Joint 26(f) (Feb 9), securing discovery extension—proving calculated ambush forcing elderly pro se burden while gaming docket calendar, proving calculated arbitration ambush post-26(f) maneuvering.

**By:** _____

Jacqueline Manzano, Affiant

I, Jacqueline Manzano, Affiant do hereby declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, except that which is based on information and belief.

By: _____

Jacqueline Manzano, Affiant

Notary Acknowledgment

State of Arkansas:

County of __Washington__

On this the __19th__ day of __February__, 20_26_, before me the undersigned notary, personally

appeared __Jacqueline Manzano__ known to me (or satisfactorily proven) to

be the person whose name(s) is/are subscribed to the within instrument and acknowledged that

he/she/they executed the same for the purposes therein contained. In witness whereof I hereunto

set my hand and official seal.

_____

*Signature of Notary Public*

My commission expires: __3/19/2030__

ZACH FINCH
Notary Public - Arkansas
Washington County
Commission # 12710220
My Commission Expires Mar 19, 2030

Seal of Office

## CERTIFICATE OF SERVICE

The undersigned certifies that on February_____, 2026, a copy of the foregoing, **Affiants Notarized Affidavit** was sent to the attorney of record, addressed to Samuel A. Morris, Burr & Forman, LLP, 222 Second Avenue South, Suite 2000, Nashville, TN 3720, via USPS First Class Mail.

Respectfully submitted: dated this _19T4_ day of February, 2026

By: _____

Jacqueline Manzano, Affiant
401 Paradise Heights Drive
Berryville, AR 72616
702-788-0599
Jmdesigns88@proton.me
*Affiant and Plaintiff in proper person*

**Written correspondences between Plaintiff and Defendant COB**

## Manzano, EXHIBIT -A

**Certified mail 7022 3330 0001 7792 2648**

Jacqueline Manzano                                         December 4, 2024
401 Paradise Heights Drive
Berryville, AR 72616

Robert DeJong, CEO
Credit one Bank
6801 Cimarron Rd.
Las Vegas, NV 89113

**RE: Account ending in # 2393**
**Billing Error, inaccurate accounting**

**NOTICE OF BILLING ERROR**

Robert DeJong,

I am the holder of the credit Card account ending in #2393. I firmly believe the accounting you have reported on my consumer credit reports is seriously inaccurate. I am aware this account is an asset to Credit One Bank. Accordingly, the balance you are stating is owed on the account cannot be accurate, and I don't believe you funded the account with of your own money.

I have a right to know about the benefits you have taken on this account, #2393 from its inception. Therefore, I request you provide the following information;

1. I am requesting a specific set of accounting:  Please provide me with the original ledgers, where you issued money to the account.
2. Please provide all books of accounting, on the private side and the public side.
3. Provide me with the ledger where you paid the merchants.
4. Please provide the law that authorizes you to take out default insurance without my knowledge and consent?
5. Please provide the dollar amount of default insurance you have on this account, which is known as a credit default swap.
6. Please provide me with the name of the Insurance company that issued your surety bond, and policy number.
7. Who will swear to your statements of this account under penalty of perjury?
8. I also want the accounting for the securities, and any back end securities that were generated to the account. This is so the number on the account is accurate.

If you fail to verify the accuracy of this account I want the account deleted from any and all consumer credit reporting agencies immediately, including all inquiries. I also want a refund of every payment I have paid to Credit One Bank on the account ending in #2393.

Page 1 of 2

**Billing Error Dispute**

**Certified mail 7022 3330 0001 7792 2648**

Consequently, I am aware this credit card account is a taxable event and reportable to the IRS. Should you find I am remiss, please feel free to state your position. However, if you fail to address this matter as requested, then this matter may need to be resolved with litigation. Hence, the reason for this communication is my good faith attempt to resolve this serious billing error and inaccurate accounting amicably, and mitigate the damages without court intervention. Until then, you must cease and desist reporting, and you may not sell or transfer the account to a debt buyer.

Please know that I appreciate your service, your time and cooperation in this serious matter. I look forward to a timely response from you within 30 days of receipt of this notice.

**Notice shall be complete upon receipt.**

Respectfully,

Jacqueline Manzano,


**CC: File**

Page 2 of 2

**Billing Error Dispute**

## USPS Tracking®

**Tracking FAQs**



Track Packages
Anytime, Anywhere

**Remove**
Tracking Number:
70223330000177922648



Delivered, Front Desk/Reception/Mail Room
LAS VEGAS, NV 89113
December 11, 2024, 11:44 am
**See All Tracking History**
**What Do USPS Tracking Statuses Mean?**



7022 3330 0001 7792 2648

**Credit One**
B A N K

Office of the President

PL42XG00100002 - 980621

JACQUELINE MANZANO
401 PARADISE HEIGHTS DR
BERRYVILLE, AR 72616-8836

12/18/2024

RE: Account Number Ending in 2393
Case Number 20241213017

Dear Jacqueline Manzano,

Credit One Bank received your communication on December 11, 2024.

In validation of the debt, on or about February 6, 2024, we sent Jacqueline Manzano a written solicitation for a pre-approved credit card ("Offer") with the reservation number RL36LD22ZQWZ. The Offer was fulfilled through Credit One Bank's website, using the above-referenced reservation number. The completed application included the following information:

| | |
|---|---|
| Name: | Jacqueline Manzano |
| Date of Birth: | ▮▮▮ 1950 |
| SSN Last 4: | ▮▮▮ |
| Email Address: | jmdesigns21@gmail.com |
| Phone Number: | 702-788-0599 |
| Address: | 401 Paradise Heights Dr, Berryville, AR 72616 |

The account was opened on February 18, 2024, with a credit limit of $2,500.00. The most recent activity on the account includes a payment of $150.00, which was processed on November 8, 2024, from the routing number ending in 0779 and checking account ending in 8278. Our records reflect multiple payments were made using this banking information.

Based on the above information, we believe this account was established and utilized by you.

Copies of your billing statements with closure dates of March 1, 2024, through December 1, 2024, are enclosed. The statements detail the activity on the account.

When the account was opened and activated, you agreed to the terms and conditions within the Card Agreement. The Card Agreement contains language detailing your

PR026/A272446839

P.O. Box 98873, Las Vegas, NV 89193-8873  P 877-825-3242

responsibilities regarding payments. A copy of the Card Agreement is enclosed for your review.

We are required by the Fair Credit Reporting Act to report accurate information to the consumer reporting agencies. Our investigation into your request has determined that the above-referenced account is being reported accurately. As of the date of this letter, the account is current with a balance of $2,445.21.

Without a detailed description of the information reported to the consumer reporting agencies you claim to be inaccurate, we deem the account information to be correct. We have thoroughly researched this claim and have no additional information that we are able to provide you at this time.

Your request for the removal of Credit One Bank's tradeline and inquiry from your credit history, as well as for a refund of all payments, has been respectfully declined.

On December 11, 2024, we were notified of your intent to retain or your retention of legal representation. Please provide us with the name, phone number, and mailing address of your attorney and we will address your inquiries with them. If you are not represented by counsel any longer or believe that this notification was received in error, please notify us in writing at the address below.

If you have any additional questions, please call Customer Service at 877-825-3242, Monday through Friday between 5:00 a.m. and 9:00 p.m., or Saturday and Sunday between 6:30 a.m. and 5:00 p.m. (Pacific Time).

Sincerely,

Credit One Bank, N.A.

PR026/A272446839



P.O. Box 98873, Las Vegas, NV 89193-8873  P 877-825-3242

Account Number 4770
February 29, 12/24 to 0

## SUMMARY OF ACCOUNT ACTIVITY

| | |
|---|---|
| Previous Balance | $4.00 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases | $224.92 |
| Balance Transfers | $0.00 |
| Cash Advances | $0.00 |
| Fees Charged | $95.00 |
| Interest Charged | $0.00 |
| **New Balance** | **$319.72** |
| Credit Limit | $2,500.00 |
| Available Credit | $2,155.00 |
| Statement Closing Date | 03/01/24 |
| Days in Billing Cycle | 30 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card        1-877-826-3242
Outside the U.S, Call               1-702-405-2042

Credit
12-18-20

039
KIXPABS 72616

**Certified Mail 7022 3330 0001 7792 4536**

Jacqueline Manzano                                          January 2, 2025
401 paradise heights drive
Berryville, AR 72616


Robert DeJong, CEO
Credit one Bank
6801 Cimarron Rd.
Las Vegas, NV 89113


**RE: Account ending in # 2393**
**Billing Error, inaccurate accounting**

## NOTICE OF FAULT AND OPPORTUNITY TO CURE

**Mr. Robert DeJong,**

I am in receipt of your communication dated 12/18/2024, and notice is hereby given that your statements of account are not responsive to my **"Notice of Billing Error and inaccurate accounting."** Accordingly, you have failed to honor my requests, as I have not been supplied proof of your claim per the doctrine of estoppel by silence. Engelhardt V. Gravens (MO) 281 SW 715,719, and you leave me no choice but to presume no evidence of the alleged debt therefore exists."

This notice of fault and opportunity to cure is my good faith attempt to mitigate and resolve this matter without court intervention. However, if you cannot provide me with evidence of movement of funds, that you loaned me money, and have suffered financial injury, then you agree by your default per the **"doctrine of estoppel by silence,"** and you owe me triple damages for your violations of the Truth in Lending Act, the FCRA and the FDCPA.

I am extending you **fifteen (15) days** from receipt of this notice to provide me the verified and authenticated evidence I asked for. Should this ongoing litigation end up in Federal Court, you will be required to produce evidence of your claim through discovery, and the last thing I desire to do is file a federal lawsuit against you, and subpoena CEO, Robert DeJong to testify under oath. Due to the fact this ongoing dispute is presently in litigation, I suggest you discontinue your collection activity, and delete your tradeline and inquiries from any and all of my consumer credit reports, until this ongoing billing error and inaccurate accounting is resolved and peace is put between the parties herein.

I appreciate your time and cooperation. I look forward to your timely response.
This notice is complete upon receipt.

Kind Regards,
Jacqueline Manzano

# USPS Tracking®

**Tracking FAQs**

**Track Packages**
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages
Learn More

**Remove**
**Tracking Number:**
70223330000177924536

Copy Add to Informed Delivery

Latest Update
Your item was delivered to the front desk, reception area, or mail room at 10:27 am on January 13, 2025 in LAS VEGAS, NV 89113

Get More Out of USPS Tracking:
USPS Tracking Plus®

**Delivered, Front Desk/Reception/Mail Room**
LAS VEGAS, NV 89113
January 13, 2025, 10:27 am
**See All Tracking History**
**What Do USPS Tracking Statuses Mean?**





Office of the President

PL9D9K00100002 - 152852
JACQUELINE MANZANO
401 PARADISE HEIGHTS DR
BERRYVILLE, AR 72616-8836

01/18/2025

RE: Account Number Ending in 2393
Case Number 20250113039

Dear Jacqueline Manzano,

Credit One Bank received your communication on January 13, 2025.

Per your request, no further phone calls will be made with regard to the collection of your account.

Your billing statement, which closed on December 1, 2024, reflected a minimum payment of $123.00 due by December 26, 2024. Your billing statement, which closed on January 1, 2025, did not reflect the minimum payment was received by the due date; therefore, your account was considered delinquent and our representatives attempted to contact you regarding your payment.

In validation of the debt, on or about February 6, 2024, we sent Jacqueline Manzano a written solicitation for a pre-approved credit card ("Offer") with the reservation number RL36LD22ZQWZ. The Offer was fulfilled through Credit One Bank's website, using the above-referenced reservation number. The completed application included the following information:

Name:            Jacqueline Manzano
Date of Birth:   ███, 1950
SSN Last 4:      ████
Email Address:   jmdesigns21@gmail.com
Phone Number:    702-788-0599
Address:         401 Paradise Heights Dr, Berryville, AR 72616

The account was opened on February 18, 2024, with a credit limit of $2,500.00. The most recent activity on the account includes a payment of $150.00, which was processed on November 8, 2024, from the routing number ending in 0779 and checking account ending in 8278. Our records reflect multiple payments were made using this banking information.

PR026/A276457661

P.O. Box 98873, Las Vegas, NV 89193-8873  P 877-825-3242

Based on the above information, we believe this account was established and utilized by you.

Copies of your billing statements with closure dates of March 1, 2024, through January 1, 2025, are enclosed. The statements detail the activity on the account.

When the account was opened and activated, you agreed to the terms and conditions within the Card Agreement. The Card Agreement contains language detailing your responsibilities regarding payments.

We are required by the Fair Credit Reporting Act to report accurate information to the consumer reporting agencies. Our investigation into your request has determined that the above-referenced account is being reported accurately. As of the date of this letter, the account is 21 day(s) delinquent with a balance of $2,531.69.

Without a detailed description of the information reported to the consumer reporting agencies you claim to be inaccurate, we deem the account information to be correct. We have thoroughly researched this claim and have no additional information that we are able to provide you at this time.

Your request for compensation and to remove Credit One Bank's tradeline and inquiry from your credit history is respectfully denied.

As disclosed, if you think there is an error on your statement, write to us at the Billing Inquiries address on the statement. You must contact us within 60 days after the error appeared on your statement and notify us of any potential errors in writing. You may call us, but if you do, we are not required to investigate any potential error and you may have to pay the amount in question.

On January 13, 2025, we were notified of your intent to retain or your retention of legal representation. Please provide us with the name, phone number, and mailing address of your attorney and we will address your inquiries with them. If you are not represented by counsel any longer or believe that this notification was received in error, please notify us in writing at the address below.

If you have any additional questions, please call Customer Service at 877-825-3242, Monday through Friday between 5:00 a.m. and 9:00 p.m., or Saturday and Sunday between 6:30 a.m. and 5:00 p.m. (Pacific Time).

Sincerely,

Credit One Bank, N.A.

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

PR026/A276457661

P.O. Box 98873, Las Vegas, NV 89193-8873  P 877-825-3242

Case 3:25-cv-03072-DCF   Document 28   Filed 02/19/26   Page 19 of 64 PageID #: 762

039 LIXPRESS 72616



**Certified mail 7022 3330 0001 7792 2624**

Jacqueline Manzano                                          January 30, 2025
401 Paradise Heights Drive
Berryville, AR 72616


CEO, Robert DeJong
Credit One Bank
6801 Cimarron Rd.
Las Vegas, NV 89113


**RE: Credit One Account ending in #2393**

**IRREVOCABLE ESTOPPEL BY SILENCE**
**AND NOTICE OF PENDING LITIGATION**

CEO, Robert DeJong,

I have not been supplied proof per doctrine of estoppel by silence. **Engelhardt V. Gravens (mo) 281 SW 715,719.** I presume no evidence of the alleged debt therefore exists." Accordingly, in the law of estoppel, "silence" implies knowledge and an opportunity to act upon it.

This irrevocable estoppel by silence shall forever remain an un-rebuttable fact unless there is a preponderance of authenticated evidence to the contrary. Credit One Bank and its CEO, Robert DeJong has waived any right to challenge this matter in perpetuity.

My trust in Credit One Bank was destroyed when I discovered it was owed by a Debt Buyer, Sherman Financial Group LLC, and I felt further harm may result from Credit One's unfair billing and credit card practices. I am shocked and appalled at the level of corruption that could result from Credit One Bank's relationship with Sherman Financial Group, LLC, which is one of the largest and most egregious Debt Buyers in the United States. I am also aware that "Sherman" being the owner of Credit One Bank, N.A. is a direct conflict of interest.

I now realize that Credit One has tremendous incentive to deflect from any inquiry into its own conduct. To that end and for the purpose of clarity, "That which can be asserted without evidence can be dismissed without evidence." *Evidence of absence* is *evidence* of any kind that suggests something is missing or that it does *not* exist. Therefore any and all of your counter-arguments will be defeated, should this matter end up in the US District Court, and become a public record.

At this juncture you are in a disadvantaged position. I gave you several opportunities to resolve this ongoing billing error and inaccurate accounting issue, yet you failed to engage in mitigation and resolve this serious billing error issue and correct the inaccuracies on my consumer credit reports. This is your final opportunity to do so.

The consequence of your silence implies you have knowledge and have chosen to accept the alleged indebtedness as paid in full. Therefore, you owe me compensation for each and every payment I made to this account, and damages for your violations of my civil rights, Credit One Bank's Breach of the Contract/Agreement, violations TILA 15 JUSC §1666, and §1605, the FDCPA 15 USC §1692 et seq., violations of the FCRA 15 USC §1681 et seq, violations of the

**Notice of pending Litigation and Irrevocable Estoppel By Silence**

**Certified mail 7022 3330 0001 7792 2624**

ECOA 15 USC §1691, for retailing and taking adverse action against me, including defamation of character.

If CEO, Robert DeJong chooses not to settle and resolve this matter on or before 02/12/2025, I will make the conclusion that Estoppel by his silence will arise and be understood as dishonest dealings, trickery and subterfuge. I will file a complaint in the US District Court of Arkansas, and seek redress to the fullest extent of the law. I will also subpoena Robert DeJong to testify under oath to the truth and accuracy of the account in its entirety from its inception.

If you wish to prevent the pending litigation, you can choose to agree to settle this matter amicably in the private. I can be contacted at jmdesigns88@proton.me, for settlement purposes only, absolutely no phone calls please, as they will not be responded to. This email address is strictly private and not to be shared with others.

For the purpose of transparency, I would like to inform you that I was invited to join a class action lawsuit against Credit One Bank, however, I have not yet made that decision.

Please do not make the mistake of ignoring this notice, because if I do not hear from you by **February 12, 2025,** you will be sued, the litigation will be quite long and costly for Credit One Bank, and I will seek damages far greater than a reasonable and amicable settlement at this stage. FYI, Mr. Alton Grisham as well as Mr. Pete Torrez have both decided to join the federal Lawsuit as Co- Plaintiffs, or in the alternative the Class Action suit, if Credit One fails to settle with them. **(see draft Complaint, 1ˢᵗ page attached hereto)**

Until then, the ball is in your court. Govern yourself accordingly. Thank you for your time and consideration.

Respectfully,
Jacqueline Manzano

**ATTACHMENTS: first page Copy of Federal Complaint,**

**CC: File**

**Notice of pending Litigation and Irrevocable Estoppel By Silence**

**Certified mail 7022 3330 0001 7792 2624**

Jacqueline Manzano                                      January 30, 2025
401 Paradise Heights Drive
Berryville, AR 72616


CEO, Robert DeJong
Credit One Bank
6801 Cimarron Rd.
Las Vegas, NV 89113


**RE:** Account number ending in #2393
The Consumer Credit Transaction between Jacqueline Manzano and Credit One Bank, NA, dated
February 18, 2024, involving a credit card


## NOTICE OF RESCISSION
## NOTICE TO AGENT IS NOTICE TO PRINCIPAL
## NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Attention, CEO, Robert DeJong,

This will serve as my formal Notice of rescission pursuant to 15 U.S.C. §1635, and Regulation Z, 12
C.F.R. §1026.23, of the transaction and credit card Agreement, **excluding the finance charge.** This
rescission is effective as to all aspects of the transaction and Agreement, including the Arbitration clause
and all documents signed in connection therewith, and automatically and immediately places the parties in
the status quo ante, i.e., in their pre-contractual positions, before the transaction was entered into.


I have a present right to rescind the consumer credit transaction for at least the following reasons:
**1.** Credit One bank, N. A. failed to provide me with the adequate clear and conspicuous required
disclosures under the Truth in Lending Act (TILA), and has therefore Breached the Agreement.
**2.** Credit One Bank, N.A. failed to provide me with a reasonable response to my billing error notice
and inaccurate accounting, and failed to make appropriate corrections in the account.
**3.** Credit one Bank, N. A. failed to conduct a reasonable investigation as required under the Fair
Credit Reporting Act (FCRA) 15 USC §1681s -2 (B) (ii), when the account was clearly inaccurate,
and you continued reporting it as accurate.


Please delete your tradeline including all inquiries from any and all of my consumer credit reports
immediately, and please send me written confirmation that you have done so.


Sincerely,
Jacqueline Manzano

**USPS Tracking®**

**Tracking FAQs**



**Remove**
**Tracking Number:**
70223330000177922624

De
LAS VEGAS, NV 89113
February 4, 2025, 12:13 pm
**See All Tracking History**
**What Do USPS Tracking Statuses Mean?**



7022 3330 0001 7792 2624

8/26/25, 4:36 PM                                          Gmail - RE: Notice of Sale of Your Credit Card Account

 **Gmail**                                                      jacqueline manzano <jmdesigns21@gmail.com>

## RE: Notice of Sale of Your Credit Card Account
1 message

**Credit One Bank** <NoReply@emails.creditonebank.com>                     Tue, Aug 26, 2025 at 1:53 AM
Reply-To: Credit One <reply-feb915767c600d74-28_HTML-46429389-515004217-159163@emails.creditonebank.com>
To: JMDESIGNS21@gmail.com

Sign In

 **Security Zone** ·
Jacqueline Manzano | Visa ••••2393

**This message is intended for Jacqueline Manzano. If you are not the intended recipient, please disregard and delete.**

August 26, 2025
Re: Notice of Sale of Your Credit Card Account

Jacqueline Manzano,

Credit One Bank is notifying you that your credit card account ending in **2393** ("Account") with a balance in the amount of **$3,232.88** was recently sold, and we understand has since been assigned to the new Account owner referenced below. **This letter is not an attempt to collect a debt and is for Account information purposes only.**

LVNV Funding, LLC
c/o Resurgent Capital Services, LP
P.O. Box 10497
Greenville, SC 29603

(877) 550-2459

https://www.resurgent.com/resolve

Unless otherwise notified by the new Account owner, all future inquiries regarding this Account should be directed to Resurgent Capital Services, LP. For more information, please go to https://www.resurgent.com/resolve

Credit One Bank has requested that the major consumer reporting agencies either change Credit One Bank's tradeline, with respect to this Account, to reflect the status as charged-off and sold or delete Credit One Bank's tradeline. This status may take up to 60 days to be reflected in your credit report. Please also note that this relates only to Credit One Bank's tradeline and does not impact any tradeline that a future owner of the charged off Account may report.

     

Trouble Viewing This Email? View in Browser

Please do not reply to this email; this is an unattended email box and is not monitored. If you have any questions regarding your account, please contact Customer Service.

**Important Information from Credit One Bank**
You are receiving this email because you are a Credit One Bank cardmember.

Your account information is included above to verify that Credit One Bank is the sender of this email. We will never ask for sensitive information such as your password, Social Security number, or account number in an email. Click here to read more about account security and fraud prevention.

Credit One Bank is committed to providing meaningful privacy protection for our cardmembers. For information on our Privacy Policy or how to contact us, please visit our website at CreditOneBank.com.

©2025 Credit One Bank, N.A. All rights reserved.
Credit One®, Credit One Bank® and corresponding logos are federally registered trademarks. All other product names, trademarks, logos and brands appearing herein are the property of their respective owners.
P.O. Box 98873, Las Vegas, NV 89193-8873

**Written correspondences between Plaintiff and Defendant RCS**

# Manzano, EXHIBIT –B

**Certified mail 7022 3330 0001 7792 6318**

Jacqueline Manzano
401 Paradise Heights Drive
Berryville, AR 72616

August 29, 2025

**General Disputes/ Correspondence:**
**Resurgent Capital Services/LVNV Funding**
PO Box 10497
Greenville, SC 29603

**RE: Account Number:** Ending in 2393
**Original Creditor:** Credit One Bank, N.A.
**Current Owner:** LVNV Funding LLC
**Resurgent ID:** 818377826
**Current Balance:** $3232.88

Dear Michele,

I am in receipt of your email messages, and your demand for payment in the amount of $3232.88 allegedly owed to Resurgent Capital Services and LVNV Funding, LLC. However, to insure the accuracy of the amount you claim is owed, I request you provide the following information and documentation.

1. Provide me with your Bill of Sale from Credit One Bank, N.A..
2. Provide me with a copy of your license to collect debt in the state of Arkansas.
3. Provide me with a copy of your insurance Bond, including the name of the insurance company who issued your Bond?
4. Who will testify to your claim of $3232.88 owed to you, under the penalty of perjury?

I am willing to resolve this matter with you, once you provide the proof I requested. Should you fail to respond, you agree by your default, and you agree to owe me triple damages for any and all violations of federal law. You have **ten (10) days** from receipt of this communication to respond, or you are estopped from taking any further collection action against me pursuant to the doctrine estoppel by silence.

Please refrain from sending me phone calls, text messages, voice mails or emails as you DO NOT have my consent. You may only contact me in writing via USPS certified mail.

Thank you for your time and cooperation. Notice is complete upon receipt.

Respectfully,

Jacqueline Manzano

**USPS Tracking®**

**Tracking** FAQs



Get the free Informed Delivery® feature to receive automated notifications on your packages.
Learn More

Remove
Tracking Number:
70223330000177926318
Copy Add to Informed Delivery

Latest Update
Your item was picked up at the post office at 5:33 am on September 3, 2025 in GREENVILLE, SC 29603

Get More Out of USPS Tracking:
USPS Tracking Plus®

Delivered
Delivered, Individual Picked Up at Post Office
GREENVILLE, SC 29603
September 3, 2025, 5:33 am
**See All Tracking History**
**What Do USPS Tracking Statuses Mean?**



## Certified mail 7022 3330 0001 7792 6295

Jacqueline Manzano  
Pete Torrez  
401 Paradise Heights Drive  
Berryville, AR 72616

September 16, 2025

**Legal Department**  
**Resurgent Capital Services/LVNV Funding**  
PO Box 10497  
Greenville, SC 29603

.RE: **Account Numbers:** ending in 2393, and #7755  
**Original Creditor:** Credit One Bank, N.A.  
**Current Owner:** LVNV Funding LLC
1. **Manzano, Resurgent ID: 818377826, Current Balance: $3,232.88**
2. **Torrez, Resurgent ID:** 817015325, **Current Balance: $655.42**

**NOTICE OF INTENT TO SUE**  
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**  
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

Attention, Resurgent Capital Services, LLC,

A federal complaint is being filed against your organizations, on or about October 1, 2025. in the US District Court Western District of Arkansas, for violations of the FDCPA, FCRA and defamation of Character.

Please be advised, that this formal NOTICE is my **"good faith attempt"** to resolve this serious matter prior to filing a complaint against you for your violations of the FCRA, and FDCPA, as you have caused deliberate damage to our personal and financial reputations.

Should you desire to avoid litigation, you are welcome to settle this matter privately under FRCP 408. I am willing to discuss a reasonable and amicable resolution. You may contact me via email at, jmdesigns88@proton.me to discuss settlement, by the close of the business day on Wednesday September 30, 2025. For convenience purposes, this proton email can be used to reach both Plaintiffs for settlement negotiations, ongoing litigation and discovery.

Thank you for your time and cooperation. Notice is complete upon receipt.

Respectfully,

Jacqueline Manzano, and Pete Torrez

**Page 1 of 2**

**Certified mail 7022 3330 0001 7792 6295**

Jacqueline Manzano                                    September 16, 2025
401 Paradise Heights Drive
Berryville, AR 72616

**Resurgent Capital Services/LVNV Funding**
PO Box 10497
Greenville, SC 29603

**RE: Account Numbers:** ending in 2393
**Original Creditor:** Credit One Bank, N.A.
**Current Owner:** LVNV Funding LLC
**Resurgent ID:** 818377826, **Current Balance:** $3,232.88

Dear Resurgent Capital Services, LLC/Michelle,

### NOTICE OF IRREVOCABLE ESTOPPEL BY ACQUIESCENCE

Your silence is your default. "You have failed to respond to my request for information dated August 29, 2025. *I have not been provided proof per the doctrine of estoppel by silence. Therefore, I presume no evidence of the alleged debt exists.*"

You have failed to respond and demonstrate that you extended any credit to me or that I entered into an agreement with you, and this absence of evidence amounts to a lack of a contractual relationship. You must cease all further collection activity, and delete my personal information from your records immediately. If you have reported negative information to any of the credit reporting agencies, you must delete your trade line and inquiries from my consumer credit reports immediately.

Thank you for your time, your attention and cooperation to this matter.

Notice is complete upon receipt.

Regards,

Jacqueline Manzano

# USPS Tracking®

**Tracking FAQs**



**Remove**
Tracking Number:
70223330000177926295



Delivered, Individual Picked Up at Post Office
GREENVILLE, SC 29603
September 23, 2025, 6:40 am
**See All Tracking History**
**What Do USPS Tracking Statuses Mean?**



8/28/25, 4:39 PM    Jacqueline, Please Review Your Account Information - jmdesigns21@gmail.com - Gmail

≡    M Gmail    Q  in:trash    ✕  ⇶

(99+)    Compose    Delete forever  |    ✉

Mail

Inbox    142    # Jacqueline, Please Review Your Account Information    Trash x

Chat    Starred    Michele <ContactCS@mail.ecollect2.resurgent.com>
         Snoozed    to me

Meet    Important

Sent    You unsubscribed from ContactCS@mail.ecollect2.resurgent.com

Drafts    29

Categories

Social    200    🗊 Unsubscribe if you don't want to receive

Forums

Promotions    138    🗊 This important message is for Jacquelir
                      respond letting us know.

Less

Scheduled

All Mail    Qre

Spam    3

Trash

Updates    157    Fear of Commitment? We Unde

Manage subscriptions

Manage labels    We created the Resurgent Customer Portal
                 their account. No pressure, no commitment.

Create new label    You can explore details about your account
                     without the pressure of someone on the othi

Labels

Shu

Please review your account details below:

Account Number: Ending in 2393
Original Creditor: Credit One Bank, N.A.
Current Owner: LVNV Funding LLC
Resurgent ID: 818377826
Current Balance: $3232.88

①  Upgrade    →

PO Box 510090
Livonia MI 48151-6090



PMEJ2B00J01965

ꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁ

JACQUELINE MANZANO
401 PARADISE HEIGHTS DR
BERRYVILLE, AR 72616-8836

Account Number: ************2393
Original Creditor: Credit One Bank, N.A.
Current Owner: LVNV Funding LLC
Reference ID: 818377826
Balance: $3,232.88
Account Holder Name: Jacqueline Manzano

September 09, 2025

Dear Jacqueline Manzano,

Resurgent Capital Services L.P. manages the above referenced account for LVNV Funding LLC and has initiated a review of the inquiry recently received.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-866-464-1187.

Sincerely,

Resurgent Capital Services L.P.

**Please read the following important notices as they may affect your rights.**
This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.



*Hours of Operation*
8:00AM-9:00PM EST
Monday - Thursday
8:00AM-7:00PM EST
Friday
9:00AM-5:00PM EST
Saturday - Sunday



*General Disputes/Correspondence*
PO Box 10497
Greenville, SC 29603-0497
*Credit Bureau Disputes*
PO Box 1269
Greenville, SC 29602



*Contact Number*
Toll Free Phone
1-866-464-1187



*Customer Portal*
Resurgent.com





First-Class Mail
Presorted
U.S. Postage Paid
RIS

PO Box 510090
Livonia MI 48151-6090





PMHNK800R00023

JACQUELINE MANZANO
401 PARADISE HEIGHTS DR
BERRYVILLE, AR 72616-8836

| |
|---|
| Account Number: ************2393 |
| Original Creditor: Credit One Bank, N.A. |
| Current Owner: LVNV Funding LLC |
| Reference ID: 818377826 |
| Balance: $3,232.88 |
| Account Holder Name: Jacqueline Manzano |

September 26, 2025

Dear Jacqueline Manzano,

We have received a recent inquiry regarding the above-referenced account and have enclosed the account summary which provides verification of debt.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-866-464-1187.

Sincerely,

Resurgent Capital Services L.P.

Enclosure

**Please read the following important notices as they may affect your rights.**
This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.







 

**Hours of Operation**
8:00AM-9:00PM EST
Monday - Thursday
8:00AM-7:00PM EST
Friday
9:00AM-5:00PM EST
Saturday - Sunday

**General Disputes/Correspondence**
PO Box 10497
Greenville, SC 29603-0497
*Credit Bureau Disputes*
PO Box 1269
Greenville, SC 29602

**Contact Number**
Toll Free Phone
1-866-464-1187

**Customer Portal**
Resurgent.com

PMHNK800R00023000230103R0400

69333612-VERACS-CS

**List of email messages sent to Manzano' gmail, from Michelle at Resurgent Capital Services, LP**

1. Email message received on or about August 23, 2025 states in part; Fear of Commitment? Original Creditor: Credit One Bank, N.A., acct # 2392, Current owner: LVNV Funding LLC.
2. Six (6) page email message received on August 24, 2025 states in part; *This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.*

**List of Text messages received on Manzano's cellular phone # 0599, from Resurgent Capital Services, LP**

1. Friday, August 22, 2025 @ 2:56 pm, *"This is an attempt to collect a debt and any information obtained will be used for the purpose."*
2. Wednesday, August 27, 2025 @ 2:56 pm, *"This is an attempt to collect a debt and any information obtained will be used for the purpose."*
3. Friday, August 28, 2025 @ 7:16 pm, *"This is an attempt to collect a debt and any information obtained will be used for the purpose."*
4. Tuesday, September 2, 2025 @ 5:22 pm, *"This is an attempt to collect a debt and any information obtained will be used for the purpose."*
5. Thursday, September 4, 2025, @ 7:31 pm, *"This is an attempt to collect a debt and any information obtained will be used for the purpose."*

EMAILS  MANZANO  **EXHIBIT – B–1**

↓

SAMUEL MORRIS

Joinder Plaintiffs - Opposition to Motion to Compel Arbitration and Stay Dkt 21 and 23

# RE: Manzano v. COB et al 3:25-cv-03072, Draft Joint Rule 26(f) Report

From    jmdesigns88 <jmdesigns88@proton.me>

To      Morris, Samuel<smorris@burr.com>

Date    Wednesday, January 7th, 2026 at 11:32 AM

Hello Samuel,

I just want to touch base with you regarding your clients final decision on whether or not to Settle the case with Torrez and Grisham.

As you know the Court has submitted the Scheduling Order. Therefore, I will begin preparing the 26 A (1) Disclosures and first set of discovery requests, and await your clients decision on settlement with Torrez and Grisham..

Should your clients decide to settle with Torrez and Grisham, a dismissal with prejudice will follow, leaving only myself to litigate the case. Therefore, I will request your permission and the Court for leave to Amend the Complaint.. I will also draft a fresh Join Rule 26(f) Report for myself and Defendants, and move forward with litigation and discovery.

Please respond so that I know you have received my email message and are aware of its contents. Looking forward to hearing from you soon.

Thanks,
Jacqueline
Sent with Proton Mail secure email.

On Tuesday, December 23rd, 2025 at 1:42 PM, Morris, Samuel <smorris@burr.com> wrote:

> Ms. Manzano,
>
> That sounds good and same to you – happy holidays.
>
> Sam

# Manzano v. COB et al 3:25-cv-03072, Draft Joint Rule 26(f) Report

From    jmdesigns88 <jmdesigns88@proton.me>

To      Morris, Samuel<smorris@burr.com>

Date    Tuesday, December 16th, 2025 at 9:28 AM

Mr. Morris,

    Attached is the draft Rule 26(f) report.
Please fill in your portion of the report so that we may get it filed into the court, and get this case moving along.

    If you have any questions or concerns, please feel free to reach me here at this email address, as I check my email daily.

    Thank you for your attention and cooperation. I look forward to your timely reply.

Respectfully,
Jacqueline Manzano

Sent with Proton Mail secure email.

**77.56 KB**    1 file attached

Manzano_Joinder-Draft Joint Rule 26(f) Report_3-25-cv-03072.doc 77.56 KB

A-3

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do no read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

**From:** jmdesigns88 <jmdesigns88@proton.me>

**Sent:** Tuesday, December 16, 2025 9:29 AM

**To:** Morris, Samuel <smorris@burr.com>

**Subject:** Manzano v. COB et al 3:25-cv-03072, Draft Joint Rule 26(f) Report

---

**This is an EXTERNAL email! STOP, ASSESS, and VERIFY**

---

Mr. Morris,

Attached is the draft Rule 26(f) report.

Please fill in your portion of the report so that we may get it filed into the court, and get this case moving along.

If you have any questions or concerns, please feel free to reach me here at this email address, as I check my email daily.

Thank you for your attention and cooperation. I look forward to your timely reply.

Respectfully,

Jacqueline Manzano

Sent with Proton Mail secure email.

A-6

**From:** jmdesigns88 <jmdesigns88@proton.me>
**Sent:** Wednesday, January 21, 2026 6:39 PM
**To:** Morris, Samuel <smorris@burr.com>
**Subject:** Manzano, et al _v_Credit One Bank et al, 3:25-cv-03072

---

**This is an EXTERNAL email! STOP, ASSESS, and VERIFY**

---

Mr. Morris,                                          January, 21, 2026

We have not heard back from you since our last email message to you on January 17, 2026, where we timely responded to each of your requests.

   This communication is a friendly reminder, and our good faith attempt to request that you fill out your portion of our 26 (f) report, which is due to be filed with the court soon. If there a reason for the delay, then please contact me to discuss any issues you may have. The Plaintiffs are reasonable and more than willing to discuss any resolution to any issues that may be causing this delay.

   We prefer to handle these issues privately and without court intervention. However, if you fail to communicate with us, you will leave us no choice but to file a motion to compel with the court.

   Our first set of discovery requests are ready to be sent to you. Again, please allow us the professional courtesy of a timely response.

Thank you for your time and cooperation.

Respectfully,

Plaintiff, Jacqueline Manzano, et al.

Sent with Proton Mail secure email.

*A-7*

# RE: Manzano, et al _v_Credit One Bank et al, 3:25-cv-03072

From    jmdesigns88 <jmdesigns88@proton.me>

To      Morris, Samuel<smorris@burr.com>

Date    Monday, January 26th, 2026 at 10:37 PM

Samuel Morris,

The Plaintiffs have discussed your requests to stay the Rules 26(f) and Rule 16 thoroughly, in regard to your pending motions to Compel Arbitration and Motion to Dismiss.

Although I would like to meet you half way, I see no way to do that here. My final response is, I do not agree to either of your requests, due to the following;

The Defendants, individually and collectively waived their right to arbitrate, by estoppel through their silence, as they had an opportunity and duty to speak, and each of the Defendants chose to remain silent, the result of what this case is about.

It has been long enough since I sent you the draft Rule 26(f) Report, and I am ready to get it filed with the court, or in the alternative you will leave the plaintiffs no choice but to file a motion to compel Rule 37 for failure to submit the Rule 26(f) Report.

I look forward to a timely response from you.

Thank you for your cooperation.

Jacqueline Manzano


Sent with Proton Mail secure email.

Sent | jmdesigns88@proton.me | Proton Mail

*A-8*

# Manzano_v COB 3:25-cv-03072

From   jmdesigns88 <jmdesigns88@proton.me>

To     Morris, Samuel<smorris@burr.com>

Date   Tuesday, January 27th, 2026 at 12:45 PM

Good afternoon Samuel,                                        January 27, 2026

This is not a direct consent from the Plaintiffs, but a Notice and offer to meet you half way.

The Plaintiffs believe your Motion to Dismiss this case will be weak at best, and will only delay the inevitable. Perhaps you are attempting to use leverage to avoid Discovery? So be it.

Should you accept our offer of Stipulation to file a 12(b)(6) MTD it will be vigorously opposed, and there is a high probability that we will defeat your 12 (b)(6) MTD.

"However, to avoid any further delays, this will serve as a conditional acceptance, based on the following conditions and no other;"

**OFFER OR COMPROMISE**

- The Plaintiffs, as a whole, will Agree to postpone the 26(f) conference only until the Plaintiffs response to the 12(b)(6) motion is filed.
- The Plaintiffs, as a whole, absolutely **DO NOT AGREE** to stay the 26(f) until a final court ruling on your Motion to Dismiss. "We just want to make ourselves clear on this issue." **(Emphasis added)**

If you decide to accept the above offer, you agree to send a copy of the Stipulation to me directly, for the Plaintiffs collective review. Once we review and accept it, we will each give you our permission to add our electronic signatures to the stipulation in a separate email so that you may file it with the court.

**"Please DO NOT make the mistake of filing a Stipulation without our direct consent, as you do not have our permission to add our electronic signatures without our direct consent."**

Please prepare the stipulation and send me a copy as soon as is possible so the we may review before signing.

Thank you for your attention and cooperation.

Respectfully,

# Manzano v. credit One Bank 3:25-cv-03072, Rule 26(f) Report

From   jmdesigns88 <jmdesigns88@proton.me>

To   Morris, Samuel<smorris@burr.com>

Date   Saturday, January 31st, 2026 at 6:46 PM

Mr. Morris,                      January 31, 2026

I have not heard from you regarding our offer of compromise to meet you half way. Due to your silence and inaction, the current deadlines to file the joint Rule 26(f) report should be followed per the court order. Consequently, I will not violate a Court Order not will I tolerate any more of your dilatory behavior.

I am giving you until the close of the business day Monday, February 2, 2026 to contact me regarding the stipulation to stay the 26(f) report until the Plaintiffs file their response to your 12(b) Motion to Dismiss.

If we do not hear from you, Plaintiffs will file a unilateral 26(f) report with the court.

Sincerely,

Jacqueline Manzano

Sent with Proton Mail secure email.

*A-10*

# Re: Grisham et al v. Credit One et al - Meet and Confer Regarding Stipulation to Arbitration

From    AG-84proton.me <AG-84proton.me@proton.me>

To      Morris, Samuel <smorris@burr.com>

Date    Monday, January 26th, 2026 at 9:20 PM

Mr. Morris,

Due to your ongoing silence and inaction regarding my reasonable settlement offer, and our multiple attempts to communicate and confer per the rule 26(f) report, I cannot trust that you will be ethical and fair moving forward.

After conferring with Pete Torrez and Jacqueline Manzano regarding your requests, I am writing to inform you that I do not agree to stipulate to a stay of the 26(f) report or the rule16 scheduling order pending your motion to compel ADR or court ruling on a Motion to dismiss this case.

I am hopeful that you will cooperate with our 26(f) report so that I can issue my first set of discovery requests. Your clients made claims about my owing a debt and furnished their collection tradeline on my credit reports, so they should have no problem proving their claims through discovery.

Time is running short, and your cooperation in discovery is mandated by the FRCP rule 37.

Thank you for your time. I am looking forward to your response and cooperation.

 Regards,

Alton Grisham



Sent with Proton Mail secure email.

*A - 11*

## Grisham v. COB & LVNV et al 3:25-cv-03072-TLB

From   AG-84proton.me <AG-84proton.me@proton.me>

To     Morris, Samuel<smorris@burr.com>

Date   Sunday, February 1st, 2026 at 7:26 PM

Mr. Morris,

Throughout our numerous good faith attempts, you have failed to engage in the rule 26 (f) conference.   We never wanted to involve the court, but we haven't a choice now, because the deadline to file the joint 26(f0 report is due in 2 days.

Just so you know, we will be filing a Unilateral 26(f) report with the court. You have left us no choice.

Regards,
    A. Grisham

Sent with Proton Mail secure email.

*A—12*

## Torrez_v_COB et al 3:25-cv-03072_TLB

From: elegantrepairs@aol.com (elegantrepairs@aol.com)

To:    smorris@burr.com

Date: Sunday, January 25, 2026 at 09:22 AM CST

**Samuel Morris,**

I have read you email message. Thanks for reaching out.
I feel that conversations over the phone are not appropriate, due to hearsay reasons. I prefer to keep all communications in written form to avoid confusion and misunderstanding.

I have attached my personal 26(f) report your four review. I am open to any questions and revisions you may have regarding the 26 report.

You may reach me here at this email address.

Thanks for your cooperation.

Pete Torrez
elegantrepairs@aol.com

 Plaintiff P. Torrez 26f Report.docx
20.7 kB

## Torrez_v_COB et al 3:25-cv-03072_TLB

From: elegantrepairs@aol.com (elegantrepairs@aol.com)

To:     smorris@burr.com

Date:  Tuesday, January 27, 2026 at 07:46 AM CST

Mr. Morris,

In response to your two requests, I am not in agreement.

I do not agree to a stay of rule 26(f), or stay rule 16.

1. Should you decide to file a motion to compel arbitration, I will join the other two plaintiffs and oppose it.

2. Should you file a motion to dismiss this case, I will join the other two plaintiffs and oppose it.

You have had ample time to fulfill your obligations regarding this case. Please fill out the 26(f) report so that
we may get it filed with the court and move on to discovery.

Thank you for your cooperation.

Pete Torrez

*A-14*

## Torrez v. COB et al, 3:25-cv-03072 RE: Joint 26(f) Report.

From: elegantrepairs@aol.com (elegantrepairs@aol.com)

To:    smorris@burr.com

Date:  Sunday, February 1, 2026 at 09:36 AM CST

Mr. Sam Morris,

   I am confused by your unwillingness to contact me directly regarding the outstanding rule 26(f) report which is due in 3 days.
I was hopeful that you would at least respond to me directly with a reason why you are unable to participate, or at least assert your
concerns and add your revisions to the required 26(f) report.

   Myself, Ms. Manzano and Mr. Grisham tried to be reasonable and fair with you in good faith, but you have failed to timely respond to us,
individually or as a whole.  We even agreed to meet you half way on your request to file a Motion to dismiss our case.  We actually sent you a conditional compromise, ·
stating our agreement to a Stipulation to stay the rule 26(f) pending our response to the Motion to Dismiss, and I am surprised by your non-response.  The last thing
we wanted to do is involve the court regarding discovery issues. In fact we made that clear in our latest email communications with you.

   I truly am sorry we could not work this out without court intervention. The fact is, after much discussion, plaintiffs are now forced to file a Unilateral 26(f) report with the
court to comply with the Court Ordered 26(f) Report deadline.


Pete Torrez

## Automatic reply: Manzano v.COB, LVNV, RCS 3:25-cv-03072

From    Morris, Samuel <smorris@burr.com>

To      jmdesigns88<jmdesigns88@proton.me>

Date    Friday, December 12th, 2025 at 12:39 PM

I will be in trial on December 12, 2025. I will respond to your message as soon as possible.

B-2

On Monday, December 22nd, 2025 at 5:19 PM, Morris, Samuel <smorris@burr.com> wrote:

Ms. Manzano,

I've received your proposed Rule 26f report and I will discuss it with my clients.  Given the holidays, it may take a little longer than normal for a response.   The good news is that I believe the Court's setting of the Rule 16 conference will trigger the deadlines for the submission of the 26f report, and, per the docket the Rule 16 conference has not yet been set.  Lastly, the other two parties will also need to be involved in this process.

Thanks and happy holidays,

Sam

## Sam Morris

*Partner*

smorris@burr.com
615-724-3258 (*direct*)

*222 Second Avenue South, Suite 2000*
*Nashville, Tennessee 37201*

B-3

On Tuesday, December 23rd, 2025 at 1:42 PM, Morris, Samuel <smorris@burr.com> wrote:

Ms. Manzano,

That sounds good and same to you – happy holidays.

Sam

B-4

Respectfully,

Jacqueline Manzano, *et al*

On Friday, January 16th, 2026 at 2:49 PM, Morris, Samuel <smorris@burr.com> wrote:

Ms. Manzano,

Good afternoon. I write to meet and confer about your position on stipulating to arbitration, and in the alternative, requesting a stay of Rule 26 and 16 obligations pending a ruling on my clients' forthcoming motion to compel arbitration.

Attached is a copy of the terms and conditions governing your account at issue. It contains an arbitration provision beginning on page 6 and covers the claims you've made in this matter against my clients. For this reason, my clients intend to move to compel arbitration if we are unable to reach an agreement on the same. Accordingly, please let me know your position on the following:

1) Are you agreeable proceeding with this claim in arbitration under the terms of the agreement? If so, I will prepare a stipulation to that effect.

2) If you are not agreeable and intend to contest such a motion to compel, would you please let me know if you are agreeable to requesting a stay of the Rule 26 requirements and Rule 16 scheduling conference until the court rules on a motion to dismiss?

Thanks,

Sam

### Sam Morris

*Partner*

smorris@burr.com

615-724-3258 *(direct)*

*222 Second Avenue South, Suite 2000*
*Nashville, Tennessee 37201*

B-5

On Thursday, January 22nd, 2026 at 10:40 AM, Morris, Samuel <smorris@burr.com> wrote:

Ms. Manzano,

Thank you for your note.  This is being reviewed on my end and I anticipate having comments/revisions.

In addition, Mr. Grisham and Mr. Torrez have yet to, but will need to participate in the Rule 26 process.  Should we look at times for the four of us to have a phone call?

Thanks,

Sam

## Sam Morris

*Partner*

smorris@burr.com
615-724-3258 (*direct*)

*222 Second Avenue South, Suite 2000*
*Nashville, Tennessee 37201*

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do nc read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

B-6

## Automatic reply: Manzano v. credit One Bank 3:25-cv-03072, Rule 26(f) Report

From    Morris, Samuel <smorris@burr.com>

To      jmdesigns88<jmdesigns88@proton.me>

Date    Saturday, January 31st, 2026 at 6:47 PM

---

I am in trial on January 30, 2026. I will respond to your message as soon as possible.

# Grisham et al v. Credit One et al - Meet and Confer Regarding Stipulation to Arbitration

From    Morris, Samuel <smorris@burr.com>

To      AG-84proton.me<AG-84proton.me@proton.me>

Date    Friday, January 16th, 2026 at 2:52 PM

Mr. Grisham,

I write to meet and confer about your position on stipulating to arbitration, and in the alternative, requesting a stay of Rule 26 and 16 obligations pending a ruling on my clients' forthcoming motion to compel arbitration.

Attached is a copy of the terms and conditions governing your account at issue. It contains an arbitration provision beginning on page 6 and covers the claims you've made in this matter against my clients. For this reason, my clients intend to move to compel arbitration if we are unable to reach an agreement on the same. Accordingly, please let me know your position on the following:

1) Are you agreeable proceeding with this claim in arbitration under the terms of the agreement? If so, I will prepare a stipulation to that effect.

2) If you are not agreeable and intend to contest such a motion to compel, would you please let me know if you are agreeable to requesting a stay of the Rule 26 requirements and Rule 16 scheduling conference until the court rules on a motion to dismiss?

Thanks,

Sam

## Sam Morris

*Partner*

smorris@burr.com

 615-724-3258 (*direct*)

      

*222 Second Avenue South, Suite 2000*
*Nashville, Tennessee 37201*

B-7-2

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

**449.64 KB**   1 file attached

Grisham Agreement(65073088.1).PDF  449.64 KB

*B-8*

## Automatic reply: Torrez v. COB et al, 3:25-cv-03072 RE: Joint 26(f) Report.

From: Morris, Samuel (smorris@burr.com)

To:    elegantrepairs@aol.com

Date: Sunday, February 1, 2026 at 09:37 AM CST

I am in trial on January 30, 2026. I will respond to your message as soon as possible.

## Automatic reply: Torrez v. COB et al, 3:25-cv-03072 RE: Joint 26(f) Report.

From:  Morris, Samuel (smorris@burr.com)

To:     elegantrepairs@aol.com

Date:  Sunday, February 1, 2026 at 09:37 AM CST

I am in trial on January 30, 2026. I will respond to your message as soon as possible.

MORRIS RESPONSE

## RE: Manzano_v COB 3:25-cv-03072

From    Morris, Samuel <smorris@burr.com>

To    jmdesigns88<jmdesigns88@proton.me>

Date    Tuesday, January 27th, 2026 at 1:02 PM

Ms. Manzano,

I lost power this weekend and had to evacuate my house due to the ice storm. I'm working on getting back up and running but have neither returned to my home or my office. I will pass this along and let you know on a response but please understand that there may be a delay in my response.

Thanks,

Sam

**Plaintiffs credit report showing COB tradeline**

# Manzano, EXHIBIT –C

JACQUELINE MANZANO

| Account | CREDIT ONE BANK NA | CREDITONEBNK | CREDIT ONE BANK |
|---|---|---|---|
| Account Holder | 470793XXXXXXXXXX | 470793XXXXXX | 470793XXXXXXXXXX |
| Account Type | Revolving | Revolving | Revolving |
| Account Condition | Open | Open | Open |
| Date Opened | 2/18/2024 | 2/18/2024 | 2/18/2024 |
| High Balance | $2,628.00 | $2,628.00 | $2,628.00 |
| Monthly Payment | $132.00 | $132.00 | $132.00 |
| Account Balance | $2,628.00 | $2,628.00 | $2,628.00 |
| Last Reported | 2/2/2025 | 2/1/2025 | 2/2/2025 |
| Amount Past Due | $250.00 | $250.00 | $250.00 |
| Limit | $2,500.00 | $2,500.00 | $2,500.00 |
| Remarks | Account Previously In Dispute — Now Resolved — Reported By Subscriber Account Previously In Dispute — Now Resolved, Reported By Data Furnisher (To Be Used For Fcra Or Fcba Disputes) | Dispute Resolved Reported By Grantor | |
| Responsibility | Individual | Individual Account | Individual Account |
| Past Due - 30 Days | 1 | 0 | 0 |
| Past Due - 60 Days | 0 | 0 | 0 |
| Past Due - 90 Days | 0 | 0 | 0 |

| Past 24 months | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F |
| Experian | | | | | | | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 |
| Transunion | | | | | | | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | |
| Equifax | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | |

| | | | | | |
|---|---|---|---|---|---|
| OK Current | 30 30 Days Late | 60 60 Days Late | 90 90 Days Late | 120 120 Days Late | 150 150 Days Late |
| 180 180 Days Late | PP Payment Plan | RF Reposession Foreclosure | CO Collection Charge Off | NG Negative | NA Not Available |

| Account 8 | e | tu | EQ |
|---|---|---|---|
| Account | | | |
| Account Holder | 5466... | ...TC/B... | |
| Account Type | Revolving | Revolving | Revolving |
| Account Condition | Closed | Closed | Closed |
| Date Opened | | | |

JACQUELINE MANZANO

7/18/25, 10:09 AM                                        PrivacyGuard - Credit Gateway

| | | | | | |
|---|---|---|---|---|---|
| OK Current | 30 30 Days Late | 60 60 Days Late | 90 90 Days Late | 120 120 Days Late | 150 150 Days Late |
| 180 180 Days Late | PP Payment Plan | RF Reposession Foreclosure | CO Collection Charge Off | NG Negative | NA Not Available |

| Account 5 | e | tu | EQ |
|---|---|---|---|
| Account | CREDIT ONE BANK NA | CREDITONEBNK | CREDIT ONE BANK |
| Account Holder | 470793XXXXXXXXXX | 470793XXXXXX | 470793XXXXXXXXXX |
| Account Type | Revolving | Revolving | Revolving |
| Account Condition | Closed | Closed | Closed |
| Date Opened | 2/18/2024 | 2/18/2024 | 2/18/2024 |
| High Balance | $0.00 | $3,232.00 | $0.00 |
| Monthly Payment | $0.00 | $0.00 | $0.00 |
| Account Balance | $3,232.00 | $3,232.00 | $3,232.00 |
| Last Reported | 7/2/2025 | 7/2/2025 | 7/2/2025 |
| Amount Past Due | $3,232.00 | $3,232.00 | $3,232.00 |
| Limit | $2,500.00 | $2,500.00 | $2,500.00 |
| Remarks | Account Previously In Dispute -- Now Resolved -- Reported By Subscriber Account Previously In Dispute -- Now Resolved, Reported By Date Furnisher (To Be Used For Fcra Or Fcba Disputes) | Dispute Resolved Reported By Grantor | Charged Off Account |
| Responsibility | Individual | Individual Account | Individual Account |
| Past Due - 30 Days | 1 | 0 | 1 |
| Past Due - 60 Days | 1 | 0 | 1 |
| Past Due - 90 Days | 3 | 0 | 4 |

| | | Past 24 months | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J |
| Experian | | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | 120 | 120 | NA |
| Transunion | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | NA | NA | NA | NA | NA | NA | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | 120 | 120 | 120 |

| | | | | | |
|---|---|---|---|---|---|
| OK Current | 30 30 Days Late | 60 60 Days Late | 90 90 Days Late | 120 120 Days Late | 150 150 Days Late |
| 180 180 Days Late | PP Payment Plan | RF Reposession Foreclosure | CO Collection Charge Off | NG Negative | NA Not Available |

| Account 6 | e | tu | EQ |
|---|---|---|---|
| Account | TBOM/CONTFIN | TBOM/CONTFIN | THE BANK OF MISSOURI |