Pete Torrez
401 Paradise Heights Drive
Berryville, AR  72616
702-788-0637
elegantrepairs@aol.com
*Affiant, pro se*

US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

FEB 19 2026

Ronald E. Dowling
By_____
Deputy Clerk

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF ARKANSAS

PETE TORREZ, et al,

                Plaintiff(s),

          -vs-

,CREDIT ONE BANK, N. A., *et al,*

                Defendant(s).

**CASE NO.3:25-CV-03072-TLB**

**PLAINTIFF' AFFIDAVIT**

## AFFIDAVIT

## IN SUPPIRT OF PLAINTIFF'S OBJECTIONS AND OPPOSITION TO DEFENDANT'S MOTIONS (Dkt. # 21 and #23)

Comes now Pete Torrez, Affiant, and does solemnly affirm that the statements herein are true and correct in substance and in fact, to wit:

1. Affiant is competent and qualified to testify as to the facts herein and that I have personal knowledge of each.

2. Fact, Affiant sent defendant Credit One Bank three separate notices requesting information as to the accuracy of the account, their financial injury, and default insurance, and was met with silence.  Out of frustration, Affiant used common law self-help rescission, and statutory rescission, and



thereby rescinded the Credit One Bank's agreement including its arbitration clause, and all documents signed in connection therewith, due to Defendants breach, and violations of federal consumer protection laws, and proper notice was sent on January 31, 2025 and delivered to Defendant on February 4, 2025, and notice was complete upon receipt. **(Communications EXHIBIT I)**

3. Affiant objected at all times post-rescission to any arbitration process undertaken by each of the Defendants against me. Affiant did not agree to participate in any arbitration process involving the Defendants. Emails communication with defense counsel **(See emails EXHIBIT J-1)**

4. OCC Public Disclosure of January 31, 2022 reports that, "More than 95 percent of the banks receivables are sold daily without recourse."

5. The Affiant objects to the Declaration of "Michael Wiese" on the ground that it is not relevant and is inadmissible hearsay. Anyone can testify to the facts in that Declaration, Wiese has no personal knowledge as to whether or not the Affiant promised to pay under any certain terms, or that Credit One even lent anything to the Affiant.

6. The purported Agreement is not and does not represent any agreements Affiant may or may not have ever had with the Defendant COB. The agreement attached to Defendants Motion is a copy of an example, unsigned and does not even show a date of service or a date when it was written and agreed to.

7. The evidence attached to Defendants Motion does not identify any specific arbitration agreement bearing a date, including evidence of the Affiant's expression to agree to any terms involving arbitration. Knowing that creditors such as Credit One amend such agreements at least annually, including sell open accounts to SPV's, there is no indication by the record as

to which version of the account agreement is evidenced or to which billing periods it would apply.

8. Affiant at no time entered into a binding contractual relationship or agreement to become indebted to LVNV or Resurgent. To the contrary, Affiant timely disputed the alleged debt and made some inquiries as to Defendants standing to collect the alleged debt they claimed was owed, including a description of their financial injury, and was met with silence. **(Communications EXHIBIT J)**

9. Only now, after one year of silence, does Credit One join its affiliate defendants LVNV and RCS and files a Motion to Compel arbitration, despite the rescinded account and arbitration agreement, and even upon receipt of the Affiants rescission of the entire contract agreement, Defendants failed to reject, or respond to the rescission, and failed to raise arbitration, instead Credit One chose silence.

10. When Affiant sent three separate Notices regarding billing errors and inaccurate accounting, COB did not inform the Affiant that the Account ending in **7755** was securitized and traded away, thereby relinquishing any alleged claim COB may have against the Affiant, including arbitration.

11. Credit One Bank failed to inform Plaintiffs that the instrument of alleged indebtedness is actually recorded as an "asset" and as an "account payable" in their hidden "liability" ledger. Affiant has a right to request a copy of these records.

12. Affiant contends that even if an Agreement did exist in LVNV and RSC' electronic file, the Agreement was extinguished the moment COB sold the debt/account to an SPV days before the Affiant received the credit card in the US mail, which extinguished the agreement and enforcement rights, if any.

13. In this case, Affiant never undertook any obligation to LVNV or RCS—there is no promise, no assent, and no contract between Affiant and these debt buyers. Any alleged "obligation" to LVNV or RCS is based only on bills of sale between financial institutions, to which Affiant was not a party to. Under basic common-law principles, including assumpsit, a stranger to such arrangements cannot claim that a consumer, such as Affiant has promised to pay it or to arbitrate with it.

14. Affiant never assumed any duty to LVNV or RCS, there is no basis in contract or in assumpsit to compel Affiant to arbitrate with these entities. "A contract requires mutual agreement between interested parties. Once Credit One sold accounts to SPV days after opening, the original relationship terminated. Legally binding modification requires all parties' consent via rider or new contract, and none exists.

15. Affiant promised Defendants LVNV and RCS nothing. Defendants lack arbitration enforcement power. Credit One surrendered rights to SPV before card delivery. No Affiant-LVNV, RCS contracts exist. Six 'WITHOUT RECOURSE' bills (Dkt. 21) confirm empty chain.

16. Affiant contends that Defendants cannot file motions to create jurisdiction they lack. LVNV and RSC holds no privity, no signed contracts from Affiant, and no arbitration standing. Defendants Motion to compel serves only to evade merits of Affiant's claims. Six without recourse Bills (Dkt. 21) prove debt buyers cannot bootstrap arbitration rights. No motion creates jurisdiction where none exists.

17. Affiant disputed the alleged debt with LVNV and RCS, and made inquiries, which were met with continued collection, negative reporting to the CRA's, and with silence. **(EXHIBIT K)**

18. Affiant emails to defense counsel Morris specifically objects to its Motion to compel Arbitration, and any forthcoming motion to Dismiss.

19. Affiant contends that Credit One' July 9, 2025 email proves SPV sale eliminated COB' arbitration rights before LVNV assignment of Affiant's account, resulting in no privity or right to enforce arbitration.

20. Affiant contends "Paige Hale's declaration fails FRE 602 personal knowledge requirement." As Resurgent paralegal, Hale testifies to LVNV/Resurgent records only— not Credit One's missing account origination or SPV sale. Incompetent to authenticate non-existent COB to LVNV chain.

21. Fact, After Affiant agreed to withdraw Unilateral 26(f) Report (due Feb 4, 2026; stricken Feb 3), Defendants waited until Feb 4, 2026 to file MTC (Dkt. 21) and Joint 26(f) (filed Feb 9), Defendants exploited Affiant Manzano' 1.5-hour drive burden by filing MTC (Feb 4) and late Joint 26(f) (Feb 9), securing discovery extension—proving calculated ambush forcing elderly pro se burden while gaming docket calendar, proving calculated arbitration ambush post-26(f) maneuvering.

I, Pete Torrez, Affiant do hereby declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, except that which is based on information and belief.

By: _____

Pete Torrez, Affiant

Notary Acknowledgment

State of Arkansas:

County of Carroll

On this the 19th day of Feb. , 2026 before me the undersigned notary, personally appeared Pete Torrez known to me (or satisfactorily proven) to be the person whose name(s) is/are subscribed to the within instrument and acknowledged that he/she/they executed the same for the purposes therein contained. In witness whereof I hereunto set my hand and official seal.

_____

*Signature of Notary Public*

ANGELA M SANCHEZ
Notary Public - Arkansas
Carroll County
Commission # 12720659
My Commission Expires Oct 9, 2032

[Seal of Office]

My commission expires: Oct 9, 2032

**Written correspondences between Plaintiff and Defendant COB**

**Torrez, EXHIBIT –I**

**Certified mail 7022 3330 0001 7792 3935**

Pete Torrez                                                December 4, 2024
401 Paradise Heights Drive
Berryville, AR 72616

Credit One Bank
6801 Cimarron Rd.
Las Vegas, NV 89

**RE: Account ending in # 7755**
**SUBJECT: inaccurate accounting and incorrect amount owed, billing error**
                **NOTICE OF DISPUTE, BILLING ERROR,**

Dear Sir or madam,

 I believe you are reporting inaccurate financial information on my consumer credit reports, because I do not believe you loaned me any of your own money or credit. I also believe you made false and misleading statements to the Credit Reporting Agencies, which has caused me much . Due to the inaccuracy of this account, I respectfully request you provide the following information;

1.  I want to know about the all of benefits you have taken from the inception of this account, ending in **#7755.**
2.  Please provide me with the original ledgers, where you issued money to the account.
3.  Please provide all your books of accounting, both on the public and the private side.
4.  Provide me with the ledger where you paid the merchants.
5.  Please provide the actual amount of default insurance you have on this account against any loss.
6.  Who will swear to your statements of this account under penalty of perjury?
7.  Please provide the name of the insurance Company that issued your surety Bond, and the policy number.
8.  I also want the accounting for the securities, and any back end securities that were generated to the account. This is so the number on the account is accurate.

    If you fail to verify the accuracy of this account I want the account deleted from any and all consumer credit reporting agencies immediately, including all inquiries.

    Please know that I appreciate your time and cooperation in this serious matter. I look forward to a timely response from you. This Notice is complete upon receipt.

    Kind regards,

    Pete Torrez

**USPS Tracking®**

**Tracking FAQs**





**Remove**
Tracking Number:
70223330000177923935



Delivered

**Delivered, Front Desk/Reception/Mail Room**
LAS VEGAS, NV 89113
December 11, 2024, 11:44 am

**See All Tracking History**
**What Do USPS Tracking Statuses Mean?**

7022 3330 0001 7792 3935

Credit One Bank
PO Box 98873
Las Vegas NV 89193

5584
0111

PETE TORREZ
401 PARADISE HEIGHTS DR
BERRYVILLE AR 72616-8836

12/17/2024

RE: Account Number Ending in 7755

Dear Pete Torrez,

Thank you for contacting Credit One Bank. Per your request, we have enclosed a copy of the Card Agreement for the above-referenced account.

Sincerely,

Credit One Bank, N.A.

COLR150D 5385 5092 CC 1    07 241217 PAGE 00001 OF 00002 D368    5584

CreditOne
B A N K

PL42XE00102394 983112

PETE TORREZ
401 PARADISE HEIGHTS DR
BERRYVILLE, AR 72616-8836

12/18/2024

RE: Account Number Ending in 7755

Dear Pete Torrez,

Credit One Bank received your request for validation of the debt associated with the above-referenced account.

In validation of the debt, on or about March 1, 2024, we sent Pete Torrez a written solicitation for a pre-approved credit card ("Offer") with the reservation number WX703SM96B79. The Offer was fulfilled through Credit One Bank's website, using the above-referenced reservation number. The completed application included the following information:

| | |
|---|---|
| Name: | Pete Torrez |
| Date of Birth: | ▓▓▓ 1954 |
| SSN Last 4: | ▓▓▓ |
| Email Address: | elegantrepairs@aol.com |
| Phone Number: | ▓▓▓-788-0637 |
| Address: | 401 Paradise Heights Dr, Berryville, Ar 72616 |

The account was opened on March 26, 2024, with an initial credit line of $300.00. The most recent activity on the account includes a payment of $16.24 processed on July 3, 2024. Billing statements have been provided monthly. The statements show the calculation of the listed minimum amount claimed as due and owing; the calculation, application, and inclusion of any and all finance charges or late fees, if any, that were applied; and the calculation and determination of the current new and outstanding balance.

Based on the above information, we believe this account was established and utilized by you.

When the account was opened and activated, you agreed to the terms and conditions within the Card Agreement. The Card Agreement contains language detailing your

DV010/A272771071
P.O. Box 98873, Las Vegas, NV 89193-8873   P. 877-825-3242

**Certified mail 7022 3330 0001 7792 4543**

Pete Torrez                                                December 27, 2024
401 Paradise Heights Drive
Berryville, AR 72616

Credit One Bank
6801 Cimarron Rd.
Las Vegas, NV 89113

**RE: Account ending in # 7755**
**SUBJECT: inaccurate accounting and serious billing error**

### NOTICE OF DEFAULT AND OPPORTUNITY TO CURE

Dear Sir or madam,

You have failed to respond to my request for pertinent information regarding the movement of funds on this account #7755. Therefore, I have not yet been supplied proof per the doctrine of estoppels by silence, Engelhardt V. Gravens (MO) 281 SW 715,719. I presume no evidence of late payments or the alleged debt exists.

Your communication dated 12/17/2024, fails to address my billing error and inaccurate accounting dispute, which you received on 12/11/2024, according to USPS certified mail tracking .

This communication is my good faith attempt to give you the opportunity to respond to my initial request and provide me with the authenticated evidence I asked for. Should this become a matter before the court, then you will be required to produce evidence of your claim in discovery. Don't you think it would be beneficial to you to resolve this matter with me in the private rather than involve the US District Court? I am giving you ten **(10)** days from receipt of this notice to send me the information I asked for.

In the meantime, I urge you to communicate with me in writing by mail only, no emails, phone calls, text messages or voicemails, as they will not be responded to. I am willing to file a claim against your surety Bond, if you continue collection activity, and do not delete your tradeline from my consumer credit reports immediately.

I appreciate your time and full cooperation, and I look forward to your timely response. This Notice shall be complete upon receipt.

Sincerely,

Pete Torrez

**USPS Tracking®**

**Tracking FAQs**



Track Packages
Anytime, Anywhere



**Remove**
**Tracking Number:**
70223330000177924543

Copy Add to Informed Delivery

Latest Update

Your package was delivered to the front desk, reception area, or mail room at
9:38 am on January 2, 2025 in LAS VEGAS, NV 89113

Get More Out of USPS Tracking:

USPS Tracking Plus

Delivered
Delivered, Front Desk/Reception/Mail Room
LAS VEGAS, NV 89113
January 2, 2025, 10:53 am
**See All Tracking History**
**What Do USPS Tracking Statuses Mean?**

7022 3330 0001 7792 4543



*Credit One*°
B A N K

PL7ZJN00100050 - 104114

PETE TORREZ
401 PARADISE HEIGHTS DR
BERRYVILLE, AR 72616-8836

01/10/2025



RE: Account Number Ending in 7755

Dear Pete Torrez,

Thank you for contacting Credit One Bank.

We have verified that no delinquency was reported to the consumer reporting agencies pertaining to this matter.

If you have additional questions, please call Customer Service at 877-825-3242 between 5:00 a.m. and 9:00 p.m. Monday through Friday, or between 6:30 a.m. and 5:00 p.m. on Saturday and Sunday (Pacific Time).

Sincerely,

Credit One Bank, N.A.

NOTICE: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Office of the Comptroller of the Currency, Customer Assistance Group, P.O. Box 53570, Houston, TX 77052.

CS002/A275422851

P.O. Box 98873, Las Vegas, NV 89193-8873    P 877-825-3242

## Account Suspended

From:  Credit One Bank (noreply@emails.creditonebank.com)

To:    elegantrepairs@aol.com

Date:  Saturday, January 11, 2025 at 02:01 PM CST

 **Security Zone**
Pete Torrez | Amex ••••7755

This message is intended for Pete Torrez. If you are not the intended recipient, please disregard and delete.



# Make A **Payment Now**

( **Make A Payment ›** )

## Days Past Due: **38**

## Account Ending In: **7755**

**Your card has been suspended from use.** To regain the use of your card, your account must be brought current and your total balance cannot be greater than your credit limit.

## Make A Payment ›

If you are not able to make this payment today, please call us at **1-888-729-6274** so we can discuss your options.

If you have already made a payment, please disregard this email.

         

Trouble Viewing This Email?    View in Browser

---

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

American Express® is a federally registered service mark of American Express. This credit card program is issued and administered by Credit One Bank, N.A., pursuant to a license from American Express.

**Important Information from Credit One Bank**
You are receiving this email because you are a Credit One Bank cardmember. If you do not wish to receive this particular email notification in the future, please click here.

Your account information is included above to verify that Credit One Bank is the sender of this email. We will never ask for sensitive information such as your password, Social Security number, or account number in an email. Click here to read more about account security and fraud prevention.

Credit One Bank is committed to providing meaningful privacy protection for our cardmembers. For information on our Privacy Policy or how to contact us, please visit our website at CreditOneBank.com.

©2025 Credit One Bank, N.A. All rights reserved.
Credit One®, Credit One Bank® and corresponding logos are federally registered trademarks. All other product names, trademarks, logos and brands appearing herein are the property of their respective owners.
P.O. Box 98873, Las Vegas, NV 89193-8873

*C*

**Certified mail 7022 3330 0001 7792 4451**

Pete Torrez                                                                    January 15, 2025
401 Paradise Heights Drive
Berryville, AR 72616


Credit One Bank
6801 Cimarron Rd.
Las Vegas, NV 89113


**RE: Account ending in # 7755**


**IRREVOCABLE ESTOPPEL BY SILENCE**
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIAPL ID NOTICE TO AGENT**

Dear Sir or Madam,

   Your recent communications to me are unresponsive to my request for your billing error,
inaccurate accounting, and my notice of opportunity to cure your default. Therefore, I have not
been supplied proof per doctrine of estoppel by silence. **Engelhardt V. Gravens (mo) 281 SW
715,719**. I presume no evidence of the alleged indebtedness therefore exists".

   This notice of **irrevocable estoppel by silence** shall forever remain an un-rebuttable fact
unless there is a preponderance of authenticated evidence to the contrary. Credit one bank and its
President have waived any and all rights to challenge this matter in perpetuity.

   I had a right to full disclosure of all information, and movement of funds regarding this
account # 7755, including the accounting and full disclosure of all monies received and/or
expended as a result of this ongoing billing error and inaccurate accounting. Therefore, you are
barred from any and all further collection attempts by this irrevocable estoppel by silence. You
must delete this account #775 from any and all of my consumer credit reports immediately.
Additionally, you **DO NOT** have my permission to share this account and any of my personal
information with any third parties.
   I am giving you **five (5) days** from receipt of this notice to delete this account and your
tradeline from any and all of consumer credit reports, including all inquiries, and I require
written confirmation that you have done so. The last thing I want to do is involve the court in this
matter, and hold you accountable for your violations of 15 USC §1605 (a) of The Truth in
Lending Act, the FDCPA 15 USC §1692 and the FCRA 15 USC §1681. This Notice shall be
complete upon receipt.

   Sincerely,


   Pete Torrez

Certified mail 7022 3330 0001 7792 4451

Pete Torrez                                                     January 15, 2025
401 Paradise Heights Drive
Berryville, AR 72616

CEO, Robert DeJong
Credit One Bank
6801 Cimarron Rd.
Las Vegas, NV 89113

**RE:** Account number ending in #7755
The Consumer Credit Transaction between Pete Torrez and Credit One Bank, NA, dated March 26, 2024, involving a credit card

## NOTICE OF RESCISSION
### NOTICE TO AGENT IS NOTICE TO PRINCIPAL
### NOTICE TO PRINCIPAL IS NOTICE TO AGENT

**Attention,** Robert DeJong,

This will serve as my formal Notice of rescission pursuant to 15 U.S.C. §1635, and Regulation Z, 12 C.F.R. §1026.23, of the transaction and credit card Agreement, **excluding the finance charge.** This rescission is effective as to all aspects of the transaction and Agreement, including the Arbitration clause and all documents signed in connection therewith, and automatically and immediately places the parties in the status quo ante, i.e., in their pre-contractual positions, before the transaction was entered into.

I have a present right to rescind the consumer credit transaction for at least the following reasons:
1. Credit One bank, N. A. failed to provide me with the adequate clear and conspicuous required disclosures under the Truth in Lending Act (TILA), and has therefore Breached the Agreement.
2. Credit One Bank, N.A. failed to provide me with a reasonable response to my billing error notice and inaccurate accounting, and failed to make appropriate corrections in the account.
3. Credit one Bank, N. A. failed to conduct a reasonable investigation as required under the Fair Credit Reporting Act (FCRA) 15 USC §1681s -2 (B) (ii), when the account was clearly inaccurate, and you continued reporting it as accurate.

Please delete your tradeline including all inquiries from any and all of my consumer credit reports immediately, and please send me written confirmation that you have done so. This rescission shall take effect upon receipt.

Regards,
Pete Torrez

# USPS Tracking®

Tracking FAQs



## Remove
**Tracking Number:**
70223330000177924451



Delivered, Front Desk/Reception/Mail Room
LAS VEGAS, NV 89113
January 24, 2025, 10:07 am
**See All Tracking History**
**What Do USPS Tracking Statuses Mean?**



_C_

**CreditOne**
**B A N K**
Office of the President

PLDATA00100004 - 268550

PETE TORREZ                                                                    02/08/2025
401 PARADISE HEIGHTS DR
BERRYVILLE, AR 72616-8836

RE: Account Number Ending in 7755
Case Number 20250204030

Dear Pete Torrez,

Credit One Bank received your communication on February 3, 2025.

**As requested, your account has been placed in a no-contact status on February 7, 2025. You will not receive any further communication regarding this account except as required by law.**

We are required by the Fair Credit Reporting Act to report accurate information to the consumer reporting agencies. As of the date of this letter, our records reflect that this account is 65 day(s) delinquent with a balance of $420.83. Upon review of the account, we determined that the account is being reported accurately.

We have enclosed copies of your billing statements with closure dates of April 8, 2024, through February 8, 2025. The statements detail the activity on the account.

A copy of the Card Agreement is enclosed.

As disclosed, if you think there is an error on your statement, write to us at the Billing Inquiries address on the statement. You must contact us within 60 days after the error appeared on your statement and notify us of any potential errors in writing. You may call us, but if you do, we are not required to investigate any potential error and you may have to pay the amount in question.

---

NOTICE: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Office of the Comptroller of the Currency, Customer Assistance Group; P.O. Box 53570; Houston, TX 77052.

PR018/A279689666

P.O. Box 98873; Las Vegas, NV 89193-8873  P 877-825-3242

Credit One Bank, N.A. values your privacy. We processed your privacy opt-out request on February 7, 2025. Please note that it may take up to three (3) business days to take effect. For more information regarding our privacy practices and your rights, please view our privacy policy at www.CreditOneBank.com/legal/privacy.

On February 3, 2025, we were notified of your intent to retain or your retention of legal representation. Please provide us with the name, phone number, and mailing address of your attorney and we will address your inquiries with them. If you are not represented by counsel any longer or believe that this notification was received in error, please notify us in writing at the address below.

Credit One Bank, N.A. is a national bank chartered by the Office of the Comptroller of the Currency (OCC). As a national bank, Credit One Bank is subject to all applicable federal laws and regulations in regard to its banking practices.

Your request for compensation and to remove the tradeline is respectfully denied.

If you have any additional questions, please call Customer Service at 877-825-3242, Monday through Friday between 5:00 a.m. and 9:00 p.m., or Saturday and Sunday between 6:30 a.m. and 5:00 p.m. (Pacific Time).

Sincerely,

**Credit One Bank, N.A.**

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

---

NOTICE: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Office of the Comptroller of the Currency, Customer Assistance Group, P.O. Box 53570, Houston, TX 77052.

PR018/A279689666

**Certified mail 7022 3330 0001 7792 4482**

Pete Torrez                                         January 29, 2025
401 Paradise Heights Drive
Berryville, AR 72616

CEO, Robert DeJong
Credit One Bank
6801 Cimarron Rd.
Las Vegas, NV 89

**RE: Account ending in # 7755**
**SUBJECT: Unfair and deceptive credit card practices**

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIAPL ID NOTICE TO AGENT**
**NOTICE OF INTENT TO SUE OR ALTERNATIVE**
**OFFER TO SETTLE AND RESOVE**

Robert DeJong,

I am writing you this notice, to give you one last opportunity to settle this matter amicably. My offer to you is as follows;

I will not take legal action against you if you delete your tradeline and all inquiries from any and all of my consumer credit reports, and send me a check in the amount of One Thousand Dollars, ($1000) to the address listed above. I require we both sign a legal and binding non disclosure agreement, to reflect that all records of this credit card account be deleted from the Credit reporting Agencies and your own records in perpetuity. If you decide to accept my offer to settle, you may contact me by email at elegantrepairs@aol.com.

If you choose not to accept my reasonable offer to mitigate the damages you have caused me, I will follow through and join the co Plaintiffs in a lawsuit against you personally and Credit One Bank, which your represent. The cost for you to defend yourself against the lawsuit will be much more than $1,000.

Just to give you heads up; I am going to CC a complete file of all written communications between me and Credit One Bank, N.A. to the Office of the Comptroller of Currency today for their review, as they regulate your credit card and Banking practices.

You have ten **(10) days** from receipt of this notice to contact me and settle this matter. I will await an email message from you, or I will see you in Court. The choice Is yours.

Thank you for your time and attention and cooperation.

Pete Torrez

**USPS Tracking®**

**Tracking FAQs**



**Remove**
Tracking Number:
70223330000177924482

**Delivered, Front Desk/Reception/Mail Room**
LAS VEGAS, NV 89113
February 3, 2025, 12:56 pm
**See All Tracking History**
**What Do USPS Tracking Statuses Mean?**



7022 3330 0001 7792 4482

## RE: Notice of Sale of Your Credit Card Account

From: Credit One Bank (noreply@emails.creditonebank.com)

To: elegantrepairs@aol.com

Date: Monday, July 28, 2025 at 10:11 PM CDT

Sign In

 **Security Zone**
Pete Torrez | Amex ••••7755

**This message is intended for Pete Torrez. If you are not the intended recipient, please disregard and delete.**

July 28, 2025
Re: Notice of Sale of Your Credit Card Account

Pete Torrez,

Credit One Bank is notifying you that your credit card account ending in 7755 ("Account") with a balance in the amount of $655.45 was recently sold, and we understand has since been assigned to the new Account owner referenced below. This letter is not an attempt to collect a debt and is for Account information purposes only.

       LVNV Funding, LLC
       c/o Resurgent Capital Services, LP
       P.O. Box 10497
       Greenville, SC 29603

(877) 550-2459

https://www.resurgent.com/resolve

Unless otherwise notified by the new Account owner, all future inquiries regarding this Account should be directed to Resurgent Capital Services, LP. For more information, please go to https://www.resurgent.com/resolve

Credit One Bank has requested that the major consumer reporting agencies either change Credit One Bank's tradeline, with respect to this Account, to reflect the status as charged-off and sold or delete Credit One Bank's tradeline. This status may take up to 60 days to be reflected in your credit report. Please also note that this relates only to Credit One Bank's tradeline and does not impact any tradeline that a future owner of the charged off Account may report.

      

Trouble Viewing This Email?  View in Browser

Please do not reply to this email; this is an unattended email box and is not monitored. If you have any questions regarding your account, please contact Customer Service.

**Important Information from Credit One Bank**

You are receiving this email because you are a Credit One Bank cardmember.

Your account information is included above to verify that Credit One Bank is the sender of this email. We will never ask for sensitive information such as your password, Social Security number, or account number in an email. Click here to read more about account security and fraud prevention.

Credit One Bank is committed to providing meaningful privacy protection for our cardmembers. For information on our Privacy Policy or how to contact us, please visit our website at CreditOneBank.com.

©2025 Credit One Bank, N.A. All rights reserved.
Credit One®, Credit One Bank® and corresponding logos are federally registered trademarks. All other product names, trademarks, logos and brands appearing herein are the property of their respective owners.
P.O. Box 98873, Las Vegas, NV 89193-8873

**Written correspondences between Plaintiff and Defendant RCS**

**Torrez, EXHIBIT –J**



55 Beattie Place
Suite 110 MS 576
Greenville SC 29602

MDG2025 00017793 01



Pete Torrez
401 Paradise Heights Dr
Berryville, AR 72616-8836



July 29, 2025

**Welcome Pete Torrez!**

Your account has a new home with Resurgent Capital Services L.P.:

We're reaching out today to provide an important update on your account's status. Your above-referenced account was sold on 07/20/2025 and the new owner is LVNV Funding LLC. Effective 07/23/2025, LVNV Funding LLC placed your account with Resurgent Capital Services L.P. for servicing.

Resurgent Capital Services L.P. is an industry leader with 20+ years of experience helping millions of customers like you resolve past-due obligations regardless of their current financial situation.

We know people need flexibility, so we're pleased to offer you multiple ways to communicate. No matter which way you choose, you can review account information and customize payment options.

- Our online portal is available 24/7 at Resurgent.com
- Our friendly and professional customer care team would be pleased to discuss your options at 1-866-559-6647

You can expect to hear from us over the coming weeks via email. Scan the QR code below for more information.



For further assistance, please contact one of our professional account managers toll free at 1-866-559-6647.

**Continued on next page**

   

| *Hours of Operation* | *General Disputes/Correspondence* | *Contact Number* | *Customer Portal* |
|---|---|---|---|
| 8:00AM-9:00PM EST Monday - Thursday | PO Box 10497 Greenville, SC 29603-0497 | Toll Free Phone 1-866-559-6647 | Resurgent.com |
| 8:00AM-7:00PM EST Friday | *Credit Bureau Disputes* PO Box 1269 | | |
| 9:00AM-5:00PM EST Saturday | Greenville, SC 29602 | | |



65973765 – HLOWLM-IR

Sincerely,

Resurgent Capital Services L.P.

Enclosure

**Please read the following important notices, including the enclosed validation notice, as they may affect your rights.**

Please note that a negative credit bureau report reflecting on your credit record may be submitted to a credit reporting agency by the current account owner if you fail to fulfill the terms of your credit obligations. This notice in no way affects any rights you may have.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

This communication is from a debt collector.

**Certified mail 7022 3330 0001 7792 6257**

Pete Torrez
401 Paradise Heights Drive
Berryville, AR 72616

August 14, 2025

Resurgent Capital Services
P O BOX 10497
Greenville, SC 29603-0497

## NOTICE PER THE DOCTRINE OF ESTOPPEL BY SILENCE

**Dear Resurgent Capital Services,**

Thank you for your communication. I am concerned by your demand for payment in the amount of $655.45 allegedly owed to Resurgent Capital Services and/or LVNV Funding.

This is not a refusal to pay any financial obligation I may lawfully owe. This Notice is my good faith attempt to request information, as I do not believe your claim to be accurate or valid. Therefore, I request that you provide the following information;

1. Are you an employee of Credit One Bank, N A?
2. Do you have firsthand knowledge of the Credit card account #7755 from its inception?
3. Provide me with proof of your agency status with Credit One Ban, N.A..
4. Are you an injured party?
5. Did you manage the Credit One Bank credit card account ending in #7755?
6. Provide me with a copy of your license to collect debt in the state of Arkansas.
7. Provide me with a copy of your insurance Bond, including the name of the insurance company who issued your Bond?
8. Who will testify to your claim of $655.45 owed to you, under the penalty of perjury?

Once you provide the proof I asked for, I will be glad to comply with your request, otherwise this matter is closed, because you agree by your default, and you agree to owe me triple damages for any and all violations of federal law. You have **ten (10) days** from receipt of this communication to respond, or you are estopped from taking any further collection action against me pursuant to the doctrine estoppel by silence. No phone calls, text messages, voice mails or emails as you DO NOT have my consent. You may only contact me in writing via US mail.

Thank you for your time and cooperation. Notice is complete upon receipt.

Sincerely,

Pete Torrez

# USPS Tracking.

Tracking FAQs



Track Packages
Anytime, Anywhere

Get the free Informed Delivery feature to receive automated notifications on your packages.
Learn more.

Remove

**Tracking Number:**

**70223330000177926257**



Delivered to Agent
Delivered to Agent, Picked up at USPS
GREENVILLE, SC 29602
August 21, 2025, 7:30 am
**See All Tracking History**
**What Do USPS Tracking Statuses Mean?**



7022 3330 0001 7792 6257

PO Box 510090
Livonia MI 48151-6090





PMC87K01103230

‖|‧‧ɪɪ‧‧ɪₐₐ|‖ₐᵢₗₚₐₗ|‖‖‧‧ₐₚₐₗ‧ₗₐₐₚ‖‧|‖ₗₚₑ‧‖|ₗ|‖‧‧ₐₗ‧

PETE TORREZ
401 PARADISE HEIGHTS DR
BERRYVILLE, AR 72616-8836

<table>
<tr><td>Account Number: ********-***7755</td></tr>
<tr><td>Original Creditor: Credit One Bank, N.A.</td></tr>
<tr><td>Current Owner: LVNV Funding LLC</td></tr>
<tr><td>Reference ID: 817015325</td></tr>
<tr><td>Balance: $655.45</td></tr>
<tr><td>Account Holder Name: Pete Torrez</td></tr>
</table>

August 27, 2025

Dear Pete Torrez,

Resurgent Capital Services L.P. manages the above referenced account for LVNV Funding LLC and has initiated a review of the inquiry recently received.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-866-464-1187.

Sincerely,

Resurgent Capital Services L.P.

**Please read the following important notices as they may affect your rights.**
This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.



**Hours of Operation**
8:00AM-9:00PM EST
Monday - Thursday
8:00AM-7:00PM EST
Friday
9:00AM-5:00PM EST
Saturday - Sunday



**General Disputes/Correspondence**
PO Box 10497
Greenville, SC 29603-0497
*Credit Bureau Disputes*
PO Box 1269
Greenville, SC 29602



**Contact Number**
Toll Free Phone
1-866-464-1187



**Customer Portal**
Resurgent.com

Pete Torrez Cellular phone number ending in **0637**

**List of text messages received from Resurgent Capital Services, LP, attempting to collect a debt.**

1. RCS text message, Tuesday August 5, 2025 @ 2:28 pm
2. RCS text message, Thursday August 7, 2025 @ 4:37 pm
3. RCS text message, Saturday August 9, 2025 @ 7:27 pm
4. RCS text message, Wednesday August 13, 2025 @ 6:27 pm
5. RCS text message, Friday August 15, 2025 @ 6:27 pm
6. RCS text message, Tuesday August 19, 2025 7:38 pm
7. RCS text message, Friday August 22, 2025 @4:35 pm

EXHIBIT –**J-1**



Joinder Plaintiffs - Opposition to Motion to Compel Arbitration and Stay Dkt 21 and 24

Case 3:25-cv-03072-DCF    Document 29    Filed 02/19/26    Page 34 of 54 PageID #: 841

2/19/26, 6:15 AM                      AOL Mail - Re: Torrez v. COB et al, 3:25-cv-03072 RE: Joint 26(f) Report.

## Re: Torrez v. COB et al, 3:25-cv-03072 RE: Joint 26(f) Report.

From:  Morris, Samuel (smorris@burr.com)

To:      elegantrepairs@aol.com

Date:  Monday, February 2, 2026 at 09:21 AM CST

Mr. Torrez,

As I let Ms Manzano know last week, and I understand based on the note below that you've been in communication with her, I was without power and had to evacuate my house last week due to the ice storms that hit Nashville. I sent you the 26f report this morning. Please respond to the group email with any comments or consent to signature.

Regards,
Sam
Sent from my iPhone

**Sam Morris**

*Partner*

smorris@burr.com
615-724-3258 *(direct)*



*222 Second Avenue South, Suite 2000*
*Nashville, Tennessee 37201*

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.
On Feb 1, 2026, at 9:37 AM, elegantrepairs@aol.com wrote:

> **This is an EXTERNAL email! STOP, ASSESS, and VERIFY**

Mr. Sam Morris,

I am confused by your unwillingness to contact me directly regarding the outstanding rule 26(f) report which is due in 3 days.
I was hopeful that you would at least respond to me directly with a reason why you are unable to participate, or at least assert your
concerns and add your revisions to the required 26(f) report.

Myself, Ms. Manzano and Mr. Grisham tried to be reasonable and fair with you in good faith, but you have failed to timely respond to us,
individually or as a whole. We even agreed to meet you half way on your request to file a Motion to dismiss our case. We actually sent you a conditional compromise,
stating our agreement to a Stipulation to stay the rule 26(f) pending our response to the Motion to Dismiss, and I am surprised by your non-response. The last thing

we wanted to do is involve the court regarding discovery issues. In fact we made that clear in our latest email communications with you.

   I truly am sorry we could not work this out without court intervention. The fact is, after much discussion, plaintiffs are now forced to file a Unilateral 26(f) report with the court to comply with the Court Ordered 26(f) Report deadline.


Pete Torrez

**To:** Morris, Samuel <smorris@burr.com>
**Subject:** Re: Credit One/LVNV: Manzano et al - 26(f) Report

| This is an EXTERNAL email! STOP, ASSESS, and VERIFY |
| --- |

A follow up from our phone conversation yesterday.

I have read the 26(f) report, and before getting into the process of making our revisions, and sending it back to you. I will need the proposed stipulation to the court, letting the court know we are preparing a the Report of Parties Planning Meeting. However, without the Stipulation we cannot move forward, because its due tomorrow on Wednesday the 4th. So We need it today please.

In the meantime, I am working on filling in each section of the Planning meeting for the Plaintiffs.

Please note, we are not accusing you of gamemanship or stonewalling discovery, we only considered it due to Defendants intermittent inaction, and the fact that the deadline for filing the 26(f) report was moving dangerously close and we did not desire to risk our case being dismissed. That is why I filed the unilateral 26(f) report yesterday.

 I will send you a separate email under Rule408 regarding our discussion about settlement.

If you need to speak with me directly, please call me, I will be available all day everyday.

Have a great day.

Jacqueline

Sent with Proton Mail secure email.

On Monday, February 2nd, 2026 at 8:43 AM, Morris, Samuel <smorris@burr.com> wrote:

All,

Attached is the section of the 26f report from my clients.  Please include any additional information to your sections and/or respond back by consenting that I may add your signature with permission and my office will handle the filing. This is due to be filed by the end of the day on Wednesday.

I understand you have previously stated your preference not to discuss these matter by telephone.  If that changes and you'd prefer to schedule a phone call, please let me know times that work for all three of you.

Thanks,

Thanks,

Sam

---

**From:** Morris, Samuel
**Sent:** Tuesday, February 3, 2026 12:03 PM
**To:** 'jmdesigns88' <jmdesigns88@proton.me>; 'elegantrepairs@aol.com' <elegantrepairs@aol.com>; 'AG-84proton.me' <AG-84proton.me@proton.me>; 'ptorrez54@aol.com' <ptorrez54@aol.com>
**Subject:** RE: Credit One/LVNV: Manzano et al - 26(f) Report


Ms. Manzano, Mr. Grisham, and Mr. Torrez,


Attached is a joint motion to withdraw the unilateral 26f report and ask the court for an additional week to file the joint 26f report. Please respond to this email, with everyone in copy and confirm that I have consent to add your signature. If so, I will fix your electronic signature (here is an example of what a consented signature looks like, "/s/ Jaqueline Manzano w/ permission") to this motion and file it.


Thanks,

Sam

---

**From:** Morris, Samuel
**Sent:** Tuesday, February 3, 2026 11:13 AM
**To:** 'jmdesigns88' <jmdesigns88@proton.me>
**Subject:** RE: Credit One/LVNV: Manzano et al - 26(f) Report


Ms. Manzano,


Good morning. I'm working on the joint motion to withdraw unilateral report and extend time. I'll send it to you. As we discussed there was no inaction – I attempted to set a conference call for the 26f meeting which was not accepted and then I advised you last week I had lost power due to the storms, which you acknowledged but did not include in your filing. Nonetheless, I think we are on the same page though that it's better to simply withdraw that filing and submit the joint report than litigate the process of preparing the report.


In the meantime, you can also send over your revisions to the 26f report.


Thanks,

Sam


**From:** jmdesigns88 <jmdesigns88@proton.me>
**Sent:** Tuesday, February 3, 2026 9:49 AM

## RE: Credit One/LVNV: Manzano et al - 26(f) Report

From: Morris, Samuel (smorris@burr.com)

To:     jmdesigns88@proton.me; elegantrepairs@aol.com; ag-84proton.me@proton.me; ptorrez54@aol.com

Date: Wednesday, February 4, 2026 at 12:55 PM CST

All,

Attached is a courtesy copy of the court order (which indicates it is by text order) withdrawing the unilateral 26f report and granting the extension to 2/11 to file the joint report.  The order references that it is going to mail you a copy.  Please send your proposed revisions to the 26f report once available.

Thanks,
Sam

### Sam Morris
*Partner*

smorris@burr.com
615-724-3258 (*direct*)

   

*222 Second Avenue South, Suite 2000*
*Nashville, Tennessee 37201*

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

**From:** Morris, Samuel
**Sent:** Tuesday, February 3, 2026 3:11 PM
**To:** 'jmdesigns88' <jmdesigns88@proton.me>; 'elegantrepairs@aol.com' <elegantrepairs@aol.com>; 'AG-84proton.me' <AG-84proton.me@proton.me>; 'ptorrez54@aol.com' <ptorrez54@aol.com>
**Subject:** RE: Credit One/LVNV: Manzano et al - 26(f) Report

Ms. Manzano, Mr. Grisham, and Mr. Torrez,

Thank you all for sending me your consent for signature on this motion.  We will get it on file with the court.

Ms. Manzano indicates that some of you may have additions/revisions to the Joint 26f report.  If so, would you please send them to me and copy all parties?

Sam

**Sam Morris**

*Partner*

smorris@burr.com
615-724-3258 (*direct*)

⎯ ⎯ ⎯ ⎯ ⎯

*222 Second Avenue South, Suite 2000*
*Nashville, Tennessee 37201*

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not
read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then
delete this message from your system. Thank you.

## This is an EXTERNAL email! STOP, ASSESS, and VERIFY

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U. S. District Court

### Western District of Arkansas

## Notice of Electronic Filing

The following transaction was entered on 2/4/2026 at 12:12 PM CST and filed on 2/4/2026
**Case Name:**      Manzano et al v. Credit One Bank, N.A. et al
**Case Number:**    3:25-cv-03072-TLB
**Filer:**
**Document Number:** 20(No document attached)

Docket Text:
**TEXT ONLY ORDER granting [19] Motion to Withdraw Filing. The Clerk of Court is DIRECTED to STRIKE [18] Unilateral Rule 26(f) Report. Further, the parties may have until February 11, 2026, to submit a Joint Rule 26(f) Report. Signed by Chief District Judge Timothy L Brooks on February 4, 2026. (ee)**

**3:25-cv-03072-TLB Notice has been electronically mailed to:**

Samuel A. Morris    smorris@burr.com, abeasley@burr.com, noehl@burr.com, sfoshee@burr.com

**3:25-cv-03072-TLB Notice has been delivered by other means to:**

Alton Grisham
401 Paradise Heights Dr.
Berryville, AR 72616

Jacqueline Manzano
401 Paradise Heights Dr.
Berryville, AR 72616

Pete Torrez
401 Paradise Heights Dr.
Berryville, AR 72616

Untitled
8.3 kB

## RE: Credit One/LVNV: Manzano et al - 26(f) Report

From: Morris, Samuel (smorris@burr.com)

To:     jmdesigns88@proton.me; elegantrepairs@aol.com; ag-84proton.me@proton.me; ptorrez54@aol.com

Date: Tuesday, February 3, 2026 at 12:02 PM CST

Ms. Manzano, Mr. Grisham, and Mr. Torrez,

Attached is a joint motion to withdraw the unilateral 26f report and ask the court for an additional week to file the joint 26f report.  Please respond to this email, with everyone in copy and confirm that I have consent to add your signature.  If so, I will fix your electronic signature (here is an example of what a consented signature looks like, "/s/ Jaqueline Manzano w/ permission") to this motion and file it.

Thanks,
Sam

**Sam Morris**
*Partner*

smorris@burr.com
615-724-3258 (*direct*)

    

*222 Second Avenue South, Suite 2000*
*Nashville, Tennessee 37201*

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

**From:** Morris, Samuel
**Sent:** Tuesday, February 3, 2026 11:13 AM
**To:** 'jmdesigns88' <jmdesigns88@proton.me>
**Subject:** RE: Credit One/LVNV: Manzano et al - 26(f) Report

Ms. Manzano,

Good morning.  I'm working on the joint motion to withdraw unilateral report and extend time.  I'll send it to you.  As we discussed there was no inaction – I attempted to set a conference call for the 26f meeting which was not accepted and then I advised you last week I had lost power due to the storms, which you acknowledged but did not include in your filing.   Nonetheless, I think we are on the same page though that it's better to simply withdraw that filing and submit the joint report than litigate the process of preparing the report.

In the meantime, you can also send over your revisions to the 26f report.

Thanks,
Sam

**From:** jmdesigns88 <jmdesigns88@proton.me>
**Sent:** Tuesday, February 3, 2026 9:49 AM
**To:** Morris, Samuel <smorris@burr.com>
**Subject:** Re: Credit One/LVNV: Manzano et al - 26(f) Report

| This is an **EXTERNAL** email! STOP, ASSESS, and VERIFY |
| --- |

A follow up from our phone conversation yesterday.

I have read the 26(f) report, and before getting into the process of making our revisions, and sending it back to you. I will need the proposed stipulation to the court, letting the court know we are preparing a the Report of Parties Planning Meeting. However, without the Stipulation we cannot move forward, because its due tomorrow on Wednesday the 4th. So We need it today please.
In the meantime, I am working on filling in each section of the Planning meeting for the Plaintiffs.

Please note, we are not accusing you of gamemanship or stonewalling discovery, we only considered it due to Defendants intermittent inaction, and the fact that the deadline for filing the 26(f) report was moving dangerously close and we did not desire to risk our case being dismissed. That is why I filed the unilateral 26(f) report yesterday.

 I will send you a separate email under Rule408 regarding our discussion about settlement.

If you need to speak with me directly, please call me, I will be available all day everyday.

Have a great day.
Jacqueline

Sent with Proton Mail secure email.

On Monday, February 2nd, 2026 at 8:43 AM, Morris, Samuel <smorris@burr.com> wrote:

All,

Attached is the section of the 26f report from my clients.  Please include any additional information to your sections and/or respond back by consenting that I may add your signature with permission and my office will handle the filing.  This is due to be filed by the end of the day on Wednesday.

I understand you have previously stated your preference not to discuss these matter by telephone.  If that changes and you'd prefer to schedule a phone call, please let me know times that work for all three of you.

Thanks,
Sam

## Sam Morris

*Partner*

smorris@burr.com
615-724-3258 (*direct*)

*222 Second Avenue South, Suite 2000*
*Nashville, Tennessee 37201*

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not
read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then
delete this message from your system. Thank you.

 Manzano Jacqueline (Credit One) - Joint Motion to Withdraw Unilateral Report and Extend Time(65450297.1).docx
19.3 kB

## RE: Credit One/LVNV: Manzano et al - 26(f) Report

From: Morris, Samuel (smorris@burr.com)

To:     jmdesigns88@proton.me; elegantrepairs@aol.com; ag-84proton.me@proton.me; ptorrez54@aol.com

Date:   Friday, February 6, 2026 at 08:00 PM CST

All,

Attached is the updated version of my clients' sections of the 26(f) report.  Please provide any revisions/updates to this version by replying all to this message with your draft.

Thanks,
Sam

### Sam Morris

*Partner*

smorris@burr.com
615-724-3258 *(direct)*

  

*222 Second Avenue South, Suite 2000*
*Nashville, Tennessee 37201*

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

**From:** Morris, Samuel
**Sent:** Friday, February 6, 2026 12:57 PM
**To:** 'jmdesigns88' <jmdesigns88@proton.me>; 'elegantrepairs@aol.com' <elegantrepairs@aol.com>; 'AG-84proton.me' <AG-84proton.me@proton.me>; 'ptorrez54@aol.com' <ptorrez54@aol.com>
**Subject:** RE: Credit One/LVNV: Manzano et al - 26(f) Report

All,

I've just spoken with Ms. Manzano and want to make sure everyone is aware that, as I discussed with Ms. Manzano, my office will handle the electronic filing of the 26f report once we've reached an agreement on the final version.

As I mentioned to Ms. Manzano, since my clients have now moved to compel arbitration and for the stay, I anticipate having some revisions.  In addition, I believe you have all indicated that you would be drafting revisions to your sections, so I await those.

Once we have what we think is an agreed upon version, I will ask you all for consent to add your signature in a process similar to how we completed the joint motion to withdraw your unilateral 26f report.

Have a nice weekend.

Thanks,
Sam

**From:** jmdesigns88 <jmdesigns88@proton.me>
**Sent:** Wednesday, February 4, 2026 2:06 PM
**To:** Morris, Samuel <smorris@burr.com>
**Subject:** RE: Credit One/LVNV: Manzano et al - 26(f) Report

**This is an EXTERNAL email! STOP, ASSESS, and VERIFY**

hi Samuel,

Thank you for getting it filed and now we have an extension until the 11th. I am taking your word for it, because I could not download the documents. I will start working on teh Report this evening and tomorrow. I will keep you timely posted.

On the other issue with the vehicle, I had to run around to two different stores to get the two Parts ordered, and that wasn't too time consuming. All is well there. Thanks for asking.

Thanks
Jacqueline
Sent with Proton Mail secure email.

On Wednesday, February 4th, 2026 at 12:55 PM, Morris, Samuel <smorris@burr.com> wrote:

All,

Attached is a courtesy copy of the court order (which indicates it is by text order) withdrawing the unilateral 26f report and granting the extension to 2/11 to file the joint report. The order references that it is going to mail you a copy. Please send your proposed revisions to the 26f report once available.

Thanks,
Sam

## Sam Morris

*Partner*

smorris@burr.com
615-724-3258 (*direct*)

⎿⎿ ⎿⎿ ⎿⎿ ⎿⎿ ⎿⎿

*222 Second Avenue South, Suite 2000*
*Nashville, Tennessee 37201*

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not
read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then
delete this message from your system. Thank you.

Ms. Manzano, Mr. Grisham, and Mr. Torrez,

Thank you all for sending me your consent for signature on this motion. We will get it on file with the court.

Ms. Manzano indicates that some of you may have additions/revisions to the Joint 26f report. If so, would you please send them to me and copy all parties?

Thanks,
Sam

**From:** Morris, Samuel
**Sent:** Tuesday, February 3, 2026 12:03 PM
**To:** 'jmdesigns88' <jmdesigns88@proton.me>; 'elegantrepairs@aol.com' <elegantrepairs@aol.com>; 'AG-84proton.me' <AG-84proton.me@proton.me>; 'ptorrez54@aol.com' <ptorrez54@aol.com>
**Subject:** RE: Credit One/LVNV: Manzano et al - 26(f) Report

Ms. Manzano, Mr. Grisham, and Mr. Torrez,

Attached is a joint motion to withdraw the unilateral 26f report and ask the court for an additional week to file the joint 26f report. Please respond to this email, with everyone in copy and confirm that I have consent to

add your signature. If so, I will fix your electronic signature (here is an example of what a consented signature looks like, "/s/ Jaqueline Manzano w/ permission") to this motion and file it.

Thanks,
Sam .

---

**From:** Morris, Samuel
**Sent:** Tuesday, February 3, 2026 11:13 AM
**To:** 'jmdesigns88' <jmdesigns88@proton.me>
**Subject:** RE: Credit One/LVNV: Manzano et al - 26(f) Report

Ms. Manzano,

Good morning. I'm working on the joint motion to withdraw unilateral report and extend time. I'll send it to you. As we discussed there was no inaction – I attempted to set a conference call for the 26f meeting which was not accepted and then I advised you last week I had lost power due to the storms, which you acknowledged but did not include in your filing.   Nonetheless, I think we are on the same page though that it's better to simply withdraw that filing and submit the joint report than litigate the process of preparing the report.

In the meantime, you can also send over your revisions to the 26f report.

Thanks,
Sam

**From:** jmdesigns88 <jmdesigns88@proton.me>
**Sent:** Tuesday, February 3, 2026 9:49 AM
**To:** Morris, Samuel <smorris@burr.com>
**Subject:** Re: Credit One/LVNV: Manzano et al - 26(f) Report

| This is an EXTERNAL email! STOP, ASSESS, and VERIFY |
|---|

A follow up from our phone conversation yesterday.

I have read the 26(f) report, and before getting into the process of making our revisions, and sending it back to you. I will need the proposed stipulation to the court, letting the court know we are preparing a the Report of Parties Planning Meeting. However, without the Stipulation we cannot move forward, because its due tomorrow on Wednesday the 4th. So We need it today please.
In the meantime, I am working on filling in each section of the Planning meeting for the Plaintiffs.

Please note, we are not accusing you of gamemanship or stonewalling discovery, we only considered it due to Defendants intermittent inaction, and the fact that the deadline for filing the 26(f) report was moving dangerously close and we did not desire to risk our case being dismissed. That is why I filed the unilateral 26(f) report yesterday.

I will send you a separate email under Rule408 regarding our discussion about settlement.

If you need to speak with me directly, please call me, I will be available all day everyday.

Have a great day.
Jacqueline

Sent with Proton Mail secure email.

On Monday, February 2nd, 2026 at 8:43 AM, Morris, Samuel <smorris@burr.com> wrote:

All,

Attached is the section of the 26f report from my clients. Please include any additional information to your sections and/or respond back by consenting that I may add your signature with permission and my office will handle the filing. This is due to be filed by the end of the day on Wednesday.

I understand you have previously stated your preference not to discuss these matter by telephone. If that changes and you'd prefer to schedule a phone call, please let me know times that work for all three of you.

Thanks,
Sam

**Sam Morris**

*Partner*

smorris@burr.com
615-724-3258 (*direct*)

*222 Second Avenue South, Suite 2000*
*Nashville, Tennessee 37201*

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not
read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then
delete this message from your system. Thank you.

**From:** Morris, Samuel
**Sent:** Tuesday, February 3, 2026 3:11 PM
**To:** 'jmdesigns88' <jmdesigns88@proton.me>; 'elegantrepairs@aol.com' <elegantrepairs@aol.com>; 'AG-84proton.me' <AG-84proton.me@protori.me>; 'ptorrez54@aol.com' <ptorrez54@aol.com>
**Subject:** RE: Credit One/LVNV: Manzano et al - 26(f) Report

Manzano, Jacqueline (Credit One) - Rule 26(f) Report(65213150.1).docx
23.1 kB

## RE: Credit One/LVNV: Manzano et al - 26(f) Report

From: Morris, Samuel (smorris@burr.com)

To:.    jmdesigns88@proton.me; elegantrepairs@aol.com; ag-84proton.me@proton.me; ptorrez54@aol.com

Date:  Friday, February 6, 2026 at 12:56 PM CST

All,

I've just spoken with Ms. Manzano and want to make sure everyone is aware that, as I discussed with Ms. Manzano, my office will handle the electronic filing of the 26f report once we've reached an agreement on the final version.

As I mentioned to Ms. Manzano, since my clients have now moved to compel arbitration and for the stay, I anticipate having some revisions. In addition, I believe you have all indicated that you would be drafting revisions to your sections, so I await those.

Once we have what we think is an agreed upon version, I will ask you all for consent to add your signature in a process similar to how we completed the joint motion to withdraw your unilateral 26f report.

Have a nice weekend.

Thanks,
Sam

**Sam Morris**

*Partner*

smorris@burr.com
615-724-3258 (*direct*)

   

*222 Second Avenue South, Suite 2000*
*Nashville, Tennessee 37201*

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

**From:** jmdesigns88 <jmdesigns88@proton.me>
**Sent:** Wednesday, February 4, 2026 2:06 PM
**To:** Morris, Samuel <smorris@burr.com>
**Subject:** RE: Credit One/LVNV: Manzano et al - 26(f) Report

---

**This is an EXTERNAL email! STOP, ASSESS, and VERIFY**

---

hi Samuel,

Thank you for getting it filed and now we have an extension until the 11th. I am taking your word for it, because I could not download the documents. I will start working on teh Report this evening and tomorrow. I will keep you timely posted.

On the other issue with the vehicle, I had to run around to two different stores to get the two Parts ordered, and that wasn't too time consuming. All is well there. Thanks for asking.

Thanks
Jacqueline
Sent with Proton Mail secure email.

On Wednesday, February 4th, 2026 at 12:55 PM, Morris, Samuel <smorris@burr.com> wrote:

All,

Attached is a courtesy copy of the court order (which indicates it is by text order) withdrawing the unilateral 26f report and granting the extension to 2/11 to file the joint report. The order references that it is going to mail you a copy. Please send your proposed revisions to the 26f report once available.

Thanks,
Sam

## Sam Morris

*Partner*

smorris@burr.com
615-724-3258 (*direct*)

⎵⎵  ⎵⎵  ⎵⎵  ⎵⎵  ⎵⎵

*222 Second Avenue South, Suite 2000*
*Nashville, Tennessee 37201*

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not
read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then
delete this message from your system. Thank you.

Ms. Manzano, Mr. Grisham, and Mr. Torrez,

Thank you all for sending me your consent for signature on this motion. We will get it on file with the court.

Ms. Manzano indicates that some of you may have additions/revisions to the Joint 26f report. If so, would you please send them to me and copy all parties?

Thanks,
Sam

**From:** Morris, Samuel
**Sent:** Tuesday, February 3, 2026 12:03 PM
**To:** 'jmdesigns88' <jmdesigns88@proton.me>; 'elegantrepairs@aol.com' <elegantrepairs@aol.com>; 'AG-84proton.me' <AG-84proton.me@proton.me>; 'ptorrez54@aol.com' <ptorrez54@aol.com>
**Subject:** RE: Credit One/LVNV: Manzano et al - 26(f) Report

Ms. Manzano, Mr. Grisham, and Mr. Torrez,

Attached is a joint motion to withdraw the unilateral 26f report and ask the court for an additional week to file the joint 26f report. Please respond to this email, with everyone in copy and confirm that I have consent to add your signature. If so, I will fix your electronic signature (here is an example of what a consented signature looks like, "/s/ Jaqueline Manzano w/ permission") to this motion and file it.

Thanks,
Sam

**From:** Morris, Samuel
**Sent:** Tuesday, February 3, 2026 11:13 AM
**To:** 'jmdesigns88' <jmdesigns88@proton.me>
**Subject:** RE: Credit One/LVNV: Manzano et al - 26(f) Report

Ms. Manzano,

Good morning. I'm working on the joint motion to withdraw unilateral report and extend time. I'll send it to you. As we discussed there was no inaction – I attempted to set a conference call for the 26f meeting which was not accepted and then I advised you last week I had lost power due to the storms, which you acknowledged but did not include in your filing. Nonetheless, I think we are on the same page though that it's better to simply withdraw that filing and submit the joint report than litigate the process of preparing the report.

In the meantime, you can also send over your revisions to the 26f report.

Thanks,
Sam

**From:** jmdesigns88 <jmdesigns88@proton.me>
**Sent:** Tuesday, February 3, 2026 9:49 AM
**To:** Morris, Samuel <smorris@burr.com>
**Subject:** Re: Credit One/LVNV: Manzano et al - 26(f) Report

| This is an **EXTERNAL email! STOP, ASSESS, and VERIFY** |
| --- |

A follow up from our phone conversation yesterday.

I have read the 26(f) report, and before getting into the process of making our revisions, and sending it back to you. I will need the proposed stipulation to the court, letting the court know we are preparing a the Report of Parties Planning Meeting. However, without the Stipulation we cannot move forward, because its due tomorrow on Wednesday the 4th. So We need it today please.
In the meantime, I am working on filling in each section of the Planning meeting for the Plaintiffs.

Please note, we are not accusing you of gamemanship or stonewalling discovery, we only considered it due to Defendants intermittent inaction, and the fact that the deadline for filing the 26(f) report was moving dangerously close and we did not desire to risk our case being dismissed. That is why I filed the unilateral 26(f) report yesterday.

I will send you a separate email under Rule408 regarding our discussion about settlement.

If you need to speak with me directly, please call me, I will be available all day everyday.

Have a great day.
Jacqueline

Sent with Proton Mail secure email.

On Monday, February 2nd, 2026 at 8:43 AM, Morris, Samuel <smorris@burr.com> wrote:

All,

Attached is the section of the 26f report from my clients. Please include any additional information to your sections and/or respond back by consenting that I may add your signature with permission and my office will handle the filing. This is due to be filed by the end of the day on Wednesday.

I understand you have previously stated your preference not to discuss these matter by telephone. If that changes and you'd prefer to schedule a phone call, please let me know times that work for all three of you.

Thanks,
Sam

## Sam Morris

*Partner*

smorris@burr.com
615-724-3258 (*direct*)

⌐  ⌐  ⌐  ⌐  ⌐

*222 Second Avenue South, Suite 2000*
*Nashville, Tennessee 37201*

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not
read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then
delete this message from your system. Thank you.

**From:** Morris, Samuel
**Sent:** Tuesday, February 3, 2026 3:11 PM
**To:** 'jmdesigns88' <jmdesigns88@proton.me>; 'elegantrepairs@aol.com'
<elegantrepairs@aol.com>; 'AG-84proton.me' <AG-84proton.me@proton.me>;
'ptorrez54@aol.com' <ptorrez54@aol.com>
**Subject:** RE: Credit One/LVNV: Manzano et al - 26(f) Report

**Plaintiff's credit report showing Defendants COB███████tradeline**

**Torrez, EXHIBIT –K**

| | | | |
|---|---|---|---|
| Open | 0 | 0 | 0 |
| Closed | 0 | 0 | 0 |
| Deferred/Unknown | 0 | 0 | 0 |

**Personal Information**

| Personal Information | e | tu | EQ |
|---|---|---|---|
| Name | Pete Torrez | Pete Torrez | Pete Torrez |
| Date of Birth | 1954 | 1954 | 1954 |
| Address | 401 Paradise Heights Dr Berryville AR 72616-8836 | 401 Paradise Heights Dr Berryville AR 72616 | 401 Paradise Heights Dr Berryville AR 72616 |
| Date Address Reported | 9/28/2020 | 4/19/2023 | 9/6/2025 |

| Previous Addresses | e | tu | EQ |
|---|---|---|---|
| Address 1 | 401 Paradise Heights Dr Berryville AR 72616-8836 | 401 Paradise Heights Dr Berryville AR 72616 | 401 Paradise Heights Dr Berryville AR 72616 |
| Address 2 | - | 5024 Village Dr C Las Vegas NV 89142 | - |

| Employment Details | e | tu | EQ |
|---|---|---|---|
| Employer 1 | Terrible Herbs | | |
| Employer 2 | Key Largo Hotel | - | - |

**Consumer Statement**

No Consumer Statements Available.

**Credit Inquiries**

| Inquiry 1 | e | tu | EQ |
|---|---|---|---|
| Inquiry Date | 3/24/2024 | | |

PrivacyGuard - Credit Gateway



| | Experian | Transunion | Equifax |
|---|---|---|---|
| Remarks | | | |
| Responsibility | | | |
| Past Due - 30 Days | 2 | 0 | 2 |
| Past Due - 60 Days | 1 | 0 | 1 |
| Past Due - 90 Days | 4 | 0 | 7 |

**Past 24 months**

| | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian | OK | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | 120 | 120 | 120 | NA | NA | NA | NA |
| Transunion | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | OK | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | 120 | 120 | 120 | CO | CO | CO | |

- **OK** Current
- **30** 30 Days Late
- **60** 60 Days Late
- **90** 90 Days Late
- **120** 120 Days Late
- **150** 150 Days Late
- **180** 180 Days Late
- **PP** Payment Plan
- **RF** Reposession Foreclosure
- **CO** Collection Charge Off
- **NG** Negative
- **NA** Not Available

| Account 7 | 🌐e | ⓣⓤ | EQ |
|---|---|---|---|
| Account | CREDIT ONE BANK NA | | |
| Account Number | 370310XXXXXXXXXX | - | - |
| Account Type | Revolving | | |
| Account Condition | Closed | - | - |
| Date Opened | 3/26/2024 | | |
| High Balance | $0.00 | - | - |
| Monthly Payment | $0.00 | | |
| Account Balance | $655.00 | - | - |
| Last Reported | 6/9/2025 | | |
| Amount Past Due | $655.00 | - | - |
| Limit | $300.00 | | |
| Remarks | Account Previously In Dispute -- Now Resolved -- Reported By Subscriber Account Previously In Dispute --- Now Resolved, Reported By Data Furnisher (To Be Used For Fcra Or Fcba Disputes) | - | - |

9/8/25, 9:35 PM                                    PrivacyGuard - Credit Gateway

| Responsibility | Individual | - | - |
|---|---|---|---|
| Past Due - 30 Days | 1 | - | - |
| Past Due - 60 Days | 1 | | |
| Past Due - 90 Days | 3 | - | - |

| Past 24 months | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S |
| Experian | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | 120 | 120 | NA | | | |
| Transunion | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| OK Current | 30 30 Days Late | 60 60 Days Late | 90 90 Days Late | 120 120 Days Late | 150 150 Days Late |
| 180 180 Days Late | PP Payment Plan | RF Reposession Foreclosure | CO Collection Charge Off | NG Negative | NA Not Available |

### Real Estate Credit Accounts

No Account Information Available.

### Installment Credit Accounts

No Account Information Available.

### Open Accounts

| Account 1 | :e | (tu) | EQ |
|---|---|---|---|
| Account | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| Account Holder | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| Account Type | Revolving | ▓▓▓▓ | ▓▓▓▓ |
| Account Condition | ▓▓▓ | Open | Open |
| Date Opened | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| High Balance | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| Monthly Payment | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |