Alton Grisham
401 Paradise Heights Drive
Berryville, AR 72616
870-350-3185
AG-84proton.me@proton.me
*Joinder Plaintiff, in proper person*

US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

FEB 19 2026

Ronald E. Dowling
By_____
Deputy Clerk

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF ARKANSAS

ALTON GRISHAM, et al,

                Plaintiff(s),

    -vs-

,CREDIT ONE BANK, N. A., *et al,*

                Defendant(s).

**CASE NO.3:25-CV-03072-TLB**

**AFFIDAVIT OFALTON GRISHAM**

## AFFIDAVIT

## IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTIONS (Dkt. # 21 and #23)

Comes now Alton Grisham, Affiant, and does solemnly affirm that the statements herein are true and correct in substance and in fact, to wit:

1. Affiant is competent and qualified to testify as to the facts herein and that I have personal knowledge of each.

2. On **12/04/2024** Affiant sent a Notice of Billing Error to Defendant Credit One via certified mail, which COB received on **12/11/2024** according to USPS records. Desipte having a duty to speak COBs response dated **12/12/2024** was incomplete and unresponsive. On **12/27/2024** Plaintiff AG

sent a Notice of Fault and Opportunity to Cure to Defendant COB via certified mail, which was received on **01/02/2025** according to USPS. COB' response dated 01/08/2025 were incomplete and unresponsive. So out of humiliation and frustration, On 1/18/2025 Affiant sent a final Notice of Irrevocable Estoppel by Silence and Notice of Rescission to Defendant via certified mail, which was received by COB on 01/24/2025 according to USPS records, and to date COB has failed to respond or cease collection activity, including COB's failure to acknowledge or contest Affiant's notice of statutory rescission and common law self–help rescission. Credit One' failure to speak triggered estopple by silence, and notice was complete upon receipt. (communications **EXHIBIT E**)

3. On 01/29/2025 Affiant sent a Notice of Intent to Sue to Credit One via certified mail, which was received by Credit One on 02/03/2025 according to USPS records an notice was complete upon receipt.

4. Fact, Credit One' failure to speak, despite a duty to do so, and Affiants reliance, he was mislead to his detriment, because Credit One had knowledge of material facts and a legal obligation to disclose them to Affiant, and failed to so, thereby waiving its right to later challenge Affiants allegations in the complaint or enforce arbitration. To the contrary credit one waited 365 days to file its Motion to Compel Arbitration. Accordingly, Credit One' silence estops arbitration enforcement.

5. Fact, Upon Affiant review of his privacy guard credit reports, including multiple email messages and text messages from Resurgent. On 09/16/2025 Affiant sent a dispute notice to LVNV, which referenced Plaintiffs Manzano and Torrez' names and Credit One's account numbers (#7755 and #2393). Affiant made some inquiries about a Bill of sale from COB to LVNV, their license to collect debt in Arkansas, LVNV's insurance information,and FCRA permissible purpose. A second Notice of intent to sue was attached and sent via certified mail, which LVNV received on 09/23/2025, according

to USPS records. Notice was complete upon receipt, and to date LVNV has failed to respond and resolve. **(EXHIBIT F)**

6. Affiant objected at all times post-rescission to any arbitration process undertaken by each of the Defendants against me. Affiant did not agree to participate in any arbitration process involving the Defendants. Affiant clearly pointed out his disagreement and intention to oppose Defendants' motion to compel arbitration and their pending motion to dismiss in his mails communication with defense counsel. **(EXHIBIT F-1)**

7. OCC Public Disclosure of January 31, 2022 reports that, "More than 95 percent of the Credit One Banks receivables are sold daily without recourse."

8. The Affiant objects to the Declaration of "Michael Wiese" on the ground that it is not relevant and is inadmissible hearsay. Anyone can testify to the facts in that Declaration, Wiese has no personal knowledge as to whether or not the Affiant promised to pay under any certain terms, or that Credit One even lent anything to the Affiant and owes a debt. **(Dkt #21)**

9. Fact, Affiant has not reaffirmed any agreement to arbitrate, as the entire agreement was rescinded due to Credit One' material breach. The evidence attached to Defendants Motion does not identify any specific arbitration agreement bearing a date, including evidence of the Affiant's expression to reaffirm and agree to any terms involving arbitration.

10. Affiant at no time entered into a binding contractual relationship or agreement to become indebted to LVNV or Resurgent, nor did Affiant agree to arbitrate with the debt collector defendants who failed to respond to my dispute, or my inquiries, and continued to report their negative tradeline, and continued collection activities. There must be delegation of assent, and Affiant never assented to arbitrate with LVNV and Resurgent.

11. Only now, after one year of silence, does Credit One join its affiliate defendants LVNV and RCS and files a Motion to Compel arbitration, despite the rescinded account and arbitration agreement, and even upon receipt of the Affiants rescission of the entire contract agreement, Defendant

Credit One failed to reject, or respond to the rescission, and failed to raise arbitration, instead Credit One chose silence. Accordingly, COB is stopped as Affiant did not reaffirm the rescinded contract/agreement with Credit One post-rescission.

12. When Affiant sent three separate Notices regarding billing errors and inaccurate accounting, COB did not inform the Affiant that the Account ending in **0181** was sold to an SPV and traded away, thereby relinquishing any alleged claim COB may have against the Affiant, including arbitration, and COB failed to provide these disclosures, which is a material breach.

13. Credit One Bank failed to inform Plaintiffs that the instrument of alleged indebtedness is actually recorded as an "asset" and as an "account payable" in their hidden "liability" ledger. Affiant has a right to request a copy of these records.

14. Credit One failed to inform, and request Affiants written consent to purchase default insurance, which is required under The Truth In Lending Act which governs Credit One' practices, again a material breach.

15. Affiant contends that even if an Agreement did exist in LVNV and RSC' electronic file, the Agreement was extinguished the moment COB sold the debt/account to an SPV days before the Affiant received the credit card in the US mail, which extinguished the agreement and enforcement rights, if any. Additionally, COB's July 9, 2025 email; **RE:** "Notice of sale of your Credit Card account." Is proof there was no direct sale or transfer from Credit One to LVNV and Resurgent. **(EXHIBIT E)**

16. In this case, Affiant never undertook any obligation to LVNV or RCS—there is no promise, no assent, and no contract between Affiant and these debt buyers. Any alleged "obligation" to LVNV or RCS is based only on bills of sale between financial institutions, to which Affiant was not a party to. Under basic common-law principles, including assumpsit, a stranger to such arrangements cannot claim that a consumer, such as Affiant has promised to pay it or to arbitrate with it.

17. Affiant never assumed any duty to LVNV or RCS, there is no basis in contract or in assumpsit to compel Affiant to arbitrate with these entities. "A contract requires mutual agreement between interested parties. Once Credit One sold the account to an SPV days after opening, the original relationship terminated. Legally binding modification requires all parties' consent via rider or new contract, and none exists.

18. Fact, Affiant promised Defendants LVNV and RCS nothing. Defendants lack arbitration enforcement power. Credit One surrendered rights to SPV before card delivery, and COB's 07/09/2025 email also proves it. No Affiant-LVNV, RCS contract exists. Six 'WITHOUT RECOURSE' bills (Dkt. 21) confirm empty chain.

19. Affiant contends that Defendants cannot file motions to create jurisdiction they lack. COB is stopped, LVNV and RSC holds no privity, no signed contracts from Affiant, and no arbitration standing. Defendants Motion to compel serves only to evade merits of Affiant's claims. Six without recourse Bills (Dkt. 21) prove debt buyers cannot bootstrap arbitration rights. No motion creates jurisdiction where none exists.

20. Affiant emails communications with defense counsel Morris specifically objects to its Motion to compel Arbitration, and any forthcoming motion to Dismiss. (EXHIBIT F-))

21. Affiant contends that Credit One' July 9, 2025 email proves SPV sale eliminated COB' arbitration rights before LVNV assignment of Affiant's account, resulting in no privity or right to enforce arbitration.

22. Affiant contends "Paige Hale's declaration fails FRE 602 personal knowledge requirement." As Resurgent paralegal, Hale testifies to LVNV/Resurgent records only— not Credit One's missing account origination or SPV sale. Incompetent to authenticate non-existent COB to LVNV chain. The Paige Hale declaration is nonsensical, because there has never been any exchange of any money or item of value between Affiant and Resurgent. Affiant has never entered into any contractual or debtor/creditor arrangements with Resurgent, such a relationship does not exist.

23. Fact, after Affiant agreed to withdraw Unilateral 26(f) Report (due Feb 4, 2026; stricken Feb 3), Defendants waited until Feb 4, 2026 to file MTC (Dkt. 21) and Joint 26(f) (filed Feb 9), Defendants exploited Affiant Jacqueline Manzano' 1.5-hour drive burden to Fayetteville by filing its MTC (Feb 4) and late Joint 26(f) (Feb 9), securing discovery extension—proving calculated ambush forcing pro se burden while gaming docket calendar, proving calculated arbitration ambush post-26(f) maneuvering.

24. Affiant disputed the alleged debt with LVNV and RCS, and made inquiries, which were met with continued collection and negative reporting to the CRA's, thereby defaming my personal and financial character, and restricting me from obtaining credit. ( Credit Reports EXHIBIT G)

**By:** _____

    Alton Grisham, Affiant

Notary Acknowledgment

State of Arkansas:

County of _____Carroll_____

On this the ___18___ day of ___Feb.___, 20_26_, before me the undersigned notary, personally appeared ___Alton Grisham___ known to me (or satisfactorily proven) to be the person whose name(s) is/are subscribed to the within instrument and acknowledged that he/she/they executed the same for the purposes therein contained. In witness whereof I hereunto set my hand and official seal.

_____

*Signature of Notary Public*

> COURTNEY KEITH
> Notary Public - Arkansas
> Carroll County
> Commission # 12400252
> My Commission Expires Aug 7, 2034

[Seal of Office]

My commission expires: ___8/7/2034___

**Written correspondences between Plaintiff and Defendant COB**

# Grisham, EXHIBIT –E

**Certified mail 7022 3330 0001 7792 2655**

Alton Grisham
401 Paradise Heights Drive
Berryville, AR 72616

December 4, 2024

Credit one Bank
6801 Cimarron Rd.
Las Vegas, NV 89113

**RE: Account ending in # 0181**
Billing error, inaccurate accounting

**REQUEST FOR VERIFICATION AND VALIDATION OF
BILLING ERROR AND INACCURATE ACCOUNTING**

Credit One Bank, or to Whom it may Concern,

This communication will serve as my formal notice of a Billing error, and the inaccuracy of the account #0181. You are violating my rights by reporting inaccurate financial information on my consumer credit reports. I believe you made false and misleading statements and the accounting is not accurate.

Due to your adverse action, I request that you provide the following documentation;

1. Provide me with each and every benefit you have taken on this account from its inception?
2. I am requesting a specific set of accounting: Please provide me with the original ledgers, where you issued money to the account #0181.
3. Please include all books of accounting, on the private side and the public side.
4. Provide me with the ledger which shows you paid the merchants.
5. Please provide the dollar amount of default insurance you have on this account.
6. Provide me with the name and title of the natural person who will swear to Credit one Bank' statements of account under penalty of perjury?
7. Provide the law that authorizes you to share my social security number with other financial institutions?
8. I also want the accounting for the securities, and any back end securities that were generated to the account, from its inception. This is to prove whether your numbers are accurate or inaccurate.

**Certified mail 7022 3330 0001 7792 2655**

If you fail to verify the accuracy of this account I want the account deleted from any and all consumer credit reporting agencies immediately, including all inquiries. And I want written confirmation that you have done so.

This communication is being sent to you in good faith. I am hopeful we are able to resolve this billing error and correct the inaccurate accounting amicably, and mitigate the damages.

Thank you for your time and cooperation. I look forward to your response within 30 days of receipt of this notice.

**Notice is complete upon receipt.**

Best regards,

Alton Grisham

**USPS Tracking®**

**Tracking FAQs**



**Remove**
Tracking Number:
70223330000177922655



Delivered
Delivered, Front Desk/Reception/Mail Room
LAS VEGAS, NV 89113
December 11, 2024, 11:44 am
**See All Tracking History**
**What Do USPS Tracking Statuses Mean?**



Credit One Bank
PO Box 98873
Las Vegas NV 89193



4312
0111

ALTON GRISHAM
401 PARADISE HEIGHTS DR
BERRYVILLE AR 72616-8836

12/12/2024

RE: Account Number Ending in 0181

Dear Alton Grisham,

Thank you for contacting Credit One Bank. Per your request, we have enclosed a copy of the Card Agreement for the above-referenced account.

Sincerely,

Credit One Bank, N.A.

COLR1500 5385 5001 CC 1    07 241212 PAGE 00001 OF 00002 B308         4312



**FIRST CLASS MAIL**

RETURN SERVICE REQUESTED

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
Credit One



# Card Agreement

## *The Agreement*
This Agreement, together with the Pricing Summary, is your contract with us.

**Accepting this Agreement:** You accept this Agreement when you use the Account. You may still reject this Agreement if you have not yet used the Card, used the Account, or paid a fee after receiving a billing statement. To reject the Agreement, call us at 866-515-5721 or write us at Bank Card Center, P.O. Box 95516, Las Vegas, NV 89193-5516. If you reject the Agreement, you are not responsible for any fees or charges.

**Arbitration:** This Agreement includes an Arbitration Provision with class action and jury trial waivers. You can reject the Arbitration Provision. See "How to REJECT this agreement to arbitrate" in the Arbitration section. If you do not, it will be part of this Agreement.

**Promise to Pay:** You agree to pay us for all amounts due on your Account, including credit for Purchases, Balance Transfers, and Cash Advances, as well as interest charges and fees. This includes charges made by Additional Cardholders and other Authorized Users.

## *Definitions*
**Account** means the Credit One Bank card account under this Agreement.

**Authorized User** means any person you allow to use your Account or Card, including Additional Cardholders. If the Authorized User has been issued a Card and you want to terminate the Authorized User, you must notify us by telephone or in writing.

1

*C*

**Certified Mail 7022 3330 0001 7792 4529**

Alton Grisham                                                    December 27, 2024
401 Paradise Heights Drive
Berryville, AR 72616

Credit one Bank
6801 Cimarron Rd.
Las Vegas, NV 89113

**RE: Account ending in # 0181**
**Billing error, inaccurate accounting**

### NOTICE OF FAULT AND OPPORTUNITY TO CURE

Credit One Bank, or to whom it may concern,

I am in receipt of your communication dated 12/12/2024, and it is unresponsive to my Billing error and request for information regarding the inaccurate accounting, dated 12/04/2024. I have not been supplied proof per the doctrine of estoppel by silence. Engelhardt V. Gravens (MO) 281 SW 715,719. Therefore, I presume no evidence of the alleged indebtedness exists.

Please be advised, that this notice of fault and opportunity to cure is my good faith attempt to settle and resolve this matter without litigation. However, if you cannot provide me with evidence of movement of funds or that you loaned me money, then you agree by your default per the **"doctrine of estoppel by silence,"** and you owe me triple damages for your violations of the Truth in Lending Act, and the FDCPA.

Good faith is an honest belief, the absence of malice and the absence of design to defraud or seek an unconscionable advantage... and generally means being faithful to one's duty or obligation." Bad faith is the opposite of good faith.

You have **ten (10) days** from receipt of this notice to send me the verified and authenticated evidence I asked for. Please do not ignore this notice, because if this matter ends up in litigation, you will be required to produce evidence of your claim through discovery. Additionally, I will subpoena your CFO to testify under oath to the authenticity of this account ending in 0181. Don't you think it would be wise to discharge and delete this account from your records, rather than it being exposed on public record? I believe you owe me a refund of all previous payments as well. In fact, I am willing to file a claim against your surety Bond, if you continue collection activity, and do not delete your tradeline from my consumer credit reports immediately.

Page 1 of 2

**Certified Mail 7022 3330 0001 7792 4529**

Please refrain from contacting me by email, text message or voicemails, as I prefer to keep this matter in written form for my personal records. Therefore, you may only communicate with me in writing through the US Mail.

Thank you for your time and cooperation. I look forward to your timely response. **Notice is complete upon receipt.**

Regards,

Alton Grisham,

Tracking Number:
70223330000177924529



Delivered, Front Desk/Reception/Mail Room
LAS VEGAS, NV 89113
January 2, 2025, 10:53 am
**See All Tracking History**
**What Do USPS Tracking Statuses Mean?**



Credit One Bank
PO Box 98873
Las Vegas NV 89193



4103
0111

ALTON GRISHAM
401 PARADISE HEIGHTS DR
BERRYVILLE AR 72616-8836

01/08/2025

RE: Account Number Ending in 0181

Dear Alton Grisham,

Thank you for contacting Credit One Bank. We are unable to process your request because it is unclear. Please send a detailed explanation of your request or call the number listed below for further assistance.

If you have additional questions, please call Customer Service at 877-825-3242 between 5:00 a.m. and 9:00 p.m. Monday through Friday, or between 6:30 a.m. and 5:00 p.m. on Saturday and Sunday (Pacific Time).

Sincerely,

Credit One Bank, N.A.

COLR150D 5385 5001 CC I    07 250107 PAGE 00001 OF 00001 201B    4103

**Certified mail 7022 3330 0001 7792 4499**

Alton Grisham                                          January 18, 2025
401 Paradise Heights Drive
Berryville, AR 72616

Credit one Bank
6801 Cimarron Rd.
Las Vegas, NV 89113

**RE: Account ending in # 0181**
**Billing error, inaccurate accounting**

## IRREVOCABLE ESTOPPEL BY SILENCE
## NOTICE TO AGENT IS NOTICE TO PRINCIPAL
## NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Credit One Bank, or to whom it may concern,

I have not been supplied authenticated proof per the doctrine of estoppel by silence. **Engelhardt V. Gravens (mo) 281 SW 715,719.** Consequently, I presume no evidence of the alleged debt therefore exists".

This irrevocable estoppel by silence shall and will forever remain an un-rebuttable fact unless there is a preponderance of authenticated evidence sworn under oath to the contrary. Credit One Bank N. A., its CEO, his employees and its affiliates have waived any and all rights to challenge this matter in perpetuity.

I had a right to full disclosure of all information, and the movement of funds regarding this Credit One account, including the accounting and full disclosure of all monies received and/or expended as a result of this ongoing billing error and inaccurate accounting. You must delete this account #0181 from any and all of my consumer credit reports immediately. Additionally, my personal information and account information is private, and you **DO NOT** have my permission to share it with any third party. Any collection activity related to this account is forever estopped in perpetuity.

This Credit One account #0181 is unquestionably an inaccurate Billing Error. Therefore, I hereby rescind this entire Credit One bank transaction from its inception, excluding the finance charge, due to your breach of Agreement. I prohibit you from falsely and inaccurately claiming amounts due on the account, pursuant to the FDCPA 15 USC 1692, 15 USC §1605 (a) of The Truth in Lending Act, and the FCRA 15 USC §1681.

Thank you for your time and cooperation.

Regards, Alton Grisham

Certified mail 7022 3330 0001 7792 4499

Alton Grisham                                                    January 18, 2025
401 Paradise Heights Drive
Berryville, AR 72616


CEO, Robert DeJong
Credit One Bank
6801 Cimarron Rd.
Las Vegas, NV 89113


**RE:** Account number ending in **#0181**
The Consumer Credit Transaction between Alton Grisham and Credit One Bank, NA, involving an
American Express credit card

## NOTICE OF RESCISSION
## NOTICE TO AGENT IS NOTICE TO PRINCIPAL
## NOTICE TO PRINCIPAL IS NOTICE TO AGENT

**Attention,** Robert DeJong,


This will serve as my formal Notice of rescission pursuant to 15 U.S.C. §1635, and Regulation Z, 12
C.F.R. §1026.23, of the transaction and credit card Agreement, **excluding the finance charge.** This
rescission is effective as to all aspects of the transaction and Agreement, including the Arbitration clause
and all documents signed in connection therewith, and automatically and immediately places the parties in
the status quo ante, i.e., in their pre-contractual positions, before the transaction was entered into.

I have a present right to rescind the consumer credit transaction for at least the following reasons:
**1.** Credit One bank, N. A. failed to provide me with the adequate clear and conspicuous required
disclosures under the Truth in Lending Act (TILA), and has therefore Breached the Agreement.
**2.** Credit One Bank, N.A. failed to provide me with a reasonable response to my billing error notice
and inaccurate accounting, and failed to make appropriate corrections in the account.
**3.** Credit one Bank, N. A. failed to conduct a reasonable investigation as required under the Fair
Credit Reporting Act (FCRA) 15 USC §1681s -2 (B) (ii), when the account was clearly inaccurate,
and you continued reporting it as accurate.

Please delete your tradeline including all inquiries from any and all of my consumer credit reports
immediately, and please send me written confirmation that you have done so. This rescission shall
take effect upon receipt.


Regards,
Alton Grisham

# USPS Tracking®

Tracking FAQs



Track Packages
Anytime, Anywhere

## Remove
Tracking Number:
70223330000177924499



Delivered, Front Desk/Reception/Mail Room
LAS VEGAS, NV 89113
January 24, 2025, 10:07 am
**See All Tracking History**
**What Do USPS Tracking Statuses Mean?**



**Certified mail 7022 3330 0001 7792 4482**

Alton Grisham                                                              January 29, 2025
401 Paradise Heights Drive
Berryville, AR 72616


CEO, Robert DeJong
Credit One Bank
6801 Cimarron Rd.
Las Vegas, NV 89


**RE: Account ending in #**

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIAPL IS NOTICE TO AGENT
NOTICE OF INTENT TO SUE**

Dear Robert DeJong,

This is being sent prior to filing suit an opportunity to amicably settle and resolve Credit One Bank's violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. § 1681et seq., the Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692 et seq. and defamation of character. I sent you notice that there are billing errors and inaccurate accounting related to this account, and pursuant to 15 USC 1666 you must stop collection action until you have provided me with authenticated evidence I asked for. However, you instead chose to take adverse action and retaliate against me by continuing to furnish negative information on my consumer credit reports, causing me personal and financial damage.

At this time, I am willing to settle these matters amicably without having to file suit against you. My offer to settle this matter is as follows;

1. Send me a check in the amount of $2,000 in compensation for your violations of my civil rights and your violations of federal law.
2. I am willing to sign a private settlement agreement with you, which will include, deleting your tradeline and inquiries from my consumer credit reports in perpetuity.
3. Delete the account in its entirety from your records.

I am giving you ten (10) days from receipt of this letter to take the opportunity to do so. If Credit One Bank chooses not to settle the matters at hand, then I will file suit and seek my remedy in US District Court, including filing a complaint against you with the OCC. I can be reached directly via email at jmdesigns21@gmail.com.

Kind Regards,

Alton Grisham

**USPS Tracking®**

**Tracking FAQs**



**Remove**
**Tracking Number:**
70223330000177924482



Delivered, Front Desk/Reception/Mail Room
LAS VEGAS, NV 89113
February 3, 2025, 12:56 pm
**See All Tracking History**
**What Do USPS Tracking Statuses Mean?**



CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



Sign In



Security Zone
Alton Grisham | Amex ••••0181

This message is intended for Alton Grisham. If you are not the intended recipient, please disregard and delete.

July 09, 2025
Re: Notice of Sale of Your Credit Card Account

Alton Grisham,

Credit One Bank is notifying you that your credit card account ending in 0181 ("Account") with a balance in the amount of $1315.06 was recently sold, and we understand has since been assigned to the new Account owner referenced below. This letter is not an attempt to collect a debt and is for Account information purposes only.

LVNV Funding, LLC
P.O. Box 10497
Greenville, SC 29603
(877) 550-2459
https://www.resurgent.com/resolve

Unless otherwise notified by the new Account owner, all future inquiries regarding this Account should be directed to LVNV Funding, LLC. For more information, please go to https://www.resurgent.com/resolve

Credit One Bank has requested that the major consumer reporting agencies either change Credit One Bank's tradeline, with respect to this Account, to reflect the status as charged-off and sold or delete Credit One Bank's tradeline. This status may take up to 60 days to be reflected in your credit report. Please also note that this relates only to Credit One Bank's tradeline and does not impact any tradeline that a future owner of the charged off Account may report.



    

Trouble Viewing This Email? View in Browser

Please do not reply to this email; this is an unattended email box and is not monitored. If you have any questions regarding your account, please contact Customer Service.

Important Information from Credit One Bank
You are receiving this email because you are a Credit One Bank cardmember.

Your account information is included above to verify that Credit One Bank is the sender of this email. We will never ask for sensitive information such as your password, Social Security number, or account number in an email. Click here to read more about account security and fraud prevention.

Credit One Bank is committed to providing meaningful privacy protection for our cardmembers. For information on our Privacy Policy or how to contact us, please visit our website at CreditOneBank.com.

©2025 Credit One Bank, N.A. All rights reserved.
Credit One®, Credit One Bank® and corresponding logos are federally registered trademarks. All other product names, trademarks, logos and brands appearing herein are the property of their respective owners.
P.O. Box 98873, Las Vegas, NV 89193-8873

Your account information is included above to verify that Credit One Bank is the sender of this email. We will never ask for sensitive information such as your password, Social Security number, or account number in an email. Click here to read more about account security and fraud prevention.

Credit One Bank is committed to providing meaningful privacy protection for our cardmembers. For information on our Privacy Policy or how to contact us, please visit our website at CreditOneBank.com.

**Written correspondences between Plaintiff and Defendant RCS $\not\equiv L \vee N \vee$**

## Grisham, EXHIBIT –F

**Certified mail 7022 3330 0001 7792 6264**
Alton Grisham, et al.
401 Paradise Heights Drive
Berryville, AR 72616                                  September 16, 2025

**LVNV Funding, LLC**
355 S Main Street, Suite 300-D
Greenville, SC 29601

**RE: Account Numbers:** ending in 2393, #0181, and #7755
**Original Creditor:** Credit One Bank, N.A.
**Current Owner:** LVNV Funding LLC
   1. **Jacqueline Manzano, Resurgent Capital Svcs. ID:** 818377826, **Current Balance:** $3,232.88
   2. **Alton Grisham, LVNV Funding tradeline on Experian, Equifax and Transunion: FCRA 15 USC §1681b** no permissible purpose, **Current Balance:** $1,111.00
   3. **PeteTorrez, Resurgent Capital Svcs. ID:** 817015325, **Current Balance:** $655.42

**NOTICE OF INTENT TO SUE**
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

Attention, LVNV Funding,

A federal complaint is being filed against your organization, on or about October 1, 2025 in the US District Court Western District of Arkansas, for violations of the FDCPA, FCRA and defamation of Character.

Please be advised, this formal NOTICE is my **"good faith attempt"** to resolve this serious matter prior to filing a complaint against you for your violations of the FCRA, and FDCPA, as you have caused deliberate and severe damage to our personal and financial reputations. Apparently you have hired/assigned Resurgent Capital Services, LLC to pursue Jacqueline Manzano and Pete Torrez to collect a nonexistent debt, and you have labeled yourself as the Current Creditor which is quite confusing, because you are a debt buyer, so there is a bit of ambiguity there.

If you desire to avoid the pending litigation, you are welcome to settle this matter privately under FRCP 408. I am willing to discuss a reasonable and amicable resolution that will benefit all parties involved. You may contact me via email at, jmdesigns88@proton.me to discuss settlement. You have until the close of the business day September 30th, 2025 to contact me. For your convenience, this proton mail can be used for settlement negotiations, ongoing litigation and discovery. The choice is yours as to how you choose to move forward.

Thank you for your time and cooperation. Notice is complete upon receipt.

Regards, Alton Grisham

**Certified mail 7022 3330 0001 7792 6264**
Alton Grisham, et al
401 Paradise Heights Drive
Berryville, AR 72616                                    September 16, 2025

**LVNV Funding, LLC**
355 S Main Street, Suite 300-D
Greenville, SC 29601

**RE: Account Number:** ending in 0181
**Original Creditor:** Credit One Bank, N.A.
**Current Owner:** LVNV Funding LLC
**Subject:** violation FCRA §1681b no permissible purpose

### NOTICE TO AGENT IS NOTICE TO PRINCIPAL
### NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Attention, LVNV Funding,

A recent review of my Experian, Equifax and Transunion credit reports shows you have furnished your tradeline as a collection account without a permissible purpose and without my consent. I do not recall entering into an agreement to become indebted to you, and for that reason my concern is the legitimacy and accuracy of your claim in the amount of $1,111.00. Further, I do not believe you loaned me any money or extended me any credit, so I am requesting that you provide the following information;

1. Provide me with your Bill of Sale from Credit One Bank, N.A..
2. Provide me with a copy of your license to collect debt in the state of Arkansas.
3. Provide me with a copy of your insurance Bond, including the name of the insurance company who issued your Bond.
4. Who will testify to your claim of $1,111.00 owed to you, under the penalty of perjury?

I am willing to resolve this matter with you, once you provide the proof I requested. Should you fail to respond with the required documentation and information I have requested, you agree by your default, and you agree to owe me triple damages for any and all violations of federal law. You have **ten (10) days** from receipt of this communication to respond, or you are estopped from taking any further collection action against me pursuant to the doctrine estoppel by silence. That includes, deleting your tradeline from any and all of my consumer credit reports.

Please refrain from phone calls, text messages, voice mails or emails as you DO NOT have my consent. You may only contact me in writing via USPS certified mail only.

Thank you for your time and cooperation. Notice is complete upon receipt.

Regards, Alton Grisham

# USPS Tracking®

**Tracking FAQs**



**Remove**
Tracking Number:
70223330000177926264



Delivered, Front Desk/Reception/Mail Room
GREENVILLE, SC 29601
September 23, 2025, 12:09 pm
**See All Tracking History**
**What Do USPS Tracking Statuses Mean?**



Plaintiff, Alton Grisham **cellular phone ending in #3185**

## List of voicemails from Resurgent Capital Services, LP +1(866)559-6648

1. August 9, 2025, @ 4:38 pm 00:41 seconds; *This is an attempt to collect a debt and any information obtained will be used for that purpose.*
2. August 15, 2025, @ 2:21 pm 00:36 seconds; *This is an attempt to collect a debt and any information obtained will be used for that purpose.*
3. August 30, 2025, @ 3:57 pm 00:32 seconds; *This is an attempt to collect a debt and any information obtained will be used for that purpose.*

Alton Grisham



Voice mail TRANSCRIPT
AUGUST 9, 2025
@ 4:38 P/M    41 seconds



VOICEMAIL TRANSCRIPT

August 15, 2025
@ 2:21 P/M 36 seconds

## voicemails

From: Alton Grisham (agrisham21@gmail.com)

To:     elegantrepairs@aol.com

Date: Wednesday, September 24, 2025 at 08:42 PM CDT

**as of 9/24/25**



Voicemail Transcript

August 30, 2025

@ 3:57 P/M 32 seconds

**Plaintiff, Alton Grisham cellular phone ending in #3185**

**List of voicemails from Resurgent Capital Services, LP +1(866)559-6648**

1. August 9, 2025, @ 4:38 pm 00:41 seconds; *This is an attempt to collect a debt and any information obtained will be used for that purpose.*
2. August 15, 2025, @ 2:21 pm 00:36 seconds; *This is an attempt to collect a debt and any information obtained will be used for that purpose.*
3. August 30, 2025, @ 3:57 pm 00:32 seconds; *This is an attempt to collect a debt and any information obtained will be used for that purpose.*

Plaintiff A. Grisham

**Unsolicited, unauthorized and unwanted
Email messages from Michelle, at Resurgent Capital Services, LP**

1. **Tuesday, July 1, 2025 at 9:56 am.** *This is an attempt to collect a debt and any information obtained will be used for that purpose.*
2. **Wednesday, September 3, 2025 at 11:54 am.** *This is an attempt to collect a debt and any information obtained will be used for that purpose.*
3. **Wednesday, September 4, 2025 at 9:32 am.** *This is an attempt to collect a debt and any information obtained will be used for that purpose.*
4. **Saturday, September 6, 2025 at 2:48 pm.** *This is an attempt to collect a debt and any information obtained will be used for that purpose.*
5. **Wednesday, September 10, 2025 at 11:59 am.** *This is an attempt to collect a debt and any information obtained will be used for that purpose.*
6. **Wednesday, September 4, 2025 at 9:32 am.** *This is an attempt to collect a debt and any information obtained will be used for that purpose.*
7. **Friday, September 26, 2025 at 9:44 am.** *This is an attempt to collect a debt and any information obtained will be used for that purpose.*
8. **Sunday, September 28, 2025 at 9:45 am.** *This is an attempt to collect a debt and any information obtained will be used for that purpose.*
9. **Friday, October 2, 2025 at 10:02 am.** *This is an attempt to collect a debt and any information obtained will be used for that purpose.*
10. **Monday, October 6, 2025 at 9:56 am.** *This is an attempt to collect a debt and any information obtained will be used for that purpose.*
11. **Wednesday, October 8, 2025 at 10:08 am.** *This is an attempt to collect a debt and any information obtained will be used for that purpose.*
12. **Sunday, October 12, 2025 at 10:02 am.** *This is an attempt to collect a debt and any information obtained will be used for that purpose.*
13. **Tuesday, October 14, 2025 at 10:10 am.** *This is an attempt to collect a debt and any information obtained will be used for that purpose.*
14. **Tuesday, October 14, 2025 at 4:19 pm.** *This is an attempt to collect a debt and any information obtained will be used for that purpose.*

EMAILS    **EXHIBIT – F–1**

GRISHAM — MORRIS

**Joinder Plaintiffs - Opposition to Motion to Compel Arbitration and Stay Dkt 21 and 24**

# RE: Manzano et al v. Credit One et al, Plaintiffs completed joint 26(f) Report

From    Morris, Samuel <smorris@burr.com>

To      AG-84proton.me<AG-84proton.me@proton.me>

Date    Monday, February 9th, 2026 at 3:48 PM

Thanks, Mr. Grisham.  We will add your signature.

## Sam Morris

*Partner*

smorris@burr.com

 615-724-3258 (*direct*)

                    

*222 Second Avenue South, Suite 2000*
*Nashville, Tennessee 37201*

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

**From:** AG-84proton.me <AG-84proton.me@proton.me>

**Sent:** Monday, February 9, 2026 3:12 PM

**To:** Morris, Samuel <smorris@burr.com>

**Subject:** RE: Manzano et al v. Credit One et al, Plaintiffs completed joint 26(f) Report

---

**This is an EXTERNAL email! STOP, ASSESS, and VERIFY**

---

Sam Morris,

Thanks for your cooperation.

You have my permission and consent to add my electronic signature to the filing of the 26f report.

regards,

A Grisham.

Sent with Proton Mail secure email.

On Monday, February 9th, 2026 at 2:05 PM, Morris, Samuel <smorris@burr.com> wrote:

Mr. Torrez – Thanks.  Will add your signature with permission.

Mr. Grisham and Ms. Manzano – Please confirm your consent to signature.

Thanks,

Sam

## Sam Morris

*Partner*

smorris@burr.com

615-724-3258 *(direct)*

*222 Second Avenue South, Suite 2000*

*Nashville, Tennessee 37201*

The information contained in this email is intended for the individual or entity above. If you are not the read, copy, use, forward or disclose this communication to others; also, please notify the sender by repl delete this message from your system. Thank you.

---

**This is an EXTERNAL email! STOP, ASSESS, and VERIFY**

---

Attorney Morris,

 Jacqueline showed me the final report, it looks good and I agree.

You have my consent to add my electronic signature to the Joint Rule 26(f) Report.

Thank you,

Pete  Torrez

On Monday, February 9, 2026 at 12:50:48 PM CST, Morris, Samuel <smorris@burr.com> wrote:

To All Plaintiffs,

Here is the updated version of the 26f report.  Ms. Manzano put her revisions into a prior version so we've added in our most recent revisions that were previously circulated.  In instances where the parties agree on the same language I've made that a joint statement.  See for example, 6b-6e.

I need clarification on one point on 6f – the last version indicated that you agreed to both the court's standard protective order and a modified order. The box is checked for the standard order, accordingly I put that the parties agree to the standard order. If you intended it to be the other way please let me know.

Please let me know if you have any questions or comments and if I have permission to add your signature with permission to the attached version in a matter similar to how you consented for the joint motion to extend the time to file the joint report.

Thanks,

Sam

**Sam Morris**

*Partner*

smorris@burr.com

615-724-3258 *(direct)*

*222 Second Avenue South, Suite 2000*

*Nashville, Tennessee 37201*

The information contained in this email is intended for the individual or entity above. If you are not read, copy, use, forward or disclose this communication to others; also, please notify the sender by delete this message from your system. Thank you.

Ms. Manzano,

I've received your response and will review your revisions to the 26f report. As we discussed last week, the report is due to be filed on Wednesday, so once we reach an agreement on the final version my office will e-file the version that the parties agree upon. Accordingly, I see no reasonable basis for you to impose an arbitrary deadline of less than 24 hours and given that on several occasions throughout the course of last week you advised you would be revising your sections and I waited patiently for them.

I will circulate a proposed final version to all plaintiffs once it is available.

Thanks,

Sam

**From:** jmdesigns88 <jmdesigns88@proton.me>
**Sent:** Sunday, February 8, 2026 5:31 PM
**To:** Morris, Samuel <smorris@burr.com>
**Subject:** Manzano et al v. Credit One et al, Plaintiffs completed joint 26(f) Report

---

**This is an EXTERNAL email! STOP, ASSESS, and VERIFY**

---

Mr. Morris,                                              February 8, 2026

In good faith we conferred with you accordingly and timely, and have completed our portion of the Joint Rule 26(f) Report.

Attached is our completed Joint Rule 26(f) Report per February 2nd withdraw agreement. It includes: As I explained on our last phone conversation, (I typed Plaintiffs content in RED for your convenience, once you agree you can change the wording to black).

good Faith conferral timeline, TILA §1635 statutory rescission AND common law self-help rescission, attached as Exhibits to Plaintiffs verified Complaint.

Your inputs needed) Plaintiffs served TILA §1635 statutory rescission AND common law self-help rescission notices, due to Credit One's FCBA billing error non-response. These void Defendants underlying contract *ab initio,* and these notices were-already executed unilaterally, (on January 30, 2025 and received by COB on February 4, 2025), voiding arbitration. "Please address in your defense section."

Please insert your content and confirm agreement by tomorrow, February 9, 2026 by 4:00pm CST for joint filing. Each Plaintiff must be sent a copy of the completed Joint 26(f) report, for Plaintiffs review before filing, so that plaintiffs can send you their individual consent to add their electronic signatures.

If no response, you will leave me no choice, and Plaintiffs will notify the court of failed joint conferral while complying with the Court's February 11, 2026 deadline.

Thank you,

Jacqueline Manzano (pro se, for all Plaintiffs)

Sent with Proton Mail secure email.

**From:** elegantrepairs@aol.com <elegantrepairs@aol.com>
**Sent:** Monday, February 9, 2026 1:55 PM
**To:** Morris, Samuel <smorris@burr.com>
**Subject:** Re: Manzano et al v. Credit One et al, Plaintiffs completed joint 26(f) Report

**From:** Morris, Samuel
**Sent:** Monday, February 9, 2026 11:10 AM
**To:** 'jmdesigns88' <jmdesigns88@proton.me>
**Subject:** RE: Manzano et al v. Credit One et al, Plaintiffs completed joint 26(f) Report

**1.60 KB**    2 embedded images

image001.jpg 1.22 KB    image002.jpg 391 bytes

**Plaintiff's credit report showing Defendants COB and LVNV tradelines**

# Grisham, EXHIBIT –G

8/26/25, 5:03 PM                                        PrivacyGuard - Credit Gateway

| | | | |
|---|---|---|---|
| Closed | 0 | 0 | 0 |
| Deferred/Unknown | 0 | 0 | 0 |

## Personal Information

| Personal Information | 💠e | ⓣⓤ | EQ |
|---|---|---|---|
| Name | Alton Grisham | Alton V Grisham | Alton V Grisham |
| Date of Birth | 1984 | 1984 | 1984 |
| Address | 401 Paradise Heights Dr Berryville AR 72616-8836 | 401 Paradise Heights Dr Berryville AR 72616 | 401 Paradise Heights Dr Berryville AR 72616 |
| Date Address Reported | 7/11/2017 | 9/30/2019 | 8/22/2025 |

| Previous Addresses | 💠e | ⓣⓤ | EQ |
|---|---|---|---|
| Address 1 | 401 Paradise Heights Dr Berryville AR 72616-8836 | 401 Paradise Heights Dr Berryville AR 72616 | 401 Paradise Heights Dr Berryville AR 72616 |
| Address 2 | 4951 Corvette St Las Vegas NV 89142-4731 | 4951 Corvette St Las Vegas NV 89142 | 8975 Las Vegas NV 89178 |
| Address 3 | Las Vegas NV 89110 | Las Vegas | Hermon Ave Apt 241 Las Vegas 89122 |
| Address 4 | - | - | 4005 Cleveland Ave Las Vegas NV 89104 |
| Address 5 | | | Dr Las Vegas NV 89142 |
| Address 6 | - | - | 4951 Corvette St Las Vegas NV 89142 |

| Employment Details | 💠e | ⓣⓤ | EQ |
|---|---|---|---|
| Employer 1 | Fry S | Clean Image Mobile Detailing | |
| Employer 2 | Clean Image Mobile Deta | - | - |

## Consumer Statement

No Consumer Statements Available.

ALTON GRISHAM

| Limit | $0.00 | | $0.00 |
|---|---|---|---|
| Remarks | Account Information Disputed By Consumer Under The Fair Credit Reporting Act | - | Collection Account |
| Responsibility | Individual | | Individual Account |
| Past Due - 30 Days | 0 | - | 0 |
| Past Due - 60 Days | 0 | | 0 |
| Past Due - 90 Days | 0 | - | 1 |

| | | | | | | | | | Past 24 months | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A |
| Experian | | | | | | | | | | | | | | | | | | | | | | | NA | NA |
| Transunion | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | OK | OK | OK | NA | | |

OK Current    30 30 Days Late    60 60 Days Late    90 90 Days Late    120 120 Days Late    150 150 Days Late
180 180 Days Late    PP Payment Plan    RF Reposession Foreclosure    CO Collection Charge Off    NG Negative    NA Not Available

| Account 3 | e | tu | EQ |
|---|---|---|---|
| Account | LVNV FUNDING LLC | | LVNV FUNDING LLC |
| Account Holder | 379363XXXXXXXXX | - | 379363XXXXXXXXX |
| Account Type | Collection | | Collection |
| Account Condition | Collection | - | Collection |
| Date Opened | 6/17/2025 | | 6/17/2025 |
| High Balance | $0.00 | - | $1,315.00 |
| Monthly Payment | $0.00 | | $0.00 |
| Account Balance | $1,315.00 | - | $1,315.00 |
| Last Reported | 8/5/2025 | | 8/5/2025 |
| Amount Past Due | $1,315.00 | - | $1,315.00 |
| Limit | $0.00 | | $0.00 |
| Remarks | - | - | Collection Account |
| Responsibility | Individual | | Individual Account |
| Past Due - 30 Days | 0 | - | 0 |
| Past Due - 60 Days | 0 | | 0 |
| Past Due - 90 Days | 0 | - | 0 |

Past 24 months

8/26/25, 5:03 PM                                          PrivacyGuard - Credit Gateway

| | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian | | | | | | | | | | | | | | | | | | | | | | | | NA |
| Transunion | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | | | | |
|---|---|---|---|---|
| OK Current | 30 30 Days Late | 60 60 Days Late | 90 90 Days Late | 120 120 Days Late | 150 150 Days Late |
| 180 180 Days Late | PP Payment Plan | RF Reposession Foreclosure | CO Collection Charge Off | NG Negative | NA Not Available |

| Account 4 | e | tu | EQ |
|---|---|---|---|
| Account | CREDIT ONE BANK NA | | |
| Account Number | 379363XXXXXXXXXX | - | - |
| Account Type | Revolving | | |
| Account Condition | Closed | - | - |
| Date Opened | 3/12/2024 | | |
| High Balance | $0.00 | - | - |
| Monthly Payment | $0.00 | | |
| Account Balance | $1,315.00 | - | - |
| Last Reported | 5/25/2025 | | |
| Amount Past Due | $1,315.00 | - | - |
| Limit | $1,150.00 | | |
| Remarks | Account Previously In Dispute — Now Resolved — Reported By Subscriber Account Previously In Dispute — Now Resolved, Reported By Data Furnisher (To Be Used For Fcra Or Fcba Disputes) | - | - |
| Responsibility | Individual | | |
| Past Due - 30 Days | 1 | - | - |
| Past Due - 60 Days | 1 | | |
| Past Due - 90 Days | 3 | - | - |

| Past 24 months | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A |
| Experian | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | 120 | 120 | NA | | | |
| Transunion | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |

ALTON GRISHAM

A new potentially negative – major derogatory alert has appeared on your credit report. Please review the details of the alert for information that may indicate identity theft.

**Additional Info:**
Please review the alert. If you feel you are a victim of identity theft, follow the steps below to ensure your personal information stays secure.

**Source:**
Experian
                    **Alert Date:**
08/14/2025
                                        **Balance Amount:**
$1,315.00
                                                            **Is Collection:**
Yes
                                                                                **Open Date:**
08/05/2025

P
a
y
m
e
n
t

S
t
a
t
u
s
:

Grid Code G (Collections)

08/05/2025

LVNV FUNDING LLC

(866) 464-1183