# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS
# EL DORADO DIVISION

| | |
|---|---|
| JACQUELINE MANZANO, ALTON GRISHAM, and PETE TORREZ, | ) ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| CREDIT ONE BANK, N.A, RESURGENT CAPITAL SERVICES, LP, and LVNV FUNDING, | ) CIVIL ACTION NO. 3:25-cv-03072 ) ) ) ) ) |
| Defendants. | ) ) |

## DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND TO STAY

Defendants Credit One Bank, N.A. ("COB"), Resurgent Capital Services L.P. ("Resurgent"), and LVNV Funding LLC ("LVNV") (collectively, "Defendants"), by and through their undersigned counsel, hereby move the Court for an Order granting Defendants leave to file a Reply Brief in Support of their Motion to Compel Arbitration and to Stay. In support of this Motion, Defendants rely upon the memorandum of points and authorities submitted contemporaneously herewith. The proposed Reply Brief in Support of Defendants' Motion to Compel Arbitration and to Stay is attached hereto as "Exhibit A."

65852939 v1

WHEREFORE, Defendants respectfully request that Court grant this Motion and order that the attached Reply Brief be filed into the record for the above-captioned matter.

Respectfully submitted this 27th day of February, 2026.

>/s/ Samuel A. Morris
>Samuel A. Morris, Esq. (AR No. 2021089)
>BURR & FORMAN LLP
>222 Second Avenue South, Suite 2000
>Nashville, TN 37201
>Telephone:  (615) 724-3258
>Facsimile:  (615) 724-3358
>Email: smorris@burr.com
>
>Attorney for Defendants
>CREDIT ONE BANK, N.A., LVNV FUNDING LLC, AND RESURGENT CAPITAL SERVICES L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been electronically filed with the Clerk of the Court using CM/ECF and has been served on the following by U.S. First Class Mail on the 27th day of February, 2026:

Jacqueline Manzano
Alton Grisham
Pete Torrez
401 Paradise Heights Drive
Berryville, AR 72616
*Pro se Plaintiffs*

>/s/ Samuel A. Morris