# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS
# EL DORADO DIVISION

| | |
|---|---|
| JACQUELINE MANZANO, ALTON GRISHAM, and PETE TORREZ, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) CIVIL ACTION NO. 3:25-cv-03072 |
| CREDIT ONE BANK, N.A, RESURGENT CAPITAL SERVICES, LP, and LVNV FUNDING, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND TO STAY

Defendants Credit One Bank, N.A., Resurgent Capital Services L.P., and LVNV Funding LLC (collectively, "Defendants") submit the following Memorandum in support of their Motion for Leave to File a Reply Brief in Support of their Motion to Compel Arbitration and to Stay.

On February 4, 2026, Defendants filed their Motion to Compel Arbitration and to Stay ("the Motion to Compel Arbitration") and supporting memorandum, asking the Court to compel the claims asserted by Plaintiffs Jacqueline Manzano, Alton Grisham, and Pete Torrez (collectively, "Plaintiffs") to individual arbitration and to stay this action pending the outcome of arbitration. (Docs. 21, 22.) On

February 19, 2026, Plaintiffs filed an Opposition to Defendants' Motion to Compel Arbitration, (Doc. 27), and on February 23, 2026, Plaintiffs filed a further "supplemental" Opposition (collectively, with the first Opposition, the "Responses"). (Doc. 31.)

In their Responses, Plaintiffs assert new arguments that were not alleged or asserted in their initial Complaint. For instance, Plaintiffs argue that enforcement of the subject arbitration provision would be unconscionable because of the fees charged by the American Arbitration Association. (*See* Doc. 31 at 2-4.) Moreover, Plaintiffs have attached exhibits to their Responses and filed several affidavits, which Defendants have not yet had the opportunity to address. (*See generally* Docs. 28, 29, 30.) Defendants seek to clarify the law on these and other points raised in Plaintiffs' Responses.

For these reasons, good cause exists to grant Defendants' Motion. Defendants respectfully request that the Court grant the Motion and order that the attached Reply Brief in Support of Motion to Compel Arbitration and to Stay be filed into the record for the above-captioned matter.

Respectfully submitted this 27th day of February, 2026.

*/s/ Samuel A. Morris*
Samuel A. Morris, Esq. (AR No. 2021089)
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3258
Facsimile: (615) 724-3358
Email: smorris@burr.com

Attorney for Defendants
CREDIT ONE BANK, N.A., LVNV FUNDING LLC, AND RESURGENT CAPITAL SERVICES L.P.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document has been electronically filed with the Clerk of the Court using CM/ECF and has been served on the following by U.S. First Class Mail on the 27th day of February, 2026:

Jacqueline Manzano
Alton Grisham
Pete Torrez
401 Paradise Heights Drive
Berryville, AR 72616
*Pro se Plaintiffs*

*/s/ Samuel A. Morris*
