Jacqueline Manzano
401 Paradise Heights Drive
Berryville, AR  72616
702-788-0599
Jmdesigns88@proton.me
Alton Grisham
AG-84proton.me@proton.me
Pete Torrez
ptorrez54@aol.com
*Joinder Plaintiffs, in proper person*

US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

MAR 16 2026

Ronald E. Dowling
By_____
Deputy Clerk

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF ARKANSAS

JACQUELINEMANZANO, et al,

        **Plaintiff(s),**

    -vs-

**CREDUIT ONE BANK, N.A.,** *et al,*

        **Defendant(s).**

**CASE NO. 3:25-cv-03072 TLB**

**PLAINTIFFS POST HEARING SUPPLEMENTAL OPPOSITION TO MOTION TO COMPEL ARBITRATION AND STAY CASE**

**PLAINTIFFS POST HEARING SUPPLEMENTAL OPPOSITION TO MOTION TO COMPEL ARBITRATION AND STAY CASE**

"Your Honor, courtroom clarification (March 10 hearing): 'Judge Knowlkes, just because Plaintiffs mistakenly wrote 15 USC §1635(a) you are leaning toward granting defense MTC arbitration? I clearly stated plainly in the hearing, that Plaintiffs did not know how to allege common law rescission, and this is what caused our frustration on top of Defendants failure to validate the debt, failure to answer our questions and correct the billing errors.  A mistake is only a mistake if one refuses to correct it. Accordingly, in open court Plaintiff Jacqueline Manzano clearly made the correction.

Common law self help authorizes rescission rights regardless. Defendants waived ADR via docket #11 Answer + #20 Joint 26(f). Pro se plaintiffs, unanimously rejected defense counsel, Mr. Morris' pitiful settlement offer to dismiss this case.

No privity exists with Defendants LVNV and RCS, and all defendants lack standing to enforce arbitration, due process violation. (See Dkt. # 27 and #31)

**WHEREFORE,** Plaintiffs respectfully request that this Court:

1. DENY Defendants' Motion to Compel Arbitration in its entirety;

2. Declare the subject agreements rescinded, repudiated, and void ab initio;

3. Allow discovery to commence and set a date for trial.

Respectfully submitted:        Dated this _11TH_ day of March, 2026

By, _____
Jacqueline Manzano
401 Paradise Heights Drive
Berryville, AR 72616
702-788-0599
Jmdesigns88@proton.me

By, _____
Alton Grisham
870-350-3185
AG-84proton.me@proton.me

By, _____
Pete Torrez
702-788-0637
ptorrez54@aol.com
*Plaintiffs, in proper person*

## CERTIFICATE OF SERVICE

The undersigned certifies that on March _11TH_, 2026, a copy of the foregoing, **Plaintiffs post hearing supplemental opposition to motion to compel arbitration and stay case** was sent to the attorney of record, addressed to Samuel A. Morris, Burr & Forman, LLP, 222 Second Avenue South, Suite 2000, Nashville, TN 3720, via USPS First Class Mail.

Respectfully submitted: dated this _11TH_ day of March, 2026

By: _Jacqueline Manzano_
Jacqueline Manzano
401 Paradise Heights Drive
Berryville, AR 72616-
702-788-0599
Jmdesigns88@proton.me
*Plaintiff in proper person*

/s/ Alton Grisham
Alton Grisham
870-350-3185
AG-proton.me@proton.me
*Plaintiff in proper person*

/s/ Pete Torrez
Ptorrez54@aol.com
702-788-0637
*Plaintiff in proper person*

Jacqueline Manzano
401 Paradise Heights Dr.
Berryville, AR   72616

CERTIFIED MAIL®

9589 0710 5270 1570 5497 98



Retail



72701

RDC 99

U.S. POSTAG
FCM LETTER
BERRYVILLE,
MAR 11, 2026

$6.08

S2324M50412

US District Court
District of Arkansas
35 East Mountain St.,# 510
Fayetteville, AR 72701

Received WD/AR    MAR 16 2026    U.S. Clerk's Office

72701-535935