Jacqueline Manzano
702-788-05299
Jmdesigns88@proton.me
Alton Grisham
870-350-3185
AG-84proton.me@proton.me
Pete Torrez
401 Paradise Heights Drive
Berryville, AR  72616
702-788-0637
elegantrepairs@aol.com
*Plaintiffs, pro se*

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF ARKANSAS

JACQUELINE MANZANO, et al,

                         Plaintiff(s),

                    -vs-

CREDIT ONE BANK, N. A., *et al,*

                         Defendant(s).

**CASE NO.3:25-CV-03072-TLB**

**PLAINTIFFS' NOTICE OF PRESERVATION OF OBJECTIONS AND RESERVATION OF RIGHTS FOLLOWING ORDER COMPELLING ARBITRATION**

**PLAINTIFFS' NOTICE OF PRESERVATION OF OBJECTIONS AND RESERVATION OF RIGHTS FOLLOWING ORDER COMPELLING ARBITRATION**

COME NOW Plaintiffs, appearing pro se, and respectfully file this Notice for the limited purpose of preserving objections and reserving rights following the Court's Order compelling arbitration.

Plaintiffs state as follows:

1. Plaintiffs acknowledge the Court's Order compelling arbitration and will comply with the Court's Order as directed.

2. Plaintiffs expressly preserve and do not waive their objections to arbitration, including but not limited to:

a. Whether a valid and enforceable arbitration agreement was formed;

b. Whether Defendants LVNV and RCS established competent evidence of contract formation and assent;

c. Whether Defendants established a complete and admissible chain of assignment sufficient to confer enforcement rights upon all moving Defendants;

d. Whether any alleged assignment transferred contractual arbitration rights, as distinguished from receivables or collection rights;

e. Whether nonsignatory Defendants possess standing to compel or participate in arbitration;

f. Whether the scope of the arbitration provision encompasses all claims asserted in this action;

g. Whether any delegation provision is valid and enforceable.

3. Plaintiffs' participation in arbitration shall be under objection and solely in compliance with the Court's Order, and shall not be construed as consent, ratification, waiver, or acquiescence regarding arbitrability.

4. Plaintiffs expressly reserve all rights under the Federal Arbitration Act, including any rights relating to judicial review, confirmation, modification, or vacatur of any arbitral award as permitted by law.

5. Plaintiffs further reserve all objections to evidentiary limitations, discovery limitations, arbitrator disclosures, and procedural rulings made during arbitration.

**WHEREFORE,** Plaintiffs respectfully submit this Notice for preservation of the record.

Respectfully submitted:    Dated this $22ND$ day of May, 2026

By, _____
Jacqueline Manzano, *Plaintiff, Pro Se*
401 Paradise Heights Drive
Berryville, ASR 72616
702-788-0599
Jmdesigns88@p[roton.me

By, _____
Alton Grisham, *plaintiff pro se*
870-350-3185
AG-84proton.me@proton.me

By, _____
Pete Torrez, *Plaintiff pro se*
702-788-0637
elegantrepairts@aol.com

## VERIFICATION

The undersigned' are over the age of 18 and competent to certify that the above statements are true and correct, except that which is based upon information and belief. The undersigned' understand that a false statement may subject them to penalties of perjury.

Respectfully submitted:    Dated this *22nd* day of May, 2026

By,

Jacqueline Manzano
401 Paradise Heights Drive
Berryville, AR 72616
702-788-0599
Jmdesigns88@proton.me

By, 
Alton Grisham
870-350-3185
AG-84proton.me@proton.me

By,
Pete Torrez
702-788-0637
ptorrez54@aol.com
*Joinder Plaintiffs, in proper person*

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 22nd, 2026, a copy of the foregoing, **PLAINTIFFS' NOTICE OF PRESERVATION OF OBJECTIONS AND RESERVATION OF RIGHTS FOLLOWING ORDER COMPELLING ARBITRATION,** was sent to the attorney of record, addressed to Samuel A. Morris, Burr & Forman, LLP, 222 Second Avenue South, Suite 2000, Nashville, TN 37201 via USPS First Class Mail.

Respectfully submitted: dated this 22nd day of May, 2026

By: _____

Jacqueline Manzano, *plaintiff, pro se*
401 Paradise Heights Drive
Berryville, AR 72616
702-788-0637
jmdesigns88@proton.me

By, _____
Alton Grisham
870-350-3185
AG-84proton.me@proton.me

By, _____
Pete Torrez
702-788-0637
ptorrez54@aol.com
*Joinder Plaintiffs, in proper person*

Jacqueline Manzano
401 Paradise Heights Dr.
Berryville, AR 72616

9589 0710 5270 1570 5527 43

Retail


UNITED STATES
POSTAL SERVICE®

RDC 99

72701

U.S. POSTAGE PAID
FCM LG ENV
BERRYVILLE, AR 72616
MAY 22, 2026

$7.20

S2324M504145-06

US District Court
District of Arkansas
35 East Mountain St.,# 510
Fayetteville, AR 72701