Jacqueline Manzano
401 Paradise Heights Drive
Berryville, AR  72616
702-788-0599
Jmdesigns88@proton.me
Alton Grisham
AG-84proton.me@proton.me
Pete Torrez
ptorrez54@aol.com
*Joinder Plaintiffs, in proper person*

US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

AUG 05 2026

By_____
Mistee Aaron
Deputy Clerk

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF ARKANSAS

JACQUELINE MANZANO, et al,

      Plaintiff(s),

      -vs-

,CREDIT ONE BANK, N. A.,  *et al,*

      Defendant(s).

**CASE NO.3:25-CV-03072-TLB**

**PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION**

**PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION   FOR RECONSIDERATION (DKT. 51)**

Comes now the Plaintiffs, Jacqueline Manzano, Alton Grisham, and Pete Torres, *pro se*, and respectfully submit this Supplemental Memorandum in Support of their pending Motion for Reconsideration (Dkt. 51) [Motion, Section XIIII]. Pursuant to Plaintiffs' explicit reservation of rights to supplement the record with the official stenographic transcript of the May 21, 2026 evidentiary hearing, Plaintiffs state as follows [Motion, Section XIIII]:

## I. May 21, 2026 TEAMS TRANSCRIPT

"Having now received the official May 21, 2026 TEAMS hearing transcript, Plaintiffs point the Court to specific admissions by Defense Counsel and preserved objections that require reconsideration of the Court's **July 16, 2026 Order (Dkt. 49).**"

"Defense Counsel Conceded That Contract Formation Must Meet a Summary Judgment Standard Before a Delegation Clause Can Be Enforced During the **May 21, 2026 Hearing.**"

## II. THE RECORD CONFIRMS THE TIMELY ORAL DEMAND FOR THRESHOLD DISCOVERY

As asserted in Plaintiffs' Master Motion, the Court's Interlocutory Order compelling arbitration was issued despite explicit, on-the-record demands by *pro se* Plaintiffs to initiate narrow, threshold discovery into Defendants' contested chain of title and standing [Motion, Section IV, XI]. The official transcript prepared by Court Reporter Dana Hayden explicitly confirms that Plaintiffs did not waive their evidentiary rights [Motion, Section XIIII]:

Despite this clear and timely invocation of the right to test the authenticity of the alleged contract assignments, the Court foreclosed basic disclosure, resulting in a fatal deprivation of Constitutional Due Process under the Seventh Amendment [Motion, Section III, IV].

I.    **EQUITABLE ASYMMETRY AND THE DEFENDANTS' DATA PRIVACY VIOLATIONS**

Plaintiffs emphasize that while Defendants have utilized aggressive litigation posturing and condescending footnotes to lecture *pro se* litigants on technicalities,

Defendants have simultaneously compromised the physical security of Plaintiff Pete Torrez [Motion, Section XII].

As demonstrated in **Exhibit G** of the Master Motion, Defendants published Plaintiff Torrez's unredacted, full date of birth on the global, open public docket **(Dkt. 22)** in direct, text-book violation of **Federal Rule of Civil Procedure 5.2(a)(2)** [Motion, Section XII].

Equity dictates that a sophisticated financial institution violating mandatory federal data privacy laws cannot simultaneously demand a hyper-technical enforcement of a generic arbitration clause against a vulnerable, incapacitated citizen whose competency motion **(Dkt. 43)** remains completely unadjudicated on the record [Motion, Section IX, XII].

## CONCLUSION

"...Plaintiffs respectfully request that this Court grant their Motion for Reconsideration, vacate the **July 16, 2026 Order**, and restore this case to the active federal docket."

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiffs respectfully request that the Court consider these precise transcript records, grant the Motion for Reconsideration (Dkt. 51), and

enter an Order vacating the July 16, 2026 Order Compelling Arbitration [Motion, Section XII, Prayer for Relief].

Dated this _3/ST._ day of July, 2026.

Respectfully submitted,

By, _____

Jacqueline Manzano, *Plaintiff pro se*

Jmdesigms88@proton.me

By, _____

Alton Grisham, Plaintiff pro se

AG-84proton.me@proton.me

By, _____

Pete Torrez, *Plaintiff pro se*

401 Paradise Heights Drive

Berryville, AR 72616

elegantrepairs@aol.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 31st, 2026, a copy of the foregoing, **PLAINTIFFS SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION (DKT. 51)** was sent to the attorney of record, addressed to Samuel A. Morris, Burr & Forman, LLP, 222 Second Avenue South, Suite 2000, Nashville, TN 3720, via USPS First Class Mail.

Respectfully submitted: dated this 31st day of July, 2026

By: _____

Jacqueline Manzano, *Plaintiff pro se*
401 Paradise Heights Drive
Berryville, AR 72616
702-788-0599
Jmdesigns88@proton.me



FSC
MIX
Board
FSC® C116916

PAPER
POUCH

how2recycle.info

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

RMLY TO SEAL

*PRESS FIRMLY TO SEAL*



**UNITED STATES POSTAL SERVICE.**

Retail

**P**

US POSTAGE PAID

**$12.90**

Origin: 72616
07/31/26
0407920216-06

PRIORITY MAIL®

0 Lb 2.30 Oz

**RDC 03**

EXPECTED DELIVERY DAY:    08/03/26

C005

SHIP
TO:

STE 510
35 E MOUNTAIN ST
FAYETTEVILLE AR 72701-5353



USPS TRACKING® #

9505 5102 6501 6212 7623 79

01000014          OD: 12 1/2 x 9 1/2



PAPER
POUCH



**UNITED STATES POSTAL SERVICE®**  |  **PRIORITY® MAIL**

VISIT US AT USPS.CO
ORDER FREE SUPPLIES ONLI

FROM:

**Jacqueline Manzano
401 Paradise Heights Drive
Berryville, AR 72616**

Received WD/AR

AUG 0 5 2026

**TO:**

U.S. Clerk's Office

**US District Court
District of Arkansas
35 East Mountain St.,# 510
Fayetteville, AR 72701**

Label 228, December 2023          FOR DOMESTIC AND INTERNATIONAL

